| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

Southern District of New York
(State)

Case number *(if known)*: _____     Chapter __11__

☐ Check if this is an
amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's Name** | <u>Hollander Sleep Products, LLC</u> |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | <u>Hollander Home Fashions, LLC</u> |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | <u>27-0542143</u> |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **901 Yamato Road** | |
| Number          Street | Number          Street |
| **Suite 250** | |
| | P.O. Box |
| **Boca Raton, Florida 33431** | |
| City          State     Zip Code | City          State     Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **Palm Beach County** | |
| County | Number          Street |
| | |
| | City          State     Zip Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | www.hollander.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor     **Hollander Sleep Products, LLC**                                    Case number *(if known)* _____
Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check One:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br><br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br><br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br><br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br><br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br><br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br><br>☒ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4232**

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check One:*<br><br>☐ Chapter 7<br><br>☐ Chapter 9<br><br>☒ Chapter 11. *Check all that apply:* |

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.**

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.    District _____  When _____  Case number _____<br>                                        MM/DD/YYYY<br><br>              District _____  When _____  Case number _____<br>                                        MM/DD/YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.    Debtor   **See Rider 1**                     Relationship   **Affiliate**<br><br>              District   **Southern District of New York**<br>                                                                 When   **05/19/2019**<br>              Case number, if known _____               MM / DD / YYYY |

Debtor    __**Hollander Sleep Products, LLC**_____    Case number *(if known)* _____
      Name

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number      Street

_____
City      State      Zip Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.[1]

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☒ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

[1]. Availability of funds to unsecured creditors is subject to ongoing discussions with the debtor's secured creditors who, as of the date hereof, have not agreed to a recovery (other than $0) for such unsecured creditors.

Debtor    **Hollander Sleep Products, LLC**                                    Case number *(if known)* _____
           Name

**16. Estimated liabilities (on**     ☐ $0-$50,000                    ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
**a consolidated basis)**             ☐ $50,001-$100,000              ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
                                      ☐ $100,001-$500,000             ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
                                      ☐ $500,001-$1 million           ☒ $100,000,001-$500 million      ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of**   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this
**authorized representative of**       petition.
**debtor**
                                       I have been authorized to file this petition on behalf of the debtor.

                                       I have examined the information in this petition and have a reasonable belief that the information is true and
                                       correct.

          I declare under penalty of perjury that the foregoing is true and correct.

          Executed on        __**05/19/2019**__
                             MM/ DD / YYYY

          ✗    __*/s/ Marc Pfefferle*__                              __**Marc Pfefferle**__
               Signature of authorized representative of debtor       Printed name

          Title    __**Chief Executive Officer**__

**18. Signature of attorney**     ✗    __*/s/ Joshua A. Sussberg*__           Date    __**05/19/2019**__
                                       Signature of attorney for debtor                MM/ DD/YYYY

                                  **Joshua A. Sussberg, P.C.**
                                  Printed name

                                  **Kirkland & Ellis, LLP**
                                  Firm name

                                  **601 Lexington Avenue**
                                  Number              Street

                                  **New York**                                **New York**     **10022**
                                  City                                        State           ZIP Code

                                  **212-446-4800**                            **jsussberg@kirkland.com**
                                  Contact phone                               Email address

                                  **4216453**                       **New York**
                                  Bar number                        State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
(State)

Case number *(if known)*: _____    Chapter    11

☐ Check if this is an
amended filing

## Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Hollander Sleep Products, LLC.

- Hollander Sleep Products, LLC

- Dream II Holdings, LLC

- Hollander Home Fashions Holdings, LLC

- Hollander Sleep Products Canada Limited

- Hollander Sleep Products Kentucky, LLC

- Pacific Coast Feather, LLC

- Pacific Coast Feather Cushion, LLC

| Debtor name | Hollander Sleep Products, LLC, et al. |
|---|---|

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

Case No. (If known) _____

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Roind Hometex Co Ltd<br>3225 E Warm Springs Rd<br>Las Vegas, NV 89120 | Roind Hometex Co Ltd | Vendor | | | | $5,655,096.17 |
| 2   Funing Jincheng Home Textile  Co Ltd<br>Attn: Fn<br>Group 5, Bisheng Neighborhood Committee<br>Funing  Economical  Devt Zone<br>Jiangsu,  224400    China | Funing Jincheng Home Textile Co Ltd<br>Email: David.Qian@Fw-Textile.Com | Vendor | | | | $5,273,061.34 |
| 3   Invista Inc<br>Attn: Boykin<br>Bank of America<br>P.O. Box, #742926<br>Atlanta, GA 30374-2926 | Invista Inc<br>Tel: 770-792-4192<br>Email: Danielle.Boykin@INVISTA.COM | Vendor | | | | $5,023,243.54 |
| 4   Hangzhou Chuangyuan Feather Co Ltd<br>Attn: Fumingfang<br>No 5 Xinda Rd<br>Miaojia Village<br>Hangzhou, Suoqian Town<br>China | Hangzhou Chuangyuan Feather Co Ltd<br>Email: fumingfang@cyfeather.cn | Vendor | | | | $5,001,799.50 |

Debtor name    **Hollander Sleep Products, LLC, et al.**                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5  Zhejiang Hengdi Bedding Co Ltd Attn: Terry Wang No 168 Hebeilou Fulou Village Xintang St Hangzhou China | Zhejiang Hengdi Bedding Co Ltd Email: WANGHR@MAIL.LQFEATHER.COM | Vendor | | | | $3,882,944.67 |
| 6  Zhejiang Liuqiao Home Textile Attn: Zhu Xinfeng Village-Xingtang St Zhejiang Hangzhou, 311201 China | Zhejiang Liuqiao Home Textile Email: amy715@mail.lqfeather.com | Vendor | | | | $3,465,270.30 |
| 7  Wuhu Fine Textile International Trading Co Ltd Attn: Wan 321 Jingxi Rd Wanzhi Town China | Wuhu Fine Textile International Trading Co Ltd Email: Mandy@Ahfantai.Com | Vendor | | | | $3,419,367.45 |
| 8  Packaging Corp Of America Attn: Cerasuolo 36596 Treasury Center Chicago, IL 60694-6500 | Packaging Corp Of America Tel: 514 239 3993 Email: Ceraldesign@Hotmail.Com | Vendor | | | | $3,341,952.45 |
| 9  Sun Fiber Sales LLC Attn: Clinton, Ar Contact Rosenthal & Rosenthal Inc P.O. Box 88926 Chicago, IL 60695-1926 | Sun Fiber Sales LLC Email: STEFANIE.CLINTON@SUNFIBERLLC.COM | Vendor | | | | $2,694,931.13 |

Debtor name    **Hollander Sleep Products, LLC, et al.**    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10  Zhejiang Wanxiang Bedding Co Ltd Attn: Xu Wulian Xintang Xiaosgan Hangzhou Zhejiang China | Zhejiang Wanxiang Bedding Co Ltd Email: MXU@WXBEDDING.COM | Vendor | | | | $2,492,406.52 |
| 11  Wuxi Jielong Textile Co Ltd Attn: Xie Shuang Miao Economic & Development Zone Jiangsu Wuxi, 214187 China | Wuxi Jielong Textile Co Ltd Tel: 510-88086388 Email: jerry@wuxijielong.com | Vendor | | | | $2,418,091.03 |
| 12  Zhejiang Liuqiao Industrial Co Ltd Attn: Sheng 288 Dongkang Rd Xiaoshan District Hangzhou, Zhejiang China | Zhejiang Liuqiao Industrial Co Ltd Email: Shenzf@Mail.Lqfeather.Com | Vendor | | | | $2,189,154.55 |
| 13  Topocean Consolidation Services Attn: Wong 99 W Hawthorne Ave, Ste 604 Valley Stream, NY 11580 | Topocean Consolidation Services Tel: 7910112 Email: WILWONG@TOPOCEAN.COM | Vendor | | | | $1,924,219.39 |
| 14  Nap Industries Inc 667 Kent Ave Brooklyn, NY 11249 | Nap Industries Inc | Vendor | | | | $1,882,143.39 |

Debtor name    **Hollander Sleep Products, LLC, et al.**                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 The Sea Feather Limited Company Of Luan<br>Attn: Bian<br>East Gaocheng Rd<br>Economic Tech Devt Area<br>Anhui, Luan 237161    China | The Sea Feather Limited Company Of Luan<br>Email: tina.bian@theseafeather.com | Vendor | | | | $1,840,641.96 |
| 16 Hangzhou Huoju Down Products Co Ltd<br>Attn: Wu<br>Xintang Residential Community<br>Xiaoshan District<br>Hangzhou, Zhejiang<br>China | Hangzhou Huoju Down Products Co Ltd<br>Email: Hjwjf@Hzhjyr.Com | Vendor | | | | $1,719,436.11 |
| 17 Wujiang City Xinyi Textile Co Ltd<br>Attn: Chen<br>Daxie Village Bali Shengze<br>(South Ring Rd 3)<br>Jiangsu<br>China | Wujiang City Xinyi Textile Co Ltd | Vendor | | | | $1,718,438.97 |
| 18 Anhui Rongdi Down Product Co Ltd<br>Attn: Wei<br>Fudu Industrial Park<br>Anhui, Wuwei<br>China | Anhui Rongdi Down Product Co Ltd<br>Email: waf72211@sina.com | Vendor | | | | $1,673,141.00 |
| 19 Elite Comfort Solutions LLC<br>Attn: Griffith<br>Elite Comfort Solutions LLC<br>P.O. Box 603397<br>Charlotte, NC 28260-3397 | Elite Comfort Solutions LLC<br>Tel: 770-683-8271<br>Email: pgriffith@elitefoam.com | Vendor | | | | $1,506,538.35 |

Debtor name    **Hollander Sleep Products, LLC, et al.**                Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  Span America<br>Attn: Jackson<br>70 Commerce Center<br>Greenville, SC 29615 | Span America<br>Tel: 678-6978<br>Email: Cjackson@Spanamerica.Com | Vendor | | | | $1,440,880.78 |
| 21  Stein Fibers Ltd<br>Attn: Sprague, Sales<br>P.O. Box 714522<br>Cincinnati, OH 45271-4522 | Stein Fibers Ltd<br>Tel: 599-2804<br>Email: Richard@steinfibers.com | Vendor | | | | $1,225,238.09 |
| 22  Cixi Jiangnan Chemical Fiber<br>159 Lingqiao Rd<br>Ningbo<br>China | Cixi Jiangnan Chemical Fiber | Vendor | | | | $1,217,846.96 |
| 23  Qingdao Fuyuan Arts & Crafts Co Ltd<br>Attn: Cathy<br>Rm 419 No 97 Fuzhou South Rd<br>Qingdao,<br>China | Qingdao Fuyuan Arts & Crafts Co Ltd<br>Email: cathy@qd-fuyuan.com | Vendor | | | | $1,120,319.13 |
| 24  Be Be Jan Pakistan Limited<br>Attn: Bebe<br>Square No 7 Chak No R.B<br>Faisalabad<br>Pakistan | Be Be Jan Pakistan Limited<br>Email: bebe@hollander.com | Vendor | | | | $1,017,821.47 |
| 25  Wuxi Yinxin Printing Co Ltd<br>Attn: Ma<br>Qian Lane<br>Luoshe Town, Wuxi City<br>Jiangsu Province<br>China | Wuxi Yinxin Printing Co Ltd<br>Email: Evanma@Wuxiyinxin.Com | Vendor | | | | $1,010,717.02 |

Debtor name **Hollander Sleep Products, LLC, et al.**     Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 Nan Ya Plastics Corporation America<br>P.O. Box 402634<br>Atlanta, GA 30384 | Nan Ya Plastics Corporation America | Vendor | | | | $904,004.64 |
| 27 International Paper   (Edi)<br>Attn: Davis<br>6211 Descanso Ave<br>Buena Park, CA 90620 | International Paper   (Edi)<br>Tel: 512-0404<br>Email: mary.davis1 @ipaper.com | Vendor | | | | $797,481.18 |
| 28 Domfoam  Inc<br>Attn: Sansalone<br>8785 Boul Langelier<br>St Leonard,  QC H1P 2C9<br>Canada | Domfoam Inc<br>Tel: 325-8120<br>Email: Julie@Domfoam.Com | Vendor | | | | $760,385.44 |
| 29 Hangzhou Huaying Xintang Down<br>Xixu Village<br>Xintang St, Xiaosha<br>Hangzhou, Zhejiang Province<br>China | Hangzhou Huaying Xintang Down | Vendor | | | | $758,683.47 |
| 30 Oracle America Inc<br>Attn: Oracle America Inc<br>P.O. Box 203448<br>Dallas, TX 75320-3448 | Oracle America Inc | Vendor | | | | $732,377.25 |
| 31 Kuehne & Nagel<br>Attn:  Kirlew<br>77 Foster  Crescent<br>Mississuaga,  ON L5R 0K1<br>Canada | Kuehne & Nagel<br>Tel: 502-4173<br>Email: Paulette.Kirlew@Huehne-Nagel.Com | Vendor | | | | $687,576.17 |

Debtor name   **Hollander Sleep Products, LLC, et al.**                    Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 32 US CBP 1300 Pennsylvania Ave Nw Washington, DC 20229 | US CBP Tel: 1 (877) CBP-5511 | Vendor | | | | $666,199.63 |
| 33 Kapstone Container Corp Attn: Brest, Strategic Account Manager 2370 Sullivan Rd College Park, GA 30337 | Kapstone Container Corp Tel: 935.8526 Email: mike.brest@kapstonepaper.com | Vendor | | | | $658,087.04 |
| 34 C H Robinson P.O. Box 9121 Minneapolis, MN 55480-9121 | C H Robinson | Vendor | | | | $611,420.25 |
| 35 AV Logistics LLC Attn: Palencia P.O. Box 5657 Carol Stream, IL 60197-5657 | AV Logistics LLC Tel: 6440936 Email: SPALENCIA@AV-LOGISTICS.COM | Vendor | | | | $498,586.22 |
| 36 Shi International P.O. Box 952121 Dallas, TX 75395-2121 | Shi International | Vendor | | | | $410,744.40 |
| 37 Invista Canada P.O. Box B2918U P.O. Box 11585 Montreal, QC H3C 5N7 Canada | Invista Canada Tel: 821-5954 Email: A/R - CHRISTINE | Vendor | | | | $408,263.53 |

Debtor name  **Hollander Sleep Products, LLC, et al.**                     Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 38  Zhejiang Saifang Textile Technology Co Ltd Attn: Tang Santou Cun Industrial Park Zhejiang Daicun Town, Hangzhou China | Zhejiang Saifang Textile Technology Co Ltd Email: jasontang@hzsaifang.com | Vendor | | | | $387,987.72 |
| 39  Invista S.A.R.L. 7813 Collections Ctr. Dr Chicago, IL 60693-7913 | Invista S.A.R.L. | Vendor | | | | $336,341.12 |
| 40  Progress Container & Display Attn: Markham 635 Patrick Mill Rd Sw Winder, GA 30680 | Progress Container & Display Tel: 4252071 Email: TMARKHAM@PROGRESSCONTAINER.COM | Vendor | | | | $297,160.19 |
| 41  Strands Textile Mills Pvt Ltd Attn: Sharma Plot 3 270-271 Sector 4 Gandhidham Guja, 370230 India | Strands Textile Mills Pvt Ltd Email: MERCHANT@STRANDSTEXTILE.COM | Vendor | | | | $283,940.75 |
| 42  Exeter 25 Keystone  LLC 101 West Elm Street Suite 600 Conshocken, PA 19428 | Exeter 25 Keystone LLC | Vendor | | | | $276,975.59 |
| 43  Printcraft Co Inc 259 City Lake Rd Lexington, NC 27293 | Printcraft Co Inc | Vendor | | | | $270,188.50 |

Debtor name   **Hollander Sleep Products, LLC, et al.**                   Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 44 Jasztex Fiber Inc<br>Attn: Jakubik, Ar Contact 61 Hymus<br>Ponte-Claire, QC H9R 1E2<br>Canada | Jasztex Fiber Inc<br>Tel: 697-3096<br>Email: NATHALIE@JASZTEX.COM | Vendor | | | | $260,513.71 |
| 45 Kamyk Daunen S.R.O.<br>Kamyk Nad Vitavou Cp 179<br>Pribram, S 262063<br>Czech Republic | Kamyk Daunen S.R.O. | Vendor | | | | $254,578.05 |
| 46 Navarpluma S.L.<br>Poligono Industrial Arazuri Orcoyen<br>Arazuri, 31170<br>Spain | Navarpluma S.L. | Vendor | | | | $244,576.44 |
| 47 Majestic/Amb Pico Rivera Assoc Llc<br>13191 Crossroads Pkwy North<br>City of Industry, CA 91746-3497 | Majestic/Amb Pico Rivera Assoc Llc | Vendor | | | | $238,286.35 |
| 48 Polypack Corporation Ltd<br>Attn: Cataldo, General Manager<br>7900 E Jarry St<br>Montreal, QC H1J 1H1<br>Canada | Polypack Corporation Ltd<br>Tel: 353-1710<br>Email: phil500cataldo@gmail.com | Vendor | | | | $227,485.81 |
| 49 Atlas Feather Processing Corp<br>64 Greenpoint Ave<br>Brooklyn, NY 11222-1504 | Atlas Feather Processing Corp | Vendor | | | | $204,766.17 |

Debtor name  **Hollander Sleep Products, LLC, et al.**                Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 50  Dusobox Corporation 2501 Investors Row, Ste 500 Orlando, FL 32837 | Dusobox Corporation Tel: 800-393-5120 | Vendor | | | | $204,685.78 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOLLANDER SLEEP PRODUCTS, LLC, | ) Case No. 19-_____(____) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS[2]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Hollander Sleep Products, LLC | Hollander Home Fashions Holdings, LLC | 901 Yamato Road, Suite 250, Boca Raton, Florida 33431 | 100% |

---

[2]    This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOLLANDER SLEEP PRODUCTS, LLC, | ) Case No. 19-_____(___) |
| | ) |
| Debtor. | ) |
| | ) |

<u>**CORPORATE OWNERSHIP STATEMENT**</u>

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Sentinel Dream II Holdings, LLC | 84% |
| Dream II Holdings, LLC | 100% |
| Hollander Home Fashions Holdings, LLC | 100% |

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | Hollander Sleep Products, LLC |
| United States Bankruptcy Court for the: | Southern District of New York     NY |
| | (State) |
| Case number (If known): | |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    Amended Schedule

☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    Other document that requires a declaration  List of Equity Security Holders, Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| 05/19/2019 | ☒ */s/ Marc Pfefferle* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | Marc Pfefferle |
| | Printed name |
| | Chief Executive Officer |
| | Position or relationship to debtor |

**HOLLANDER HOME FASHIONS HOLDINGS, LLC**
**HOLLANDER SLEEP PRODUCTS, LLC**
**HOLLANDER SLEEP PRODUCTS KENTUCKY, LLC**
**PACIFIC COAST FEATHER, LLC**
**AND**
**PACIFIC COAST FEATHER CUSHION, LLC**

**OMNIBUS WRITTEN CONSENT OF SOLE MEMBER IN LIEU OF MEETING**

**MAY 18, 2019**

Effective as of the date written above, the undersigned, being the sole member (the "Member") of each of Hollander Home Fashions Holdings, LLC, a Delaware limited liability company, Hollander Sleep Products, LLC, a Delaware limited liability company, Hollander Sleep Products Kentucky, LLC, a Delaware limited liability company, Pacific Coast Feather, LLC, a Delaware limited liability company, and Pacific Coast Feather Cushion, LLC, a Delaware limited liability company (each a "Company," and together the "Companies"), in lieu of holding a special meeting of the Member, **HEREBY CONSENT** to the taking of the following actions and **HEREBY ADOPT** the following resolutions by written consent (this "Written Consent") pursuant to the organizational documents of the Companies and the laws of the state of Delaware;

WHEREAS, the Member has considered presentations by the management of each Company and the financial and legal advisors of the Companies regarding the liabilities and liquidity situation of each Company, the strategic alternatives available to each Company, and the effect of the foregoing on each Company's business;

WHEREAS, the Companies and certain of their affiliates (together, the "Restructuring Parties") have negotiated a restructuring support agreement (the "RSA"), a substantially final copy of which has been provided to the Member, with certain of the holders of their secured term loan facility and their majority equityholder, which agreement contemplates a comprehensive restructuring of the Restructuring Parties' capital structure on the terms set forth therein;

WHEREAS, in the business judgment of the Member, it is desirable, and in the best interests of each Company, its creditors, and other parties in interest, to enter into the RSA; and

WHEREAS, the Member has consulted with the management and the financial and legal advisors of the Companies and fully considered each of the strategic alternatives available to the Companies and, in the judgment of the Member it is desirable and in the best interest of the Companies to file for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code").

1

### NOW, THEREFORE, BE IT,

**Restructuring Support Agreement; Chapter 11 Plan**

> **RESOLVED**, the Member is hereby authorized and directed to finalize, execute, and deliver the RSA, and the Company's performance of its obligations under the RSA, including the negotiation and documentation of the chapter 11 plan, and all exhibits, schedules, attachments, and ancillary documents or agreements related thereto, is, in all respects, approved and authorized.

**Chapter 11 Filing**

> **RESOLVED**, that the Company shall be, and hereby is, authorized and directed to file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and

> **RESOLVED**, that any officers or directors of each Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered, and directed to execute and file on behalf of each Company all motions, affidavits, papers, documents, or other filings, and to take any and all actions that they deem necessary or proper to obtain or in furtherance of such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each Company's business.

**Retention of Professionals**

> **RESOLVED,** that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "Kirkland") as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland.

> **RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm Carl Marks Advisory Group LLC ("Carl Marks") to provide interim management services to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Carl Marks.

> **RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm Houlihan Lokey Capital, Inc. ("Houlihan"), as financial

2

advisor and investment banker to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Houlihan.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Omni Management Group ("Omni") as notice and claims agent to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Omni.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Proskauer Rose LLP ("Proskauer") as counsel to each Company to act solely at the direction of the disinterested director in accordance with the delegation of conflict matters to the disinterested director, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Proskauer.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deem necessary, proper, or desirable in connection with each Company's Chapter 11 Case, with a view to the successful prosecution of such cases.

**Debtor-in-Possession Financing, Cash Collateral, and Adequate Protection**

**RESOLVED**, that each Company will obtain benefits from (a) the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "Cash Collateral"), which is security for certain prepetition secured lenders (collectively, the "Secured Lenders") party to (i) that certain Term Loan Credit Agreement,

dated as of June 9, 2017 (as amended from time to time), by and among Hollander Sleep Products, LLC, as borrower, and its subsidiaries as borrowers or guarantors, certain lenders party thereto, and Barings Finance, LLC, in its capacity as lender and administrative agent and (ii) that certain Third Amended and Restated Credit Agreement, dated as of June 9, 2017 (as amended from time to time), by and among Dream II Holdings, LLC, as borrower, and its subsidiaries as borrowers or guarantors, certain lenders party thereto, and Wells Fargo Bank, National Association, in its capacity as agent and (b) the incurrence of debtor-in-possession financing obligations (the "DIP Financing").

**RESOLVED**, that to use and obtain the benefits of (a) the DIP Financing and (b) the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, each Company will provide certain liens, claims, and adequate protection to the Secured Lenders (the "DIP Obligations"), as documented in a proposed interim order (the "Interim DIP Order") and submitted for approval to the Bankruptcy Court.

**RESOLVED**, that the form, terms, and provisions of the Interim DIP Order to which each Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are, authorized, adopted, and approved, and each of the Authorized Signatories of each Company be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Interim DIP Order, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which each Company is or will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement (collectively with the Interim DIP Order, the "DIP Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Member, with such changes, additions, and modifications thereto as the officers of each Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof.

**RESOLVED**, that each Company, as debtor and debtor in possession under the Bankruptcy Code be, and hereby is, authorized to incur the DIP Obligations and certain obligations related to the DIP Financing and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Document (collectively, the "DIP Transactions"), including granting liens on its assets to secure such obligations.

**RESOLVED**, that the Authorized Signatories of each Company be, and they hereby are, authorized and directed, and each of them acting alone hereby is, authorized, directed, and empowered in the name of, and on behalf of, each Company, as debtor and debtor in possession, to take such actions as in their discretion are determined to be necessary, desirable, or appropriate and execute the DIP Transactions, including delivery of: (a) the DIP Documents; (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the agents; and (c) such forms of deposit, account control agreements, officer's certificates, and compliance certificates as may be required by the DIP Documents.

**RESOLVED**, that each of the Authorized Signatories of each Company be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, each Company to

file or to authorize the agents to file any Uniform Commercial Code (the "UCC") financing statements, any other equivalent filings, any intellectual property filings and recordation, and any necessary assignments for security or other documents in the name of each Company if the agents deem it necessary or appropriate to perfect any lien or security interest granted under the Interim DIP Order, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired," and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of each Company and such other filings in respect of intellectual and other property of each Company, in each case as the agents may reasonably request to perfect the security interests of the agents under the Interim DIP Order or any of the other DIP Documents.

**RESOLVED**, that each of the Authorized Signatories of each Company be, and hereby are, authorized, directed, and empowered in the name of, and on behalf of, each Company to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the DIP Transactions and all fees and expenses incurred by or on behalf of each Company in connection with the foregoing resolutions, in accordance with the terms of the DIP Documents, which shall in their sole judgment be necessary, desirable, proper, or advisable to perform any of each Company's obligations under or in connection with the Interim DIP Order or any of the other DIP Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions.

**General**

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Signatory, each Authorized Signatory (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents with such additions, deletions, amendments, modifications or other changes as such Authorized Signatory may approve, and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Signatory's (or his designee's or delegate's) judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, such determination to be conclusively evidenced by such Authorized Signatory's execution and delivery of any of the agreements, certificates, instruments, or other documents, or the taking of any such action.

**RESOLVED**, that the Member has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of each Company, or hereby waives any right to have received such notice.

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated or implied by the foregoing resolutions done in the name of and on behalf of each Company by any director, officer, employee or agent of the Company, or any person or persons

designated and authorized to act on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized and adopted in advance by resolution of the Member.

**RESOLVED**, that each Authorized Signatory (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action, in the name of each Company, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary or desirable in such Authorized Signatory's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

This Written Consent may be executed in originals or electronically in as many counterparts as may be required; all counterparts shall collectively constitute one and the same Written Consent.

* * * * * * * * * * * * *

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent as of the date first written above and adopt the foregoing resolutions.

**DREAM II HOLDINGS, LLC,**
Sole Member of Hollander Home Fashions Holdings, LLC

Name: Marc Pfefferle
Title:  Chief Executive Officer

**HOLLANDER    HOME    FASHIONS HOLDINGS, LLC,**
Sole Member of Hollander Sleep Products, LLC

Name: Marc Pfefferle
Title:  Chief Executive Officer

**HOLLANDER SLEEP PRODUCTS, LLC,**
Sole Member of Hollander Sleep Products Kentucky, LLC

Name: Marc Pfefferle
Title:  Chief Executive Officer

**HOLLANDER SLEEP PRODUCTS, LLC**
Sole Member of Pacific Coast Feather, LLC

Name: Marc Pfefferle
Title:  Chief Executive Officer

**PACIFIC COAST FEATHER, LLC**
Sole Member of Pacific Coast Feather
Cushion, LLC

_____

Name: Marc Pfefferle
Title:  Chief Executive Officer

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]