WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Shannon Anne Scott, Esq.
        Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                    :      Case No. 19-11608 (MEW)
                                                         :
Hollander Sleep Products, LLC, *et al.*,                 :      Jointly Administered
                                                         :
                                    Debtors.             :
---------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of the Hollander Sleep Products, LLC, and its affiliated debtors-in-possession:

1.   Roind Hometex Co., Ltd.
     90 E. Zhongxing Rd. Luoshe Town
     Wuxi, Jiangsn, China 214187
     Attention: Feng Huanh, General Manager
     Telephone:  +86 510 83313788

2. Hangzhou Chuangyuan Feather Co., Ltd.
   No. 5 Xinda RD, MiaoJia Village
   Suo Qian Town, Hangzhou, China
   Attention: Fu Mingfang, General Manager
   Telephone: +86-13967199501

3. Hollander NC IA LLC
   600 East Avenue, Suite 200
   Rochester, New York 14607
   Attention: R. Stan Holland, Vice President of Operations
   Telephone: (585) 434 1674

4. Nap Industries, Inc.
   667 Kent Avenue
   Brooklyn, New York 11249
   Attention: Jack Freund, Vice President
   Telephone: (718) 625-4949

5. Packaging Corporation of America
   1 N Field Ct.
   Lake Forest, Illinois 60045
   Attention: Giacomo (Jack) Mauro, Director
   Telephone: (847) 482-2134

Dated: New York, New York
       May 30, 2019

                                    Sincerely,

                                    WILLIAM K. HARRINGTON
                                    UNITED STATES TRUSTEE

                                    By:   /s/ Shannon Anne Scott
                                          Shannon Anne Scott
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Office of the United States Trustee
                                          U.S. Federal Office Building
                                          201 Varick Street, Room 1006
                                          New York, NY 10014
                                          Tel. (212) 510-0500