Joshua A. Sussberg, P.C.
Christopher T. Greco, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Proposed Counsel to the Debtors and Debtors in*
*Possession*

Joseph M. Graham (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOLLANDER SLEEP PRODUCTS, LLC, *et al.*,[1] | ) Case No. 19-11608 (MEW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND**
**DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

Marc Pfefferle has signed each set of Schedules and Statements. Mr. Pfefferle serves as Chief Executive Officer of Debtor Hollander Sleep Products, LLC and is an authorized signatory for each of the Debtors in these chapter 11 cases. In reviewing and signing the Schedules and Statements, Mr. Pfefferle has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors. In light of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Dream II Holdings, LLC (7915); Hollander Home Fashions Holdings, LLC (2063); Hollander Sleep Products, LLC (2143); Pacific Coast Feather, LLC (1445); Hollander Sleep Products Kentucky, LLC (4119); Pacific Coast Feather Cushion, LLC (3119); and Hollander Sleep Products Canada Limited (3477). The location of the Debtors' service address is: 901 Yamato Road, Suite 250, Boca Raton, Florida 33431.

size and complexity of the Debtors' business, Mr. Pfefferle has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.

For the avoidance of doubt, the Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Court.

In no event shall the Debtors or their directors, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, officers, agents, attorneys, or financial advisors are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1.  **Description of Cases.** On May 19, 2019 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These cases are being jointly administered. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the close of business on the Petition Date.

2.  **Global Notes Control.** These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.  **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the

KE 62188637

Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as (i) an admission or stipulation of the validity of any claim against the Debtors or any assertion made therein or herein or (ii) a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization and Classifications.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

For the avoidance of doubt, listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(c)     **Claims Description.** Any failure to designate a claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Each Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(d)     **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to

3

the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(e)    **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(f)    **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(g)    **Insiders.**  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. In the interest of additional disclosure, the Debtors have also included certain individuals who may have officer titles in their responses to Statements, Part 13, Question 28.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

4

4.    **Methodology.**

(a)    **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)    **Confidential Information.**  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of a confidentiality agreement between the Debtors and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)    **Umbrella or Master Agreements.**  Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(d)    **Executory Contracts.**  Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' business.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

KE 62188637

(e)     **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(f)     **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of May 19, 2019. Market values may vary, at some times materially, from net book values. The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property and other assets. Accordingly, the Debtors have indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(g)     **Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(h)     **Unliquidated Amounts.** Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(i)     **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(j)     **Property and Equipment.** The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(k)     **Allocation of Liabilities.** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(l)     **Paid Claims.** The Debtors have authority to pay certain outstanding prepetition payables pursuant to Court orders, including the *Interim Order (I) Authorizing the Debtors to Pay Prepetition Claims of (A) Lien Claimants, (B) Import Claimant,*

KE 62188637

*(C) 503(B)(9) Claimants, (D) Foreign Vendors, and (E) Critical Vendors, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 49]. As such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on account of prepetition payables. Where and to the extent these liabilities have been satisfied as of the date hereof, they are not listed in the Schedules and Statements. In some instances, the Debtors have the authority to pay a prepetition liability but that amount remains unpaid or is partially paid as of the filing of the Schedules. In such cases, these amounts are marked as "contingent." To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(m)    **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (a) not reflect credits or other adjustments due from such creditors to the Debtors or (b) be net of accrued credits or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such adjustments in the ordinary course of business on a postpetition basis.

(n)    **Intercompany Claims.** Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

(o)    **Guarantees and Other Secondary Liability Claims.** The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor. The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue to review their books, records, and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

7

(p)     **Excluded Assets and Liabilities.**  The Debtors have potentially excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; certain intangibles; deferred revenue accounts; and certain accrued liabilities. Other immaterial assets and liabilities may also have been excluded.

(q)     **Liens.**  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(r)     **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars. To the extent any amounts had to be converted to U. S. dollars, the conversion rate used was as of May 19, 2019.

(s)     **Controlling Shareholders.**  For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 20% of the voting shares of the applicable Debtor entity.  Entities listed as "controlling shareholders" have been included for informational purposes only. The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

(t)     **Setoffs.**  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, credits, rebates, returns, refunds, and negotiations and/or disputes between the Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware and/or of which the Debtors have approved to effectuate in the claims process of their chapter 11 cases.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.     **Specific Schedules Disclosures.**

(a)     **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.**  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto,*

8

*(C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 4] (the "Cash Management Motion") and the interim order of the Court granting the Cash Management Motion [Docket No. 47].

The Debtors' cash balances are as of May 19, 2019.

(b)    **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(c)    **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments. Furniture and fixtures are recorded as a single line item on the Debtors' books and records, and, as a result, the Debtors have disclosed these items together in response to Question 39. The Debtors believe it would be unduly burdensome and costly for the Debtors to separate this line item into separate responses for Questions 39 and 40.

(d)    **Schedule A/B, Part 11 – All Other Assets.** Dollar amounts are presented net of impairments and other adjustments. The value of all assets listed on Schedule A/B are as of May 19, 2019.

Additionally, the Debtors may receive refunds for sales and use tax at various times throughout their fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.*** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

***Interests in Insurance Policies or Annuities.*** A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew,*

KE 62188637

*Supplement, Modify, or Purchase Insurance Coverage, and (C) Continue to Pay Brokerage Fees, and (II) Granting Related Relief* [Docket No. 15]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Such policies have all been included on Schedule A/B, Part 11, with values listed as "undetermined."

***Executory Contracts and Unexpired Leases.*** Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.

(e)    **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, including the Debtors' rights pursuant to paragraph 42 of the *Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Lenders, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief* [Docket No. 53].

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe such claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

(f)    **Schedule E/F – Creditors Who Have Unsecured Claims.**

***Part 1 – Creditors with Priority Unsecured Claims.*** Pursuant to the *Interim Order (A) Authorizing the Payment of Certain Prepetition Taxes and Fees and (B) Granting Related Relief* [Docket No. 86] (the "Interim Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims

10

KE 62188637

based upon prepetition tax accruals that have been paid pursuant to the Interim Taxes Order are not listed in Schedule E.

Furthermore, pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 48], the Debtors received interim authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, incurred in the ordinary course of business. The Debtors believe that certain non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been satisfied, and such satisfied amounts are not listed. To the extent non-insider severance benefits have not been paid up to the statutory cap of $13,650 set forth in sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code as of the date hereof, the unpaid portion of such priority amount has been listed on Schedule E and marked as "contingent." To the extent the Debtors later pay any of the priority amounts listed on Schedule E, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for such liabilities.

Moreover, in lieu of listing all of the Debtors' possible taxing authorities for notice purposes in Schedule E/F, the Debtors have only listed those taxing authorities to which the Debtors believe they owe outstanding obligations.

Additionally, all unsecured priority claims listed in Schedule E, Part 1, are reflected at, and are deemed made against, Hollander Sleep Products, LLC.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity or immunity from avoidance of any claim purported to be granted to a creditor listed on Schedule E/F. Moreover, although the Debtors have scheduled claims of various creditors, the Debtors reserve all rights to dispute or challenge any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

11

To the extent the Debtors were unable to attribute a liability to a specific Debtor, the liability has been listed on Schedule E/F, Part 2, of Hollander Sleep Products, LLC.

Schedule E/F, Part 2, contains information regarding certain compensation-related claims of insiders of the Debtors, with such claims being listed as "contingent" and "unliquidated." In scheduling such claims, the Debtors make no representation or assertion as to the validity of such claims, and the Debtors reserve all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In the ordinary course of business, the Debtors have retained certain customer prepayments and advances. Given the volume of such prepayments and advances and their confidential nature, the Debtors have not listed such prepayments and advances on Schedule E/F, Part 2. A more thorough description of the Debtors' customer relationships is set forth in the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief* [Docket No. 7].

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if or when, the Debtors receive such invoices.

(g)    **Schedule G – Executory Contracts and Unexpired Leases.** Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, in certain instances, executory

contracts and unexpired leases may be omitted due to their confidential nature but can be made available to the office of the United States Trustee for the Southern District of New York on a confidential basis. Additionally, relationships between the Debtors and their customers are often governed by a master services agreement, under which customers also place work and purchase orders, which may be considered executory contracts. The Debtors believe that disclosure of all of these purchase and work orders would be impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(h)     **Schedule H – Co-Debtors.** For purposes of Schedule H, only the agent under the prepetition credit facility or counterparties that are subject to a guaranty are listed as co-Debtors on Schedule H. The Debtors have not listed any litigation-related

13

co-Debtors on Schedule H.   Instead, all such listings can be found on
Schedules E/F.

6.    **Specific Statements Disclosures.**

(a)    **Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue.**
Amounts listed for the current fiscal year are through May 19, 2019, rather than the
Petition Date.

(b)    **Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors.**  Prior
to the Petition Date, the Debtors maintained an integrated cash management system
through which the Debtors made certain payments on behalf of their other affiliated
entities.    Consequently, nearly all[2] payments to creditors and insiders listed in
response to Questions 3 and 4 on each of the Statements reflect payments made by
Hollander Sleep Products, LLC on behalf of the corresponding Debtor entity,
pursuant to the Debtors' cash management system described in the Cash
Management Motion.  Moreover, due to the Debtors' historical reporting practices,
the clearing dates for certain transactions may reflect the date the transaction was
entered rather than the date the cash cleared the Debtors' account.

For the purposes of these Statements, the Debtors used May 19, 2019, as the
Petition Date.  Any cash transfers made by the Debtors on such date, but prior to
the actual filing of these chapter 11 cases, are reflected herein as occurring
prepetition.

Payments made to Carl Marks Advisors are reflected in the Debtors' responses to
Question 11.  Payments made by Carl Marks Advisors to Marc Pfefferle are not
listed in response to Question 4.

(c)    **Statements, Part 2, Question 6 – Setoffs.**  For a discussion of setoffs and nettings
incurred by the Debtors, refer to paragraph 4(t) of these Global Notes.

(d)    **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.**
The attachment to Question 11 of Hollander Sleep Products, LLC's Statement
reflects payments to professionals made from the Debtors' main concentration
account, which is owned by Hollander Sleep Products, LLC on behalf of the six
other Debtor entities on a consolidated basis.  The Debtors believe that it would be
an inefficient use of the assets of the estates to allocate these payments on a
Debtor-by-Debtor basis.

(e)    **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.**
The Debtors provide certain parties, such as banks, auditors, potential investors,
vendors, and financial advisors, with financial statements that may not be part of a
public filing.  The Debtors do not maintain complete lists or other records tracking

---

[2]   As reflected in its Statements, Hollander Sleep Products, LLC makes payments on its own behalf, with the
exception of payments listed on Statement 11.

14

such disclosures.  Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26, but have included parties who received audited financial statements.

(f)  **Statements, Part 13, Question 27 – Inventories.**  The Debtors inventory product at their various distribution centers on a regular basis (including, in many scenarios, on a daily basis).  In an effort to reduce the volume of disclosures that would be otherwise applicable, the Debtors have omitted such daily cycle counts conducted by the distribution centers.

(g)  **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Distributions by the Debtors to their respective directors and officers are listed on the attachment to Questions 3 and 4.  Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor affiliates, they did not receive payment for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 3 and 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

*     *     *     *     *

15

| Debtor Name | **Hollander Sleep Products, LLC** |
|---|---|
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **19-11608** |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

**1. Schedule A/B: Assets - Real and Personal Property**    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................

$6,127,887.14

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...............................................................................

$432,548,560.74

+Undetermined Amounts

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*..................................................................................

$438,676,447.88

+Undetermined Amounts

## Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property**    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$238,286,318.49

3. **Schedule E/F: Creditors Who Have Unsecured Claims**    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*............................................................

$297,136.81

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*.................................................

**+** $62,879,611.36

4. **Total liabilities** ...............................................................................................................
Lines 2 + 3a + 3b

$301,463,066.66

| Debtor Name | Hollander Sleep Products, LLC |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

| Case number (if known): | **19-11608** |
|---|---|

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash of cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.    **Cash on hand**

$2,000.00

3.    **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Wells Fargo | Checking (Payroll) | 6169 | $16,742.24 |
| 3.2 | Wells Fargo | Operating | 4226 | $1,197,383.62 |
| 3.3 | Wells Fargo | Depository | 4234 | Undetermined |
| 3.4 | Wells Fargo | Checking | 1471 | Undetermined |

4.    **Other cash equivalents**

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,216,125.86**

+Undetermined Amounts

### Part 2:    Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

Debtor  Hollander Sleep Products, LLC                              Case Number (if known) 19-11608

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | Deposit - Lease<br>Shanghai Office | $5,578.33 |
| 7.2 | Deposit - Lease<br>Arkansas Sales Office | $2,166.00 |
| 7.3 | Deposit - Lease<br>NY Showroom | $850.00 |
| 7.4 | Deposit - Lease<br>India Office | $1,526.05 |
| 7.5 | Deposit - Lease<br>Pottsville, PA Plant | $112,500.00 |
| 7.6 | Deposit - Lease<br>Compton, CA Plant | $116,000.00 |
| 7.7 | Deposit - Lease<br>Pico Rivera Bedding Plant | $228,208.00 |
| 7.8 | Deposit - Lease<br>Louisville, KY Warehouse | $10,000.00 |
| 7.9 | Deposit - Lease<br>Grand Prairie, TX Plant | $21,961.03 |
| 7.10 | Deposit - Lease<br>Skokie, IL Sales Office | $4,411.00 |
| 7.11 | Deposit - Lease<br>Seattle, WA Admin Office | $10,000.00 |
| 7.12 | Deposit - Lease<br>Boca Raton, FL Corp HQ | $182,651.88 |
| 7.13 | Deposit - Lease<br>Maquoketa, IA Plant | $2,500.00 |
| 7.14 | Deposit - Utility<br>Duke Energy Progress | $50,000.00 |
| 7.15 | Deposit - Utility<br>Southern California Edison | $76,660.00 |
| 7.16 | Deposit - Utility<br>Atmos Energy | $225.00 |
| 7.17 | Deposit - Utility<br>Farmers Rural Electric Cooperative | $2,500.00 |
| 7.18 | Deposit - Utility<br>Louisville Gas & Electric | $31,390.96 |
| 7.19 | Deposit - Utility<br>Kentucky Utilities Company | $19,667.00 |
| 7.20 | Deposit - Utility<br>Kentucky Utilities Company | $26,795.00 |

Debtor  Hollander Sleep Products, LLC                          Case Number (if known) 19-11608

| 7.21 | Deposit - Utility<br>Kentucky Utilities Company | $9,868.00 |
|---|---|---|
| 7.22 | Deposit - Utility<br>Kentucky Utilities Company | $1,378.86 |
| 7.23 | Deposit - Utility<br>Louisville Water Company | $50.00 |
| 7.24 | Deposit - Utility<br>Louisville Water Company | $50.00 |
| 7.25 | Deposit - Utility<br>Louisville Water Company | $50.00 |
| 7.26 | Deposit - Utility<br>Louisville Water Company | $50.00 |
| 7.27 | Deposit - FSA Reserve<br>Discovery Benefits | $19,640.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1 | See attached Schedule A/B Exhibit 8 | $14,092,911.03 |
|---|---|---|

9.   **Total of Part 2**
      Add lines 7 through 8.  Copy the total to line 81.

      $15,029,588.14

Part 3:      Accounts Receivable

10.   **Does the debtor have any accounts receivable?**

      ☐ No. Go to Part 4.
      ☑ Yes. Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

11.   **Accounts receivable**

| 11a. 90 days old or less: | $42,219,662.63 | - | $(10,325,906.59) | = | $31,893,756.04 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $1,099,021.10 | - | | = | $1,099,021.10 |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

      $32,992,777.14

Part 4:      Investments

13.   **Does the debtor own any investments?**

Debtor  Hollander Sleep Products, LLC                                 Case Number (if known) 19-11608

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | | |
|---|---|---|---|---|
| 15.1 | Hollander Sleep Products Trading (Shanghai) Co., Ltd (China) | 100% | Market Value | Undetermined |
| 15.2 | Hollander Sleep Products Kentucky, LLC | 100% | Market Value | Undetermined |
| 15.3 | Pacific Coast Feather, LLC | 100% | Market Value | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| Undetermined |
|---|

**Part 5:**     Inventory, excluding agricultural assets

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw Materials** | | | | |
| 19.1 | Raw Materials | Various | $60,778,111.41 | Lower of Cost (Avg or Std) or Net Realizable Value | $60,778,111.41 |
| 20. | **Work in progress** | | | | |
| 20.1 | Work in Process | Various | $449,067.21 | Lower of Cost (Avg or Std) or Net Realizable Value | $449,067.21 |
| 21. | **Finished goods, including goods held for resale** | | | | |

Debtor  Hollander Sleep Products, LLC

Case Number (if known) 19-11608

| 21.1 | Finished Goods | Various | $26,287,878.93 | | Lower of Cost (Avg or Std)  or Net Realizable Value | $26,287,878.93 |

**22.  Other inventory or supplies**

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| $87,515,057.55 |
| --- |

**24.  Is any of the property listed in Part 5 perishable?**

☑ No.

☐ Yes.

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No.

☐ Yes.     Book Value $ _____     Valuation Method _____     Current Value $ _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**28.  Crops - either planted of harvested**

**29.  Farm animals**
Examples: Livestock, poultry, farm-raised fish

Debtor  Hollander Sleep Products, LLC                                   Case Number (if known) 19-11608

30. **Farm machinery and equipment**
    (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No.
    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

    ☐ No.
    ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.       Book Value $ _____       Valuation Method _____       Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No.
    ☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor  Hollander Sleep Products, LLC                                    Case Number (if known) 19-11608

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 39.1    Office Furniture, Fixtures & Equipment | $614,319.43 | Historical Cost | $614,319.43 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    Computer Equipment | $5,650,803.66 | Historical Cost | $5,650,803.66 |

42.  **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                                $6,265,123.09

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No.
☐ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 8:**      Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor  Hollander Sleep Products, LLC                    Case Number (if known) 19-11608

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories**<br>Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1   Machinery, Equipment & Vehicles | $6,095,993.41 | Historical Cost | $6,095,993.41 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                    **$6,095,993.41**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No.
☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

Debtor  Hollander Sleep Products, LLC                                    Case Number (if known) 19-11608

---

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1 | Real Property - Leasehold Improvements | $2,580,356.97 | Historical Cost | $2,580,356.97 |
| 55.2 | Building | $319,897.59 | Historical Cost | $319,897.59 |
| 55.3 | Construction in Process | $3,227,632.58 | Historical Cost | $3,227,632.58 |

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.            **$6,127,887.14**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.
☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 10:**    **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. **Patents, copyrights, trademarks, or trade secrets** | | | | |
| 60.1 | Trade Name | $4,011,410.32 | Net Book Value | $4,011,410.32 |
| 60.2 | See attached Schedule A/B Exhibit 60 | | | Undetermined |

Debtor  Hollander Sleep Products, LLC                              Case Number (if known) 19-11608

61.  **Internet domain names and websites**

   61.1    See attached Schedule A/B Exhibit 61                                            Undetermined

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

   64.1    Favorable Leasehold Interests          $557,032.48                        $557,032.48

65.  **Goodwill**

   65.1    Goodwill                               $39,926,448.61      Net Book Value   $39,926,448.61

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.

     | $44,494,891.41 |
     | --- |

     +Undetermined Amounts

67.  **Do your lists or records include personally identifiable information of customers?**

     ☑ No.
     ☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☐ No.
     ☑ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

| Part 11: | All other assets |
| --- | --- |

Debtor  Hollander Sleep Products, LLC                                    Case Number (if known) 19-11608

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____ - _____ =
    Total face amount        Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    73.1    See attached Schedule A/B Exhibit 73                                    Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    Nature of claim

    Amount Requested

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    Nature of claim

    Amount Requested

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1 | Intercompany Receivable - Dream II Holdings, LLC | $164,592,808.67 |
| 77.2 | Investment in Pacific Coast Feather, LLC | $99,512,391.36 |
| 77.3 | Intercompany Payable - Pacific Coast Feather, LLC | ($2,287,061.04) |
| 77.4 | Intercompany Payable - Pacific Coast Feather Cushion, LLC | ($14,723,612.80) |
| 77.5 | Intercompany Payable - Hollander Sleep Products Canada Limited | ($7,990,446.87) |
| 77.6 | Intercompany Payable - Hollander Sleep Products Trading (Shanghai) Co., Ltd | ($165,075.18) |

Debtor  Hollander Sleep Products, LLC                                   Case Number (if known) 19-11608

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

| | |
|---|---|
| | **$238,939,004.14** |

+Undetermined Amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 12:      Summary**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | **$1,216,125.86** +Undetermined Amounts | |
| 81. **Deposits and prepayments.**  *Copy line 9, Part 2.* | **$15,029,588.14** | |
| 82. **Accounts receivable.**  *Copy line 12, Part 3.* | **$32,992,777.14** | |
| 83. **Investments.**  *Copy line 17, Part 4.* | **Undetermined Amounts** | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | **$87,515,057.55** | |
| 85. **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | **$6,265,123.09** | |
| 87. **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | **$6,095,993.41** | |
| 88. **Real Property.**  *Copy line 56, Part 9.* | | **$6,127,887.14** |
| 89. **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | **$44,494,891.41** +Undetermined Amounts | |
| 90. **All other assets.**  *Copy line 78, Part 11.* | **$238,939,004.14** +Undetermined Amounts | |
| 91. **Total.**  Add lines 80 through 90 for each column. | 91a. **$432,548,560.74** +Undetermined Amounts | **+** 91b. **$6,127,887.14** |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92............................................................. | | **$438,676,447.88** +Undetermined Amounts |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**Hollander Sleep Products, LLC**
Case #19-11608
Schedule AB-8: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Holder of Prepayment | Amount |
|---|---|---|
| Prepaid Insurance | General Liability | $26,683.45 |
| Prepaid Insurance | Auto Liabitlity - physical damage | $7,682.98 |
| Prepaid Insurance | Umbrella Liability | $38,970.63 |
| Prepaid Insurance | Excess Liability | $11,658.07 |
| Prepaid Insurance | Cyber Risk | $35,639.66 |
| Prepaid Insurance | Commercial Crime | $24,727.08 |
| Prepaid Insurance | EPL | $48,403.95 |
| Prepaid Insurance | International Package Policy | $1,846.77 |
| Prepaid Insurance | Surety Bond | $584.17 |
| Prepaid Insurance | Surety Bond Drawback | $22.68 |
| Prepaid Insurance | Commercial Bond - US Customs | $13,682.19 |
| Prepaid Insurance | Commercial Bond | $1,108.87 |
| Prepaid Insurance | Commercial Bond Drawback | $56.69 |
| Prepaid Insurance | Commercial Bond Drawback | $711.69 |
| Prepaid Insurance | D&O Excess pkg | $24,034.11 |
| Prepaid Insurance | Group AD&D | $9,011.68 |
| Prepaid Insurance | D&O Run Off package | $25,813.61 |
| Prepaid Insurance | Excess Side A DIC | $33,309.00 |
| Prepaid Insurance | Importer Bond from Expeditors | $704.03 |
| Prepaid Insurance | Workes Compensation | $959,846.70 |
| Prepaid Insurance | Workes Compensation | $183,025.00 |
| Prepaid Insurance | Property All Risk | $325,531.29 |
| Prepaid Insurance | Stock Throughput | $212,375.74 |
| Prepaid Insurance | Terrorism Coverage | $5,937.46 |
| Prepaid Rent | India Office | $415.97 |
| Prepaid Materials | Various | $10,291,390.73 |
| Prepaid Fixed Asset | Roof - Grand Prairie Plant | $195,336.71 |
| Prepaid IT | Oracle Support | $728,236.34 |
| Prepaid IT | Excel4Apps | $42,799.00 |
| Prepaid IT | Creative Logistics | $27,269.00 |
| Prepaid IT | 1 WorldSync | $4,527.00 |
| Prepaid IT | Dematic Corp | $720.00 |
| Prepaid IT | Verrex LLC | $3,382.00 |
| Prepaid IT | Centage | $26,066.00 |
| Prepaid IT | Bardess | $19,936.00 |
| Prepaid IT | YoToo Inc | $15,956.00 |
| Prepaid IT | Salsify | $44,710.00 |
| Prepaid IT | Trifecta | $806.00 |
| Prepaid IT | Salesforce.com | $6,179.88 |
| Prepaid IT | SuccessFactors | $27,200.31 |
| Prepaid IT | Payscale | $11,326.00 |
| Prepaid IT | Salesforce.com | $6,179.88 |
| Prepaid Taxes | CA Personal Property | $1,462.00 |
| Prepaid Taxes | CA Personal Property | $1,583.00 |
| Prepaid Royalties | Asthma & Allergy Foundation | $97,425.92 |
| Prepaid Royalties | NAUTICA | $116,458.34 |
| Prepaid Royalties | Therapedic | $4,489.25 |
| Prepaid Royalties | Calvin Klein | $427,688.18 |
| **Total** | | **$14,092,911.03** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 60

## PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE SECRETS

**Hollander Sleep Products, LLC**

Case #19-11608

Schedule AB-60: Patents, copyrights, trademarks, or trade secrets

| Filename | Country | Status | Application Number | Application Date | Patent Number | Title | Netbook Value | Valuation Method | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 3.1-026 CA | Canada | Granted | 149537 | 1/30/2013 | 149537 | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-026 CN | China P.R. | Granted | 201230370985.9 | 8/8/2012 | + | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-026 IN I | India | Granted | 251414 | 2/5/2013 | 251414 | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-026 IN II | India | Granted | 251490 | 2/7/2013 | 251490 | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-026 MX | Mexico | Granted | MX/f/2013/000266 | 1/31/2013 | 43066 | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-026 PK I | Pakistan | Granted | 16574-D | 2/7/2013 | 16574-D | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-026 PK II | Pakistan | Granted | 16573-D | 2/7/2013 | 16573-D | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-026 | United States | Granted | 29/444,405 | 1/30/2013 | D706,553 | PILLOW (Infinity) | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-028 CA | Canada | Filed | 2940071 | 8/24/2016 | | BAFFLE BOX COMFORTER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.4-028 | Patent Cooperation Treaty | Docketed | | | | ALTERNATING BAFFLE BOX COMFORTER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0F-028 | United States | Filed | 15/229,760 | 8/5/2016 | | BAFFLE BOX COMFORTER (Alternating Baffle Box Comforter) | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-029 CA | Canada | Granted | 171783 | 11/24/2016 | 171783 | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-029 CA DIV I | Canada | Granted | 175210 | 6/6/2017 | 175210 | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-029 CA DIV II | Canada | Granted | 175209 | 6/6/2017 | 175209 | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-029 MX | Mexico | Filed | MX/f/2016/003750 | 11/25/2016 | | PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1F-029 | United States | Filed | 29/577,568 | 9/14/2016 | | PILLOW (Multi Poisition Pillow) | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-035 CA | Canada | Granted | 2620502 | 2/8/2008 | 2620502 | DOMED COMFORTER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-035 | United States | Granted | 11/673,165 | 2/9/2007 | 7647657 | DOMED COMFORTER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-037 | United States | Granted | 11/567,575 | 12/6/2006 | 7681268 | FEATHERBED WITH HOURGLASS CONSTRUCTION | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-038 | United States | Granted | 10/685,884 | 10/14/2003 | 6931682 | PILLOW WITH CENTRAL AREA HAVING LOWER FILL VOLUME | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-039 | United States | Granted | 10/359,865 | 2/7/2003 | 6910237 | PILLOW COVER WITH CLOSURE AND POUCH MEMBER THEREFOR | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-040 | United States | Granted | 12/694,194 | 1/26/2010 | 8028360 | BAFFLE BOX PILLOW (Stayloft) | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-041 | United States | Granted | 10/402,605 | 3/28/2003 | 6760935 | GUSSETED PILLOW WITH PLEATED TOP AND BOTTOM SECTIONS | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-042 CA | Canada | Granted | 2329699 | 12/28/2000 | 2329699 | QUILTED-TOP FEATHERBED | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-042 | United States | Granted | 09/474,339 | 12/29/1999 | 6745419 | QUILTED-TOP FEATHERBED | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-043 CN | China P.R. | Granted | 2.01011E+11 | 9/3/2010 | ZL1010540816.5 | BAFFLE BOX COMFORTER | Undetermined | Unknown | Undetermined |

| Filename | Country | Status | Application Number | Application Date | Patent Number | Title | Netbook Value | Valuation Method | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 3.0-043 HK | Hong Kong | Granted | HK11110902.3 | 10/13/2011 | HK1156480 | BAFFLE BOX COMFORTER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-043 JP | Japan | Granted | 2010196473 | 9/2/2010 | 5814528 | BAFFLE BOX COMFORTER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-043 | United States | Granted | 12/553,885 | 9/3/2009 | 8561229 | BAFFLE BOX COMFORTER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-045 CA | Canada | Granted | 2619522 | 2/6/2008 | 2619522 | PILLOW WITH BAFFLES WITHIN AN OUTER PILLOW SHELL | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-045 CN | China P.R. | Granted | 2.0081E+11 | 2/13/2008 | ZL0810009929.5 | PILLOW WITH BAFFLES WITHIN AN OUTER PILLOW SHELL | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-045 | United States | Granted | 11/671,874 | 2/6/2007 | 7562405 | PILLOW WITH BAFFLES WITHIN AN OUTER PILLOW SHELL (Tria) | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-048 | United States | Granted | 11/192,605 | 7/29/2005 | 7152263 | MULTI-LAYER MULTI-CHAMBER PILLOW WITH UNFILLED CENTER CHAMBER IN THE TOP LAYER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-049 CA | Canada | Granted | 2534116 | 1/27/2006 | 2534116 | BEDDING ARTICLE WITH OVERLAYING PORTIONS | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-049 | United States | Granted | 11/192,602 | 7/29/2005 | 7080421 | BEDDING ARTICLE WITH OVERLAYING PORTIONS | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-050 | United States | Granted | 11/618,476 | 12/29/2006 | 7356864 | TUBULE FEATHERBED | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-051 | United States | Granted | 10/810,150 | 3/26/2004 | 7222379 | PILLOW KIT WITH REMOVABLE INTERIOR CORES | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-052 | United States | Granted | 10/935,261 | 9/7/2004 | 7210178 | CONTOUR PILLOW WITH INTERIOR BAFFLE WALLS | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-053 | United States | Granted | 10/808,637 | 3/25/2004 | 6961970 | FILLED BEDDING CONSTRUCTION HAVING CHANNELS WITH ALTERNATING LENGTH PORTIONS | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-056 CA | Canada | Granted | 2329698 | 12/28/2000 | 2329698 | HIGH LOFT COMFORTER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-056 | United States | Granted | 09/474,878 | 12/29/1999 | 6301730 | HIGH LOFT COMFORTER (Superloft) | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-060 | United States | Granted | 13/442,608 | 4/9/2012 | 9451839 | COMFORTER WITH FITTED BORDER | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0F-061 | United States | Granted | 13/887,203 | 5/3/2013 | 8776288 | BAFFLE BOX COMFORTER STRUCTURE DESIGNED TO RESIST SHIFTING OF FILL | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0F-067 | United States | Granted | 14/666,047 | 3/23/2015 | 9980587 | NON-GUSSET PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-069 | United States | Granted | 10/759,610 | 1/16/2004 | 7074242 | FILLING MATERIAL AND PROCESS FOR MAKING SAME | Undetermined | Unknown | Undetermined |

| Filename | Country | Status | Application Number | Application Date | Patent Number | Title | Netbook Value | Valuation Method | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 3.0-070 | United States | Granted | 12/022,435 | 1/30/2008 | 7814623 | BLENDED FIBER CONTAINING SILVER, BLENDED FILLING CONTAINING SILVER FIBERS, AND METHOD FOR MAKING SAME | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-071 | United States | Granted | 12/419,591 | 4/7/2009 | 7874033 | UNIVERSAL SUPPORT PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0-072 | United States | Granted | 12/112,426 | 4/30/2008 | 7669266 | NO SHIFT CHAMBERED BODY PILLOW | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.4-078 | Patent Cooperation Treaty | Filed | PCT/US2017/41411 | 7/10/2017 | | FILLING MATERIAL AND PROCESS FOR MAKING SAME | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.0F-078 | United States | Filed | 15/207,255 | 7/11/2016 | | FILLING MATERIAL AND PROCESS FOR MAKING SAME | Undetermined | Unknown | Undetermined |
| | | | | | 8,572,779 B2 | Expandable Pillow | Undetermined | Unknown | Undetermined |
| | | | | | 5970544 | Mattress Cover | Undetermined | Unknown | Undetermined |
| | | | | | US2016/0270566 A1 | Feather-filled bedding article | Undetermined | Unknown | Undetermined |
| | | | | | 7467429 B2 | Bedding Article with Cupped Baffles in a plurality of side-by-side channels | Undetermined | Unknown | Undetermined |
| HOLLANDER 3.1-020 | United States | Granted | 29/200,339 | 2/26/2004 | D507,920 | PILLOW COVERING (Superside) | Undetermined | Unknown | Undetermined |

**Hollander Trademark Docket As Of April 9, 2019**

| File No. / Mtr. | Mark | Image | Case Status | Country | Classes / Goods | Next Due Date | Next Due Event | Appln. No. / Date | Reg. No. / Date | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.0-1382 HOLLAN.2073 | 3W (Stylized) | | Application allowed | United States | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 87/902,261 05-01-2018 | | Undetermined |
| HOLLANDER 10.1-1040 AU HOLLAN.2063 | A WORLD OF COMFORT | | Pending | Australia | Class-20 Pillows; Mattress Toppers Class-24 Bed Blankets, Mattress Pads, Mattress Covers; Comforters, Pillow Covers, Bed Linens | 2/7/2028 | Renewal Deadline | 1905279 02-07-2018 | | Undetermined |
| HOLLANDER 10.1-1085 CA HOLLAN.1387 | A WORLD OF COMFORT | | Registered | Canada | Class-35 Online Retail Services In The Field Of Bedding | 6/20/2033 | Renewal Deadline | 1752828 10-30-2015 | TMA999,487 06-20-2018 | Undetermined |
| HOLLANDER 10.0-1040 II HOLLAN.2056 | A WORLD OF COMFORT | | Application allowed | United States | Class-20 Pillows, Mattress Toppers Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 87/708,942 12-05-2017 | | Undetermined |
| HOLLANDER 10.1-1085 HOLLAN.1384 | A WORLD OF COMFORT | | Registered | United States | Class-35 Online Retail Store Services In The Field Of Bedding | 6/28/2022 | Section 8 & 15 Deadline | 86/799,377 10-26-2015 | 4,988,090 06-28-2016 | Undetermined |
| HOLLANDER 10.1-1040 CN I HOLLAN.2051 | A WORLD OF COMFORT | | Application allowed | China | Class-20 Pillows And Mattress Toppers | | | 28135212 12-18-2017 | | Undetermined |
| HOLLANDER 10.1-1040 CN II HOLLAN.2052 | A WORLD OF COMFORT | | Pending | China | Class-24 Linings [Textile]; Sheets [Textile]; Bed Blankets; Cotton-Padded Mattress; Mattress Covers; Ticks [Mattress Covers]; Bed Covers;&#X0D; Quilts; Pillowcases; Bed Linen&#X0D; | | | 28164755 12-18-2017 | | Undetermined |

1

| Docket | Mark | | Status | Country | Goods/Services | Deadline | Deadline Type | Serial No. / Date | Reg. No. / Date | Ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1150 CA HOLLAN.1593 | ACTIVECOOL | | Registered | Canada | Class- Pillows | 12/5/2031 | Renewal Deadline | 1654979 12-05-2013 | TMA957136 12-05-2016 | Undetermined |
| HOLLANDER 10.1-1153 CA HOLLAN.1600 | ALLERREST | | Registered | Canada | Class-20 Pillows Class-24 Comforters, Featherbeds | 4/8/2023 | Renewal Deadline | 1209830 03-16-2004 | TMA711231 04-08-2008 | Undetermined |
| HOLLANDER 10.1-1153 HOLLAN.1599 | ALLERREST | | Registered | United States | Class-20 Pillows And Featherbeds Class-24 Comforters, Bed Blankets, Pillow Featherbed Protectors | 10/21/2020 | Section 8 & 15 Deadline | 86/269,248 05-01-2014 | 4,625,073 10-21-2014 | Undetermined |
| HOLLANDER 10.1-1156 CA HOLLAN.1606 | ALLER-SURE | | Registered | Canada | Class-20 Pillows | 6/28/2028 | Renewal Deadline | 1442239 06-19-2009 | TMA854200 06-28-2013 | Undetermined |
| HOLLANDER 10.1-1156 HOLLAN.1605 | ALLER-SURE | | Registered | United States | Class-20 Pillows | 9/13/2021 | Section 8 & 9 Renewal Deadline | 77/672,914 02-18-2009 | 4,026,525 09-13-2011 | Undetermined |
| HOLLANDER 10.1-1157 HOLLAN.1607 | ALLERX | | Registered | United States | Class-20 Pillows | 9/25/2027 | Section 8 & 9 Renewal Deadline | 78/260,439 06-10-2003 | 3,298,680 09-25-2007 | Undetermined |
| HOLLANDER 10.1-1157 CA HOLLAN.1608 | ALLERX | | Registered | Canada | Class-20 Pillows | 9/23/2024 | Renewal Deadline | 1371733 11-13-2007 | TMA748573 09-23-2009 | Undetermined |
| HOLLANDER 10.0-1416 HOLLAN.2195 | ALLSLEEP | | Pending | United States | Class-35 On-Line Retail Store Services Featuring Bedding, Bed Pillows, Pet Beds, Throws, Accent Pillows, Towels | | | 88/290,665 02-06-2019 | | Undetermined |
| HOLLANDER 10.0-1412 HOLLAN.2160 | AQUACHILL | | Pending | United States | Class-20 Pillows | | | 88/208,272 11-28-2018 | | Undetermined |
| HOLLANDER 10.1-509 IV CA HOLLAN.2099 | ARCTIC DOWN | | Pending | Canada | Class-20 Pillows Having Fill Made Wholly Or Substantially Of Down Feathers | | | 1903904 06-12-2018 | | Undetermined |
| HOLLANDER 10.0-509 IV HOLLAN.2042 | ARCTIC DOWN | | Application allowed | United States | Class-20 Pillows Having Fill Made Wholly Or Substantially Of Down Feathers | | | 87/662,622 10-27-2017 | | Undetermined |
| HOLLANDER 10.1-578 III CA HOLLAN.2180 | ARCTIC FRESH | | Pending | Canada | Class-24 Comforters; Odor Control Technology Sold As An Integral Component Of Comforters | | | 1940803 01-15-2019 | | Undetermined |
| HOLLANDER 10.0-578 III HOLLAN.2179 | ARCTIC FRESH | | Pending | United States | Class-24 Comforters; Odor Control Technology Sold As An Integral Component Of Comforters | | | 88/253,450 01-08-2019 | | Undetermined |
| HOLLANDER 10.1-578 Canada HOLLAN.845 | ARCTIC FRESH | | Registered | Canada | Class-- Down Fill And Feather Fill | 10/13/2030 | Renewal Deadline | 1498171 10-01-2010 | TMA916923 10-13-2015 | Undetermined |
| HOLLANDER 10.0-578 II HOLLAN.1257 | ARCTIC FRESH | | Registered | United States | Class-22 Down Fill And Feather Fill For Use In Pillows And Cushions | 7/28/2021 | Section 8 & 15 Deadline | 86/202,314 02-24-2014 | 4,782,838 07-28-2015 | Undetermined |
| HOLLANDER 10.1-1159 MX II HOLLAN.1614 | BARRIER WEAVE | | Registered | Mexico | Class-24 Fabrics For Pillows And Overheads | 6/3/2022 | Renewal Deadline | M549710 06-03-2002 | 754057 06-28-2002 | Undetermined |

2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263<br>05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1159 CA HOLLAN.1613 | BARRIER WEAVE | | Registered | Canada | Class-24 Fabric Sold As An Integral Part Of Pillows And Featherbeds; Fabrice Sold As An Integral Part Of Comforters, Bed Blankets, Pillow Protectors And Throws | 9/28/2027 | Renewal Deadline | 1501835<br>10-29-2010 | TMA833243 09-28-2012 | Undetermined |
| HOLLANDER 10.1-1159 HOLLAN.1612 | BARRIER WEAVE | | Registered | United States | Class-20 Fabric Sold As An Integral Part Of Featherbeds<br>Class-24 Fabric Sold As An Integral Part Of Bed Blankets, Pillow Protectors And Throws | 2/22/2021 | Section 8 & 9 Renewal Deadline | 85/085,541<br>07-15-2010 | 3,923,124<br>02-22-2011 | Undetermined |
| HOLLANDER 10.1-1159 HOLLAN.1615 | BARRIER WEAVE | | Registered | European Union Intellectual Property Office | Class-24 Fabrics For Pillows And Comforters, Duvets | 1/8/2021 | Renewal Deadline | 002030617<br>01-08-2001 | 002030617<br>12-04-2001 | Undetermined |
| HOLLANDER 10.0-188 HOLLAN.137 | BED GLOVE | | Registered | United States | Class-24 Mattress Pads | 12/27/2024 | Section 8 & 9 Renewal Deadline | 74/426,312<br>08-17-1993 | 1,870,583<br>12-27-1994 | Undetermined |
| HOLLANDER 10.1-811 HOLLAN.1004 | BED SAVER | | Registered | United States | Class-24 Mattress Pads | 3/19/2022 | Section 8 & 9 Renewal Deadline | 76/035,627<br>04-28-2000 | 2,551,016<br>03-19-2002 | Undetermined |
| HOLLANDER 10.1-1162 CA HOLLAN.1622 | BEYOND COMFORT | | Registered | Canada | Class-20 Comforters, Featherbeds And Pillow Protectors; Pillows<br>Class-24 Comforters And Pillow Protectors | 4/15/2029 | Renewal Deadline | 1440876<br>06-09-2009 | TMA875807 04-15-2014 | Undetermined |
| HOLLANDER 10.1-1162 II HOLLAN.1621 | BEYOND COMFORT | | Registered | United States | Class-20 Pillows | 11/5/2026 | Section 8 & 9 Renewal Deadline | 74/577,708<br>09-23-1994 | 2,014,240<br>11-05-1996 | Undetermined |
| HOLLANDER 10.1-1163 CA HOLLAN.1625 | BEYOND SLEEP | | Registered | Canada | Class- Pillows And Fiber Beds, Comforters, Feather Beds And Mattress Pads | 11/25/2025 | Renewal Deadline | 1320820<br>10-19-2006 | TMA783454 11-25-2010 | Undetermined |
| HOLLANDER 10. -1389 | BIG COZY | | Not yet filed | DEFAULT JURISDICTION | CLOSED 6/20/18 in CMFE | | | | | Undetermined |
| HOLLANDER 10.1-1165 I HOLLAN.1627 | BIG COZY | | Registered | United States | Class-20 Pillows | 1/4/2021 | Section 8 & 9 Renewal Deadline | 77/856,380<br>10-23-2009 | 3,901,745<br>01-04-2011 | Undetermined |
| HOLLANDER 10.1-1168 HOLLAN.1631 | BIG Z | | To be abandoned | United States | Class-20 Pillows | 8/17/2019 | Section 8 & 9 Renewal Deadline | 75/458,046<br>05-27-1998 | 2,270,499<br>08-17-1999 | Undetermined |
| HOLLANDER 10.0-1395 HOLLAN.2114 | BLUE DIAMOND | | Pending | United States | Class-20 Pillows, Mattress Toppers | | | 88/186,043<br>11-08-2018 | | Undetermined |
| HOLLANDER 10.1-815 CN HOLLAN.1090 | BOOMERANG | | To be abandoned | China | Class-20 Pillows; Bed Pillows; Neck Pillows; Body; Back Cushions; Bolsters For Supporting Legs | 7/27/2019 | Renewal Grace Period | 201358121<br>09-21-2005 | 4908135<br>01-28-2009 | Undetermined |
| HOLLANDER 10.1-815 HOLLAN.1008 | BOOMERANG | | Registered | United States | Class-20 Bed Pillows, Neck Pillows, Body Pillows, Support Pillows And Leg Support Pillows | 9/3/2022 | Section 8 & 9 Renewal Deadline | 75/728,906<br>06-15-1999 | 2,613,680<br>09-03-2002 | Undetermined |
| HOLLANDER 10.1-801 MX HOLLAN.981 | BOOT LOGO | | Registered | Mexico | Class-20 Pillows, Fibers Beds, Feather Beds | 1/16/2023 | Renewal Deadline | 1340093<br>01-16-2013 | 1365747<br>05-02-2013 | Undetermined |

| Reference | Mark | Image | Status | Country | Class/Goods | Date | Deadline | App No./Date | Reg No./Date | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.0-1104 HOLLAN.1418 | Brain Logo | | Registered | United States | Class-20 Pillows Class-24 Mattress Pads, Pillow Covers | 10/23/2024 | Section 8 & 15 Deadline | 87/203,456 10-14-2016 | 5,590,859 10-23-2018 | Undetermined |
| HOLLANDER 10.1-342 CANADA HOLLAN.379 | BREATHE WELL | | Registered | Canada | Class- Pillows | | | 894571 10-27-1998 | TMA553109 10-31-2001 | Undetermined |
| HOLLANDER 10.1-1015 CA HOLLAN.1278 | BREATHE-COOL | | Registered | Canada | Class- Pillows And Mattress Toppers | 3/20/2033 | Renewal Deadline | 1672011 04-09-2014 | TMA992765 03-20-2018 | Undetermined |
| HOLLANDER 10.0-1015 HOLLAN.1266 | BREATHE-COOL | | Registered | United States | Class-20 Mattress Toppers | 5/17/2022 | Section 8 & 15 Deadline | 86/241,474 04-03-2014 | 4,960,744 05-17-2016 | Undetermined |
| HOLLANDER 10.0-1139 HOLLAN.1478 | BREATHEWELL | | Registered | United States | Class-20 Pillows | 10/16/2024 | Section 8 & 15 Deadline | 87/525,646 07-12-2017 | 5,587,384 10-16-2018 | Undetermined |
| HOLLANDER 10.1-1053 CA HOLLAN.1334 | BREATHEWELL | | Registered | Canada | Class-20 Pillows | 4/27/2033 | Renewal Deadline | 1705939 12-05-2014 | TMA995431 04-27-2018 | Undetermined |
| HOLLANDER 10.0-493 II HOLLAN.1311 | BREATHEWELL | | Registered | United States | Class-24 Mattress Pads | 6/12/2024 | Section 8 & 15 Deadline | 86/420,197 10-10-2014 | 5,492,445 06-12-2018 | Undetermined |
| HOLLANDER 10.1-988 CA HOLLAN.1220 | CANADA SMART | | Registered | Canada | Class- Pillows, Fiber Beds, Mattress Toppers, Feather Beds, Fiber Fill, Synthetic Fill, Down Fill, Bed Blankets, Bedding, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | 2/14/2032 | Renewal Deadline | 1637354 07-30-2013 | TMA962733 02-14-2017 | Undetermined |
| HOLLANDER 10.1-1003 CA HOLLAN.1247 | CANADA SMART Logo | | Registered | Canada | Class- Pillows, Fiber Fill, Synthetic Fill, Down Fill, Mattress Pads, And Comforters | 11/3/2031 | Renewal Deadline | 1655188 12-06-2013 | TMA954199 11-03-2016 | Undetermined |
| HOLLANDER 10.1-904 CA HOLLAN.1129 | CLEAN COMFORT | | Registered | Canada | Class- Pillows, Mattress Pads, Foam Mattress Pads, Mattress Encasements, Duvets, Duvet Covers, Comforters, Sheets, Blankets, Feather Beds And Fiber Beds | 11/24/2023 | Renewal Deadline | 1371773 11-13-2007 | TMA729336 11-24-2008 | Undetermined |
| HOLLANDER 10.1-593 Canada HOLLAN.884 | CLEAR FRESH | | Registered | Canada | Class- Pillows, Fiber Beds, Mattress Toppers, Feather Beds, Bed Blankets, Mattress Pads, Comforters, Pillow Covers | 8/11/2030 | Renewal Deadline | 1534918 07-08-2011 | TMA910814 08-11-2015 | Undetermined |
| HOLLANDER 10.1-1024 HOLLAN.1275 | CLEARFRESH | | Registered | United States | Class-20 Mattress Toppers And Pillows Odor Neutralizing Preparation Sold As An Component Thereof Class-24 Bed Blankets Incorporating An Odor Preparation Sold As An Integral Component Thereof | 12/9/2020 | Section 8 & 15 Deadline | 86/258,997 04-22-2014 | 4,652,260 12-09-2014 | Undetermined |
| HOLLANDER 10.0-1051 HOLLAN.1328 | CLEARFRESH | | Registered | United States | Class-24 Mattress Pads; Mattress Pads Odor Neutralizing Preparation Sold As An Component Thereof | 3/15/2022 | Section 8 & 15 Deadline | 86/440,768 10-31-2014 | 4,919,075 03-15-2016 | Undetermined |
| HOLLANDER 10.1-1174 CA HOLLAN.1641 | CLUSTAIRE | | Registered | Canada | Class-20 Pillows | 4/11/2026 | Renewal Deadline | 1309744 07-19-2006 | TMA795171 04-11-2011 | Undetermined |

| Reference | Mark | | Status | Country | Goods / Class | Renewal | Note | Application | Registration | Determination |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | 3W | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-437 HOLLAN.519 | CLUSTER PUFF | | Registered | United States | Class-20 Pillows And Mattress Toppers | 11/2/2024 | Section 8 & 9 Renewal Deadline | 78/238,380 04-16-2003 | 2,899,498 11-02-2004 | Undetermined |
| HOLLANDER 10.1-437 Canada HOLLAN.571 | CLUSTER PUFF | | Registered | Canada | Class- Pillows, Mattress Toppers And Featherbeds, Down Fill And Fiber Fill, Comforters, Bed Sheets, Pillow Caes, Bed Ruffles, Pillow Shams, Duvet Covers, Table Rounds And Window Treatments Namely Window Curtains, Window Scarves, Fabric Curtain Tiebacks And Textile Window Covering Panels, Dust Ruffles, Mattress Pads, Bed Blankets And Fabric Valances Class- Pillows And Mattress Toppers; Down Fill And Fiber Fille; Comforters, Fabric Valances, Mattress Pads; And Polyester Bed Covering | 3/31/2021 | Renewal Deadline | 1221423 06-23-2004 | TMA662003 03-31-2006 | Undetermined |
| HOLLANDER 10.0-1089 HOLLAN.1396 | COMFORT '365 | | Application allowed | United States | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 86/959,503 03-31-2016 | | Undetermined |
| HOLLANDER 10. -1390 HOLLAN.2104 | COMFORT '365 | | Not yet filed | DEFAULT JURISDICTION | CLOSED 6/20/18 in CMRE | | | | | Undetermined |
| HOLLANDER 10.0-1390 II HOLLAN.2115 | COMFORT '365 (Design) | COMFORT '365 | Pending | United States | Class-20 Chair Beds, Sofa Beds, Ottoman Beds, Mattresses | | | 88/129,193 09-24-2018 | | Undetermined |
| HOLLANDER 10.1-1175 HOLLAN.1642 | COMFORT CENTRAL | | Registered | United States | Class-24 Comforters | 3/7/2025 | Section 8 & 9 Renewal Deadline | 74/481,802 01-24-1994 | 1,882,267 03-07-1995 | Undetermined |
| HOLLANDER 10.1-1176 HOLLAN.1643 | COMFORT CHAMBER | COMFORT CHAMBER | Registered | United States | Class-20 Pillows | 12/9/2023 | Section 8 & 9 Renewal Deadline | 76/352,308 12-26-2001 | 2,792,349 12-09-2003 | Undetermined |
| HOLLANDER 10.1-1177 CA HOLLAN.1644 | COMFORT CORE | | To be abandoned | Canada | Class- Pillows | 4/24/2019 | Renewal Grace Period | 0848198 06-17-1997 | TMA593052 10-24-2003 | Undetermined |
| HOLLANDER 10.1-1177 HOLLAN.1645 | COMFORT CORE | | Registered | European Union Intellectual Property Office | Class-20 Pillows | 1/8/2021 | | 002029734 01-08-2001 | 002029734 01-22-2002 | Undetermined |
| HOLLANDER 10.1-1177 CN II HOLLAN.1647 | COMFORT CORE & DESIGN | COMFORT CORE | Registered | China | Class-20 Pillow, Feather Mattress; Mattress | 5/13/2023 | Renewal Deadline | 10629814 03-16-2012 | 10629814 05-14-2013 | Undetermined |
| HOLLANDER 10.1-1177 CN I HOLLAN.1646 | COMFORT CORE & DESIGN | | Registered | China | Class-24 Bedspread, Fills Natural Or The Man-Filling Material Mattress | 9/6/2023 | Renewal Deadline | 10629813 03-16-2012 | 10629813 09-07-2013 | Undetermined |
| HOLLANDER 10.1-1178 MX HOLLAN.1650 | COMFORT LOCK | | Registered | Mexico | Class-24 Bedding Especially Cover-Beds | 1/9/2025 | Renewal Deadline | M221222 01-09-1995 | 507226 10-20-1995 | Undetermined |
| HOLLANDER 10.1-1178 HOLLAN.1651 | COMFORT LOCK | | Registered | European Union Intellectual Property Office | Class-24 Comforters, Quilts And Duvets | 7/12/2020 | Renewal Deadline | 001751460 07-12-2000 | 001751460 07-09-2001 | Undetermined |
| HOLLANDER 10.1-1178 CA HOLLAN.1649 | COMFORT LOCK | | Registered | Canada | Class-24 Comforters | 1/27/2028 | Renewal Deadline | 0768647 11-15-1994 | TMA488350 01-27-1998 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | 3W | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1178 I HOLLAN.1648 | COMFORT LOCK | | Registered | United States | Class-24 Comforters | 9/10/2026 | Section 8 & 9 Renewal Deadline | 74/483,254 01-27-1994 | 1,998,955 09-10-1996 | Undetermined |
| HOLLANDER 10.1-479 Canada HOLLAN.712 | COMFORT WRAP | | Registered | Canada | Class- Pillows | 4/8/2025 | Renewal Deadline | 1394765 05-08-2008 | TMA763665 04-08-2010 | Undetermined |
| HOLLANDER 10.0-1418 HOLLAN.2199 | COMFORT-LITE | | Pending | United States | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds; Fiber, Namely, A Fiber Sold As An Integral Component Of Pillows, Fiber Beds, Mattress Toppers, Feather Beds Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens; Fiber, Namely, A Fiber Sold As An Integral Component Of Mattress Pads, Mattress Covers And Comforters | | | 88/285,679 02-01-2019 | | Undetermined |
| HOLLANDER 10.1-1181 I HOLLAN.1654 | CONFORMANCE | | Registered | United States | Class-20 Pillows Class-24 Mattress Pads | 8/19/2020 | Section 8 & 15 Deadline | 85/776,213 11-09-2012 | 4,589,386 08-19-2014 | Undetermined |
| HOLLANDER 10.1-1181 CA HOLLAN.1656 | CONFORMANCE | | Registered | Canada | Class-24 Pillows; Mattress Pads | 3/8/2032 | Renewal Deadline | 1603389 11-21-2012 | TMA965187 03-08-2017 | Undetermined |
| HOLLANDER 10.1-1181 CN II HOLLAN.1658 | CONFORMANCE & DESIGN | Conformance | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Non-Medical Air Pad Pillow; Feather Pillow; Protrusion Of The Bone; Magnetism Therapy Pillow; Furniture | | | 6515202 01-17-2008 | 6515202 03-28-2010 | Undetermined |
| HOLLANDER 10.1-1181 CN I HOLLAN.1657 | CONFORMANCE & DESIGN | Conformance | Registered | China | Class-22 String; Spreads The Adhesive Plaster; The Bag; Padding; Textile Fiber Spinning And Raw Material; Cotton And Kapok Fibrous Bundle; Silk Wadding; Textile Fiber; The Textile Uses The Textile Fiber (Textile Fiber) | | | 6515201 01-17-2008 | 6515201 06-21-2010 | Undetermined |
| HOLLANDER 10. -1411 HOLLAN.2159 | COOL CHARGE | | Not yet filed | United States | | | | 01-00-1900 | 01-00-1900 | Undetermined |
| HOLLANDER 10.1-1182 HOLLAN.1659 | CORE SLEEP | | Registered | United States | Class-20 Pillows | 10/9/2022 | Section 8 & 9 Renewal Deadline | 85/365,760 07-07-2011 | 4,222,894 10-09-2012 | Undetermined |
| HOLLANDER 10.1-1183 HOLLAN.1661 | COVER PLUS | | Registered | United States | Class-24 Mattress Pads | 7/22/2020 | Section 8 & 15 Deadline | 85/729,756 09-14-2012 | 4,572,981 07-22-2014 | Undetermined |
| HOLLANDER 10.1-1185 HOLLAN.1663 | CROWN OF DOWN | | Registered | United States | Class-20 Pillows | 1/2/2026 | Section 8 & 9 Renewal Deadline | 74/437,383 09-20-1993 | 1,946,007 01-02-1996 | Undetermined |
| HOLLANDER 10. -1410 HOLLAN.2158 | CRYSTAL COOL | | Not yet filed | United States | | | | 01-00-1900 | | Undetermined |
| HOLLANDER 10.0-991 HOLLAN.1224 | CRYSTALLINE | | Registered | United States | Class-05 Odor Neutralizing Preparations Sold Integral Component Of Mattress Toppers And Pillows | 3/3/2021 | Section 8 & 15 Deadline | 86/194,194 02-14-2014 | 4,694,537 03-03-2015 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-991 CA HOLLAN.1312 | CRYSTALLINE | | Registered | Canada | Class- Odor Neutralizing Preparations For Use On Bedding; Mattress Toppers, Pillows; Odor Neutralizing Preparations Sold As An Integral Component Of Mattress Toppers And Pillows; Bed Blankets; Odor Neutralizing Preparations Sold As An Integral Component Of Bed Blankets | 11/6/2032 | Renewal Deadline | 1700233 10-29-2014 | TMA984,327 11-06-2017 | Undetermined |
| HOLLANDER 10.0-369 HOLLAN.419 | CUDDLE ROLL | | Registered | United States | Class-20 Pillows | 8/8/2020 | Section 8 & 9 Renewal Deadline | 75/778,188 08-17-1999 | 2,375,118 08-08-2000 | Undetermined |
| HOLLANDER 10.1-588 HOLLAN.857 | CUDDLEBED | | Registered | United States | Class-20 Mattress Toppers | 11/8/2021 | Section 8 & 9 Renewal Deadline | 85/219,868 01-18-2011 | 4,052,079 11-08-2011 | Undetermined |
| HOLLANDER 10.0-554 HOLLAN.810 | CUDDLEBED | | Registered | United States | Class-24 Mattress Pads | 12/24/2023 | Section 8 & 9 Renewal Deadline | 77/939,688 02-19-2010 | 4,455,249 12-24-2013 | Undetermined |
| HOLLANDER 10.0-1066 HOLLAN.1354 | CUDDLEFOAM | | Registered | United States | Class-20 Mattress Toppers | 6/7/2022 | Section 8 & 15 Deadline | 86/567,779 03-18-2015 | 4,974,488 06-07-2016 | Undetermined |
| HOLLANDER 10.1-1186 HOLLAN.1664 | CUDDLELOFT | | To be abandoned | United States | Class-20 Pillows And Featherbeds; Feathers And/Or Down In The Nature Of Filing Sold Integral Component Of Pillows And Featherbeds | 10/29/2019 | Section 8 & 15 Deadline | 85/307,476 04-28-2011 | 4,425,944 10-29-2013 | Undetermined |
| HOLLANDER 10.1-1187 CA HOLLAN.1666 | CUDDLESOFT | | Registered | Canada | Class- Pillows, Comforters, Featherbeds, Blankets And Throws | 3/24/2021 | Renewal Deadline | 1254954 04-21-2005 | TMA661418 03-24-2006 | Undetermined |
| HOLLANDER 10.1-1188 HOLLAN.1667 | CURVATION | | Registered | United States | Class-20 Pillows Class-24 Comforters And Featherbeds | 8/31/2020 | Section 8 & 9 Renewal Deadline | 77/084,983 01-17-2007 | 3,841,863 08-31-2010 | Undetermined |
| HOLLANDER 10.0-1052 II HOLLAN.2169 | DIAMONDCOOL | | Pending | United States | Class-20 Pillows And Mattress Toppers Incorporating A Cooling Technology Sold As An Integral Component Thereof | | | 88/219,720 12-06-2018 | | Undetermined |
| HOLLANDER 10.1-1052 CA HOLLAN.1333 | DIAMONDCOOL | | Published | Canada | Class-20 Pillows | | | 1705941 12-05-2014 | | Undetermined |
| HOLLANDER 10.0-1002 HOLLAN.1244 | DOUBLE SUPPORT | | Registered | United States | Class-24 Mattress Pads | 9/29/2021 | Section 8 & 15 Deadline | 86/120,315 11-15-2013 | 4,822,764 09-29-2015 | Undetermined |
| HOLLANDER 10.0-414 HOLLAN.493 | DOUBLE SUPPORT | | Registered | United States | Class-20 Bed Pillows | 2/24/2024 | Section 8 & 9 Renewal Deadline | 78/137,048 06-19-2002 | 2,818,380 02-24-2004 | Undetermined |
| HOLLANDER 10.1-1192 CA HOLLAN.1672 | DOWN AROUND | | Registered | Canada | Class-- Pillows, Comforters, Duvets, Bed Spreads, Sheets And Pads | 10/26/2028 | Renewal Deadline | 0818663 07-23-1996 | TMA502795 10-26-1998 | Undetermined |
| HOLLANDER 10.1-1193 HOLLAN.1673 | DOWN EMBRACE | | Registered | United States | Class-20 Pillows | 5/11/2019 | Section 8 & 9 Renewal Deadline | 75/455,209 03-23-1998 | 2,244,632 05-11-1999 | Undetermined |
| HOLLANDER 10.1-1194 CA HOLLAN.1674 | DOWN ENHANCE | | Registered | Canada | Class-20 Down Pillows | 9/12/2027 | Renewal Deadline | 1458920 11-12-2009 | TMA831845 09-12-2012 | Undetermined |
| HOLLANDER 10.1-1197 HOLLAN.1678 | DOWN ON TOP | | Registered | United States | Class-20 Pillows | 1/2/2026 | Section 8 & 9 Renewal Deadline | 74/437,385 09-20-1993 | 1,946,008 01-02-1996 | Undetermined |
| HOLLANDER 10.1-1198 CA HOLLAN.1680 | DOWN SURROUND | | Registered | Canada | Class-20 Pillows | 5/29/2029 | Renewal Deadline | 1603711 11-23-2012 | TMA879063 05-29-2014 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1198 HOLLAN.1679 | DOWN SURROUND | | Registered | United States | Class-20 Pillows | 1/16/2026 | Section 8 & 9 Renewal Deadline | 74/437,384 09-20-1993 | 1,949,403 01-16-1996 | Undetermined |
| HOLLANDER 10.1-1198 HOLLAN.1681 | DOWN SURROUND | | Registered | European Union Intellectual Property Office | Class-20 Pillows | 7/12/2020 | Renewal Deadline | 001751833 07-12-2000 | 001751833 08-09-2001 | Undetermined |
| HOLLANDER 10.1-912 CA HOLLAN.1137 | DOWN WRAP | | Registered | Canada | Class- Pillows, Foam Pillows, Pillow Protectors, Mattress Pads, Mattress Toppers, And Duvets | 6/2/2025 | Renewal Deadline | 1442733 06-25-2009 | TMA768528 06-02-2010 | Undetermined |
| HOLLANDER 10.1-1200 HOLLAN.1683 | DOWNAROUND | | Registered | United States | Class-20 Bed Pillows | 8/28/2024 | Section 8 & 9 Renewal Deadline | 73/445,911 09-29-1983 | 1,292,323 08-28-1984 | Undetermined |
| HOLLANDER 10.1-1200 MX HOLLAN.1684 | DOWNAROUND | | Registered | Mexico | Class-20 Pillows | 5/24/2022 | Renewal Deadline | M548497 05-24-2002 | 751999 06-26-2002 | Undetermined |
| HOLLANDER 10.1-1200 HOLLAN.1685 | DOWNAROUND | | Registered | European Union Intellectual Property Office | Class-20 Pillows | 7/12/2020 | Renewal Deadline | 001753995 07-12-2000 | 001753995 07-31-2001 | Undetermined |
| HOLLANDER 10.1-1201 CA HOLLAN.1687 | DOWNLOCK | | Registered | Canada | Class-24 Down Comforters | 4/28/2029 | Renewal Deadline | 0768646 11-15-1994 | TMA511258 04-28-1999 | Undetermined |
| HOLLANDER 10.1-1201 HOLLAN.1686 | DOWNLOCK | | Registered | United States | Class-24 Down Comforters | 9/9/2027 | Section 8 & 9 Renewal Deadline | 74/576,144 09-20-1994 | 2,095,513 09-09-1997 | Undetermined |
| HOLLANDER 10.1-1202 II HOLLAN.1689 | DOWNWORKS | | Registered | United States | Class-20 Pillows | 11/2/2020 | Section 8 & 9 Renewal Deadline | 77/044,395 11-15-2006 | 3,870,768 11-02-2010 | Undetermined |
| HOLLANDER 10.1-1202 I HOLLAN.1688 | DOWNWORKS | | Registered | United States | Class-20 Pillows Containing Down As A Component Class-24 Comforters And Bed Blankets; All Down As A Material Component | 4/29/2020 | Section 8 & 15 Deadline | 85/776,239 11-09-2012 | 4,522,827 04-29-2014 | Undetermined |
| HOLLANDER 10.1-1203 CA HOLLAN.1693 | DREAM SOLUTIONS | | Registered | Canada | Class- Mattress Pads; Pillows And Fiber Beds Class-- | 9/2/2026 | Renewal Deadline | 1304909 06-09-2006 | TMA805965 09-02-2011 | Undetermined |
| HOLLANDER 10.1-990 CA HOLLAN.1223 | DREAMLOFT | | To be abandoned | Canada | Class- Polyester Fibers; Foam Stuffing For Pillows And Bed Blankets Class-- | | | 1655827 12-11-2013 | | Undetermined |
| HOLLANDER 10.1-820 CN HOLLAN.1093 | DREAMLOFT | | To be abandoned | China | Class-22 Man-Made Synthetic Cotton Wool; Man-Synthetic Fabric For Stuffing; Filling Of Pillows | 5/6/2019 | Renewal Deadline | 201358125 09-21-2005 | 4908131 05-07-2009 | Undetermined |
| HOLLANDER 10.1-821 CN HOLLAN.1094 | DREAMLOFT | | To be abandoned | China | Class-20 Decorative Pillows; Pillow Inner | 7/20/2019 | Renewal Grace Period | 201358124 09-21-2005 | 4908132 01-21-2009 | Undetermined |
| HOLLANDER 10.0-1025 HOLLAN.1280 | DREAM-LOFT | | Registered | United States | Class-22 Fiberfill Sold As A Component Of Bed Blankets; Foam Stuffing For Pillows Class-24 Bed Blankets, Mattress Pads, Mattress Comforters, Pillow Covers, Bed Linens | 12/1/2021 | Section 8 & 15 Deadline | 86/244,594 04-07-2014 | 4,863,911 12-01-2015 | Undetermined |
| HOLLANDER 10.1-820 HOLLAN.1013 | DREAMLOFT (Class 24) | | Registered | United States | Class-24 Fiberfill As An Integral Comforters And Mattress Pads | 12/6/2021 | Section 8 & 9 Renewal Deadline | 77/780,564 07-14-2009 | 4,067,713 12-06-2011 | Undetermined |
| HOLLANDER 10. -1420 HOLLAN.2219 | DREAMS COME TRUE AROUND | | Not yet filed | United States | Closed 2/19/19 in CMFE | | | | | Undetermined |

| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263<br>05-03-2018 | | Undetermined |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-291 HOLLAN.294 | DREAMSCAPE | | Registered | Canada | Class- Pillows And Mattress Pads | 11/28/2030 | Renewal Deadline | 846,340<br>05-28-1997 | 537853<br>11-28-2000 | Undetermined |
| HOLLANDER 10.1-291 HOLLAN.270 | DREAMSCAPE | | Registered | United States | Class-20 Pillows | 5/19/2028 | Section 8 & 9 Renewal Deadline | 75/258,742<br>03-17-1997 | 2,158,623<br>05-19-1998 | Undetermined |
| HOLLANDER 10.1-522 HOLLAN.746 | DREAMSCAPE (Class 20) | | Registered | United States | Class-20 Pillows | 8/4/2019 | Section 8 & 9 Renewal Deadline | 77/662,373<br>02-03-2009 | 3,663,632<br>08-04-2009 | Undetermined |
| HOLLANDER 10.0-411 HOLLAN.489 | DREAMY NIGHTS | | Registered | United States | Class-20 Bed Pillows<br>Class-24 Mattress Pads | 12/16/2023 | Section 8 & 9 Renewal Deadline | 76/407,514<br>05-14-2002 | 2,795,796<br>12-16-2003 | Undetermined |
| HOLLANDER 10.1-411 MX I HOLLAN.1345 | DREAMY NIGHTS 20) | | Registered | Mexico | Class-20 Bed Pillows | 1/8/2025 | Renewal Deadline | 1564291<br>01-08-2015 | 1541706<br>05-27-2015 | Undetermined |
| HOLLANDER 10.1-411 MX II HOLLAN.1349 | DREAMY NIGHTS 24) | | Registered | Mexico | Class-24 Comforters And Mattress Pads | 1/8/2025 | Renewal Deadline | 1564292<br>01-08-2015 | 1541707<br>05-27-2015 | Undetermined |
| HOLLANDER 10.1-1204 CA II HOLLAN.1697 | DUAL ZONE | | Registered | Canada | Class-20 Bed Pillows | 10/25/2026 | Renewal Deadline | 1398619<br>01-09-2007 | TMA810191 10-25-2011 | Undetermined |
| HOLLANDER 10.1-1206 CA HOLLAN.2074 | DURAFIL | | Pending | Canada | Class-22 Polyester Filling For Pillows And Comforters | | | 1882474<br>02-09-2018 | | Undetermined |
| HOLLANDER 10.1-1206 HOLLAN.1699 | DURAFIL | | Registered | United States | Class-22 Polyester Filling For Pillows And Comforters | 1/19/2028 | Section 8 & 9 Renewal Deadline | 73/657,595<br>04-27-1987 | 1,473,201<br>01-19-1988 | Undetermined |
| HOLLANDER 10.1-1207 CN HOLLAN.1700 | DURALUX & DESIGN | DURALUX | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Pillowcase; Bedding Bag; Quilt Wadding; Cotton Kapok Blanket; Wool Blanket; Felt | 7/6/2020 | Renewal Deadline | 6515549<br>01-17-2008 | 6515549<br>07-07-2010 | Undetermined |
| HOLLANDER 10.0-1100 HOLLAN.1414 | ECO-SMART | | Registered | United States | Class-20 Pillows; Fiber Fill Sold As An Integral Of Pillows | 11/14/2023 | Section 8 & 15 Deadline | 87/203,501<br>10-14-2016 | 5,336,781<br>11-14-2017 | Undetermined |
| HOLLANDER 10.0-823 II HOLLAN.2167 | ECO-SMART | | Pending | United States | Class-20 Mattress Toppers; Fiberfill Sold As An Integral Component Of Mattress Toppers<br>Class-24 Mattress Pads, Comforters; Fiberfill Sold As An Integral Component Of Mattress Pads And Comforters | | | 88/219,558<br>12-06-2018 | | Undetermined |
| HOLLANDER 10.1-823 II CA HOLLAN.2171 | ECO-SMART | | Pending | Canada | Class-20 Mattress Toppers; Fiberfill Sold As An Integral Component Of Mattress Toppers<br>Class-24 Mattress Pads, Comforters; Fiberfill Sold As An Integral Component Of Mattress Pads And Comforters | | | 1935566<br>12-12-2018 | | Undetermined |
| HOLLANDER 10.1-824 HOLLAN.1017 | ECO-SMART | | Registered | United States | Class-20 Pillows | 11/25/2028 | Section 8 & 9 Renewal Deadline | 78/924,315<br>07-07-2006 | 3,538,930<br>11-25-2008 | Undetermined |
| HOLLANDER 10.1-1100 CA HOLLAN.1445 | ECO-SMART | | Published | Canada | Class-20 Pillows; Fiber Fill Sold As An Integral Component Of Pillows<br>Class-22 Fiber Fill<br>Class-24 Comforters; Fiber Fill Sold As An Integral Component Of Comforters | | | 1818740<br>01-18-2017 | 01-00-1900 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.0-1209 III HOLLAN.2191 | EMBRACE | | Pending | United States | Class-20 Fiber Beds, Mattress Toppers, Feather Beds Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Pillow Covers, Bed Linens | | | 88/279,342 01-28-2019 | | Undetermined |
| HOLLANDER 10.1-1209 I HOLLAN.1703 | EMBRACE | | Registered | United States | Class-20 Pillows | 5/18/2023 | Section 8 & 9 Renewal Deadline | 74/197,577 08-23-1991 | 1,772,376 05-18-1993 | Undetermined |
| HOLLANDER 10.1-1209 II HOLLAN.1704 | EMBRACE | | Registered | United States | Class-24 Comforters | 6/29/2020 | Section 8 & 9 Renewal Deadline | 77/448,341 04-15-2008 | 3,808,912 06-29-2010 | Undetermined |
| HOLLANDER 10.1-1209 III CA HOLLAN.2192 | EMBRACE | | Pending | Canada | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 1944396 02-04-2019 | | Undetermined |
| HOLLANDER 10.1-1210 HOLLAN.1705 | EMCOMPASS | | Registered | United States | Class-20 Pillows | 5/14/2022 | Section 8 & 9 Renewal Deadline | 76/121,955 09-05-2000 | 2,569,503 05-14-2002 | Undetermined |
| HOLLANDER 10.1-1213 HOLLAN.1709 | EURO STAR | | Registered | United States | Class-20 Pillows | 2/20/2021 | Section 8 & 9 Renewal Deadline | 76/024,225 04-12-2000 | 2,430,066 02-20-2001 | Undetermined |
| HOLLANDER 10.1-1214 HOLLAN.1711 | EURODOWN | | Registered | European Union Intellectual Property Office | Class-20 Pillows | 7/12/2020 | Renewal Deadline | 001751593 07-12-2000 | 001751593 07-31-2001 | Undetermined |
| HOLLANDER 10.1-1214 HOLLAN.1710 | EURODOWN | | Registered | United States | Class-20 Bed Pillows | 9/30/2026 | Section 8 & 9 Renewal Deadline | 73/546,201 07-02-1985 | 1,411,336 09-30-1986 | Undetermined |
| HOLLANDER 10.1-1215 HOLLAN.1712 | EUROFEATHER | | Registered | United States | Class-20 Natural Feather And Down Filling Sold Component Of Pillows<br>Class-24 Natural Feather And Down Fillings Sold Component Of Featherbeds | 10/26/2024 | Section 8 & 9 Renewal Deadline | 76/514,399 05-15-2003 | 2,896,731 10-26-2004 | Undetermined |
| HOLLANDER 10.1-1215 MX III HOLLAN.1716 | EUROFEATHER | | Registered | Mexico | Class-02 Pillows And Feather Beds | 5/24/2022 | Renewal Deadline | M548498 05-24-2002 | 764744 10-25-2002 | Undetermined |
| HOLLANDER 10.1-1215 MX I HOLLAN.1714 | EUROFEATHER | | Registered | Mexico | Class-22 Fillers For Pillows And For Pens Mattresses | 5/24/2022 | Renewal Deadline | M548499 05-24-2002 | 755195 07-23-2002 | Undetermined |
| HOLLANDER 10.1-1215 MX II HOLLAN.1715 | EUROFEATHER | | Registered | Mexico | Class-24 Coverlet | 5/24/2022 | Renewal Deadline | M548500 05-24-2002 | 752000 06-26-2002 | Undetermined |
| HOLLANDER 10.1-1215 CA HOLLAN.1713 | EUROFEATHER | | Registered | Canada | Class-22 Polyester Filling For Pillows And Comforters; Filling For Pillows And Comforters | 4/8/2028 | Renewal Deadline | 0782569 05-10-1995 | TMA492650 04-08-1998 | Undetermined |
| HOLLANDER 10.1-1215 HOLLAN.1717 | EUROFEATHER | | Registered | European Union Intellectual Property Office | Class-20 Pillows, Comforters, Quilts And Duvets, Beds And Mattresses<br>Class-22 Filling For Pillows, Comforters, Quilts, Beds, Mattresses And Duvets | 1/24/2021 | Renewal Deadline | 002054419 01-24-2001 | 002054419 02-11-2002 | Undetermined |
| HOLLANDER 10.0-972 HOLLAN.1202 | EVERLASTING LOFT | | Registered | United States | Class-20 Pillows | 1/26/2022 | Section 8 & 15 Deadline | 86/024,994 07-31-2013 | 4,893,314 01-26-2016 | Undetermined |
| HOLLANDER 10.1-825 HOLLAN.1018 | EXPAND A GRIP | | Registered | United States | Class-24 Mattress Pads | 6/25/2021 | Section 8 & 9 Renewal Deadline | 74/040,636 03-21-1990 | 1,649,144 06-25-1991 | Undetermined |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | | Undetermined |
| HOLLANDER 10.1-825 CN HOLLAN.1095 | EXPAND A GRIP | | Registered | China | Class-24 Mattress Pad; Mattress Covers; Material ); Non-Braided Textile; Textile Pads | 9/6/2020 | Renewal Deadline | 201358130 08-15-2005 | 4836971 09-07-2010 | | Undetermined |
| HOLLANDER 10.1-826 CA HOLLAN.1076 | EXPAND A GRIP and Design | EXPAND-A-GRIP | Registered | Canada | Class- Mattress | 4/18/2027 | Renewal Deadline | 1435253 04-21-2009 | TMA822446 04-18-2012 | | Undetermined |
| HOLLANDER 10.1-826 HOLLAN.1019 | EXPAND A GRIP and Design | EXPAND-A-GRIP | Registered | United States | Class-24 Mattress Pads | 5/25/2020 | Section 8 & 9 Renewal Deadline | 77/716,514 04-17-2009 | 3,794,644 05-25-2010 | | Undetermined |
| HOLLANDER 10.1-886 JP HOLLAN.1107 | EXPAND-A-GRIP | | Registered | Japan | Class-20 Description Of Goods: Beds, Other Mattresses, Mattress Pads | 9/29/2025 | Renewal Deadline | H04-145057 07-27-1992 | 3077223 09-29-1995 | | Undetermined |
| HOLLANDER 10.1-886 MX HOLLAN.1108 | EXPAND-A-GRIP | | Registered | Mexico | Class-24 Protective Padded Covers For Mattresses Used Between The Sheets And The Mattress, Pleated Mattress Covers That Are Covered In Pleated Fabric That Are Extended From The The Bed To The Floor | 7/8/2024 | Renewal Deadline | 204810 07-08-1994 | 495327 06-23-1995 | | Undetermined |
| HOLLANDER 10.1-877 CA HOLLAN.1077 | EXPAND-A-GRIP | | Registered | Canada | Class- Mattress Pads | 9/4/2022 | Renewal Deadline | 0666903 09-20-1990 | TMA402264 09-04-1992 | | Undetermined |
| HOLLANDER 10.1-1140 CA HOLLAN.1480 | FEATHER BEST | | Pending | Canada | | | | 1719515 03-16-2015 | | | Undetermined |
| HOLLANDER 10.1-1220 MX HOLLAN.1728 | FEATHER BEST | | Registered | Mexico | Class-20 Pillows | 5/26/2025 | Renewal Deadline | M1613929 05-26-2015 | 1578928 10-08-2015 | | Undetermined |
| HOLLANDER 10.1-1220 HOLLAN.1726 | FEATHER BEST | | Registered | United States | Class-20 Feather Pillows | 7/5/2022 | Section 8 Deadline | 86/553,361 03-04-2015 | 4,994,980 07-05-2016 | | Undetermined |
| HOLLANDER 10.1-1224 HOLLAN.1733 | FEATHERSOFT | | Registered | United States | Class-24 Duvet Covers, Pillow Shams And Bed Skirts | 10/16/2021 | Section 8 & 9 Renewal Deadline | 76/016,034 04-03-2000 | 2,499,127 10-16-2001 | | Undetermined |
| HOLLANDER 10.1-1082 HOLLAN.1374 | FLEXIBLE COMFORT | | Registered | United States | Class-20 Mattress Toppers | 6/28/2022 | Section 8 & 15 Deadline | 86/783,179 10-09-2015 | 4,987,328 06-28-2016 | | Undetermined |
| HOLLANDER 10.1-1227 II CA II | FLEXILOFT | | Pending | Canada | Class-20 Pillows And Synthetic Fibers Sold As A Component Of Pillows | | | 1948064 02-25-2019 | | | Undetermined |
| HOLLANDER 10.1-1227 I HOLLAN.1740 | FLEXILOFT | | Registered | United States | Class-20 Pillows And Synthetic Fibers Sold Component Of Pillows | 4/9/2022 | Section 8 & 9 Renewal Deadline | 76/151,853 10-23-2000 | 2,558,362 04-09-2002 | | Undetermined |
| HOLLANDER 10.0-1227 II HOLLAN.2163 | FLEXILOFT (STYLIZED) | FLEXILOFT | Pending | United States | Class-20 Pillows | | | 88/219,808 12-06-2018 | | | Undetermined |
| HOLLANDER 10.1-1227 CN II HOLLAN.1743 | FLEXILOFT & DESIGN | FLEXILOFT | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Non-Medical Air Pad Pillow; Feather Pillow; Protrusion Of The Bone; Magnetism Therapy Pillow; Furniture | 3/27/2020 | Renewal Deadline | 6515199 01-17-2008 | 6515199 03-28-2010 | | Undetermined |

11

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1227 CN I HOLLAN.1742 | FLEXILOFT & DESIGN | | Registered | China | Class-22 String; Spreads The Adhesive Plaster; The Bag; Padding; Textile Fiber Spinning And Raw Material; Cotton And Kapok Fibrous Bundle; Silk Wadding; Textile Fiber; The Textile Uses The Textile Fiber (Textile Fiber) | 6/20/2020 | Renewal Deadline | 6515198 06-17-2008 | 6515198 06-21-2010 | Undetermined |
| HOLLANDER 10.1-1227 II CA HOLLAN.2170 | FLEXILOFT (STYLIZED) | FLEXILOFT | Pending | Canada | Class-20 Pillows | | | 1935546 12-12-2018 | | Undetermined |
| HOLLANDER 10.0-1112 HOLLAN.1427 | FLEXO-TECH | | Registered | United States | Class-24 Mattress Pads | 1/2/2024 | Section 8 & 15 Deadline | 87/249,386 11-28-2016 | 5,371,395 01-02-2018 | Undetermined |
| HOLLANDER 10.1-1230 CA HOLLAN.1747 | FOREVER FIRM | | Registered | Canada | Class-20 Pillows | 10/26/2030 | Renewal Deadline | 1606548 12-13-2012 | TMA918324 10-26-2015 | Undetermined |
| HOLLANDER 10.1-1230 HOLLAN.1746 | FOREVER FIRM | | To be abandoned | United States | Class-20 Pillows | 11/26/2019 | Section 8 & 15 Deadline | 85/790,985 11-29-2012 | 4,438,818 11-26-2013 | Undetermined |
| HOLLANDER 10.1-833 CA HOLLAN.1197 | FOREVER FIT | | Registered | Canada | Class- Mattress Pades, Side Panels Sold As A Components Of Mattress Pads Class-- | 10/16/2030 | Renewal Deadline | 1655830 12-11-2013 | TMA917331 10-16-2015 | Undetermined |
| HOLLANDER 10.0-833 HOLLAN.1026 | FOREVER FIT | | Registered | United States | Class-24 Mattress Pads, Side Panels Sold Component Of Mattress Pads | 2/4/2020 | Section 8 & 15 Deadline | 85/766,694 10-30-2012 | 4,478,885 02-04-2014 | Undetermined |
| HOLLANDER 10.1-1232 HOLLAN.1749 | FOUR STAR | | Registered | United States | Class-20 Pillows Class-24 Comforters | 3/4/2023 | Section 8 & 9 Renewal Deadline | 76/345,671 12-06-2001 | 2,692,542 03-04-2003 | Undetermined |
| HOLLANDER 10.1-1233 HOLLAN.1750 | FRESHNESS ASSURED | | Registered | United States | Class-20 Pillows Class-22 Filling Material For Bedding Goods, Feathers And Down Class-24 Bedding Goods, Namely, Mattress Blankets, Feather Beds, Comforters And Quilts | 9/14/2024 | Section 8 & 9 Renewal Deadline | 76/394,171 04-10-2002 | 2,883,566 09-14-2004 | Undetermined |
| HOLLANDER 10.1-1234 HOLLAN.1751 | GRAND EMBRACE | | Registered | United States | Class-20 Pillows | 5/11/2029 | Section 8 & 9 Renewal Deadline | 75/455,208 03-23-1998 | 2,244,631 05-11-1999 | Undetermined |
| HOLLANDER 10.1-1235 CA HOLLAN.1753 | GRAND LOFT | | Registered | Canada | Class- Pillows; Comforters. | 10/4/2032 | Renewal Deadline | 1696599 10-03-2014 | TMA982124 10-04-2017 | Undetermined |
| HOLLANDER 10.1-1235 HOLLAN.1752 | GRAND LOFT | | Registered | United States | Class-20 Pillows Class-24 Comforters | 8/23/2022 | Section 8 & 15 Deadline | 86/411,802 10-01-2014 | 5,027,679 08-23-2016 | Undetermined |
| HOLLANDER 10.0-1046 HOLLAN.1321 | GRAPH-X | | Registered | United States | Class-20 Pillows And Mattress Toppers Cooling Technology Sold As An Integral Thereof | 7/3/2024 | Section 8 & 15 Deadline | 86/428,704 10-20-2014 | 5,508,825 07-03-2018 | Undetermined |
| HOLLANDER 10.0-1047 HOLLAN.1322 | GRAPH-X and Design | GRAPH-X | Registered | United States | Class-20 Pillows And Mattress Toppers Cooling Technology Sold As An Integral Thereof | 7/3/2024 | Section 8 & 15 Deadline | 86/428,660 10-20-2014 | 5,508,824 07-03-2018 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263<br>05-03-2018 | | Undetermined |
| HOLLANDER 10.1-919 CA HOLLAN.1144 | GREAT SLEEP | | Registered | Canada | Class- Pillows, Foam Pillows, Pillow Protectors, Pillow Cases, Mattress Pads, Mattress Toppers, Foam Mattress Pads, Fibre Beds, Duvets, Blankets And Sheets | 9/12/2027 | Renewal Deadline | 1544177<br>09-20-2011 | TMA831859 09-12-2012 | Undetermined |
| HOLLANDER 10.0-1384 II HOLLAN.2144 | GREAT SLEEP | | Pending | United States | Class-20 Beds For Household Pets | | | 88/175,067<br>10-30-2018 | | Undetermined |
| HOLLANDER 10.0-1103 HOLLAN.1417 | GREAT SLEEP | | Registered | United States | Class-20 Pillows<br>Class-24 Mattress Pads, Pillow Covers | 7/31/2024 | Section 8 & 15 Deadline | 87/203,471<br>10-14-2016 | 5,530,920<br>07-31-2018 | Undetermined |
| HOLLANDER 10.0-1384 HOLLAN.2081 | GREAT SLEEP | | Application allowed | United States | Class-20 Mattresses | | | 87/927,118<br>05-18-2018 | | Undetermined |
| HOLLANDER 10.1-1384 CA HOLLAN.2082 | GREAT SLEEP | | Pending | Canada | Class-20 Mattresses | | | 1900368<br>05-22-2018 | | Undetermined |
| HOLLANDER 10.0-1384 III HOLLAN.2221 | GREAT SLEEP | | Pending | United States | Class-20 Mattress Toppers, Fiber Beds<br>Class-24 Comforters, Bed Linens, Bed Blankets, Duvets | | | 88/308,125<br>02-20-2019 | | Undetermined |
| HOLLANDER 10.6-1384 HOLLAN.2124 | GREAT SLEEP | | Not yet filed | United States | | | | 01-00-1900 | | Undetermined |
| HOLLANDER 10.1-1384 MX HOLLAN.2095 | GREAT SLEEP | | Registered | Mexico | Class-20 Mattresses | 12/6/2021 | Affidavit of Use Deadline | 2058792<br>06-07-2018 | 1919719<br>09-06-2018 | Undetermined |
| HOLLANDER 10.1-837 HOLLAN.1030 | GREAT SLEEP | GREAT SLEEP | Registered | United States | Class-24 Mattress Pads | 12/21/2019 | Section 8 & 9 Renewal Deadline | 75/472,656<br>04-23-1998 | 2,301,602<br>12-21-1999 | Undetermined |
| HOLLANDER 10.1-1405 CA HOLLAN.2132 | GREAT THINGS COME FROM GREAT SLEEP | | Pending | Canada | Class-20 Pillows, Mattress Toppers<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 1927369<br>10-26-2018 | | Undetermined |
| HOLLANDER 10.0-1405 HOLLAN.2128 | GREAT THINGS COME FROM GREAT SLEEP | | Pending | United States | Class-20 Pillows, Mattress Toppers<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 88/158,144<br>10-17-2018 | | Undetermined |
| HOLLANDER 10.1-1405 MX I HOLLAN.2133 | GREAT THINGS COME FROM GREAT SLEEP | | Pending | Mexico | Class-20 Pillows, Mattress Toppers | | | 2122824<br>10-26-2018 | | Undetermined |
| HOLLANDER 10.1-1405 MX II HOLLAN.2136 | GREAT THINGS COME FROM GREAT SLEEP | | Pending | Mexico | Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 2122820<br>10-26-2018 | | Undetermined |
| HOLLANDER 10.1-279 HOLLAN.261 | HEALTHY HOME | | Registered | Canada | Class- Pillows, Comforters And Mattress Pads | 5/7/2028 | Renewal Deadline | 829,436<br>11-20-1996 | 494,096<br>05-07-1998 | Undetermined |
| HOLLANDER 10.0-541 HOLLAN.790 | HEALTHY HOME (24) | | Registered | United States | Class-24 Mattress Pads | 5/14/2023 | Section 8 & 9 Renewal Deadline | 77/848,622<br>10-14-2009 | 4,335,138<br>05-14-2013 | Undetermined |
| HOLLANDER 10.1-497 HOLLAN.707 | HEALTHY HOME (Class 20) | | Registered | United States | Class-20 Pillows; Mattress Toppers | 4/6/2020 | Section 8 & 9 Renewal Deadline | 77/848,609<br>10-14-2009 | 3,771,544<br>04-06-2010 | Undetermined |
| HOLLANDER 10.0-503 III HOLLAN.1314 | HEALTHY LIVING | | Application allowed | United States | Class-20 Pillows And Fiber Beds<br>Class-24 Mattress Pads And Comforters | | | 86/436,763<br>10-28-2014 | | Undetermined |
| HOLLANDER 10.1-503 Canada HOLLAN.725 | HEALTHY LIVING | | Registered | Canada | Class- Pillows, Comforters And Mattress Pads | 12/22/2025 | Renewal Deadline | 1384373<br>02-21-2008 | TMA785748 12-22-2010 | Undetermined |

13

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.0-1107 HOLLAN.1421 | Heart Logo | | Registered | United States | Class-20 Pillows Class-24 Mattress Pads, Pillow Covers | 10/23/2024 | Section 8 & 15 Deadline | 87/203,489 10-14-2016 | 5,590,861 10-23-2018 | Undetermined |
| HOLLANDER 10.1-132 Mexico HOLLAN.388 | HOLLANDER | | To be abandoned | Mexico | Class-20 Mattress Toppers And Featherbeds | 7/4/2019 | Renewal Grace Period | 359014 01-04-1999 | 602126 02-25-1999 | Undetermined |
| HOLLANDER 10.1-132 HOLLAN.401 | HOLLANDER | | To be abandoned | Mexico | Class-24 Pillows, Comforters, Sheets, Ruffles, Pillow Shams, Duvet Covers, Table Windows Treatments Namely Window Valances, Window Scarves, Tiebacks And Textile Covering Panels, Dust Ruffles, Mattress Pads, And Blankets | 7/4/2019 | Renewal Grace Period | 359013 01-04-1999 | 602125 02-25-1999 | Undetermined |
| HOLLANDER 10.1-132 HOLLAN.69 | HOLLANDER | | Registered | United States | Class-20 Class-24 Pillows; Bedding Products; Namely, Mattress Covers For Beds, Duvets | 7/13/2023 | Section 8 & 9 Renewal Deadline | 74/295,197 07-15-1992 | 1,781,457 07-13-1993 | Undetermined |
| HOLLANDER 10.1-040 HOLLAN.453 | HOLLANDER HOME FASHIONS | | Registered | Canada | Class-20 Furniture, Mirrors, Articles Not Included In Classes Class-24 Textiles And Textile Goods | 12/26/2031 | Renewal Deadline | 543,705 06-13-1985 | 322219 12-26-1986 | Undetermined |
| HOLLANDER 10.1-040 HOLLAN.389 | HOLLANDER HOME FASHIONS (Class 20) | | To be abandoned | Mexico | Class-20 Mattress Toppers And Featherbeds | 8/15/2019 | Renewal Grace Period | 363795 02-15-1999 | 603963 03-26-1999 | Undetermined |
| HOLLANDER 10.1-040 HOLLAN.400 | HOLLANDER HOME FASHIONS (Class 24) | | To be abandoned | Mexico | Class-24 Pillows, Comforters, Sheets, Pillowcases, Ruffles, Pillow Shams, Duvet Covers, Table Window Treatments Namely, Window Curtains, Window Scarves, Tiebacks And Textile Window Panels, Dust Ruffles, Mattress Pads, Fiber Blankets | 8/15/2019 | Renewal Grace Period | 363799 02-15-1999 | 603964 03-26-1999 | Undetermined |
| HOLLANDER 10.0-993 HOLLAN.1226 | HOLLANDER SLEEP PRODUCTS | | Registered | United States | Class-20 Pillows | 9/5/2023 | Section 8 & 15 Deadline | 86/060,516 09-10-2013 | 5,281,490 09-05-2017 | Undetermined |
| HOLLANDER 10.1-1236 HOLLAN.1754 | HOMESPUN | | Registered | United States | Class-24 Pillow Protectors, Namely, Pillow Covers | 11/15/2022 | Section 8 & 15 Deadline | 85/673,317 07-10-2012 | 5,082,443 11-15-2016 | Undetermined |
| HOLLANDER 10.1-460 Canada HOLLAN.832 | HUGE | | Registered | Canada | Class- Pillows | 7/5/2028 | Renewal Deadline | 1489883 07-23-2010 | TMA854631 07-05-2013 | Undetermined |
| HOLLANDER 10.1-460 HOLLAN.552 | HUGE | | Registered | United States | Class-20 Pillows | 2/15/2025 | Section 8 & 9 Renewal Deadline | 78/320,367 10-29-2003 | 2,926,375 02-15-2005 | Undetermined |
| HOLLANDER 10.1-311 HOLLAN.299 | HUGE (Class 20) | | Registered | United States | Class-20 Pillows | 2/22/2020 | Section 8 & 9 Renewal Deadline | 75/307,538 06-12-1997 | 2,322,531 02-22-2000 | Undetermined |
| HOLLANDER 10.1-1238 MX HOLLAN.1761 | HUNK | | Registered | Mexico | Class-20 Pillows  Are Not For Medical Purposes | 2/23/2024 | Renewal Deadline | M191761 02-23-1994 | 496851 07-10-1995 | Undetermined |

| HOLLANDER 10.1-1382 CA<br>HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263<br>05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1238 II<br>HOLLAN.1758 | HUNK | | Registered | United States | Class-20 Pillows | 1/19/2023 | Section 8 & 9 Renewal Deadline | 74/281,877<br>06-03-1992 | 1,747,136 01-19-1993 | Undetermined |
| HOLLANDER 10.1-1238 I<br>HOLLAN.1757 | HUNK | | Registered | United States | Class-24 Mattress Pads | 2/16/2022 | Section 8 & 15 Deadline | 86/308,201<br>06-12-2014 | 4,902,512 02-16-2016 | Undetermined |
| HOLLANDER 10.1-1238 CA I<br>HOLLAN.1759 | HUNK | | Registered | Canada | Class-20 Pillows | 6/9/2025 | Renewal Deadline | 0746734<br>02-01-1994 | TMA443659 06-09-1995 | Undetermined |
| HOLLANDER 10.0-1063<br>HOLLAN.1344 | HYDRAFRESH | | Registered | United States | Class-20 Pillows | 6/19/2024 | Section 8 & 15 Deadline | 86/481,949<br>12-16-2014 | 5,498,091 06-19-2018 | Undetermined |
| HOLLANDER 10.1-1063 CA<br>HOLLAN.1350 | HYDRAFRESH | | Registered | Canada | C<br>I | 1/9/2032 | Renewal Deadline | 1716186<br>02-20-2015 | TMA959519 01-09-2017 | Undetermined |
| HOLLANDER 10.1-1239<br>HOLLAN.1762 | HYDROCOOL | | Pending | United States | Class-20 Pillows And Synthetic Fill Used As A Component Of Pillows<br>Class-24 Comforters And Synthetic Fill Sold As A Component Of Comforters; Mattress Pads And Synthetic Fill Sold As A Component Of Mattress Pads;Bed Blankets And Synthetic Fill Sold As A Component Of Bed Blankets | | | 87/166,802<br>09-09-2016 | | Undetermined |
| HOLLANDER 10.1-1239 CA<br>HOLLAN.1763 | HYDROCOOL | | Registered | Canada | Class- Pillows And Synthetic Fill Sold As A Component Of Pillows; Fiber Beds And Synthetic Fill Sold As A Component Of Fiber Beds; Comforters And Synthetic Fill Sold As A Component Of Comforters; Bed Blankets And Synthetic Fill Sold As A Component Of Bed Blankets; Mattress Pads And Synthetic Fill Sold As A Component Of Mattress Pads<br>C<br>I | 1/12/2032 | Renewal Deadline | 1653474<br>11-25-2013 | TMA960082 01-12-2017 | Undetermined |
| HOLLANDER 10.1-1239 CN II<br>HOLLAN.1765 | HYDROCOOL & DESIGN | HydroCool | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Feather (Birds And Beasts Class); Down; Non-Rubber, Non-Plastic System Packing The Bedding Uses The Feather; The Decoration Uses The Feather; Liner And Packing Padding; Textile Fiber Spinning And Weaving Material; Silk Wadding; Textile Fiber | 10/20/2025 | Renewal Deadline | 15278202<br>09-02-2014 | 15278202 10-21-2015 | Undetermined |
| HOLLANDER 10.1-1239 CN I<br>HOLLAN.1764 | HYDROCOOL & DESIGN | HydroCool | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Pillowcase; Bedding Bag; Quilt Cotton And Kapok Blanket; Bed Curtain | 10/20/2025 | Renewal Deadline | 15278252<br>09-02-2014 | 15278252 10-21-2015 | Undetermined |

15

| Mark ID | Mark | | Status | Country | Goods/Services | Date | Deadline | App. No./Date | Reg. No./Date | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | 3W | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.0-1138 HOLLAN.1477 | HYDROGEL | | Registered | United States | Class-20 Pillows, Mattress Toppers, Cooling Consisting Of A Pliable Gel Sold As An Component Of Pillows And Mattress Toppers | 10/16/2024 | Section 8 & 15 Deadline | 87/525,570 07-12-2017 | 5,587,383 10-16-2018 | Undetermined |
| HOLLANDER 10.1-1111 HOLLAN.1426 | HYDROGEL and Design | HYDROGEL | Registered | United States | Class-20 Pillows, Mattress Toppers, Cooling Consisting Of A Pliable Gel Sold As An Component Of Pillows And Mattress Toppers | 9/12/2023 | Section 8 & 15 Deadline | 87/308,746 01-20-2017 | 5,284,781 09-12-2017 | Undetermined |
| HOLLANDER 10.1-1240 MX HOLLAN.1768 | HYPERCLEAN | | Registered | Mexico | Class-22 Filling Materials (With Exception Of Plastic Materials), For Filling Pillows And Filling Quilts. | 3/30/2025 | Renewal Deadline | M228503 03-30-1995 | 499559 07-28-1995 | Undetermined |
| HOLLANDER 10.1-1240 CA HOLLAN.1767 | HYPERCLEAN | | Registered | Canada | Class- Filling For Pillows And Comforters | 2/7/2030 | Renewal Deadline | 0782570 05-10-1995 | TMA522690 02-07-2000 | Undetermined |
| HOLLANDER 10.1-1240 HOLLAN.1766 | HYPERCLEAN | | Registered | United States | Class-22 Natural Feathers And Down For Use As Or Stuffing For Pillows And Comforters | 5/27/2027 | Section 8 & 9 Renewal Deadline | 74/648,845 03-20-1995 | 2,065,582 05-27-1997 | Undetermined |
| HOLLANDER 10.1-1240 HOLLAN.1769 | HYPERCLEAN | | Registered | European Union Intellectual Property Office | Class-22 Natural Feathers And Down For Use As Or Stuffing For Pillows And Comforters, Quilts, And Polyester Fibres For Use As Filling Or Pillows, Quilts, Duvets And Comforters | 7/12/2020 | Renewal Deadline | 001753961 07-12-2000 | 001753961 07-31-2001 | Undetermined |
| HOLLANDER 10.1-1065 CA HOLLAN.1358 | HYPERCOOL | | Registered | Canada | Class- Pillows, Mattress Toppers; Mattress Pads, Mattress Covers, Pillow Covers Class- Pillows, Mattress Toppers; Mattress Pads, Mattress Covers, Pillow Covers Class-- Pillows, Mattress Toppers; Mattress Pads, Mattress Covers, Pillow Covers | 11/9/2033 | Renewal Deadline | 1720665 03-24-2015 | TMA1008609 11-09-2018 | Undetermined |
| HOLLANDER 10.1-1374 VII CA HOLLAN.2211 | I AM | | Pending | Canada | Class-07 Electric Blenders, Food Processors, Electric Hand And Stand Mixers | | | 1945575 02-11-2019 | | Undetermined |
| HOLLANDER 10.0-1374 VII HOLLAN.2204 | I AM | | Pending | United States | Class-07 Electric Hand Mixers, Electric Blenders, Food Processors, Electric Stand Mixers | | | 88/295,894 02-11-2019 | | Undetermined |
| HOLLANDER 10.0-1374 IV HOLLAN.2143 | I AM | | Pending | United States | Class-20 Beds For Household Pets | | | 88/175,746 10-31-2018 | | Undetermined |
| HOLLANDER 10.1-1374 XI CA HOLLAN.2215 | I AM | | Pending | Canada | Class-21 Kitchen Flatware, Plates, Bowls, Mugs, Spatulas, Drying Mats, Fans, Pots, Pans, Plastic Storage Containers For Household Use, Household Trash Receptacles. | | | 1945583 02-11-2019 | | Undetermined |
| HOLLANDER 10.1-1374 X CA HOLLAN.2214 | I AM | | Pending | Canada | Class-20 Outdoor Furniture | | | 1945582 02-11-2019 | | Undetermined |
| HOLLANDER 10.0-1374 I HOLLAN.2054 | I AM | | Application allowed | United States | Class-20 Cushions Class-24 Towels | | | 87/691,276 11-20-2017 | | Undetermined |

16

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | 1897263<br>05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1113 CA HOLLAN.1431 | I AM | | Registered | Canada | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | 4/26/2033 | Renewal Deadline | 1814488<br>12-15-2016 | TMA995331 04-26-2018 | Undetermined |
| HOLLANDER 10.1-1367 PA HOLLAN.2037 | I AM | | Registered | Panama | Class-20 Pillows, Mattress Toppers, Feather Beds<br>Class-24 Bed Blankets, Mattress Pads, Bed Linens, Comforters, Pillow Covers | 10/13/2027 | Renewal Deadline | 261692-01<br>10-13-2017 | 261692-01<br>10-13-2017 | Undetermined |
| HOLLANDER 10.1-1385 CA HOLLAN.2084 | I AM | | Pending | Canada | Class-20 Mattresses | | | 1900369<br>05-22-2018 | | Undetermined |
| HOLLANDER 10.0-1374 X HOLLAN.2207 | I AM | | Pending | United States | Class-20 Outdoor Furniture | | | 88/295,953<br>02-11-2019 | | Undetermined |
| HOLLANDER 10.0-1374 VIII | I AM | | Pending | United States | Class-11 Coffee Makers, Electric Toasters, Fans | | | 88/295,943<br>02-11-2019 | | Undetermined |
| HOLLANDER 10.1-1094 HOLLAN.1403 | I AM | | Application allowed | United States | Class-20 Pillows<br>Class-24 Mattress Pads, Comforters | | | 87/176,737<br>09-20-2016 | | Undetermined |
| HOLLANDER 10.1-1135 CA HOLLAN.1473 | I AM | | Pending | Canada | Class-03 Fragrances<br>Class-09 Sunglass And Eyeglass Frames<br>Class-14 Jewelry<br>Class-25 Footwear<br>Class-27 Yoga | | | 1846279<br>07-07-2017 | | Undetermined |
| HOLLANDER 10.1-1123 CA HOLLAN.1452 | I AM | | Pending | Canada | Class-- Backpacks, Apparel, Luggage, Watches, And Cell Phone Cases | | | 1825704<br>03-03-2017 | | Undetermined |
| HOLLANDER 10.0-1374 VI HOLLAN.2203 | I AM | | Pending | United States | Class-04 Candles | | | 88/295,902<br>02-11-2019 | | Undetermined |
| HOLLANDER 10.1-1374 CA HOLLAN.2173 | I AM | | Pending | Canada | Class-20 Cushions<br>Class-24 Towels | | | 1935568<br>12-12-2018 | | Undetermined |
| HOLLANDER 10.1-1374 VIII CA HOLLAN.2212 | I AM | | Pending | Canada | Class-11 Electric Toasters, Coffee Makers | | | 1945578<br>02-11-2019 | | Undetermined |
| HOLLANDER 10.1-1374 VI CA HOLLAN.2210 | I AM | | Pending | Canada | Class-04 Candles | | | 1945574<br>02-11-2019 | | Undetermined |
| HOLLANDER 10.0-1374 XI HOLLAN.2208 | I AM | | Pending | United States | Class-21 Plates, Bowls, Kitchen Knives, Kitchen Forks, Kitchen Spoons, Kitchen Drinking Glasses And Mugs, Spatulas, Drying Mats, Plastic Storage Containers For Household Use, Trash Containers For Household Use, Pots, Pans | | | 88/295,968<br>02-11-2019 | | Undetermined |
| HOLLANDER 10.0-1374 IX HOLLAN.2206 | I AM | | Pending | United States | Class-16 Paper Tablecloths | | | 88/295,961<br>02-11-2019 | | Undetermined |
| HOLLANDER 10.0-1374 III HOLLAN.2116 | I AM | | Pending | United States | Class-20 Chair Beds, Sofa Beds, Ottoman Beds, Mattresses | | | 88/127,310<br>09-21-2018 | | Undetermined |
| HOLLANDER 10.0-1374 IX CA HOLLAN.2213 | I AM | | Pending | Canada | Class-16 Tablecloths | | | 1945581<br>02-11-2019 | | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.0-1374 XII HOLLAN.2209 | I AM | | Pending | United States | Class-27 Rugs | | | 88/295,982 02-11-2019 | | Undetermined |
| HOLLANDER 10.0-1385 HOLLAN.2083 | I AM | | Application allowed | United States | Class-20 Mattresses | | | 87/927,124 05-18-2018 | | Undetermined |
| HOLLANDER 10.1-1385 MX HOLLAN.2096 | I AM | | Registered | Mexico | Class-20 Mattresses | 12/6/2021 | Affidavit of Use Deadline | 2058784 06-07-2018 | 1919718 09-06-2018 | Undetermined |
| HOLLANDER 10.1- 1374 XII CA | I AM | | Pending | Canada | Class-27 Rugs | | | 1945584 02-11-2019 | | Undetermined |
| HOLLANDER 10.1-1113 MX I HOLLAN.1432 | I AM | | Pending | Mexico | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds | | | 1837050 12-20-2016 | | Undetermined |
| HOLLANDER 10.1-1113 MX II HOLLAN.1433 | I AM | | Pending | Mexico | Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 1837049 12-20-2016 | | Undetermined |
| HOLLANDER 10.1-1130 HOLLAN.1460 | I AM & DESIGN | | Registered | United States | Class-24 Bed Sheets, Textile Place Mats, And Towels | 11/25/2023 | Section 8 & 9 Renewal Deadline | 75/781,525 08-23-1999 | 2,786,754 11-25-2003 | Undetermined |
| HOLLANDER 10.0-1375 HOLLAN.2062 | I AM YOGA | | Application allowed | United States | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 87/742,061 01-03-2018 | | Undetermined |
| HOLLANDER 10.1-1241 CA HOLLAN.1772 | IDEAL | | Registered | Canada | Class-20 Pillows | 11/9/2027 | Renewal Deadline | 1470983 02-25-2010 | TMA836196 11-09-2012 | Undetermined |
| HOLLANDER 10.0-611 HOLLAN.889 | INFINITY | | Registered | United States | Class-20 Pillows | 12/30/2020 | Section 8 & 15 Deadline | 86/281,974 05-15-2014 | 4,664,910 12-30-2014 | Undetermined |
| HOLLANDER 10. -1421 HOLLAN.2222 | LANA-LOFT | | Not yet filed | United States | | | | | | Undetermined |
| HOLLANDER 10. -1422 HOLLAN.2223 | LANALUXE | | Not yet filed | United States | | | | | | Undetermined |
| HOLLANDER 10.1-924 CA HOLLAN.1149 | LBC | | Registered | Canada | Class- Operation Of A Business For The Import, Export, Manufacture, Sale And Distribution Of Pillows, Foam Pillows, Pillows Protectors, Pillowcases, Mattress Pads, Foam Mattress Pads, Mattress Toppers, Duvets, Feather Beds, Fibre Beds, Sheets And Blankets | 5/16/2026 | Renewal Deadline | 1486934 06-29-2010 | TMA797668 05-16-2011 | Undetermined |
| HOLLANDER 10.1-925 CA HOLLAN.1150 | LBC CANADA | | Registered | Canada | Class- Operation Of A Business For The Import, Export, Manufacture, Sale And Distribution Of Pillows, Foam Pillows, Pillow Protectors, Pillowcases, Mattress Pads, Foam Mattress Pads, Mattress Toppers, Duvets, Feather Beds, Fibre Beds, Sheets And Blankets | 5/16/2026 | Renewal Deadline | 1486935 06-29-2010 | TMA797667 05-16-2011 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263<br>05-03-2018 | | Undetermined |
| HOLLANDER 10.1-609 PK II HOLLAN.954 | LC BOOT LOGO | | Registered | Pakistan | Class-24 Bed Blankets, Mattress Pads, Mattress Comforters, Pillow Covers, Towels, Bed Linens, Manner Of Bedding | 1/31/2022 | Renewal Deadline | 313570￼01-31-2012 | 313570￼01-31-2012 | Undetermined |
| HOLLANDER 10.0-1037 HOLLAN.1303 | LC BOOT LOGO | | Registered | United States | Class-20 Pillows, Mattress Toppers<br>Class-24 Comforters | 4/17/2024 | Section 8 & 15 Deadline | 86/348,011￼07-25-2014 | 5,448,763￼04-17-2018 | Undetermined |
| HOLLANDER 10.1-609 CA HOLLAN.907 | LC Boot Logo | | Registered | Canada | Class- Pillows, Fiber Beds, Mattress Toppers, Feather Beds, Mattress Covers, Comforters<br>Class- Pillows, Fiber Beds, Mattress Toppers, Feather Beds, Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | 8/11/2031 | Renewal Deadline | 1545110￼09-26-2011 | TMA694979 08-11-2016 | Undetermined |
| HOLLANDER 10.1-1086 CA HOLLAN.1389 | LC Boot Logo | | Registered | Canada | Class-35 Online Retail Services In The Field Of Bedding | 6/28/2033 | Renewal Deadline | 1752829￼10-30-2015 | TMA999949 06-28-2018 | Undetermined |
| HOLLANDER 10.1-609 AU HOLLAN.2064 | LC Boot Logo | | Registered | Australia | Class-20 Pillows; Fiber Beds; Mattress Toppers; Beds<br>Class-24 Mattress Pads; Mattress Covers; Comforters | 1/31/2028 | Renewal Deadline | 1903558￼01-31-2018 | 1903558￼08-29-2018 | Undetermined |
| HOLLANDER 10.1-609 HK HOLLAN.919 | LC Boot Logo | | Registered | Hong Kong | Class-20 Pillows, Fiber Beds, Mattress Toppers, Beds<br>Class-24 Bed Blankets, Mattress Pads, Mattress Comforters, Pillow Covers, Towels And Bed Linens<br>Class-25 Apparel<br>Class-35 On-Line Retail Store Services Featuring Bath Linens, Bed Linens, Fashion Bedding | 10/12/2021 | Renewal Deadline | 302056437￼10-13-2011 | 302056437￼10-13-2011 | Undetermined |
| HOLLANDER 10.0-609 HOLLAN.886 | LC Boot Logo | | Registered | United States | Class-20 Pillows; Fiber Beds; Mattress Toppers; Beds<br>Class-24 Mattress Pads; Mattress Covers; Comforters | 11/12/2019 | Section 8 & 15 Deadline | 85/426,084￼09-19-2011 | 4,433,022￼11-12-2013 | Undetermined |
| HOLLANDER 10.1-1086 HOLLAN.1388 | LC Boot Logo | | Registered | United States | Class-35 Online Retail Store Services In The Bedding | 6/28/2022 | Section 8 & 15 Deadline | 86/799,359￼10-26-2015 | 4,988,088￼06-28-2016 | Undetermined |

19

| Reference | Mark | Logo | Status | Country | Goods/Services | Date | Deadline | App No. / Date | Reg No. / Date | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-609 MX II HOLLAN.912 | LC Boot Logo (Class 24) | | Registered | Mexico | Class-24 Bed Blankets, Mattress Covers, Pillow Covers, Towels Made Of Textiles And Bed Linens | 12/7/2021 | Renewal Deadline | 1233390 12-07-2011 | 1314364 09-26-2012 | Undetermined |
| HOLLANDER 10.1-609 IN HOLLAN.944 | LC BOOT LOGO (Class 20) | | Registered | India | Class-20 Pillows, Fiber Beds, Mattress Toppers, Beds Class-24 Bed Blankets, Mattress Pads, Mattress Comforters, Pillow Covers, Towels, Bed Linens, Manner Of Bedding | 1/31/2022 | Renewal Deadline | 2274460 01-31-2012 | 2274460 11-11-2013 | Undetermined |
| HOLLANDER 10.1-609 CN I HOLLAN.915 | LC Boot Logo (Class 20) | | Registered | China | Class-20 Pillows, Fiber Beds, Mattress Toppers Feather Beds | 7/20/2023 | Renewal Deadline | 10152956 11-07-2011 | 10152956 07-21-2013 | Undetermined |
| HOLLANDER 10.1-609 CN II HOLLAN.916 | LC Boot Logo (Class 24) | | Registered | China | Class-24 Bed Blankets; Mattress Pads; Comforters; Covers; Towels; Bed Linens; Mattress Covers | 12/27/2022 | Renewal Deadline | 10152955 11-07-2011 | 10152955 12-28-2012 | Undetermined |
| HOLLANDER 10.1-609 MX III HOLLAN.913 | LC Boot Logo (Class 25) | | Registered | Mexico | Class-25 Apparel | 12/7/2021 | Renewal Deadline | 1233391 12-07-2011 | 1287428 05-24-2012 | Undetermined |
| HOLLANDER 10.1-609 MX IV HOLLAN.914 | LC Boot Logo (Class 35) | | Registered | Mexico | Class-35 On-Line Retail Store Services Featuring Bath Linens, Fashion Bedding To Precise That Grouping, For The Benefit Of Others Apparel, Linens, Bed Linens, Fashion Bedding Transportation) For Consumers To View And Their Convenience, Through On Line Retail Store Services | 12/7/2021 | Renewal Deadline | 1233392 12-07-2011 | 1313915 09-25-2012 | Undetermined |
| HOLLANDER 10.1-609 CN IV HOLLAN.918 | LC Boot Logo (Class 35) | | Registered | China | Class-35 On-Line Retail Store Services Featuring Bath Linens, Bed Linens, Fashion Bedding | 12/27/2022 | Renewal Deadline | 10152953 11-07-2011 | 10152953 12-28-2012 | Undetermined |
| HOLLANDER 10.1-609 BR I HOLLAN.943 | LG BOOT LOGO | | Registered | Brazil | Class-20 Pillows, Fiber Beds, Mattress Toppers, Beds | 4/14/2025 | Renewal Deadline | 840032609 02-17-2012 | 840032609 04-14-2015 | Undetermined |
| HOLLANDER 10.1-806 HOLLAN.999 | LITE-LOFT | | Registered | United States | Class-22 Fiberfill | 12/31/2019 | Section 8 & 15 Deadline | 85/933,949 05-16-2013 | 4,458,890 12-31-2013 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263<br>05-03-2018 | | Undetermined |
| HOLLANDER 10.1-806 CA HOLLAN.1199 | LITE-LOFT | | Registered | Canada | Class- Fiberfill | 12/13/2031 | Renewal Deadline | 1655829<br>12-11-2013 | TMA957,841 12-13-2016 | Undetermined |
| HOLLANDER 10.1-773 CA HOLLAN.928 | LIVE ACTIVE | | Registered | Canada | Class- Pillows, Fiber Beds, Mattress Toppers, Feather Beds, Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Towels And Bed Linens | 4/6/2031 | Renewal Deadline | 1547220<br>10-11-2011 | TMA933,843 04-06-2016 | Undetermined |
| HOLLANDER 10.0-773 HOLLAN.903 | LIVE ACTIVE | | Registered | United States | Class-20 Mattress Toppers; Pillow Covers | 12/16/2020 | Section 8 & 15 Deadline | 85/429,497<br>09-22-2011 | 4,656,553 12-16-2014 | Undetermined |
| HOLLANDER 10.1-1083 HOLLAN.1382 | LIVE COMFORTABLY | | Registered | United States | Class-35 Online Retail Store Services In The Bedding | 6/28/2022 | Section 8 & 15 Deadline | 86/799,364<br>10-26-2015 | 4,988,089 06-28-2016 | Undetermined |
| HOLLANDER 10.1-769 TW HOLLAN.2071 | LIVE COMFORTABLY | | Pending | Taiwan | Class-20 Mattress Toppers Class-24 | | | 107006972<br>01-31-2018 | | Undetermined |
| HOLLANDER 10.1-404 Canada HOLLAN.506 | LIVE COMFORTABLY | | Registered | Canada | Class- Pillows, Valances, Mattress Toppers, Mattress Covers, And Featherbeds, Comforters, Bed Sheets, Pillow Cases, Bed Ruffles, Pillow Shams, Duvet Covers, Table Rounds And Window Treatments Namely Window Curtains, Window Scarves, Fabric Curtain Tiebacks And Textile Window Covering Panels, Dust Ruffles, Mattress Pads, Fiber Fill And Bed Blankets | 9/28/2019 | Renewal Deadline | 1151245<br>08-29-2002 | TMA620,784 09-28-2004 | Undetermined |
| HOLLANDER 10.1-769 BR I HOLLAN.949 | LIVE COMFORTABLY | | Pending | Brazil | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds | | | 840032935<br>02-22-2012 | | Undetermined |
| HOLLANDER 10.1-1386 MX HOLLAN.2097 | LIVE COMFORTABLY | | Pending | Mexico | Class-20 Beds For Household Pets | | | 2059912<br>06-08-2018 | | Undetermined |
| HOLLANDER 10.0-1038 HOLLAN.1304 | LIVE COMFORTABLY | | Registered | United States | Class-24 Bed Blankets And Bed Throws | 4/10/2024 | Section 8 & 15 Deadline | 86/348,023<br>07-25-2014 | 5,443,535 04-10-2018 | Undetermined |
| HOLLANDER 10.1-404 Japan HOLLAN.577 | LIVE COMFORTABLY | | Registered | Japan | Class-20 Pillows; Cushions (Furniture); Mattress Pads<br>Class-24 Comforters; Bed Sheets; Pillow Cases; Ruffles; Pillow Shams; Duvet Covers; Table Curtains; Fabric Window Valances; Fabric Tiebacks; Bed Skirts; Mattress Covers; Bed Blankets; Woven Fabrics | 10/14/2025 | Renewal Deadline | 2004-090077<br>10-01-2004 | 4901120 10-14-2005 | Undetermined |
| HOLLANDER 10.1-769 CA HOLLAN.906 | LIVE COMFORTABLY | | Registered | Canada | Class- Pillows, Fiber Beds, Mattress Toppers, Feather Beds, Mattress Pads, Mattress Covers, Comforters<br>Class- Pillows, Mattress Toppers, Mattress Pads, Comforters | 3/7/2032 | Renewal Deadline | 1545102<br>09-26-2011 | TMA964994 03-07-2017 | Undetermined |

21

| Mark | Mark Text | Drawing | Status | Country | Goods/Services | Date | Deadline | App No./Date | Reg No./Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | 3W | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.0-404 HOLLAN.481 | LIVE COMFORTABLY | | Registered | United States | Class-20 Pillows, Fabric Valances Class-24 Comforters, Bed Sheets, Pillow Cases, Table Rounds And Window Treatments, Namely, Window Curtains, Window Scarves, Fabric Curtain Tiebacks And Textile Window Covering Panels, Mattress Pads, Bed Blankets, Mattress Toppers, Mattress Covers, And Featherbeds | 8/12/2023 | Section 8 & 9 Renewal Deadline | 78/115,624 03-18-2002 | 2,751,427 08-12-2003 | Undetermined |
| HOLLANDER 10.0-1386 HOLLAN.2086 | LIVE COMFORTABLY | | Application allowed | United States | Class-20 Beds For Household Pets | | | 87/931,722 05-22-2018 | | Undetermined |
| HOLLANDER 10.1-404 China I HOLLAN.576 | LIVE COMFORTABLY | | Registered | China | Class-20 Pillow | 2/6/2028 | Renewal Deadline | 4282290 09-22-2004 | 4282290 02-07-2008 | Undetermined |
| HOLLANDER 10.1-769 BR II HOLLAN.955 | LIVE COMFORTABLY | | Pending | Brazil | Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Towels And Bed Linens | | | 840032927 02-22-2012 | | Undetermined |
| HOLLANDER 10.1-769 AU HOLLAN.2065 | LIVE COMFORTABLY | | Registered | Australia | Class-20 Pillows; Fiber Beds; Mattress Toppers; Beds Class-24 Mattress Pads; Mattress Covers; Comforters | 1/31/2028 | Renewal Deadline | 1903560 01-31-2018 | 1903560 09-27-2018 | Undetermined |
| HOLLANDER 10.1-404 China HOLLAN.592 | LIVE COMFORTABLY | | Registered | China | Class-24 Comforters, Bed Sheets, Pillow Cases, Ruffles, Pillow Shams, Duvet Covers, Table Window Treatments Namely Window Curtains, Scarves, Fabric Curtain Tiebacks And Textile Covering Panels, Dust Ruffles, Mattress Pads, Toppers, Mattress Covers, Featherbeds And Blankets And Fabric Valances | 5/6/2028 | Renewal Deadline | 4281994 09-22-2004 | 4281994 05-07-2008 | Undetermined |
| HOLLANDER 10.1-769 CN I HOLLAN.922 | LIVE COMFORTABLY | | Registered | China | Class-20 Pillows; Fiber Beds (Mattresses); Feather (Mattress); Cushion | 11/13/2023 | Renewal Deadline | 10152946 11-07-2011 | 10152946 11-14-2013 | Undetermined |
| HOLLANDER 10.1-769 MX I HOLLAN.920 | LIVE COMFORTABLY | | Registered | Mexico | Class-20 Pillows, Fiber Beds, Feather Beds | 12/7/2021 | Renewal Deadline | 1233387 12-07-2011 | 1307775 09-07-2012 | Undetermined |
| HOLLANDER 10.1-769 IN HOLLAN.950 | LIVE COMFORTABLY | | Registered | India | Class-20 Pillows, Fiber Beds, Mattress Toppers, Beds Class-24 Bed Blankets Mattress Pads, Mattress Comforters, Pillow Covers, Towels, Bed Linens, Manner Of Bedding | 1/31/2022 | Renewal Deadline | 2274459 01-31-2012 | 2274459 07-04-2018 | Undetermined |
| HOLLANDER 10.1-769 CN II HOLLAN.923 | LIVE COMFORTABLY | | Registered | China | Class-24 Bed Blankets; Mattress Pads; Comforters; Covers; Towels; Bed Linens; Mattress Covers | 12/27/2022 | Renewal Deadline | 10152945 11-07-2011 | 10152945 12-28-2012 | Undetermined |
| HOLLANDER 10.1-769 MX II HOLLAN.921 | LIVE COMFORTABLY | | Registered | Mexico | Class-24 Bed Blankets, Mattress Pads, Mattress Comforters, Pillow Covers, Towels And Bed Linens | 12/7/2021 | Renewal Deadline | 1233388 12-07-2011 | 1310227 09-07-2012 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1083 CA HOLLAN.1385 | LIVE COMFORTABLY | | Registered | Canada | Class-35 Online Retail Services In The Field Of Bedding | 6/28/2033 | Renewal Deadline | 1752655 10-29-2015 | TMA999951 06-28-2018 | Undetermined |
| HOLLANDER 10.0-769 HOLLAN.899 | LIVE COMFORTABLY | | Registered | United States | Class-20 Pillows; Fiber Beds; Mattress Toppers; Beds Class-24 Mattress Pads; Mattress Covers; Comforters | 12/10/2019 | Section 8 & 15 Deadline | 85/426,071 09-19-2011 | 4,448,232 12-10-2013 | Undetermined |
| HOLLANDER 10.1-1386 CA HOLLAN.2087 | LIVE COMFORTABLY | | Pending | Canada | Class-20 Beds For Household Pets | | | 1900537 05-23-2018 | | Undetermined |
| HOLLANDER 10.1-774 CA HOLLAN.929 | LIVE NOW | | Registered | Canada | Class- Pillows, Fiber Beds, Mattress Toppers, Feather Beds, Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Towels And Bed Linens | 4/4/2031 | Renewal Deadline | 1547219 10-11-2011 | TMA933604 04-04-2016 | Undetermined |
| HOLLANDER 10.0-774 HOLLAN.904 | LIVE NOW! | | Registered | United States | Class-20 Pillows Class-24 Comforters | 12/16/2020 | Section 8 & 15 Deadline | 85/429,491 09-22-2011 | 4,656,552 12-16-2014 | Undetermined |
| HOLLANDER 10.0-1424 HOLLAN.2218 | LIVECOMFORTABLY (Stylized) | | Pending | United States | Class-35 Online Retail Services In The Field Of Bedding | | | 88/310,029 02-21-2019 | | Undetermined |
| HOLLANDER 10.1-1244 CN III HOLLAN.1780 | LONG-DRAWN-OUT DORMANCY DESIGN | 悠眠 | Registered | China | Class-25 Overalls; Work Clothes; Clothing; Clothes; The Hat (Wears); Tie; Clothes Dai (Clothing); The Leather Belt (Clothing Uses); Sleeping Bag | 11/27/2020 | Renewal Deadline | 7725306 09-25-2009 | 7725306 11-28-2010 | Undetermined |
| HOLLANDER 10.1-1244 CN I HOLLAN.1778 | LONG-DRAWN-OUT DORMANCY DESIGN | 悠眠 | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Glass Fiber Plastic Handicraft; Pad Pillow; Cor Handicraft; Therapy Pillow; Camp Sleeping Bag; Furniture | 1/13/2021 | Renewal Deadline | 7725309 09-25-2009 | 7725309 01-14-2011 | Undetermined |
| HOLLANDER 10.1-1244 CN HOLLAN.1781 | LONG-DRAWN-OUT DORMANCY DESIGN | 悠眠 | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Pillowcase; Bedding Bag; Quilt Cotton And Kapok Blanket; Wool Blanket; Bed The Textile Tapestry (On Wall Hangs Curtain Felt; Pillow Covering; Curtain | 12/6/2020 | Renewal Deadline | 7725307 09-25-2009 | 7725307 12-07-2010 | Undetermined |
| HOLLANDER 10.1-1244 CN II HOLLAN.1779 | LONG-DRAWN-OUT DORMANCY DESIGN | 悠眠 | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Non-Rubber Or Plastic System Material; Cotton And Kapok Filings (Wadding); Packing Upholstery Padding; Textile Fiber Weaving Raw Material; Weaves The Bag; Models The Cloth; The Textile Uses The Plastic Fiber (Textile Fiber); Silk Wadding; Textile Fiber | 11/27/2020 | Renewal Deadline | 7725308 09-25-2009 | 7725308 11-28-2010 | Undetermined |

| Mark ID | Mark | Logo | Status | Country | Class Description | Date | Deadline | App No. | Reg No. | Determination |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | 3W | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1245 CA HOLLAN.1783 | LOVES TO BE WASHED | | Registered | Canada | Class- Pillows; Comforters, Bed Blankets And Mattress Pads<br>Class-- | 9/19/2031 | Renewal Deadline | 1716144 02-20-2015 | TMA949671 09-19-2016 | Undetermined |
| HOLLANDER 10.1-1245 HOLLAN.1782 | LOVES TO BE WASHED | | Registered | United States | Class-20 Pillows | 2/21/2023 | Section 8 & 15 Deadline | 87/079,290 07-21-2016 | 5,145,463 02-21-2017 | Undetermined |
| HOLLANDER 10. -1419 HOLLAN.2217 | LUMALOFT | | Not yet filed | | | | | | | Undetermined |
| HOLLANDER 10.0-581 HOLLAN.848 | LUX LOFT | | Registered | United States | Class-<br>Class-20 Fiberfill Sold As An Integral Pillows | 1/21/2020 | Section 8 & 15 Deadline | 85/137,710 09-24-2010 | 4,471,153 01-21-2014 | Undetermined |
| HOLLANDER 10.1-1249 HOLLAN.1788 | LUXEFILL | | Registered | United States | Class-20 Fill Sold As A Component Of Pillows<br>Class-24 Fill Sold As A Component Of Comforters | 4/5/2021 | Section 8 & 9 Renewal Deadline | 77/912,125 01-14-2010 | 3,941,758 04-05-2011 | Undetermined |
| HOLLANDER 10.1-1250 HOLLAN.1789 | LUXEGUARD | | To be abandoned | United States | Class-24 Mattress Pad Featuring A Stain Repellant | 5/11/2019 | Section 8 & 9 Renewal Grace Period | 77/415,386 03-06-2008 | 3,530,379 11-11-2008 | Undetermined |
| HOLLANDER 10.1-1250 CA HOLLAN.1790 | LUXEGUARD | | Registered | Canada | Class- Mattress Pad Featuring A Stain Repellant | 8/17/2025 | Renewal Deadline | 1300562 05-05-2006 | TMA774802 08-17-2010 | Undetermined |
| HOLLANDER 10.1-1251 CA HOLLAN.1792 | LUXIA | | Registered | Canada | Class- Fibers Sold As An Integral Component Of Pillows | 10/22/2029 | Renewal Deadline | 1615486 02-25-2013 | TMA888541 10-22-2014 | Undetermined |
| HOLLANDER 10.1-581 CA HOLLAN.1254 | LUX-LOFT | | Registered | Canada | Class- Fiberfill Sold As An Integral Component Of Pillows Class-- Fiberfill Sold As An Integral Component Of Pillows | 11/6/2033 | Renewal Deadline | 1,665,911 02-28-2014 | TMA1008353 11-06-2018 | Undetermined |
| HOLLANDER 10.1-1253 HOLLAN.1794 | LYOCELL DOWN | | Registered | United States | Class-20 Pillows Made In Whole Or Substantial Down<br>Class-22 Down Feathers For Filling Of Bedding<br>Class-24 Bed Blankets Made In Whole Or Part Of Down | 9/9/2020 | Section 8 & 15 Deadline | 85/795,227 12-05-2012 | 4,599,592 09-09-2014 | Undetermined |
| HOLLANDER 10.1-1364 JP HOLLAN.2031 | LYOCELL DOWN & DESIGN | Lyocell Down | To be abandoned | Japan | Class-20 Beds, Bedding (Except Linen), Pillows<br>Class-22 Padding And Stuffing Materials For Feathers For Bedding | 7/17/2019 | Renewal Deadline | 2007-105223 10-11-2007 | 5249150 07-17-2009 | Undetermined |
| HOLLANDER 10.1-1364 CN I HOLLAN.2024 | LYOCELL DOWN & DESIGN | Lyocell Down | Registered | China | Class-20 Pillows | 2/20/2020 | Renewal Deadline | 6287821 09-21-2007 | 6287821 02-21-2010 | Undetermined |
| HOLLANDER 10.1-1364 CN II HOLLAN.2025 | LYOCELL DOWN & DESIGN | Lyocell Down | Registered | China | Class-24 The Bed Uses The Blanket; Sheet (Textile); Mattress Cover; On The Bed Cover; Bed Cushion; Quilt; Mattress Cushion; Mattress | 3/27/2020 | Renewal Deadline | 6287819 09-21-2007 | 6287819 03-28-2010 | Undetermined |
| HOLLANDER 10.0-1408 HOLLAN.2156 | LYODOWN | | Pending | United States | Class-22 Fiberfill | | | 88/212,430 11-30-2018 | | Undetermined |

24

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.0-1409 HOLLAN.2157 | LYODOWN SURROUND | | Pending | United States | Class-20 Pillows | | | 88/212,247 11-30-2018 | | Undetermined |
| HOLLANDER 10.1-844 HOLLAN.1037 | MICRO CLUSTER | | To be abandoned | United States | Class-20 Pillows | 10/12/2019 | Section 8 & 9 Renewal Deadline | 74/735,992 09-29-1995 | 2,285,747 10-12-1999 | Undetermined |
| HOLLANDER 10.1-1256 MX HOLLAN.1801 | MICROFEATHER | | Registered | Mexico | Class-20 Mattress Covers | 2/7/2020 | Renewal Deadline | M409583 02-07-2000 | 658987 06-16-2000 | Undetermined |
| HOLLANDER 10.1-1257 HOLLAN.1802 | MICROFIL | | Registered | United States | Class-20 Pillows Class-22 Polyester Filling For Pillows And Comforters | 10/31/2025 | Section 8 & 9 Renewal Deadline | 74/465,476 12-06-1993 | 1,932,149 10-31-1995 | Undetermined |
| HOLLANDER 10.1-1258 CA HOLLAN.1804 | MICROMAX | | Registered | Canada | Class-20 Pillows And Polyester Fill As A Component Of Pillows; Comforters And Polyester Fill As A Component Of Comforters | 3/23/2032 | Renewal Deadline | 1713441 02-02-2015 | TMA966629 03-23-2017 | Undetermined |
| HOLLANDER 10.1-1258 HOLLAN.1803 | MICROMAX | | Registered | United States | Class-20 Pillows And Polyester Fill As A Pillows Class-24 Comforters And Polyester Fill As A Of Comforters | 9/1/2021 | Section 8 & 15 Deadline | 86/511,410 01-22-2015 | 4,803,617 09-01-2015 | Undetermined |
| HOLLANDER 10.0-797 II HOLLAN.1397 | MIRACLE FIBER | | Application allowed | United States | Class-22 Fiber Fill | | | 86/929,044 03-04-2016 | | Undetermined |
| HOLLANDER 10.0-1099 HOLLAN.1410 | MIRACLE FIBER | | Application allowed | United States | Class-20 Pillows | | | 87/153,590 08-29-2016 | | Undetermined |
| HOLLANDER 10.1-928 CA HOLLAN.1153 | MODERN HOME | | Registered | Canada | Class- Pillows, Pillow Protectors, Pillow Cases, Mattress Pads, Foam Mattress Pads, Duvets, Duvet Covers, Comforters, Blankets, Feather Beds And Fibre Beds, Natural And Synthetic Fillings And Sheets C | 11/24/2023 | Renewal Deadline | 1389289 03-31-2008 | TMA729329 11-24-2008 | Undetermined |
| HOLLANDER 10.1-1259 CN III HOLLAN.1807 | MODERNISMA & DESIGN | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Glass Fiber Plastic Handicraft; Pad Pillow; Cor Handicraft; Therapy Pillow; Camp Sleeping Bag; Furniture | | | 6208576 08-07-2007 | 6208576 02-07-2010 | Undetermined |
| HOLLANDER 10.1-1259 CN II HOLLAN.1806 | MODERNISMA & DESIGN | | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Non-Rubber Or Plastic System Material; Cotton And Kapok Filings (Wadding); Packing Upholstery Padding; Textile Fiber Weaving Raw Material; Weaves The Bag; Models The Cloth; The Textile Uses The Plastic Fiber (Textile Fiber); Silk Wadding; Textile Fiber | | | 6208577 08-07-2007 | 6208577 04-14-2010 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1259 CN I HOLLAN.1805 | MODERNISMA & DESIGN | | Registered | China | Class-25 The Hat (Wears); Tie; Clothes Dai (Clothing); The Leather Belt (Clothing Uses); Sleeping Bag | | | 6208583 08-07-2007 | 6208583 10-21-2010 | Undetermined |
| HOLLANDER 10.1-1259 CN HOLLAN.1808 | MODERNISMA & DESIGN | | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Pillowcase; Bedding Bag; Quilt Cotton And Kapok Blanket; Wool Blanket; Bed The Textile Tapestry (On Wall Hangs Curtain Felt; Pillow Covering; Curtain | | | 6208578 08-07-2007 | 6208578 04-14-2010 | Undetermined |
| HOLLANDER 10.1-1358 CN HOLLAN.2060 | MU ZHI MIAN & (CHINESE | | Registered | China | Class-25 | | | 6896477 08-13-2008 | 6896477 09-14-2010 | Undetermined |
| HOLLANDER 10.1-1358 CN I HOLLAN.2007 | MU ZHI MIAN & (CHINESE | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Glass Fiber Plastic Handicraft; Pad Pillow; Cor Handicraft; Therapy Pillow; Camp Sleeping Bag; Furniture | | | 6896481 08-13-2008 | 6896481 04-28-2010 | Undetermined |
| HOLLANDER 10.1-1358 CN II HOLLAN.2058 | MU ZHI MIAN & (CHINESE | | Registered | China | Class-22 | | | 6896475 08-13-2008 | 6896475 09-14-2010 | Undetermined |
| HOLLANDER 10.1-1358 CN III HOLLAN.2059 | MU ZHI MIAN & (CHINESE | | Registered | China | Class-24 | | | 6896476 08-13-2008 | 6896476 09-14-2010 | Undetermined |
| HOLLANDER 10.1-1260 CA HOLLAN.1809 | NATIONAL SLEEP PRODUCTS | | Registered | Canada | Class-- Pillows; Comforters, Devets | 5/20/2028 | Renewal Deadline | 0782145 05-05-1995 | TMA494924 05-20-1998 | Undetermined |
| HOLLANDER 10.1-1261 CA HOLLAN.1811 | NATURAL BALANCE | | Registered | Canada | Class- Pillows; Comforters And Mattress Pads | 4/15/2029 | Renewal Deadline | 1477078 04-15-2010 | TMA875808 04-15-2014 | Undetermined |
| HOLLANDER 10.1-1261 HOLLAN.1810 | NATURAL BALANCE | | Registered | United States | Class-20 Pillows, And Fiber Beds Made Of Fibers<br>Class-24 Comforters, Mattress Pads, Mattress Featherbeds, Bed Blankets, Duvet Covers, Bed Pillow Cases, And Pillow Shams | 5/17/2025 | Section 8 & 9 Renewal Deadline | 76/386,744 05-25-2002 | 2,952,284 05-17-2005 | Undetermined |
| HOLLANDER 10.0-1122 HOLLAN.1443 | NATURAL ELEMENTS | | Application allowed | United States | Class-20 Pillows, Mattress Toppers; All Of The Foregoing Composed In Whole Or Significant Part Of Natural Fibers Or Fabrics<br>Class-24 Mattress Pads, Comforters; All Of The Foregoing Composed In Whole Or Significant Part Of Natural Fibers Or Fabrics | | | 87/308,348 01-20-2017 | | Undetermined |
| HOLLANDER 10.1-1122 CA HOLLAN.1449 | NATURAL ELEMENTS | | Pending | Canada | Class-20 Pillows; Mattress Toppers<br>Class-24 Mattress Pads, | | | 1819507 01-24-2017 | | Undetermined |
| HOLLANDER 10.1-1262 CA HOLLAN.1812 | NATURAL LIVING | | Registered | Canada | Class- Pillows; Comforters, Mattress Pads, Blankets And Fiber Beds<br>Class-- | 10/26/2020 | Renewal Deadline | 1155201 10-08-2002 | TMA651523 10-26-2005 | Undetermined |

26

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1262 CN II HOLLAN.1814 | NATURAL LIVING & DESIGN | | Registered | China | Class-22 Baby Sleeping Bag | 3/6/2020 | Renewal Deadline | 6002647 04-16-2007 | 6002647 03-07-2010 | Undetermined |
| HOLLANDER 10.1-1262 CN III HOLLAN.1815 | NATURAL LIVING & DESIGN | | Registered | China | Class-24 Metal Cotton (Space Wadding) Felt; Curtains | 3/27/2020 | Renewal Deadline | 6002645 04-16-2007 | 6002645 03-28-2010 | Undetermined |
| HOLLANDER 10.1-1262 CN I HOLLAN.1813 | NATURAL LIVING & DESIGN | | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Feather (Birds And Beasts Class); Down; Non-Rubber Or Plastic System Packing The Bedding Uses The Feather; Packing Feather; The Packing Ornament Uses The Textile Fiber Spinning And Weaving Raw Wadding; Textile Fiber | 2/13/2020 | Renewal Deadline | 6002646 04-16-2007 | 6002646 02-14-2010 | Undetermined |
| HOLLANDER 10.0-1396 HOLLAN.2117 | NATURALLY COOL | | Pending | United States | Class-20 Pillows Class-24 Mattress Pads, Mattress Covers, Pillow Covers | | | 88/134,008 09-27-2018 | | Undetermined |
| HOLLANDER 10. -1423 HOLLAN.2224 | NATURA-LUXE | | Not yet filed | United States | | | | 01-00-1900 | | Undetermined |
| HOLLANDER 10. -1426 HOLLAN.2231 | NEVELUX | | Not yet filed | United States | | | | 01-00-1900 | | Undetermined |
| HOLLANDER 10.1-448 Canada HOLLAN.613 | NEVER FLAT | | Registered | Canada | Class- Pillows, Mattress Toppers And Mattress Pads | 8/2/2021 | Renewal Deadline | 1270917 09-02-2005 | TMA669,135 08-02-2006 | Undetermined |
| HOLLANDER 10.0-448 HOLLAN.533 | NEVER FLAT | | Registered | United States | Class-20 Pillows | 6/20/2026 | Section 8 & 9 Renewal Deadline | 78/238,885 04-17-2003 | 3,107,498 06-20-2006 | Undetermined |
| HOLLANDER 10.1-1137 HOLLAN.1475 | NEVERFLAT | | Pending | United States | Class-24 Mattress Pads | | | 87/509,017 06-28-2017 | | Undetermined |
| HOLLANDER 10.1-1266 CN HOLLAN.1825 | NL DESIGN | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Glass Fiber Plastic Handicraft; Pad Pillow; Feather Pillow; Handicraft; Magnetism Therapy Pillow; Camp Bag | 12/13/2019 | Renewal Deadline | 5984161 04-06-2007 | 5984161 12-14-2009 | Undetermined |
| HOLLANDER 10.1-1266 CN III HOLLAN.1824 | NL DESIGN | | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Feather (Birds And Beasts Class); Down; Non-Rubber Or Plastic System Packing The Bedding Uses The Feather; Packing Feather; The Packing Ornament Uses The Textile Fiber Spinning And Weaving Raw Wadding; Textile Fiber | | | 5984112 04-06-2007 | 5984112 02-14-2010 | Undetermined |
| HOLLANDER 10.1-1266 CN II HOLLAN.1823 | NL DESIGN | | Registered | China | Class-25 Overalls; Work Clothes; Clothing; Clothes; The Hat (Wears); Tie; Clothes Dai (Clothing); The Leather Belt (Clothing Uses); Sleeping Bag | | | 5984116 04-06-2007 | 5984116 05-28-2010 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1266 CN I HOLLAN.1822 | NL DESIGN | | Registered | China | Class-24 Packing (Textile); Metal Cotton And Kapok (Outer Space Cotton And Kapok); Bedspread; Quilt; Bed Sheet (Textile); Eiderdown Quilt; Pillowcase; Bedding Bag; Quilt Wadding; Cotton And Kapok Blanket; Wool Blanket; Bed Curtain; The Textile Tapestry (On Wall Hangs Curtain Valance); Felt; Pillow Covering; The Cushion Uses The Cover | | | 5984113 04-06-2007 | 5984113 02-28-2010 | Undetermined |
| HOLLANDER 10.1-1269 HOLLAN.1828 | NORTHERN STAR DOWN BLANKET | | Registered | United States | Class-24 Reb Blankets | 3/26/2022 | Section 8 & 9 Renewal Deadline | 76/024,250 04-12-2000 | 2,551,812 03-26-2002 | Undetermined |
| HOLLANDER 10.1-1271 MX I HOLLAN.2094 | NSP | | Registered | Mexico | Class-20 Pillows, Feather Beds And Fiber Beds | 12/6/2021 | Affidavit of Use Deadline | 2059901 06-08-2018 | 1919838 09-06-2018 | Undetermined |
| HOLLANDER 10.1-1271 MX II HOLLAN.2100 | NSP | | Registered | Mexico | Class-24 Mattress Protectors, Bed Sheets, Pads, Comforters And Pillow Protectors | 12/6/2021 | Affidavit of Use Deadline | 2059908 06-08-2018 | 1919839 09-06-2018 | Undetermined |
| HOLLANDER 10.1-1271 HOLLAN.1831 | NSP | | To be abandoned | United States | Class-20 Pillows, Feather Beds And Fiber Beds Class-24 Mattress Protectors, Bed Sheets, Pads, Comforters And Pillow Protectors | 5/14/2019 | Section 8 & 15 Deadline | 85/775,084 11-08-2012 | 4,334,982 05-14-2013 | Undetermined |
| HOLLANDER 10.1-1271 CA HOLLAN.1832 | NSP | | Registered | Canada | Class- Pillows, Feather Beds And Fiber Beds; Mattress Protectors, Bed Sheets, Mattress Pads, Comforters And Pillow Protectors Class-- Pillows, Feather Beds And Fiber Beds; Mattress Protectors, Bed Sheets, Mattress Pads, Comforters And Pillow Protectors | 10/26/2030 | Renewal Deadline | 1603382 11-21-2012 | TMA918288 10-26-2015 | Undetermined |
| HOLLANDER 10.1-1273 HOLLAN.1834 | OPTAFIL | | Registered | United States | Class-20 Pillows | 9/15/2022 | Section 8 & 9 Renewal Deadline | 74/080,092 07-20-1990 | 1,717,102 09-15-1992 | Undetermined |
| HOLLANDER 10.1-1413 MX II HOLLAN.2186 | OPTITEMP | | Pending | Mexico | Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | | 2151723 01-15-2019 | | Undetermined |
| HOLLANDER 10.1-1413 CA HOLLAN.2184 | OPTITEMP | | Pending | Canada | Class-20 Pillows, Mattress Toppers Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | | 1941279 01-17-2019 | | Undetermined |
| HOLLANDER 10.0-1413 HOLLAN.2181 | OPTITEMP | | Pending | United States | Class-20 Pillows, Mattress Toppers Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | | 88/258,277 01-11-2019 | | Undetermined |
| HOLLANDER 10.1-1413 MX I HOLLAN.2185 | OPTITEMP | | Pending | Mexico | Class-20 Pillows, Mattress Toppers | | | 2151719 01-15-2019 | | Undetermined |
| HOLLANDER 10.1-1276 HOLLAN.1838 | OPULUXE | | Registered | United States | Class-20 Pillows Class-24 Comforters And Bed Blankets | 3/14/2023 | Section 8 & 15 Deadline | 86/498,928 01-08-2015 | 5,161,606 03-14-2017 | Undetermined |
| HOLLANDER 10.1-1277 III HOLLAN.1842 | PACIFIC COAST | | Registered | United States | Class-20 Featherbeds Class-24 Comforters, Bed Blankets, Throws, Protectors, Duvets | 5/26/2021 | Section 8 & 15 Deadline | 86/442,842 11-03-2014 | 4,743,698 05-26-2015 | Undetermined |
| HOLLANDER 10.1-1277 JP II HOLLAN.1864 | PACIFIC COAST | | Registered | Japan | Class-20 | 10/9/2027 | Renewal Deadline | H07-091747 09-07-1995 | 4068337 10-09-1997 | Undetermined |

28

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1277 MX HOLLAN.1849 | PACIFIC COAST | | Registered | Mexico | Class-20 Pillows | 7/14/2025 | Renewal Deadline | M237482 07-14-1995 | 502000 08-29-1995 | Undetermined |
| HOLLANDER 10.1-1277 CA III HOLLAN.1847 | PACIFIC COAST | | Registered | Canada | Class-24 Pillow Cases | 11/13/2030 | Renewal Deadline | 1602737 11-16-2012 | TMA920131 11-13-2015 | Undetermined |
| HOLLANDER 10.1-1277 HOLLAN.1851 | PACIFIC COAST | | Registered | European Union Intellectual Property Office | Class-20 Pillows | 7/12/2020 | Renewal Deadline | 001753953 07-12-2000 | 001753953 07-31-2001 | Undetermined |
| HOLLANDER 10.1-1277 II HOLLAN.1841 | PACIFIC COAST | | Registered | United States | Class-24 Bed Sheets | 3/11/2020 | Section 8 & 15 Deadline | 85/626,829 05-16-2012 | 4,495,425 03-11-2014 | Undetermined |
| HOLLANDER 10.1-1277 I HOLLAN.1840 | PACIFIC COAST | | To be abandoned | United States | Class-24 Pillowcases | 11/5/2019 | Section 8 & 15 Deadline | 85/770,700 11-02-2012 | 4,429,909 11-05-2013 | Undetermined |
| HOLLANDER 10.1-1277 HOLLAN.1852 | PACIFIC COAST | | Registered | European Union Intellectual Property Office | Class-20 Pillows, Mattresses, Feather Mattresses, Feather Beds<br>Class-22 Filling For Pillows, Comforters, Quilts Duvets; Natural Feathers And Down For Use As Stuffing For Pillows And Comforters, Quilts, Polyester Fibres For Use As Filling Or Stuffing For Quilts, Duvets And Comforters<br>Class-24 Bed Sheets; Bed Linen, Bed Spreads, Blankets, Bed Clothes, Bed Covers; Cushion Pillow Shams And Pillowcases; Duvet Eiderdowns; Comforters, Quilts And Duvets, Pillows, Comforters, Quilts And Duvets | 10/31/2022 | Renewal Deadline | 011308582 10-31-2012 | 011308582 03-28-2013 | Undetermined |
| HOLLANDER 10.1-1277 V HOLLAN.1844 | PACIFIC COAST | | Registered | United States | Class-20 Pillows | 1/16/2026 | Section 8 & 9 Renewal Deadline | 74/648,042 03-17-1995 | 1,949,211 01-16-1996 | Undetermined |
| HOLLANDER 10.1-1277 CA II HOLLAN.1846 | PACIFIC COAST | | Registered | Canada | Class-24 Bed Sheets | 7/28/2030 | Renewal Deadline | 1595092 09-20-2012 | TMA909705 07-28-2015 | Undetermined |
| HOLLANDER 10.1-1277 IV HOLLAN.1843 | PACIFIC COAST | | Registered | United States | Class-22 Bulk Down And Feathers For Use As Stuffing | 7/26/2022 | Section 8 & 15 Deadline | 86/847,029 12-11-2015 | 5,007,654 07-26-2016 | Undetermined |
| HOLLANDER 10.1-1277 CA I HOLLAN.1863 | PACIFIC COAST | | Registered | Canada | Class-20 Pillows | 12/9/2026 | Renewal Deadline | 0787886 07-19-1995 | TMA467336 12-09-1996 | Undetermined |
| HOLLANDER 10.1-1277 DE HOLLAN.1850 | PACIFIC COAST | | Registered | Germany | Class-20 Bedding, Except Pillows, Bed Linens In Particular, Pillowcases, Pillows | 7/5/2025 | Next Renewal on Anniversary | 39527679.9 07-05-1995 | DE39527679 05-31-1996 | Undetermined |
| HOLLANDER 10.1-1277 CN V HOLLAN.1859 | PACIFIC COAST & DESIGN | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Glass Fiber Plastic Handicraft; Pad Pillow; Feather Pillow; Handicraft; Magnetism Therapy Pillow; Camp Bag | 12/20/2019 | Renewal Deadline | 6002801 04-16-2007 | 6002801 12-21-2009 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1277 CN II HOLLAN.1856 | PACIFIC COAST & DESIGN | | Registered | China | Class-24 Packing (Textile); Metal Cotton And Kapok (Outer Space Cotton And Kapok); Bedspread; Quilt; Bed Sheet (Textile); Eiderdown Quilt; Pillowcase; Bedding Bag; Quilt Wadding; Cotton And Kapok Blanket; Wool Blanket; Bed Curtain; The Textile Tapestry (On Wall Hangs Curtain Valance); Felt; Pillow Covering; Curtain | 3/6/2020 | Renewal Deadline | 6002799 04-16-2007 | 6002799 03-07-2010 | Undetermined |
| HOLLANDER 10.1-1277 KR HOLLAN.1862 | PACIFIC COAST & DESIGN | | Registered | Republic of Korea | Class-22 Down And Feathers For Stuffing | 9/15/2025 | Renewal Deadline | 4020140078472 11-20-2014 | 40-1130260 09-15-2015 | Undetermined |
| HOLLANDER 10.1-1277 CN HOLLAN.1860 | PACIFIC COAST & DESIGN | | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Feather (Birds And Beasts Class); Down; Non-Rubber Or Plastic System Packing The Bedding Uses The Feather; Packing Feather; The Packing Ornament Uses The Textile Fiber Spinning And Weaving Raw Wadding; Textile Fiber | 2/13/2020 | Renewal Deadline | 6002800 04-16-2007 | 6002800 02-14-2010 | Undetermined |
| HOLLANDER 10.1-1277 CN I HOLLAN.1853 | PACIFIC COAST & DESIGN | | Registered | China | Class-16 Drawing; Watercolor Painting; The (Calligraphy And Painting Engraves Work); Frame Or Has Not Inlaid The Frame The (Drawing); Etching (Version) Picture; Lithography; Oil Painting; Printing Publication; Postcard | 1/6/2020 | Renewal Deadline | 6002803 04-16-2007 | 6002803 01-07-2010 | Undetermined |
| HOLLANDER 10.1-1277 JP I HOLLAN.1861 | PACIFIC COAST & DESIGN | | Registered | Japan | Class-22 Feathers, Feather-Down To Be Used In Large Amounts Of Feather-Down Of Human Unity, Is Used As A Stuffing | 6/3/2026 | Renewal Deadline | 2016-002185 01-08-2016 | 5855307 06-03-2016 | Undetermined |
| HOLLANDER 10.1-1277 CN HOLLAN.1858 | PACIFIC COAST & DESIGN | | Registered | China | Class-35 Cargo Display; Advertisement Direct Mail Advertisement; Commercial Display Arrangement; Market Analysis; Public Commercial Management Consultation (Consultant); Commercial Management; Import And Export Personnel Recruitment | 4/6/2020 | Renewal Deadline | 6002802 04-16-2007 | 6002802 04-07-2010 | Undetermined |
| HOLLANDER 10.1-1277 CN III HOLLAN.1857 | PACIFIC COAST & DESIGN | | Registered | China | Class-25 Baby Sleeping Bag | 3/6/2021 | Renewal Deadline | 6002798 04-16-2007 | 6002798 03-07-2011 | Undetermined |
| HOLLANDER 10.1-1278 CN II HOLLAN.1854 | PACIFIC COAST 1884 SINCE FEATH | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Glass Fiber Plastic Handicraft; Pad Pillow; Feather Pillow; Handicraft; Magnetism Therapy Pillow; Camp Bag | 12/13/2019 | Renewal Deadline | 5984118 04-06-2007 | 5984118 12-14-2009 | Undetermined |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1278 CN HOLLAN.1938 | PACIFIC COAST 1884 SINCE FEATH | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Feather (Birds And Beasts Class); Down; Non-Rubber Or Plastic System Packing The Bedding Uses The Feather; Packing Feather; The Packing Ornament Uses The Textile Fiber Spinning And Weaving Raw Wadding; Textile Fiber | 2/13/2020 | Renewal Deadline | 5984117 04-06-2007 | 5984117 02-14-2010 | Undetermined |
| HOLLANDER 10.1-1278 CN III HOLLAN.1855 | PACIFIC COAST 1884 SINCE FEATH | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Eiderdown Quilt; Pillowcase; Bedding Quilt Wadding; Cotton And Kapok Blanket; Wool Bed Curtain; The Textile Tapestry (On Wall Hangs Valance); Felt; Pillow Covering; The Cushion Cover | 2/27/2020 | Renewal Deadline | 5984114 04-06-2007 | 5984114 02-28-2010 | Undetermined |
| HOLLANDER 10.1-1278 CN I HOLLAN.1865 | PACIFIC COAST 1884 SINCE FEATH | Registered | China | Class-25 Baby Sleeping Bag | 12/20/2020 | Renewal Deadline | 5984115 04-06-2007 | 5984115 12-21-2010 | Undetermined |
| HOLLANDER 10.1-1371 II CN HOLLAN.2044 | PACIFIC COAST FEATHER | Pending | China | Class-22 Down [Feathers]; Feathers For Bedding; Padding Materials, Not Of Rubber Or Plastics/Stuffing, Not Of Rubber Or Plastic; Flock [Stuffing] ; Wadding For Padding And Stuffing Upholstery | | | 28065373 12-13-2017 | | Undetermined |
| HOLLANDER 10.1-1371 III CN HOLLAN.2045 | PACIFIC COAST FEATHER | Pending | China | Class-24 Linings [Textile]; Sheets [Textile]; Bed Blankets; Cotton-Padded Mattress; Mattress Covers; Ticks [Mattress Covers]; Bed Covers; Quilts; Pillowcases; Bed Linen | | | 28076502 12-13-2017 | | Undetermined |
| HOLLANDER 10.1-1371 I CN | PACIFIC COAST FEATHER | Pending | China | Class-20 Bedding, Except Linen; Pillows; Mattresses; Cushions; Fiber Beds; Feather Beds | | | 28135213 12-18-2017 | | Undetermined |
| HOLLANDER 10.1-1280 II CA HOLLAN.2134 | PACIFIC COAST FEATHER CO | Pending | Canada | Class-20 Pillows, Mattress Toppers Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 1927365 10-26-2018 | | Undetermined |
| HOLLANDER 10.1-1280 II MX II HOLLAN.2137 | PACIFIC COAST FEATHER CO | Pending | Mexico | Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 2122808 10-26-2018 | | Undetermined |
| HOLLANDER 10.1-1280 II MX I HOLLAN.2135 | PACIFIC COAST FEATHER CO | Pending | Mexico | Class-20 Pillows, Mattress Toppers | | | 2122816 10-26-2018 | | Undetermined |
| HOLLANDER 10.0-1280 II HOLLAN.2130 | PACIFIC COAST FEATHER CO | Pending | United States | Class-20 Pillows, Mattress Toppers Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 88/158,175 10-17-2018 | | Undetermined |
| HOLLANDER 10.1-1280 I HOLLAN.1870 | PACIFIC COAST FEATHER CO | Registered | United States | Class-22 Bulk Down And Feathers For Use As Stuffing | 11/14/2023 | Section 8 & 15 Deadline | 86/803,847 10-29-2015 | 5,335,950 11-14-2017 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1279 CA HOLLAN.1867 | PACIFIC COAST FEATHER CO SINCE | | Registered | Canada | Class- Bed Blankets, Throws, Duvets, Bed Sheets, Pillow Protectors And Pillowcases; Pillows And Feather Beds; Comforters C | 1/12/2033 | Renewal Deadline | 1708504 12-22-2014 | TMA988,348 01-12-2018 | Undetermined |
| HOLLANDER 10.1-1279 HOLLAN.1868 | PACIFIC COAST FEATHER CO SINCE | | Registered | European Union Intellectual Property Office | Class-20 Bedding; Mattress Toppers; Feather Pillows; Cushions; Bolsters Class-24 Bed Clothes And Bed Covers; Bed Sheets; Pillow Cases And Pillow Shams; Protectors; Comforters; Blankets; Bed Blankets; Duvets; Duvet Covers; Eiderdowns; Eiderdown Quilts | 12/15/2024 | Renewal Deadline | 013573852 12-15-2014 | 013573852 04-06-2015 | Undetermined |
| HOLLANDER 10.1-1279 I HOLLAN.1866 | PACIFIC COAST FEATHER CO SINCE 1884 and Design | | Registered | United States | Class-20 Feather Pillows And Feather Beds Class-24 Bed Blankets, Throws, Feather Duvets, Sheets, Pillow Protectors And Pillowcases | 10/11/2022 | Section 8 & 15 Deadline | 86/455,279 11-14-2014 | 5,057,088 10-11-2016 | Undetermined |
| HOLLANDER 10.1-1279 II HOLLAN.1869 | PACIFIC COAST FEATHER CO. SINCE 1884 and Design | | Registered | United States | Class-24 Down Comforters | 8/27/2026 | Section 8 & 9 Renewal Deadline | 75/000,867 10-02-1995 | 1,997,118 08-27-1996 | Undetermined |
| HOLLANDER 10.1-1280 KR HOLLAN.1878 | PACIFIC COAST FEATHER COMPANY | | Registered | Republic of Korea | Class-22 Bulk Down And Feathers For Use As Stuffing | 10/14/2026 | Renewal Deadline | 402015009546 8 12-23-2015 | 40-1209346 10-14-2016 | Undetermined |
| HOLLANDER 10.1-1280 CN HOLLAN.1876 | PACIFIC COAST FEATHER COMPANY | | Registered | China | Class-25 Baby Sleeping Bag | 12/20/2021 | Renewal Deadline | 6002794 04-16-2007 | 6002794 12-21-2011 | Undetermined |
| HOLLANDER 10.1-1280 CA HOLLAN.1871 | PACIFIC COAST FEATHER | | Registered | Canada | Class-22 Bulk Down And Feathers For Use As Stuffing | 3/29/2032 | Renewal Deadline | 1760510 12-21-2015 | TMA967093 03-29-2017 | Undetermined |
| HOLLANDER 10.1-1281 CN II HOLLAN.1880 | PACIFIC COAST FEATHER COMPANY | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Glass Fiber Plastic Handicraft; Pad Pillow; Cor Handicraft; Therapy Pillow; Camp Sleeping Bag; Furniture | 5/27/2021 | Renewal Deadline | 8318676 05-21-2010 | 8318676 05-28-2011 | Undetermined |
| HOLLANDER 10.1-1280 JP HOLLAN.1877 | PACIFIC COAST FEATHER COMPANY | | Registered | Japan | Class-22 Feathers, Feather-Down To Be Stuffing, A Large Amount Of Feather-Down Of Unity, Which Is Used As A Stuffing | 6/3/2026 | Renewal Deadline | 2016-000746 01-05-2016 | 5855293 06-03-2016 | Undetermined |
| HOLLANDER 10.1-1280 CN II HOLLAN.1874 | PACIFIC COAST FEATHER COMPANY | | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Eiderdown Quilt; Pillowcase; Bedding Quilt Wadding; Cotton And Kapok Blanket; Wool Bed Curtain; The Textile Tapestry (On Wall Hangs Valance); Felt; Pillow Covering; Curtain | 3/6/2020 | Renewal Deadline | 6002795 04-16-2007 | 6002795 03-07-2010 | Undetermined |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1280 CN I HOLLAN.1873 | PACIFIC COAST FEATHER COMPANY | | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Feather (Birds And Beasts Class); Down; Non-Rubber Or Plastic System Packing The Bedding Uses The Feather; Packing Feather; The Packing Ornament Uses The Textile Fiber Spinning And Weaving Raw Wadding; Textile Fiber | 2/13/2020 | Renewal Deadline | 6002796 04-16-2007 | 6002796 02-14-2010 | Undetermined |
| HOLLANDER 10.1-1281 CN III HOLLAN.1881 | PACIFIC COAST FEATHER COMPANY | | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Non-Rubber Or Plastic System Material; Cotton And Kapok Filings (Wadding); Packing Upholstery Padding; Textile Fiber Weaving Raw Material; Weaves The Bag; Models The Cloth; The Textile Uses The Plastic Fiber (Textile Fiber); Silk Wadding; Textile Fiber | 5/27/2021 | Renewal Deadline | 8318674 05-21-2010 | 8318674 05-28-2011 | Undetermined |
| HOLLANDER 10.1-1281 CN I HOLLAN.1879 | PACIFIC COAST FEATHER COMPANY | | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Pillowcase; Bedding Bag; Quilt Cotton And Kapok Blanket; Wool Blanket; Bed The Textile Tapestry (On Wall Hangs Curtain Felt; Pillow Covering; Curtain | 5/27/2021 | Renewal Deadline | 8318675 05-21-2010 | 8318675 05-28-2011 | Undetermined |
| HOLLANDER 10.1-1280 CN III HOLLAN.1875 | PACIFIC COAST FEATHER COMPANY | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Glass Fiber Plastic Handicraft; Pad Pillow; Feather Pillow; Handicraft; Magnetism Therapy Pillow; Camp Bag | 12/20/2019 | Renewal Deadline | 6002797 04-16-2007 | 6002797 12-21-2009 | Undetermined |
| HOLLANDER 10.1-1280 HOLLAN.1872 | PACIFIC COAST FEATHER COMPANY | | Registered | European Union Intellectual Property Office | Class-20 Pillows, Feather Mattresses, Feather Beds Class-22 Filling For Pillows, Comforters, Quilts Duvets Class-24 Comforters, Quilts And Duvets, Pillows, Comforters, Quilts And Duvets | 1/8/2021 | Renewal Deadline | 002030864 01-08-2001 | 002030864 12-17-2001 | Undetermined |
| HOLLANDER 10.1-1282 HOLLAN.1882 | PACIFIC COAST GRAND | | Registered | United States | Class-24 Comforters | 12/9/2023 | Section 8 & 9 Renewal Deadline | 76/975,951 11-05-2001 | 2,792,723 12-09-2003 | Undetermined |

33

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263<br>05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1283 MX II HOLLAN.1884 | PACIFIC COAST SINCE 1884 FEATH | | Registered | Mexico | Class-20 Furniture, Mirrors, Frames; Products, Included In Other Classes Of Wood, Cork, Cane, Wicker, Horn, Bone, Ivory, Whale, Shell, Amber, Foam Of Sea, Substitutes Of All These Plastic Materials. | 5/24/2022 | Renewal Deadline | M548496<br>05-24-2002 | 769918<br>11-25-2002 | Undetermined |
| HOLLANDER 10.1-1283 MX I HOLLAN.1883 | PACIFIC COAST SINCE 1884 FEATH | | Registered | Mexico | Class-24 Woven And Textile Products Not Other Classes; Bed Covers And Table Cloths | 5/24/2022 | Renewal Deadline | M548495<br>05-24-2002 | 769243<br>11-21-2002 | Undetermined |
| HOLLANDER 10.1-1284 HOLLAN.1885 | PACIFIC PILLOWS | | Registered | United States | Class-35 On-Line Retail Store Services Featuring Bedding | 4/21/2021 | Section 8 & 15 Deadline | 78/696,103<br>08-19-2005 | 4,721,903<br>04-21-2015 | Undetermined |
| HOLLANDER 10.1-1357 CN III HOLLAN.2009 | PAI SAI FEI TE & (CHINE | | Registered | China | Class-16 Drawing; Watercolor Painting; The (Calligraphy And Painting Engraves Work); Frame Or Has Not Inlaid The Frame The (Drawing); Etching (Version) Picture; Lithography; Oil Painting; Printing Publication; Postcard | | | 6022042<br>04-26-2007 | 6022042<br>01-07-2010 | Undetermined |
| HOLLANDER 10.1-1357 CN II HOLLAN.2008 | PAI SAI FEI TE & (CHINE | | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag; Feather (Birds And Beasts Class); Down; Non-Rubber Or Plastic System Packing The Bedding Uses The Feather; Packing Feather; The Packing Ornament Uses The Textile Fiber Spinning And Weaving Raw Wadding; Textile Fiber | | | 6022044<br>04-26-2007 | 6022044<br>02-21-2010 | Undetermined |
| HOLLANDER 10.1-1357 CN HOLLAN.2012 | PAI SAI FEI TE & (CHINE | | Registered | China | Class-35 Cargo Display; Advertisement Direct Mail Advertisement; Commercial Display Arrangement; Market Analysis; Public Commercial Management Consultation (Consultant); Commercial Management; Import And Export Personnel Recruitment | | | 6022043<br>04-26-2007 | 6022043<br>06-21-2010 | Undetermined |
| HOLLANDER 10.1-1357 CN VII HOLLAN.2014 | PAI SAI FEI TE & DESIGN (CHINE | | Pending | China | | | | 16696409<br>04-13-2015 | | Undetermined |
| HOLLANDER 10.1-1357 CN HOLLAN.2010 | PAI SAI FEI TE & (CHINE | | Registered | China | Class-25 Overalls; Work Clothes; Clothing; Clothes; The Hat (Wears); Tie; Clothes Dai (Clothing); The Leather Belt (Clothing Uses); Sleeping Bag | | | 6022046<br>04-26-2007 | 6022046<br>03-14-2010 | Undetermined |

34

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263<br>05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1357 CN V HOLLAN.2011 | PAI SAI FEI TE & (CHINE | | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Eiderdown Quilt; Pillowcase; Bedding Quilt Wadding; Cotton And Kapok Blanket; Wool Bed Curtain; The Textile Tapestry (On Wall Hangs Valance); Felt; Pillow Covering; Textile Pad | | | 6022045<br>04-26-2007 | 6022045<br>03-14-2010 | Undetermined |
| HOLLANDER 10.1-1357 CN I HOLLAN.2013 | PAI SAI FEI TE (CHINESE CHARAC | | Pending | China | | | | 22882643<br>02-21-2017 | | Undetermined |
| HOLLANDER 10.1-1285 HOLLAN.1886 | PCF SUPERFLUFF | | Registered | European Union Intellectual Property Office | Class-24 Comforters, Quilts And Duvets | 1/8/2021 | Renewal Deadline | 002030088<br>01-08-2001 | 002030088<br>12-04-2001 | Undetermined |
| HOLLANDER 10.0-373 HOLLAN.426 | PEACHY | | Registered | United States | Class-20 Pillows, Mattress Toppers And Class-24 Comforters, Mattress Pads, And Blankets | 9/11/2021 | Section 8 & 9 Renewal Deadline | 76/024,553<br>04-13-2000 | 2,489,420<br>09-11-2001 | Undetermined |
| HOLLANDER 10.1-536 China HOLLAN.779 | PEACHY (Class 24) | | Registered | China | Class-24 Bed Blankets; Mattress Pades; Toppers; Comforters; Tick; Bed Linen; Bed Mattress Covers; Pillowcases; Ticks [Mattress Covers] | 5/27/2022 | Renewal Deadline | 7685822<br>09-08-2009 | 7685822<br>05-28-2012 | Undetermined |
| HOLLANDER 10.1-536 China I HOLLAN.774 | PEACHY | | Registered | China | Class-20 Mattresses; Pillows | 5/20/2022 | Renewal Deadline | 7685823<br>09-08-2009 | 7685823<br>05-21-2012 | Undetermined |
| HOLLANDER 10.1-420 III CA HOLLAN.2194 | PERFECT REST | | Pending | Canada | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 1944398<br>02-04-2019 | | Undetermined |
| HOLLANDER 10.0-420 III HOLLAN.2193 | PERFECT REST | | To be abandoned | United States | Class-20 Fiber Beds, Mattress Toppers, Feather Beds Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 88/279,357<br>01-28-2019 | | Undetermined |
| HOLLANDER 10.0-420 II HOLLAN.854 | PERFECT REST | | Registered | United States | Class-20 Pillows | 6/10/2020 | Section 8 & 15 Deadline | 85/164,795<br>10-29-2010 | 4,547,877<br>06-10-2014 | Undetermined |
| HOLLANDER 10.0-221 HOLLAN.183 | PERFECT SUPPORT | | Registered | United States | Class-20 Pillows | 10/1/2026 | Section 8 & 9 Renewal Deadline | 74/640,191<br>02-24-1995 | 2,005,391<br>10-01-1996 | Undetermined |
| HOLLANDER 10.0-974 HOLLAN.1204 | PERFECT-FOR-FOAM | | Registered | United States | Class-24 Mattess Pads | 7/15/2020 | Section 8 & 15 Deadline | 86/025,000<br>07-31-2013 | 4,569,844<br>07-15-2014 | Undetermined |
| HOLLANDER 10.1-1286 HOLLAN.1887 | PERFORMANCE GRIP | | Registered | United States | Class-24 Skirts For Mattress Pads | 2/23/2022 | Section 8 & 15 Deadline | 85/776,299<br>11-09-2012 | 4,905,430<br>02-23-2016 | Undetermined |
| HOLLANDER 10.1-1406 MX HOLLAN.2150 | POP CORNER | | Pending | Mexico | Class-20 Pillows, Mattress Toppers | | | 2125515<br>11-05-2018 | | Undetermined |
| HOLLANDER 10.0-1406 HOLLAN.2129 | POP CORNER | | Pending | United States | Class-20 Pillows | | | 88/176,018<br>10-31-2018 | | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1406 CA HOLLAN.2149 | POP CORNER | | Pending | Canada | Class-20 Pillows, Mattress Toppers | | | 1928679 11-05-2018 | | Undetermined |
| HOLLANDER 10.1-1291 HOLLAN.1892 | POWER FILL | | Registered | United States | Class- Polyester Filling For Pillows And Comforters Class-22 Polyester Filling For Pillows And Comforters | 6/17/2027 | Section 8 & 9 Renewal Deadline | 74/450,485 10-25-1993 | 2,072,070 06-17-1997 | Undetermined |
| HOLLANDER 10.1-882 CN HOLLAN.1098 | POWER LOFT | | To be abandoned | China | Class-20 Pillows; Bed Pillows | 7/13/2019 | Renewal Grace Period | 201358132 08-15-2005 | 4836960 01-14-2009 | Undetermined |
| HOLLANDER 10. -1425 HOLLAN.2227 | POWER LOFT | | Not yet filed | United States | | | | | | Undetermined |
| HOLLANDER 10.1-1292 CA HOLLAN.1893 | POWER SLEEP | | Registered | Canada | Class- Comforters, Fiber Beds, Pillows, Blankets, Feather Beds, Throws, Mattress Pads, Pillow Protectors Class-- | 10/15/2030 | Renewal Deadline | 1548332 10-19-2011 | TMA917149 10-15-2015 | Undetermined |
| HOLLANDER 10.1-1292 HOLLAN.1894 | POWER SLEEP | | Registered | European Union Intellectual Property Office | Class-20 Fibre Beds; Pillows; Feather Beds; Pads Class-24 Comforters; Blankets; Throws; Pillow Protectors | 4/3/2022 | Renewal Deadline | 010781029 04-03-2012 | 010781029 09-03-2012 | Undetermined |
| HOLLANDER 10.1-1292 CN HOLLAN.1895 | POWER SLEEP & DESIGN | Power Sleep | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Bedding Bag; Quilt Wadding; Kapok Blanket; Bed Curtain | 3/6/2023 | Renewal Deadline | 10144197 11-03-2011 | 10144197 03-07-2013 | Undetermined |
| HOLLANDER 10.1-850 CA HOLLAN.1079 | POWERLOFT | | To be abandoned | Canada | Class- Bed Pillows Class-- | 7/8/2019 | Renewal Grace Period | 1140435 05-13-2002 | TMA598840 01-08-2004 | Undetermined |
| HOLLANDER 10.1-1295 CA HOLLAN.1899 | PROFORMANCE | | Registered | Canada | Class- Pillows And Mattress Toppers | 1/21/2026 | Renewal Deadline | 1277594 10-28-2005 | TMA788243 01-21-2011 | Undetermined |
| HOLLANDER 10.1-1296 II HOLLAN.1901 | PROGUARD | | Registered | United States | Class-01 Stain Repellants For Mattress Pads | 1/22/2022 | Section 8 & 9 Renewal Deadline | 76/102,911 08-03-2000 | 2,531,647 01-22-2002 | Undetermined |
| HOLLANDER 10.1-1296 CA HOLLAN.1902 | PROGUARD | | Registered | Canada | Class- Pillows; Mattress Pads, Mattress Protectors And Pillow Protectors; Pillows; Mattress Pads, And Pillow Protectors Class-20 Pillows; Mattress Pads, Mattress Protectors And Pillow Protectors Class-24 Pillows; Mattress Pads, And Pillow Protectors | 6/6/2033 | Renewal Deadline | 1603391 11-21-2012 | TMA998241 06-06-2018 | Undetermined |
| HOLLANDER 10.1-1296 I HOLLAN.1900 | PROGUARD | | Registered | United States | Class-20 Pillows Class-24 Mattress Pads, And Pillow Protectors | 2/23/2022 | Section 8 & 15 Deadline | 85/776,252 11-09-2012 | 4,905,429 02-23-2016 | Undetermined |
| HOLLANDER 10.0-1041 HOLLAN.1308 | PURE SENSATION | | Registered | United States | Class-24 Mattress Pads | 10/13/2021 | Section 8 & 15 Deadline | 86/386,221 09-05-2014 | 4,833,337 10-13-2015 | Undetermined |
| HOLLANDER 10.1-1297 CN I HOLLAN.1903 | QIAN HOWEVER & DESIGN (CHINESE | 芊然 | Registered | China | Class-24 Metal Cotton (Cotton Space); Felt | | | 6896480 08-13-2008 | 6896480 10-28-2012 | Undetermined |

| Reference | Mark | Logo | Status | Country | Goods/Services | Deadline | Section | Application | Registration | Determination |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | 3W | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows. Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1297 CN III HOLLAN.1905 | QIAN HOWEVER & DESIGN (CHINESE | 芊然 | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Non-Rubber Or Plastic System Material; Cotton And Kapok Filings (Wadding); Packing Upholstery Padding; Textile Fiber Weaving Raw Material; Weaves The Bag; Models | | | 6896479 08-13-2008 | 6896479 09-14-2010 | Undetermined |
| HOLLANDER 10.1-1297 CN II HOLLAN.1904 | QIAN HOWEVER & DESIGN (CHINESE | 芊然 | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Glass Fiber Reinforced Handicraft; Pad Pillow; Cor Handicraft; Therapy Pillow; Camp Sleeping Bag; Furniture | | | 6896478 08-13-2008 | 6896478 09-28-2010 | Undetermined |
| HOLLANDER 10.1-1298 HOLLAN.1906 | RADIANCE | | Registered | United States | Class-24 Comforters | 10/17/2025 | Section 8 & 9 Renewal Deadline | 74/494,257 02-25-1994 | 1,928,681 10-17-1995 | Undetermined |
| HOLLANDER 10.1-1301 HOLLAN.1912 | RENOVA | | Registered | European Union Intellectual Property Office | Class- Comforters; Blankets; Mattress Pads, Skirt Portion Of A Mattress Pad | 9/28/2022 | Renewal Deadline | 011226081 09-28-2012 | 011226081 06-13-2015 | Undetermined |
| HOLLANDER 10.1-1301 HOLLAN.1910 | RENOVA | | Registered | United States | Class-20 Pillows. Class-24 Comforters, Bed Blankets And Mattress Pads | 11/1/2021 | Section 8 & 9 Renewal Deadline | 77/922,713 01-28-2010 | 4,049,909 11-01-2011 | Undetermined |
| HOLLANDER 10.1-1301 CA HOLLAN.1911 | RENOVA | | Registered | Canada | Class- Pillows, Comforters, Bed Blankets And Mattress Pads | 7/4/2028 | Renewal Deadline | 1487429 07-05-2010 | TMA854513 07-04-2013 | Undetermined |
| HOLLANDER 10.1-1301 CN HOLLAN.1913 | RENOVA & DESIGN | RENOVA | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Non-Rubber Or Plastic System Material; Cotton And Kapok Filings (Wadding); Packing Upholstery Padding; Textile Fiber Weaving Raw Material; Weaves The Bag; Models | | | 8725438 10-11-2010 | 8725438 10-21-2011 | Undetermined |
| HOLLANDER 10.1-1302 HOLLAN.1914 | RESILIA | | Registered | United States | Class-20 Pillows; Feathers And Down Sold As An Component Of Pillows; Featherbeds; Feathers And Sold As An Integral Component Of Featherbeds | 3/8/2022 | Section 8 & 15 Deadline | 86/340,140 07-17-2014 | 4,911,903 03-08-2016 | Undetermined |
| HOLLANDER 10.1-1302 CA HOLLAN.1915 | RESILIA | | Registered | Canada | Class- Pillows And Fill For Pillows; Featherbeds And Fill For Featherbeds. Class-- | 6/27/2032 | Renewal Deadline | 1685975 07-18-2014 | TMA974466 06-27-2017 | Undetermined |
| HOLLANDER 10.0-560 III HOLLAN.2168 | RESPONSIBLE LUXURY | | Pending | United States | Class-20 Mattress Toppers, Pillow Protectors. Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters | | | 88/219,562 12-06-2018 | | Undetermined |
| HOLLANDER 10.1-560 III CA II HOLLAN.2225 | RESPONSIBLE LUXURY | | Pending | Canada | Class-20 Pillows. Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters | | | 1948060 02-25-2019 | | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-560 III CA I HOLLAN.2172 | RESPONSIBLE LUXURY | | Pending | Canada | Class-20 Mattress Toppers; Pillow Protectors | | | 1935556 12-12-2018 | | Undetermined |
| HOLLANDER 10.0-560 II HOLLAN.1286 | RESPONSIBLE LUXURY | | Registered | United States | Class-20 Pillows | 10/24/2023 | Section 8 & 15 Deadline | 86/272,989 05-06-2014 | 5,317,377 10-24-2017 | Undetermined |
| HOLLANDER 10.1-1304 CN HOLLAN.1923 | RESTFUL NIGHTS | | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Pillowcase; Bedding Bag; Quilt Cotton And Kapok Blanket; Wool Blanket; Bed The Textile Tapestry (On Wall Hangs Curtain Felt; Pillow Covering; Curtain | 11/20/2020 | Renewal Deadline | 7647607 08-26-2009 | 7647607 11-21-2010 | Undetermined |
| HOLLANDER 10.1-1304 CN I HOLLAN.1920 | RESTFUL NIGHTS | | Registered | China | Class-25 Overalls; Work Clothes; Clothing; Clothes; The Hat (Wears); Tie; Clothes Dai (Clothing); The Leather Belt (Clothing Uses); Sleeping Bag | 11/20/2020 | Renewal Deadline | 7647605 08-26-2009 | 7647605 11-21-2010 | Undetermined |
| HOLLANDER 10.1-1304 CA HOLLAN.1918 | RESTFUL NIGHTS | | Registered | Canada | Class- Pillows, Fiber Beds And Comforters Class-- | 2/6/2021 | Renewal Deadline | 1166003 01-27-2003 | TMA658115 02-06-2006 | Undetermined |
| HOLLANDER 10.1-1304 CN III HOLLAN.1922 | RESTFUL NIGHTS | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Glass Fiber Plastic Handicraft; Pad Pillow; Cor Handicraft; Therapy Pillow; Camp Sleeping Bag; Furniture | 12/20/2020 | Renewal Deadline | 7647702 08-26-2009 | 7647702 12-21-2010 | Undetermined |
| HOLLANDER 10.1-1304 HOLLAN.1917 | RESTFUL NIGHTS | | Registered | United States | Class-20 Pillows And Fiber Beds<br>Class-24 Comforters And Mattress Pads | 8/5/2023 | Section 8 & 9 Renewal Deadline | 76/463,983 11-04-2002 | 2,747,025 08-05-2003 | Undetermined |
| HOLLANDER 10.1-1304 CN II HOLLAN.1921 | RESTFUL NIGHTS | | Registered | China | Class-22 The Packing Uses The Textile Bag Small Bag); Non-Rubber Or Plastic System Material; Cotton And Kapok Filings (Wadding); Packing Upholstery Padding; Textile Fiber Weaving Raw Material; Weaves The Bag; Models The Cloth; The Textile Uses The Plastic Fiber (Textile Fiber); Silk Wadding; Textile Fiber | 11/20/2020 | Renewal Deadline | 7647606 08-26-2009 | 7647606 11-21-2010 | Undetermined |
| HOLLANDER 10.1-1304 HOLLAN.1919 | RESTFUL NIGHTS | | Registered | European Union Intellectual Property Office | Class-20 Pillows; Fibre Beds And Mattress Pads<br>Class-24 Comforters And Blankets | 11/20/2022 | Renewal Deadline | 011359759 11-20-2012 | 011359759 04-23-2013 | Undetermined |
| HOLLANDER 10.1-1304 II MX I HOLLAN.2142 | RESTFUL NIGHTS | | Pending | Mexico | Class-20 Pillows And Fiber Beds | | | 2127164 11-07-2018 | | Undetermined |
| HOLLANDER 10.1-1304 II MX II HOLLAN.2146 | RESTFUL NIGHTS CLASS | | Pending | Mexico | Class-24 Comforters And Mattress Pads | | | 2127167 11-07-2018 | | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | 1897263 05-03-2018 | | | Undetermined |
| HOLLANDER 10.1-1305 CN HOLLAN.1925 | ROYALOFT & DESIGN | | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Pillowcase; Bedding Bag; Quilt Wadding; Cotton Kapok Blanket; Wool Blanket; Felt | | 6515548 01-17-2008 | 6515548 07-07-2010 | | Undetermined |
| HOLLANDER 10.0-544 HOLLAN.794 | R-TECH | | Registered | United States | Class-24 Stain Repellant Coating And Stain Coating Sold As An Integral Component Of Mattress Pads | 11/22/2021 | Section 8 & 9 Renewal Deadline | 85/029,408 05-04-2010 | 4,060,884 11-22-2011 | Undetermined |
| HOLLANDER 10.0-1110 HOLLAN.1424 | Running Human Logo | | Registered | United States | Class-20 Pillows Class-24 Mattress Pads, Pillow Covers | 10/23/2024 | Section 8 & 15 Deadline | 87/203,462 10-14-2016 | 5,590,860 10-23-2018 | Undetermined |
| HOLLANDER 10.1-1309 CN HOLLAN.1930 | SENDS MATCH FITTER (CHINESE CH | | Registered | China | Class-20 Craftwork Made Of Fiberglass Plastic; Cork Craftwork | | 6022059 04-26-2007 | 6022059 03-07-2011 | | Undetermined |
| HOLLANDER 10.1-1310 CA HOLLAN.1932 | SENSACOOL | | Registered | Canada | Class-20 Pillows | 6/19/2032 | Renewal Deadline | 1583150 06-21-2012 | TMA973842 06-19-2017 | Undetermined |
| HOLLANDER 10.1-1310 HOLLAN.1931 | SENSACOOL | | Registered | United States | Class-20 Pillows | 11/4/2020 | Section 8 & 15 Deadline | 85/655,930 06-19-2012 | 4,632,783 11-04-2014 | Undetermined |
| HOLLANDER 10.1-1311 CA HOLLAN.1934 | SIDE-BY-SIDE | | Registered | Canada | Class-20 Pillows | 9/27/2022 | Renewal Deadline | 1278498 11-04-2005 | TMA697400 09-27-2007 | Undetermined |
| HOLLANDER 10.1-1311 HOLLAN.1933 | SIDE-BY-SIDE | | Registered | United States | Class-20 Pillows | 12/26/2026 | Section 8 & 9 Renewal Deadline | 78/745,714 11-02-2005 | 3,189,146 12-26-2006 | Undetermined |
| HOLLANDER 10.1-1363 CN III HOLLAN.2028 | SILVER FILL & DESIGN | | Registered | China | Class-20 Mattress Friction Lining; Pillow&#X0D; | | 6287834 09-21-2007 | 6287834 02-21-2010 | | Undetermined |
| HOLLANDER 10.1-1363 CN I HOLLAN.2026 | SILVER FILL & DESIGN | | Registered | China | Class-24 The Bed Uses The Blanket; Sheet (Textile); Mattress Cover; On The Bed Cover; Bed Cushion; Quilt; Mattress Cushion; Mattress | | 6287846 09-21-2007 | 6287846 03-28-2010 | | Undetermined |
| HOLLANDER 10.1-1363 CN II HOLLAN.2027 | SILVER FILL & DESIGN | | Registered | China | Class-22 The Bedding Uses The Feather; Cushion Feather; The Packing Ornament Uses Feather; Feather (Birds And Beasts Class); Textile Fiber (Synthesis) | | 6287847 09-21-2007 | 6287847 03-28-2010 | | Undetermined |
| HOLLANDER 10.1-1312 CA HOLLAN.1935 | SILVER SURE | | Registered | Canada | Class- Pillows; Comforters And Mattress Pads | 2/25/2026 | Renewal Deadline | 1361794 08-30-2007 | TMA791673 02-25-2011 | Undetermined |
| HOLLANDER 10.1-1313 CN II HOLLAN.1937 | SILVERSOFT | | Registered | China | Class-22 String; Spreads The Adhesive Plaster; The Bag; Padding; Textile Fiber Spinning And Raw Material; Cotton And Kapok Fibrous Bundle; Silk Wadding; Textile Fiber; The Textile Uses The Textile Fiber (Textile Fiber) | | 6515194 01-17-2008 | 6515194 06-21-2010 | | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1313 CN I HOLLAN.1936 | SILVERSOFT | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Non-Medical Air Pad Pillow; Feather Pillow; Protrusion Of The Bone; Magnetism Therapy Pillow; Furniture | | | 6515195 01-17-2008 | 6515195 03-28-2010 | Undetermined |
| HOLLANDER 10.1-943 CA HOLLAN.1168 | SIMPLE COMFORT | | Registered | Canada | Class- Pillows, Foam Pillows, Pillow Protectors, Pillow Cases, Feather Beds, Fiber Beds, Mattress Pads, Foam Toppers, Sheets, Duvets, Comforters, Blankets And Throws | 7/31/2022 | Renewal Deadline | 1312384 07-31-2006 | TMA693163 07-31-2007 | Undetermined |
| HOLLANDER 10.0-1027 HOLLAN.1282 | SIMPLE COMFORT | | Registered | United States | Class-20 Pillows | 5/17/2022 | Section 8 & 15 Deadline | 86/259,009 04-22-2014 | 4,960,759 05-17-2016 | Undetermined |
| HOLLANDER 10. -1417 HOLLAN.2196 | SIMPLY SLEEP | | Not yet filed | United States | Closed in CMFE 1/30/19 | | | | | Undetermined |
| HOLLANDER 10.1-1315 HOLLAN.1939 | SIX STAR | | Registered | United States | Class-20 Pillows<br>Class-24 Comforters | 3/4/2023 | Section 8 & 9 Renewal Deadline | 76/345,672 12-06-2001 | 2,692,543 03-04-2003 | Undetermined |
| HOLLANDER 10.1-1399 HOLLAN.2121 | SLEEP 4 A's | | Pending | United States | Class-20 Pillows, Mattress Toppers<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | | 88/176,004 10-31-2018 | | Undetermined |
| HOLLANDER 10.1-1399 CA HOLLAN.2148 | SLEEP 4 A'S | | Pending | Canada | Class-20 Pillows, Mattress Toppers<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | | 1928705 11-05-2018 | | Undetermined |
| HOLLANDER 10.1-1317 I HOLLAN.1941 | SLEEP FOR SUCCESS | | Registered | United States | Class-20 Pillows<br>Class-24 Comforters | 8/21/2022 | Section 8 & 9 Renewal Deadline | 85/109,698 08-17-2010 | 4,195,182 08-21-2012 | Undetermined |
| HOLLANDER 10.0-1317 II HOLLAN.2046 | SLEEP FOR SUCCESS! | | Registered | United States | Class-20 Pillows<br>Class-24 Comforters | 10/9/2024 | Section 8 & 15 Deadline | 87/662,690 10-27-2017 | 5,578,548 10-09-2018 | Undetermined |
| HOLLANDER 10.1-1318 HOLLAN.1942 | SLEEP SAFE | | Registered | United States | Class-20 Pillows<br>Class-24 Pillow Protectors, Namely, Pillow Covers | 7/11/2023 | Section 8 & 15 Deadline | 85/631,966 07-11-2017 | 5,241,684 07-11-2017 | Undetermined |
| HOLLANDER 10.1-883 CN I HOLLAN.1101 | SLEEPSATIONS | | To be abandoned | China | Class-24 Mattress Pad; Mattress Covers; Material ); Non-Braided Textile; Seat Cushions (Not Paper Made) | 9/13/2019 | Renewal Grace Period | 201358116 09-21-2005 | 4908150 03-14-2009 | Undetermined |
| HOLLANDER 10.1-859 CA HOLLAN.1082 | SLEEPSATIONS | | Registered | Canada | Class- Duvets, Comforters | 11/23/2026 | Renewal Deadline | 1498089 10-01-2010 | TMA812456 11-23-2011 | Undetermined |
| HOLLANDER 10.1-879 CA HOLLAN.1083 | SLEEPSATIONS | | Registered | Canada | Class- Bed Pillows, Mattress Pads, Mattress Covers | 3/25/2026 | Renewal Deadline | 1341356 03-29-2007 | TMA793831 03-25-2011 | Undetermined |
| HOLLANDER 10.1-1321 HOLLAN.1946 | SLUMBER CORE | | Registered | United States | Class-20 Pillows | 12/23/2023 | Section 8 & 9 Renewal Deadline | 76/410,016 05-20-2002 | 2,798,849 12-23-2003 | Undetermined |
| HOLLANDER 10.1-1119 CA HOLLAN.1446 | SLZZP | | Registered | Canada | Class-20 Pillows | 8/2/2033 | Renewal Deadline | 1818741 01-18-2017 | TMA1002051 08-02-2018 | Undetermined |
| HOLLANDER 10.0-1119 HOLLAN.1439 | SLZZP | | Pending | United States | Class-20 Pillows, Mattress Toppers<br>Class-24 Mattress Pads, | | | 87/304,233 01-17-2017 | | Undetermined |

| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-951 CA HOLLAN.1176 | SMART FIBRE | | Registered | Canada | Class- Mattress Pads, Matress Toppers Class-- | 5/14/2024 | Renewal Deadline | 1275403 10-12-2005 | TMA740173 05-14-2009 | Undetermined |
| HOLLANDER 10.1-862 HOLLAN.1055 | SMART FOAM | | Registered | United States | Class-20 Pillows Class-24 Mattress Pads | 7/4/2020 | Section 8 & 9 Renewal Deadline | 75/618,046 01-09-1999 | 2,364,063 07-04-2000 | Undetermined |
| HOLLANDER 10.0-863 HOLLAN.1056 | SMART GRIP | | Registered | United States | Class-24 Mattress Pads, Side Panels Sold Component Of Mattress Pads | 12/23/2020 | Section 8 & 15 Deadline | 85/766,699 10-30-2012 | 4,660,112 12-23-2014 | Undetermined |
| HOLLANDER 10.1-865 II MX HOLLAN.2140 | SMARTFLEX | | Pending | Mexico | Class-20 Cooling Technology Sold As An Integral Component Of Pillows; Pliable Cooling Gel Sold As An Integral Component Of Pillows | | | 2122822 10-26-2018 | | Undetermined |
| HOLLANDER 10.1-864 CA HOLLAN.1084 | SMARTFLEX | | Registered | Canada | Class- Mattress Pads, Fabrics For The Manufacture Of Bedding, Fabrics For Textile Use, Fabrics For Pillows, Fabrics For Bed Pillows, Fabrics For Mattress Pads, Bed Pillows, Pillows | 5/20/2029 | Renewal Deadline | 1500121 10-18-2010 | TMA878219 05-20-2014 | Undetermined |
| HOLLANDER 10.1-864 HOLLAN.1057 | SMARTFLEX | | Registered | United States | Class-20 Bed Pillows; Pillows | 5/15/2022 | Section 8 & 9 Renewal Deadline | 85/133,374 09-20-2010 | 4,143,506 05-15-2012 | Undetermined |
| HOLLANDER 10.1-865 II CA HOLLAN.2139 | SMARTFLEX | | Pending | Canada | Class-20 Cooling Technology Sold As An Integral Component Of Pillows; Pliable Cooling Gel Sold As An Integral Component Of Pillows | | | 1927370 10-26-2018 | | Undetermined |
| HOLLANDER 10.0-865 II HOLLAN.2125 | SMARTFLEX | | Pending | United States | Class-20 Cooling Technology Sold As An Integral Component Of Pillows; Pliable Cooling Gel Sold As An Integral Component Of Pillows | | | 88/167,359 10-24-2018 | | Undetermined |
| HOLLANDER 10.1-866 HOLLAN.1059 | SMOOTH GRIP | | Registered | United States | Class-24 Mattress Pads | 3/16/2020 | Section 8 & 9 Renewal Deadline | 77/700,895 03-27-2009 | 3,761,840 03-16-2010 | Undetermined |
| HOLLANDER 10.1-866 CA HOLLAN.1085 | SMOOTH GRIP | | Registered | Canada | Class- Mattress Pads | 4/16/2027 | Renewal Deadline | 1432902 03-30-2009 | TMA822189 04-16-2012 | Undetermined |
| HOLLANDER 10.1-867 HOLLAN.1060 | SMOOTH GRIP and Design | SMOOTH GRIP | Registered | United States | Class-24 Mattress Pads | 5/18/2020 | Section 8 & 9 Renewal Deadline | 77/716,507 04-17-2009 | 3,791,297 05-18-2010 | Undetermined |
| HOLLANDER 10.1-867 CA HOLLAN.1086 | SMOOTH GRIP and Design | SMOOTH GRIP | Registered | Canada | Class- Mattress Pads | 4/18/2027 | Renewal Deadline | 1435254 04-21-2009 | TMA822445 04-18-2012 | Undetermined |
| HOLLANDER 10.1-1323 CA HOLLAN.1950 | SNUG KNIT | | Registered | Canada | Class-24 Mattress Pads | 7/14/2021 | Renewal Deadline | 1103001 05-15-2001 | TMA667734 07-14-2006 | Undetermined |
| HOLLANDER 10.1-1323 HOLLAN.1949 | SNUG KNIT | | Registered | United States | Class-24 Mattress Pads | 4/26/2025 | Section 8 & 9 Renewal Deadline | 76/229,652 03-26-2001 | 2,944,241 04-26-2005 | Undetermined |
| HOLLANDER 10.1-1324 HOLLAN.1951 | SOMNUS | | Registered | United States | Class-20 Pillows Class-24 Comforters, Feather Beds, Bed Throws, Mattress Pads, Duvet Covers And Bed Sheets | 5/17/2025 | Section 8 & 9 Renewal Deadline | 76/580,852 03-15-2004 | 2,951,135 05-17-2005 | Undetermined |
| HOLLANDER 10.1-1326 CN HOLLAN.1954 | SSLEEP | | Registered | China | | 3/20/2025 | Renewal Deadline | 12428169 04-15-2013 | 174176CN 03-21-2015 | Undetermined |
| HOLLANDER 10.1-1327 HOLLAN.1955 | STARLIGHT DUVET INSERT | | Registered | United States | Class-24 Bed Blankets | 2/20/2021 | Section 8 & 9 Renewal Deadline | 76/024,226 04-12-2000 | 2,430,067 02-20-2001 | Undetermined |

41

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1332 CA HOLLAN.1962 | STRETCHFIT | | Registered | Canada | Class-28 Skirt Portion Of A Mattress Pad | 1/16/2034 | Renewal Deadline | 1082908 11-16-2000 | TMA599736 01-16-2004 | Undetermined |
| HOLLANDER 10.0-1332 HOLLAN.2178 | STRETCHFIT | | Pending | United States | Class-24 Mattress Pads, Mattress Covers | | | 88/258,336 01-11-2019 | | Undetermined |
| HOLLANDER 10.1-1333 HOLLAN.1963 | SUPER FILLED | | Registered | United States | Class-24 Mattress Pads | 6/3/2024 | Section 8 & 9 Renewal Deadline | 85/785,361 11-21-2012 | 4,545,331 06-03-2014 | Undetermined |
| HOLLANDER 10.1-1334 HOLLAN.1964 | SUPER FIT | | Registered | United States | Class-24 Mattress Pads, Pillowcases, Bedsheets Duvets | 11/4/2020 | Section 8 & 15 Deadline | 85/755,198 10-16-2012 | 4,632,904 11-04-2014 | Undetermined |
| HOLLANDER 10.1-1334 CA HOLLAN.1965 | SUPER FIT | | Registered | Canada | Class-24 Mattress Pads, Pillowcases, Bedsheets And Duvets | 3/10/2032 | Renewal Deadline | 1598577 10-17-2012 | TMA965370 03-10-2017 | Undetermined |
| HOLLANDER 10.0-605 HOLLAN.879 | SUPER SUPPORT | | Registered | United States | Class-20 Pillows | 5/28/2019 | Section 8 & 15 Deadline | 85/371,305 07-14-2011 | 4,344,316 05-28-2013 | Undetermined |
| HOLLANDER 10.1-1336 HOLLAN.1967 | SUPERGRIP | | Registered | United States | Class-24 Mattress Pads | 2/22/2021 | Section 8 & 9 Renewal Deadline | 77/826,176 09-14-2009 | 3,923,874 02-22-2011 | Undetermined |
| HOLLANDER 10.1-1336 CA HOLLAN.1968 | SUPERGRIP | | Registered | Canada | Class-24 Mattress Pads | 7/17/2027 | Renewal Deadline | 1451988 09-16-2009 | TMA828203 07-17-2012 | Undetermined |
| HOLLANDER 10.1-535 Canada HOLLAN.788 | SUPERSIDE | | Registered | Canada | Class- Pillows | 10/17/2027 | Renewal Deadline | 1,452,964 09-24-2009 | TMA834458 10-17-2012 | Undetermined |
| HOLLANDER 10.1-462 Canada HOLLAN.573 | SUPERSIDE | | Registered | Canada | Class- Pillows | 6/1/2020 | Renewal Deadline | 1225865 08-04-2004 | TMA641078 06-01-2005 | Undetermined |
| HOLLANDER 10.0-462 HOLLAN.559 | SUPERSIDE | | Registered | United States | Class-20 Pillows | 8/9/2025 | Section 8 & 9 Renewal Deadline | 78/381,047 03-09-2004 | 2,984,220 08-09-2005 | Undetermined |
| HOLLANDER 10.1-535 Mexico HOLLAN.770 | SUPERSIDE (Class 20) | | Registered | Mexico | Class-20 Pillow | 9/2/2019 | Renewal Deadline | 1030833 09-02-2009 | 1127258 10-23-2009 | Undetermined |
| HOLLANDER 10.1-535 Mexico HOLLAN.777 | SUPERSIDE (Class 24) | | To be abandoned | Mexico | Class-24 Blankets, Mattress Toppers And Comforters | 9/2/2019 | Renewal Deadline | 1030829 09-02-2009 | 1196044 01-11-2011 | Undetermined |
| HOLLANDER 10.0-992 HOLLAN.1225 | SUPRACELL | | Registered | United States | Class-20 Bedding Products, Namely, Pillows And Toppers Incorporating Open-Cell Foam Technology | 3/10/2021 | Section 8 & 15 Deadline | 86/241,535 04-03-2014 | 4,698,518 03-10-2015 | Undetermined |
| HOLLANDER 10.1-1338 HOLLAN.1970 | SUREHOLD | | Registered | United States | Class-24 Bed Sheets And Mattress Pads, Portion Designed To Provide A Secure Fit To A Mattress | 7/2/2022 | Section 8 & 9 Renewal Deadline | 76/107,510 08-14-2000 | 2,587,466 07-02-2002 | Undetermined |
| HOLLANDER 10.1-1339 CN III HOLLAN.1974 | SWITZERLAND PROMISES CHINA & D | | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Sheet (Textile); Pillowcase; Bedding Bag; Quilt Cotton And Kapok Blanket; Bed Curtain | | | 8725439 10-11-2010 | 8725439 10-21-2011 | Undetermined |
| HOLLANDER 10.1-1339 CN I HOLLAN.1972 | SWITZERLAND PROMISES CHINA & D | | Registered | China | Class-20 Bedding (Flax Product Exception); Pillow; Glass Fiber Reinforced Plastic Handicraft; Pillow; Cor Handicraft; Magnetism Therapy Pillow; Sleeping Bag | | | 8725441 10-11-2010 | 8725441 10-21-2011 | Undetermined |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA<br>HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | 1897263<br>05-03-2018 | | | Undetermined |
| HOLLANDER 10.1-1339 CN II<br>HOLLAN.1973 | SWITZERLAND PROMISES CHINA & D | | Registered | China | Class-22 Non-Rubber Or Plastic System Material; Cotton And Kapok Filings (Wadding); Packing Upholstery Padding; Textile Fiber Weaving Raw Material; The Textile Uses The Textile Fiber (Textile Fiber); Silk Wadding; Textile Fiber | | 8725440<br>10-11-2010 | 8725440<br>10-21-2011 | | Undetermined |
| HOLLANDER 10. -1427<br>HOLLAN.2232 | TAFFY | | Not yet filed | United States | | | | | | Undetermined |
| HOLLANDER 10.1-1404 MX II<br>HOLLAN.2153 | TECHNOLOGY THAT ADAPTS TO YOUR COMFORT | | Pending | Mexico | Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | 2125514<br>11-05-2018 | | | Undetermined |
| HOLLANDER 10.0-1404<br>HOLLAN.2127 | TECHNOLOGY THAT ADAPTS TO YOUR COMFORT | | Pending | United States | Class-20 Pillows, Mattress Toppers<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | 88/175,996<br>10-31-2018 | | | Undetermined |
| HOLLANDER 10.1-1404 MX I<br>HOLLAN.2152 | TECHNOLOGY THAT ADAPTS TO YOUR COMFORT | | Pending | Mexico | Class-20 Pillows, Mattress Toppers | | 2125513<br>11-05-2018 | | | Undetermined |
| HOLLANDER 10.1-1404 CA<br>HOLLAN.2151 | TECHNOLOGY THAT ADAPTS TO YOUR COMFORT | | Pending | Canada | Class-20 Pillows, Mattress Toppers<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | 1928695<br>11-05-2018 | | | Undetermined |
| HOLLANDER 10.1-1414 CA<br>HOLLAN.2187 | TEMPZONE | | Pending | Canada | Class-20 Pillows, Mattress Toppers<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | 1941283<br>01-17-2019 | | | Undetermined |
| HOLLANDER 10.1-1414 MX II<br>HOLLAN.2189 | TEMPZONE | | Pending | Mexico | Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | 2151733<br>01-15-2019 | | | Undetermined |
| HOLLANDER 10.0-1414<br>HOLLAN.2182 | TEMPZONE | | Pending | United States | Class-20 Pillows, Mattress Toppers<br>Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers | | 88/258,284<br>01-11-2019 | | | Undetermined |
| HOLLANDER 10.1-1414 MX I<br>HOLLAN.2188 | TEMPZONE | | Pending | Mexico | Class-20 Pillows, Mattress Toppers | | 2151727<br>01-15-2019 | | | Undetermined |
| HOLLANDER 10.1-1340<br>HOLLAN.1976 | TERRALOFT | | Registered | United States | Class-20 Pillows<br>Class-24 Bed Blankets | 12/6/2022 | Section 8 & 15 Deadline | 86/625,201<br>05-11-2016 | 5,096,349<br>12-06-2016 | Undetermined |
| HOLLANDER 10.1-1342<br>HOLLAN.1977 | THE BEAST | | Registered | United States | Class-20 Pillows | 8/15/2023 | Section 8 & 15 Deadline | 86/452,246<br>11-12-2014 | 5,266,349<br>08-15-2017 | Undetermined |
| HOLLANDER 10.1-957 CA<br>HOLLAN.1182 | THE BLUE WHALE | | Registered | Canada | Class- Fibre Beds, Foam Pillows, Blankets, Sheets, Bath Towels And Bath Mats | 9/28/2026 | Renewal Deadline | 1504934<br>11-23-2010 | TMA807902<br>09-28-2011 | Undetermined |
| HOLLANDER 10.1-958 CA<br>HOLLAN.1183 | THE BLUE WHALE | | Registered | Canada | Class- Bed Pillows, Mattress Pads, Foam Mattress Toppers, Pillow Protectors, Pillow Shams, Pillow Covers And Duvet Covers | 8/17/2028 | Renewal Deadline | 0858547<br>10-14-1997 | TMA498787 08-17-1998 | Undetermined |
| HOLLANDER 10.1-957 MX<br>HOLLAN.1195 | THE BLUE WHALE | | Registered | Mexico | Class-24 Pillow Covers, Mattress Covers And Conforters | 3/22/2021 | Renewal Deadline | 1165199<br>03-22-2011 | 1233787<br>08-18-2011 | Undetermined |

43

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.0-1381 HOLLAN.2072 | Three Arc Design | | Pending | United States | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 87/784,733 02-05-2018 | | Undetermined |
| HOLLANDER 10.1-1344 CA HOLLAN.1981 | TOUCH OF DOWN | | Registered | Canada | Class-20 Pillows | 4/1/2023 | Renewal Deadline | 1277793 10-31-2005 | TMA710684 04-01-2008 | Undetermined |
| HOLLANDER 10.1-1344 HOLLAN.1980 | TOUCH OF DOWN | | Registered | United States | Class-20 Pillows | 10/10/2026 | Section 8 & 9 Renewal Deadline | 78/732,065 10-12-2005 | 3,153,679 10-10-2006 | Undetermined |
| HOLLANDER 10.1-1344 CN HOLLAN.1982 | TOUCH OF DOWN | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Non-Medical Air Pad Pillow; Feather Pillow; Protrusion Of The Bone; Magnetism Therapy Pillow; Furniture | 3/27/2020 | Renewal Deadline | 6515200 01-17-2008 | 6515200 03-28-2010 | Undetermined |
| HOLLANDER 10.1-1346 HOLLAN.1984 | TRIA | | Registered | United States | Class-20 Pillows | 3/31/2029 | Section 8 & 9 Renewal Deadline | 77/084,967 01-17-2007 | 3,599,036 03-31-2009 | Undetermined |
| HOLLANDER 10.1-1346 CA HOLLAN.1985 | TRIA | | Registered | Canada | Class-20 Pillows | 11/16/2026 | Renewal Deadline | 1332303 02-23-2007 | TMA811790 11-16-2011 | Undetermined |
| HOLLANDER 10.1-1346 CN HOLLAN.1986 | TRIA & DESIGN | TRIA | Registered | China | Class-20 Pillows | 4/27/2020 | Renewal Deadline | 6515203 01-17-2008 | 6515203 04-28-2010 | Undetermined |
| HOLLANDER 10.0-1006 II HOLLAN.2053 | TRI-COOL | | Application allowed | United States | Class-20 Pillows; Pillow Component, Namely, A Pliable Cooling Gel Sold As An Integral Component In Pillows | | | 87/691,494 11-20-2017 | | Undetermined |
| HOLLANDER 10.1-1006 III CA HOLLAN.2102 | TRI-COOL | | Pending | Canada | Class-20 Pillows Class-24 Mattress Pads | | | 1903632 06-11-2018 | | Undetermined |
| HOLLANDER 10.1-1006 II CA HOLLAN.2077 | TRI-COOL | | Pending | Canada | Class-20 Pillows; Pillow Component, Namely, A Pliable Cooling Gel Sold As An Integral Component In Pillows | | | 1905773 06-22-2018 | | Undetermined |
| HOLLANDER 10.1-1347 CA HOLLAN.1988 | TRILLIUM | | Registered | Canada | Class-20 Synthetic Fibers Sold As A Component Of Pillows | 9/2/2026 | Renewal Deadline | 1340704 03-23-2007 | TMA805969 09-02-2011 | Undetermined |
| HOLLANDER 10.1-1347 HOLLAN.1987 | TRILLIUM | | Registered | United States | Class-20 Synthetic Fibers Sold As A Pillows Class-24 Synthetic Fibers Sold As A Comforters And Bed Blankets | 11/24/2019 | Section 8 & 9 Renewal Deadline | 78/594,123 03-24-2005 | 3,716,946 11-24-2009 | Undetermined |
| HOLLANDER 10.1-1347 CN I HOLLAN.1989 | TRILLIUM & DESIGN | | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Mattress; Bed; Pad Feather Pillow; Magnetism Therapy Pillow; Furniture | 3/27/2020 | Renewal Deadline | 6515552 01-17-2008 | 6515552 03-28-2010 | Undetermined |

44

| Mark | Mark Name | | Status | Country | Goods/Services | Date | Deadline | Application | Registration | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1347 CN III HOLLAN.1991 | TRILLIUM & DESIGN | | Registered | China | Class-22 String; Spreads The Adhesive Plaster; The Bag; Padding; Textile Fiber Spinning And Raw Material; Cotton And Kapok Fibrous Bundle; Silk Wadding; Textile Fiber; The Textile Uses The Textile Fiber (Textile Fiber) | 6/27/2020 | Renewal Deadline | 6515551 01-17-2008 | 6515551 06-28-2010 | Undetermined |
| HOLLANDER 10.1-1347 CN II HOLLAN.1990 | TRILLIUM & DESIGN | | Registered | China | Class-24 Packing (Textile); Metal Cotton And (Outer Space Cotton And Kapok); Bedspread; Pillowcase; Bedding Bag; Quilt Wadding; Cotton Kapok Blanket; Wool Blanket; Felt | 7/6/2020 | Renewal Deadline | 6515550 01-17-2008 | 6515550 07-07-2010 | Undetermined |
| HOLLANDER 10.0-579 HOLLAN.846 | TRI-LOFT | | Registered | United States | Class-22 Down Fill And Fiber Fill | 5/14/2019 | Section 8 & 15 Deadline | 85/135,421 09-22-2010 | 4,335,240 05-14-2013 | Undetermined |
| HOLLANDER 10.1-223 HOLLAN.187 | TRILOGY | | Registered | United States | Class-20 Bed Pillows | 10/15/2026 | Section 8 & 9 Renewal Deadline | 74/674,187 05-15-1995 | 2,007,760 10-15-1996 | Undetermined |
| HOLLANDER 10.0-1071 HOLLAN.1360 | TRIPLE COMFORT | | Registered | United States | Class-20 Pillows | 4/18/2023 | Section 8 & 15 Deadline | 86/585,852 04-02-2015 | 5,187,072 04-18-2017 | Undetermined |
| HOLLANDER 10.1-1348 HOLLAN.1992 | TROPICAL STAR (STYLIZED) | TROPICAL STAR | Registered | United States | Class-24 Bed Blankets | 2/20/2021 | Section 8 & 9 Renewal Deadline | 76/024,227 04-12-2000 | 2,430,068 02-20-2001 | Undetermined |
| HOLLANDER 10.1-1349 CA HOLLAN.1994 | TRUECLEAN | | Registered | Canada | Class- Pillows And Featherbeds; Comforters, Bed Blankets And Throws | 7/4/2029 | Renewal Deadline | 1487425 07-05-2010 | TMA881261 07-04-2014 | Undetermined |
| HOLLANDER 10.1-1350 HOLLAN.1995 | TRUEFIT | | Registered | United States | Class-24 Mattress Pads, Namely, End Portions Which Are Designed To Fit To The Mattress | 9/17/2022 | Section 8 & 9 Renewal Deadline | 76/179,016 12-11-2000 | 2,620,049 09-17-2002 | Undetermined |
| HOLLANDER 10.0-1088 HOLLAN.1394 | TWICE COOL | | Application allowed | United States | Class-20 Pillows, Fiber Beds, Mattress Toppers, Feather Beds Class-24 Bed Blankets, Mattress Pads, Mattress Covers, Comforters, Pillow Covers, Bed Linens | | | 86/924,842 03-01-2016 | | Undetermined |
| HOLLANDER 10.1-1351 HOLLAN.1996 | TWO STAR (STYLIZED) | TWO STAR | Registered | United States | Class-20 Pillows Class-24 Comforters | 3/4/2023 | Section 8 & 9 Renewal Deadline | 76/345,673 12-06-2001 | 2,692,544 03-04-2003 | Undetermined |
| HOLLANDER 10.1-985 HOLLAN.1216 | ULTIMATE FIT | | Registered | United States | Class-24 Mattress Pads | 8/4/2021 | Section 8 Deadline | 86/550,234 03-02-2015 | 4,787,723 08-04-2015 | Undetermined |
| HOLLANDER 10.1-1352 CA HOLLAN.1998 | ULTRA ESSENCE | | Registered | Canada | Class- Pillows; Comforters Class-- | 6/4/2029 | Renewal Deadline | 1533355 06-27-2011 | TMA879395 06-04-2014 | Undetermined |
| HOLLANDER 10.1-998 MX II HOLLAN.1246 | ULTRA LUXE | | Registered | Mexico | Class-24 Bed Blankets, Mattress Covers, Pillow Covers, Bed Linens | 12/10/2023 | Renewal Deadline | 1439498 12-10-2013 | 1445105 03-31-2014 | Undetermined |
| HOLLANDER 10.1-998 MX I HOLLAN.1242 | ULTRA LUXE (Class 20) | | Registered | Mexico | Class-20 Pillows, Fiber Beds, Feather Beds | 12/10/2023 | Renewal Deadline | 1439499 12-10-2013 | 1445106 03-31-2014 | Undetermined |
| HOLLANDER 10.1-1353 HOLLAN.1999 | ULTRAFLOW | | To be abandoned | United States | Class-20 Pillows And Synthetic Fill Sold As An Component Of Pillows | 6/26/2022 | Section 8 & 9 Renewal Deadline | 85/355,977 06-24-2011 | 4,163,568 06-26-2012 | Undetermined |

45

| Mark ID | Mark | Logo | Status | Country | Goods/Services | Deadline | Action | App No / Date | Reg No / Date | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | 3W | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263 05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1353 CN II HOLLAN.2001 | ULTRAFLOW & DESIGN | ULTRAFLOW | Registered | China | Class-20 Cushion (Mattress); Bedding (Flax Exception); Cushioning; Pillow; Non-Medical Air Pad Pillow; Feather Pillow; Protrusion Of The Bone; Magnetism Therapy Pillow; Furniture | | | 6515197 01-17-2008 | 6515197 03-28-2010 | Undetermined |
| HOLLANDER 10.1-1353 CN I HOLLAN.2000 | ULTRAFLOW & DESIGN | ULTRAFLOW | Registered | China | Class-22 String; Spreads The Adhesive Plaster; The Bag; Padding; Textile Fiber Spinning And Raw Material; Cotton And Kapok Fibrous Bundle; Silk Wadding; Textile Fiber; The Textile Uses The Textile Fiber (Textile Fiber) | | | 6515196 01-17-2008 | 6515196 06-21-2010 | Undetermined |
| HOLLANDER 10.1-1142 HOLLAN.1483 | UNCRUSHABLE (STYLIZED) | UNCRUSHABLE | Registered | United States | Class-20 Pillows | 9/18/2027 | Section 8 & 9 Renewal Deadline | 76/462,052 10-28-2002 | 3,294,379 09-18-2007 | Undetermined |
| HOLLANDER 10.1-427 Canada HOLLAN.508 | UNE VIE DOUILLETT | | Registered | Canada | Class- Pillows, Valances, Mattress Toppers, Mattress Covers, And Featherbeds, Comforters, Bed Sheets, Pillow Cases, Bed Ruffles, Pillow Shams, Duvet Covers, Table Rounds And Window Treatments Namely Window Curtains, Window Scarves, Fabric Curtain Tiebacks And Textile Window Covering Panels, Dust Ruffles, Mattress Pads, Fiber Fill And Bed Blankets | 4/27/2020 | Renewal Deadline | 1151246 08-29-2002 | TMA638,406 04-27-2005 | Undetermined |
| HOLLANDER 10.0-427 HOLLAN.507 | UNE VIE DOUILLETT | | Registered | United States | Class-24 Comforters, Duvet Covers, Mattress Mattress Covers | 6/8/2024 | Section 8 & 9 Renewal Deadline | 78/157,787 08-26-2002 | 2,851,928 06-08-2004 | Undetermined |
| HOLLANDER 10.0-986 I HOLLAN.1218 | US SMART | | Registered | United States | Class-20 Pillows, Mattress Toppers Class-24 Mattress Pads | 12/16/2020 | Section 8 & 15 Deadline | 86/020,081 07-25-2013 | 4,657,173 12-16-2014 | Undetermined |
| HOLLANDER 10.0-986 II HOLLAN.2165 | US SMART | | Pending | United States | Class-24 Comforters | | | 88/219,557 12-06-2018 | | Undetermined |
| HOLLANDER 10.0-987 II HOLLAN.2166 | US SMART & Design | USSMART | Pending | United States | Class-24 Comforters | | | 88/219,553 12-06-2018 | | Undetermined |
| HOLLANDER 10.0-987 I HOLLAN.1219 | US SMART and Design | USSMART | Registered | United States | Class-20 Pillows, Mattress Toppers Class-24 Mattress Pads | 12/16/2020 | Section 8 & 15 Deadline | 86/020,094 07-25-2013 | 4,657,174 12-16-2014 | Undetermined |
| HOLLANDER 10.0-1401 HOLLAN.2123 | V-NECK | | Pending | United States | Class-20 Bed Pillows | | | 88/279,329 01-28-2019 | 01-00-1900 | Undetermined |
| HOLLANDER 10.0-597 HOLLAN.866 | WAKE UP! AND LIVE | | Registered | United States | Class-20 Pillows | 7/8/2020 | Section 8 & 15 Deadline | 85/250,424 02-24-2011 | 4,564,473 07-08-2014 | Undetermined |
| HOLLANDER 10.1-1356 II HOLLAN.2005 | WON'T GO FLAT | | Registered | United States | Class-24 Mattress Pads | 3/8/2022 | Section 8 & 15 Deadline | 86/599,686 04-16-2015 | 4,915,237 03-08-2016 | Undetermined |
| HOLLANDER 10.1-1356 CA HOLLAN.2006 | WON'T GO FLAT | | Pending | Canada | Class- Pillows; Mattress Pads Class-- | | | 1810952 11-23-2016 | | Undetermined |

| HOLLANDER 10.1-1382 CA HOLLAN.2080 | 3W (Stylized) | | Pending | Canada | Class-20 Pillows; Down Fill Sold As An Integral Component Of Pillows<br>Class-24 Bed Blankets, Mattress Pads, Comforters; Down Fill Sold As An Integral Component Of Bed Blankets, Mattress Pads And Comforters | | | 1897263<br>05-03-2018 | | Undetermined |
| HOLLANDER 10.1-1356 I HOLLAN.2004 | WON'T GO FLAT | | Registered | United States | Class-20 Pillows | 6/26/2022 | Section 8 & 9 Renewal Deadline | 85/307,645<br>04-28-2011 | 4,163,367<br>06-26-2012 | Undetermined |

47

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 61

## INTERNET DOMAIN NAMES AND WEBSITES

**Hollander Sleep Products, LLC**
**Case #19-11608**
**Schedule AB-61: Internet domain names and websites**

| Description | Net Book Value | Valuation Method | Current Value of Debtors Interest |
|---|---|---|---|
| allsleep.com | Undetermined | Unknown | Undetermined |
| comfortcouncil.com | Undetermined | Unknown | Undetermined |
| comfortcouncil.net | Undetermined | Unknown | Undetermined |
| comfortcouncil.org | Undetermined | Unknown | Undetermined |
| comfortcouncil.xyz | Undetermined | Unknown | Undetermined |
| comfortquarters.biz | Undetermined | Unknown | Undetermined |
| comfortquarters.com | Undetermined | Unknown | Undetermined |
| greatsleep.com | Undetermined | Unknown | Undetermined |
| hollander.com | Undetermined | Unknown | Undetermined |
| hollander.shop | Undetermined | Unknown | Undetermined |
| hollanderfashions.com | Undetermined | Unknown | Undetermined |
| hollanderhome.com | Undetermined | Unknown | Undetermined |
| hollandersleep.com | Undetermined | Unknown | Undetermined |
| hollandersleepproducts.com | Undetermined | Unknown | Undetermined |
| hollandersleepsolutions.com | Undetermined | Unknown | Undetermined |
| hollanderstore.com | Undetermined | Unknown | Undetermined |
| hollanderstore.net | Undetermined | Unknown | Undetermined |
| iammystatement.com | Undetermined | Unknown | Undetermined |
| livecomfortably.com | Undetermined | Unknown | Undetermined |
| mybeddingplace.com | Undetermined | Unknown | Undetermined |
| slzzp.com | Undetermined | Unknown | Undetermined |
| thebeddingplace.com | Undetermined | Unknown | Undetermined |
| thebeddingspot.com | Undetermined | Unknown | Undetermined |
| thesleepclub.com | Undetermined | Unknown | Undetermined |
| thesleepclub.net | Undetermined | Unknown | Undetermined |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 73

## INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**Hollander Sleep Products, LLC**
Case #19-11608
Schedule AB-73: Interests in insurance policies or annuities

| Insurance Company | Coverage Description | Policy Number | Current Value of Debtors Interest |
|---|---|---|---|
| Westport Insurance Corporation (Swiss Re) | Property - includes Earth Movement, Flood | NAP 2003249-01 | Undetermined |
| Ironshore Specialty Insurance Company | 50% 1st Excess Property - includes Earth Movement, Flood | 003965000 | Undetermined |
| Evanston Insurance Company (Markel) | 50% 1st Excess Property - includes Earth Movement, Flood | MKLV11XP007156 | Undetermined |
| James River Insurance Company | 2nd Excess Property - excludes Earth Movement, Flood | 00081252-1 | Undetermined |
| Landmark American Insurance Company (RSUI) | 3rd Excess Property - excludes Earth Movement, Flood | LHD906954 | Undetermined |
| Lloyds of London (Hiscox) | Terrorism | UTS2555987.19 | Undetermined |
| Lloyds of London | Cargo & Stock Throughput (incl TRIA) | B0509MARCW1900022 | Undetermined |
| Safety First Insurance Co. | Workers Compensation / Employers Liability | FCL 4059909 | Undetermined |
| Safety National Casualty Corp. | Commercial General Liability (incl TRIA) | GLF 4059904 | Undetermined |
| Safety National Casualty Corp. | Business Auto Liability & Physical Damage | CAF 4059905 | Undetermined |
| Continental Insurance Co (CNA) | Umbrella Liability (incl TRIA) | 6050424429 | Undetermined |
| The Ohio Casualty Insurance Co (Liberty Mutual) | Excess Liability (incl TRIA) | ECO (20) 58458016 | Undetermined |
| Insurance Company of the State of Pennsylvania (AIG) | International Package: Foreign Commercial General Liability Foreign Business Auto & Physical Damage Foreign Voluntary Compensation & Employers Liab Foreign Travel Accident and Sickness Foreign Commercial Property - Scheduled location | WS11001075 | Undetermined |
| Travelers | Commercial Crime | 106205672 | Undetermined |
| ACE American Insurance Co | Cyber (Privacy & Network Liability) | G25666707004 | Undetermined |
| National Union Fire Ins Co (AIG) | Special Crime | 82867529 | Undetermined |
| Travelers Casualty and Surety Company of America | Employment Practices Liability | 106876796 | Undetermined |
| Berkley Insurance Co. | Customs Bond - Importer # 27-054214300 Principal: Hollander Sleep Products, LLC | 190207179 | Undetermined |
| Berkley Insurance Co. | Customs Drawback Bond - Importer #27-054214300 Principal: Hollander Sleep Products, LLC | 180605012 | Undetermined |

| Debtor Name | Hollander Sleep Products, LLC | |
|---|---|---|
| **United States Bankruptcy Court for the Southern District of New York** | | |
| Case number (if known): | **19-11608** | ☐ Check if this is an amended filing |

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property                     12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
WELLS FARGO BANK, NA

Creditor's mailing address
US TRADE SERVICES
401 N RESEARCH PKWY, 1ST FL
MAC D4004-017
WINSTON- SALEM, NC 27101-4157

Creditor's email address, if known

Date debt was incurred

Last four digits of    **751U**
account number

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

                                                                              **$3,035,000.00**        **UNKNOWN**

Describe the lien

IS Letter Of Credit, For Hartford F

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☐ Disputed

**2.2** Creditor's name
WELLS FARGO BANK, NA

Creditor's mailing address
US TRADE SERVICES
401 N RESEARCH PKWY, 1ST FL
MAC D4004-017
WINSTON- SALEM, NC 27101-4157

Creditor's email address, if known

Date debt was incurred

Last four digits of    **605U**
account number

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

                                                                              **$950,000.00**        **UNKNOWN**

Describe the lien

IS Letter Of Credit, For Berkley In

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| $238,286,318.49 |
|---|
| + Undetermined Amounts |

| Debtor Name | **Hollander Sleep Products, LLC** | Case number (if known): **19-11608** |

## Part 1:   Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |

---

**2.3**

**Creditor's name**
WELLS FARGO BANK, NA

Describe debtor's property that is subject to a lien

$400,000.00     UNKNOWN

**Creditor's mailing address**
US TRADE SERVICES
401 N RESEARCH PKWY, 1ST FL
MAC D4004-017
WINSTON- SALEM, NC 27101-4157

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**   940U

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

Describe the lien
IS Letter Of Credit, For Avalon Ris

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**
WELLS FARGO BANK, NA

Describe debtor's property that is subject to a lien

$550,000.00     UNKNOWN

**Creditor's mailing address**
US TRADE SERVICES
401 N RESEARCH PKWY, 1ST FL
MAC D4004-017
WINSTON- SALEM, NC 27101-4157

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**   428U

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

Describe the lien
IS Letter Of Credit, For Traveler's

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
☐ Disputed

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

## Part 1:    Additional Page(s)

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

|  | | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.5** | Creditor's name
**WELLS FARGO BANK, NA**

Describe debtor's property that is subject to a lien

$45,000.00        UNKNOWN

Creditor's mailing address
**US TRADE SERVICES**
**401 N RESEARCH PKWY, 1ST FL**
**MAC D4004-017**
**WINSTON- SALEM, NC 27101-4157**

Describe the lien

IS Letter Of Credit, For Arrowood I

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred

Last four digits of        646U
account number

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

---

**2.6** | Creditor's name
**IBM CREDIT, LLC**

Describe debtor's property that is subject to a lien
**UCC LIEN**

UNKNOWN        UNKNOWN

Creditor's mailing address
**7100 HIGHLANDS PKWY**
**SMYRNA, GA 30082**

Describe the lien

Specified Computer Equipt

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred  **12/31/2017**

Last four digits of
account number

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

| Debtor Name | **Hollander Sleep Products, LLC** | Case number (if known): **19-11608** |
|---|---|---|

---

## Part 1:   Additional Page(s)

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

**2.7**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **HYG FINANCIAL SERVICES, INC** | UCC LIEN | UNKNOWN | UNKNOWN |

Creditor's mailing address
**5000 RIVERSIDE DR, STE 300 E
IRVING, TX 75039**

Describe the lien

Master Lease  & Equipt Sched 997898

Creditor's email address, if known

**Is the creditor an insider or related party?**

Date debt was incurred  **8/22/2018**

- ☑ No
- ☐ Yes

Last four digits of    **8989**
account number

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
- ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

- ☐ Yes.  The relative priority of creditors is specified on lines

**2.8**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **HYG FINANCIAL SERVICES, INC** | UCC LIEN | UNKNOWN | UNKNOWN |

Creditor's mailing address
**5000 RIVERSIDE DR, STE 300 E
IRVING, TX 75039**

Describe the lien

Equipt Sched, New Forklift Trucks

Creditor's email address, if known

**Is the creditor an insider or related party?**

Date debt was incurred  **8/23/2018**

- ☑ No
- ☐ Yes

Last four digits of    **9002**
account number

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
- ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

- ☐ Yes.  The relative priority of creditors is specified on lines

| Debtor Name | **Hollander Sleep Products, LLC** | Case number (if known): **19-11608** |
|---|---|---|

## Part 1:    Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

---

**2.9**

**Creditor's name**
NATIONWIDE LIFT TRUCKS, INC

**Creditor's mailing address**
3900 N 28TH TER
HOLLYWOOD, FL 33020

**Creditor's email address, if known**

**Date debt was incurred**  6/25/2013

**Last four digits of account number**    9896

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**
Master Lease, Forklift Trucks And R

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
X Contingent
X Unliquidated
☐ Disputed

UNKNOWN

UNKNOWN

---

**2.10**

**Creditor's name**
CANON FINANCIAL SERVICES, INC

**Creditor's mailing address**
158 GAITHER DR
MOUNT LAUREL TOWNSHIP, NJ 08054

**Creditor's email address, if known**

**Date debt was incurred**  5/30/2017

**Last four digits of account number**    6.01

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**
Unified Lease, Contr #001-0642927-0

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
X Contingent
X Unliquidated
☐ Disputed

UNKNOWN

UNKNOWN

---

Debtor Name    **Hollander Sleep Products, LLC**                                   Case number (if known): **19-11608**

## Part 1:    Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.11**

Creditor's name
**CANON FINANCIAL SERVICES, INC**

Describe debtor's property that is subject to a lien
UCC LIEN

UNKNOWN            UNKNOWN

Creditor's mailing address
**158 GAITHER DR**
**MOUNT LAUREL TOWNSHIP, NJ 08054**

Describe the lien
Unified Lease, Contr #001-0642927-0

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  **11/24/2017**

Last four digits of     **3.01**
account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.12**

Creditor's name
**CANON FINANCIAL SERVICES, INC**

Describe debtor's property that is subject to a lien
UCC LIEN

UNKNOWN            UNKNOWN

Creditor's mailing address
**158 GAITHER DR**
**MOUNT LAUREL TOWNSHIP, NJ 08054**

Describe the lien
Unified Lease, Contr #001-0642927-0

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  **4/20/2018**

Last four digits of     **3.01**
account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

| Debtor Name | **Hollander Sleep Products, LLC** | Case number (if known): **19-11608** |
|---|---|---|

## Part 1:    Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Amount of Claim | Value of collateral |
|---|---|---|
| | Do not deduct the value of collateral | that supports this claim |

**2.13**

**Creditor's name**
CIT BANK, NA

**Creditor's mailing address**
10201 CENTURION PKWY N, STE 100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**  3/18/2018

**Last four digits of account number**    0266

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**
Lease, Mitel Tel System/Equipt

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

UNKNOWN          UNKNOWN

**2.14**

**Creditor's name**
CBSC CAPITAL INC

**Creditor's mailing address**
8000 MISSISSAUGA RD
BRAMPTON, ON L6Y 5Z7
CANADA

**Creditor's email address, if known**

**Date debt was incurred**  8/7/2017

**Last four digits of account number**    0909

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**
Lease, Copy Machines & Other Office

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

UNKNOWN          UNKNOWN

| Debtor Name | **Hollander Sleep Products, LLC** | Case number (if known): **19-11608** |
|---|---|---|

---

### Part 1:    Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.15**

**Creditor's name**
CBSC CAPITAL INC

**Creditor's mailing address**
8000 MISSISSAUGA RD
BRAMPTON, ON L6Y 5Z7
CANADA

**Creditor's email address, if known**

**Date debt was incurred** 8/4/2017

**Last four digits of account number** 0859

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**
Lease, Copy Machines & Other Office

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
☐ Disputed

UNKNOWN    UNKNOWN

---

**2.16**

**Creditor's name**
CBSC CAPITAL INC

**Creditor's mailing address**
8000 MISSISSAUGA RD
BRAMPTON, ON L6Y 5Z7
CANADA

**Creditor's email address, if known**

**Date debt was incurred** 8/6/2018

**Last four digits of account number** 0713

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC LIEN

**Describe the lien**
Lease, Copy Machine

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
☐ Disputed

UNKNOWN    UNKNOWN

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

## Part 1:    Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  |  | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.17**

Creditor's name
BARINGS FINANCE LLC

Creditor's mailing address
300 S TRYON ST, STE 2500
CHARLOTTE, NC 28202

Creditor's email address, if known

Date debt was incurred

Last four digits of account number

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.
- [ ] Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
UCC LIEN

Describe the lien
Secured Term Loan

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$166,472,407.49**    **UNKNOWN**

---

**2.18**

Creditor's name
CANON FINANCIAL SERVICES, INC

Creditor's mailing address
158 GAITHER DR
MOUNT LAUREL TOWNSHIP, NJ 08054

Creditor's email address, if known

Date debt was incurred

Last four digits of account number

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.
- [ ] Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
UCC LIEN

Describe the lien

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**UNKNOWN**    **UNKNOWN**

| Debtor Name | **Hollander Sleep Products, LLC** | Case number (if known): **19-11608** |
|---|---|---|

## Part 1:  Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Amount of Claim | Value of collateral |
|---|---|---|
| | Do not deduct the value of collateral | that supports this claim |

**2.19**

**Creditor's name**
HYG FINANCIAL SERVICES, INC

**Creditor's mailing address**
P.O. BOX 35701
BILLINGS, MT 59107

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC LIEN

UNKNOWN       UNKNOWN

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
☐ Disputed

**2.20**

**Creditor's name**
IBM CREDIT LLC

**Creditor's mailing address**
ONE N CASTLE DR
ARMONK, NY 10504

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC LIEN

UNKNOWN       UNKNOWN

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
☐ Disputed

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

---

## Part 1:    Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.21**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| MAC CROSSING, L.L.C. | UCC LIEN | UNKNOWN | UNKNOWN |

Creditor's mailing address

2001 ROSS AVE, STE 2800
DALLAS, TX 75201

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

Date debt was incurred

☑ No

Last four digits of
account number

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☑ No

☑ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

| X | Contingent |
|---|---|
| X | Unliquidated |
| | Disputed |

☐ Yes.  The relative priority of creditors is specified on lines

**2.22**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| TOYOTA INDUSTRIES COMMERICAL FINANCE, IN | UCC LIEN | UNKNOWN | UNKNOWN |

Creditor's mailing address

P.O. BOX 9050
COPPELL, TX 75019

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

Date debt was incurred

☑ No

Last four digits of
account number

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☑ No

☑ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

| X | Contingent |
|---|---|
| X | Unliquidated |
| | Disputed |

☐ Yes.  The relative priority of creditors is specified on lines

| Debtor Name | **Hollander Sleep Products, LLC** | Case number (if known): **19-11608** |
|---|---|---|

## Part 1: Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

**2.23**

**Creditor's name**
WELLS FARGO BANK, NA

**Describe debtor's property that is subject to a lien**
UCC LIEN

$66,833,911.00                UNKNOWN

**Creditor's mailing address**
AS ADMINISTRATIVE AGENT
2450 COLORADO AVE, STE 3000 W
SANTA MONICA, CA 90404

**Describe the lien**
Secured Asset-Based Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last four digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor Name | Hollander Sleep Products, LLC |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

Case number (if known):   **19-11608**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F - Creditors Who Have Claims Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*  (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|
|  | UNKNOWN | UNKNOWN |

**2.1** Priority creditor's name and mailing address
BOSTON HENSLY, HART COUNTY SHERIFF
P.O. BOX 206
MUNFORDVILLE, KY 42765

As of the petition filing date, the claim is:
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
REAL ESTATE TAX

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

|  | UNKNOWN | UNKNOWN |
|---|---|---|

**2.2** Priority creditor's name and mailing address
BOSTON HENSLY, HART COUNTY SHERIFF
P.O. BOX 206
MUNFORDVILLE, KY 42765

As of the petition filing date, the claim is:
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TANGIBLE PROPERTY TAX

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

|  | UNKNOWN | UNKNOWN |
|---|---|---|

**2.3** Priority creditor's name and mailing address
CITY OF JEFFERSONTOWN
10416 WATTERSON TRL
JEFFERSONTOWN, KY 40299

As of the petition filing date, the claim is:
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
REAL ESTATE TAX - BUNSEN WAY

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 1: | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |
| | **UNKNOWN** | **UNKNOWN** |

**2.4** **Priority creditor's name and mailing address**
CITY OF JEFFERSONTOWN
10416 WATTERSON TRL
JEFFERSONTOWN, KY 40299

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE TAX - CARTON DRIVE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| | **UNKNOWN** | **UNKNOWN** |
| --- | --- | --- |

**2.5** **Priority creditor's name and mailing address**
CITY OF MUNFORDVILLE
P.O. BOX 85
MUNFORDVILLE, KY 42765

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| | **UNKNOWN** | **UNKNOWN** |
| --- | --- | --- |

**2.6** **Priority creditor's name and mailing address**
CITY OF MUNFORDVILLE
P.O. BOX 85
MUNFORDVILLE, KY 42765

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TANGIBLE PROPERTY TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| | **UNKNOWN** | **UNKNOWN** |
| --- | --- | --- |

**2.7** **Priority creditor's name and mailing address**
DALLAS COUNTY TAX OFFICE
JOHN R AMES CTA
106 WEST CHURCH ST, STE 105
GRAND PRAIRIE, TX 75050

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Hollander Sleep Products, LLC**                     Case number (if known): **19-11608**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
|  | | **UNKNOWN** | **UNKNOWN** |

**2.8**   **Priority creditor's name and mailing address**
GUILFORD COUNTY TAX DEPARTMENT
P.O. BOX 1550
JAMESTOWN, NC 27282

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

|  | | **$55,000.00** | **$55,000.00** |
| --- | --- | --- | --- |

**2.9**   **Priority creditor's name and mailing address**
HAB-BPT
C/O BERKHEIMER
325-A N OTTSTOWN PIKE
EXTON, PA 19341-2290

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
MERCHANTILE TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

|  | | **UNKNOWN** | **UNKNOWN** |
| --- | --- | --- | --- |

**2.10**   **Priority creditor's name and mailing address**
JEFFERSON COUNTY SHERIFF'S OFFICE
P.O. BOX 34570
LOUISVILLE, KY 40232-4570

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

|  | | **UNKNOWN** | **UNKNOWN** |
| --- | --- | --- | --- |

**2.11**   **Priority creditor's name and mailing address**
JEFFERSON COUNTY SHERIFF'S OFFICE
P.O. BOX 34570
LOUISVILLE, KY 40232-4570

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE TAX - BUNSEN WAY

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|
|  | UNKNOWN | UNKNOWN |

**2.12** Priority creditor's name and mailing address
JEFFERSON COUNTY SHERIFF'S OFFICE
P.O. BOX 34570
LOUISVILLE, KY 40232-4570

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
REAL ESTATE TAX - CARTON DRIVE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (            )

---

**2.13** Priority creditor's name and mailing address
RAFAEL A. RODRIQUEZ
10876 KING BAY DR
BOCA RATON, FL 33498

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$241,900.56     $13,650.00

Date or dates debt was incurred

Basis for the claim:
SEVERANCE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (            )

---

UNKNOWN     UNKNOWN

**2.14** Priority creditor's name and mailing address
STACEY W. THOMAS, MCDUFFIE CO TAX COMM
P.O. BOX 955
THOMSON, GA 30824

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
PERSONAL PROPERTY TAX

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (            )

---

UNKNOWN     UNKNOWN

**2.15** Priority creditor's name and mailing address
STACEY W. THOMAS, MCDUFFIE CO TAX COMM
P.O. BOX 955
THOMSON, GA 30824

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
REAL ESTATE TAX

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (            )

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 1: | Additional Page |

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.16** **Priority creditor's name and mailing address**
TAX COLLECTOR OF PALM BEACH COUNTY
P.O. BOX 3353
WEST PALM BEACH, FL 33402-3353

**As of the petition filing date, the claim is:**      $236.25          $236.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LOCAL BUSINESS TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
10401 BUNSEN WAY LLC
421 W MAIN ST
FRANKFORT, KY 40601

As of the petition filing date, the claim is:                    $57,490.53
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.2** Nonpriority creditor's name and mailing address
24 HR SOLUTION PALLETS INC
ATTN: EASTER, CONTACT
P.O. BOX 2156
LA PUENTE, CA 91746

As of the petition filing date, the claim is:                    $4,400.00
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.3** Nonpriority creditor's name and mailing address
3CLOGIC INC.
9201 CORPORATE BLVD, STE 470
ROCKVILLE, MD 20850

As of the petition filing date, the claim is:                    $2,904.97
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.4** Nonpriority creditor's name and mailing address
440 REALTY ASSOCIATES LLC

As of the petition filing date, the claim is:                    $40,749.75
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**         Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.5** Nonpriority creditor's name and mailing address
48FORTY SOLUTIONS

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

$6,134.60

**3.6** Nonpriority creditor's name and mailing address
660 NATIONAL TURNPIKE LLC
660 NATIONAL TURNPIKE
MUNFORDVILLE, KY 42765

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

$78,983.14

**3.7** Nonpriority creditor's name and mailing address
A & A VENDING
ATTN: GENTRY
2719 MIKE PADGETT HWY
AUGUSTA, GA 30906

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

$2,060.96

**3.8** Nonpriority creditor's name and mailing address
ABHITEX INTERNATIONAL
ATTN: NAVIN
PLOT#3-4, SECTOR-29, HUDA
PANIPAT, HARYANA 132103
INDIA

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

$77,507.28

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

**3.9** **Nonpriority creditor's name and mailing address**
ABM INTERNATIONAL INC
18473 KINKAID RD E
MONTGOMERY, TX 77316

As of the petition filing date, the claim is:    $6,141.40
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
ACE HARDWARE #383
1063 MAIN ST
MUNFORDVILLE, KY 42765

As of the petition filing date, the claim is:    $426.29
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
ACRUX STAFFING
4820 S MILL AVE
TEMPE, AZ 85282

As of the petition filing date, the claim is:    $25,717.60
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
AD GRAPHICS INC
3101 W MCNAB RD
POMPANO BEACH, FL 33069

As of the petition filing date, the claim is:    $1,454.69
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Debtor Name     **Hollander Sleep Products, LLC**                               Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.13**

**Nonpriority creditor's name and mailing address**
ADP INC
ADP BENEFIT SERVICES KY INC
DEPARTMENT 8161
CAROL STREAM, IL 60122-8161

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,729.84

---

**3.14**

**Nonpriority creditor's name and mailing address**
ADVANCED DISPOSAL SERVICES
AUGUSTA-Q9
P.O. BOX 74008047
CHICAGO, IL 60674-8047

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$5,592.55

---

**3.15**

**Nonpriority creditor's name and mailing address**
ADVANCED LABELING AND MARKETING
15240 NW 60TH AVE
MIAMI LAKES, FL 33014

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$3,165.44

---

**3.16**

**Nonpriority creditor's name and mailing address**
ADVANTAGE METAL SERVICES, INC
ATTN: HOANG
9835 KALE ST
SO EL MONTE, CA 91733

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,118.63

---

Debtor Name    **Hollander Sleep Products, LLC**      Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                **Amount of claim**

**3.17**   **Nonpriority creditor's name and mailing address**
ADVANTAGE SALES & MARKETING
18100 VON KARMAN AVE, #1000
IRVINE, CA 92612

**As of the petition filing date, the claim is:**      **$9,316.98**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.18**   **Nonpriority creditor's name and mailing address**
ADVANTAGE TRAILER CO
P.O. BOX 250928
PLANO, TX 75025-0928

**As of the petition filing date, the claim is:**      **$24,498.53**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.19**   **Nonpriority creditor's name and mailing address**
AEC CORPORATE OFFICE
2900 S 160TH ST
NEW BERLIN, WI 53151

**As of the petition filing date, the claim is:**      **$12,150.00**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.20**   **Nonpriority creditor's name and mailing address**
AEON IT INC
ATTN: DAMICO
P.O. BOX 1161
JUPITER, FL 33468

**As of the petition filing date, the claim is:**      **$7,008.06**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.21** **Nonpriority creditor's name and mailing address**
AIR BRAKE & POWER EQUIPMENT CO
1048 BAKERY RD
POTTSVILLE, PA 17901

$1,426.84

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
AIR CONDITIONING INNOVATIVE SOLUTIONS INC
ATTN: KNIGHT, AR CONTACT
P.O. BOX 3274
MCKINNEY, TX 75070

$303.11

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
AIR HYDRO POWER INC
ATTN: CORIE, CONTACT
P.O. BOX 9001005
DEPT 200
LOUISVILLE, KY 40290-1005

$1,334.39

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
AIR-TRO INC
ATTN: MILLER, AR CONTACT
1630 S MYRTLE AVE
MONROVIA, CA 91016

$448.00

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                    **Amount of claim**

**3.25**    **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:         $189.74
AIRGAS SAFETY INC
P.O. BOX 951884                                              [X] Contingent
DALLAS, TX 75395-1884                                        [X] Unliquidated
                                                            [X] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                          TRADE PAYABLE

**Last 4 digits of account number**                          **Is the claim subject to offset?**
                                                            [✓] No
                                                            [ ] Yes

**3.26**    **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:         $4,015.89
AIRGAS USA LLC
AIRGAS USA LLC                                               [X] Contingent
1221 NEW SAVANNAH RD                                         [X] Unliquidated
AUGUSTA, GA 30901                                            [X] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                          TRADE PAYABLE

**Last 4 digits of account number**                          **Is the claim subject to offset?**
                                                            [✓] No
                                                            [ ] Yes

**3.27**    **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:         $1,938.88
AJAX CONSOLIDATED SERVICE CORP
442 SW 12TH AVE                                              [X] Contingent
DEERFIELD BEACH, FL 33442                                    [X] Unliquidated
                                                            [X] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                          TRADE PAYABLE

**Last 4 digits of account number**                          **Is the claim subject to offset?**
                                                            [✓] No
                                                            [ ] Yes

**3.28**    **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:         $5,500.00
ALLERGY STANDARDS LTD
THE TOWER                                                   [X] Contingent
TRINITY ENTR CAMPUS, 4TH FL                                 [X] Unliquidated
DUBLIN 2                                                     [X] Disputed
IRELAND
                                                            **Basis for the claim:**
**Date or dates debt was incurred**                          TRADE PAYABLE

**Last 4 digits of account number**                          **Is the claim subject to offset?**
                                                            [✓] No
                                                            [ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.29** Nonpriority creditor's name and mailing address
ALLIANT INTEGRATORS INC
ATTN: GRASMICK, CUST SVC & A/R CONTACT
2700 DIODE LANE
LOUISVILLE, KY 40299

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

$712.50

**3.30** Nonpriority creditor's name and mailing address
ALLSTREAM
C/O T4622
P.O. BOX 4622, STN A
TORONTO, ON M5W 0J9
CANADA

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

$36.82

**3.31** Nonpriority creditor's name and mailing address
AMALGAMATED NATIONAL HEALTH FUND
333 WESTCHESTER AVE
WHITE PLAINS, NY 10604

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

$1,190.56

**3.32** Nonpriority creditor's name and mailing address
AMERICAN SCALE CORP
2102 KOTTER AVE
EVANSVILLE, IN 47715

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

$191.75

Debtor Name   **Hollander Sleep Products, LLC**   Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.33** Nonpriority creditor's name and mailing address
ANDRITZ PULP & PAPER

As of the petition filing date, the claim is:    $2,977.29
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.34** Nonpriority creditor's name and mailing address
ANHUI RONGDI DOWN PRODUCT CO LTD
ATTN: WEI
FUDU INDUSTRIAL PARK
ANHUI, WUWEI
CHINA

As of the petition filing date, the claim is:    $151,622.25
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.35** Nonpriority creditor's name and mailing address
ANIMUS DESIGN STUDIO
120 AMARAL ST
RIVERSIDE, RI 02915

As of the petition filing date, the claim is:    $2,200.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.36** Nonpriority creditor's name and mailing address
ANSUMB, LLC
ATTN: VARS
10608 WATTERSON CENTER CT, STE 100
LOUISVILLE, KY 40299

As of the petition filing date, the claim is:    $1,036.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.37**  **Nonpriority creditor's name and mailing address**
APEX PEST CONTROL
ATTN: JACOBSEN, CUSTOMER SERVICE
1253 FISHER LANE
MT. WASHINGTON, KY 40047

As of the petition filing date, the claim is:    $105.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.38**  **Nonpriority creditor's name and mailing address**
APF FBO EXTENSION STAFFING INC
10100 W INNOVATION DR, STE 190
WAUWATOSA, WI 53226

As of the petition filing date, the claim is:    $9,989.70
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.39**  **Nonpriority creditor's name and mailing address**
APPLE ONE

As of the petition filing date, the claim is:    $8,866.31
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.40**  **Nonpriority creditor's name and mailing address**
APPLIED INDUSTRIAL TECHNOLOGIES LTD
ATTN: TORONTO BEARINGS & BELTING LTD
22510 NETWORK PL
CHICAGO, IL 60673-1225

As of the petition filing date, the claim is:    $1,247.50
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$843.21**

ARAG
500 GRAND AVE, STE 100
DES MOINES, IA 50309

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,609.65**

ARAMARK UNIFORM SERVICES INC
P.O. BOX 718
KENT, WA 98035-0718

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$69,317.01**

ARCBEST
P.O. BOX 10048
FORT SMITH, AR 72917-0048

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,863.00**

ARCH SEWING MACHINE
ATTN: ARCH SEWING MACHINE
659 CALLOWHILL ST
PHILADELPHIA, PA 19123

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**          Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.45**  **Nonpriority creditor's name and mailing address**

ARNIE'S SUPPLY SERVICE
P.O. BOX 26
MONTEREY PARK, CA 91754

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $455.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.46**  **Nonpriority creditor's name and mailing address**

ARROWPOINT CAPITAL
3600 ARCO CORPORATE DR
CHARLOTTE, NC 28273

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $31.51

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.47**  **Nonpriority creditor's name and mailing address**

ASI HEALTH SERVICES
ATTN: WALKER, AR CONTACT
4950 KELLER SPRINGS RD, STE 190
ADDISON, TX 75001

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $2,885.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.48**  **Nonpriority creditor's name and mailing address**

ASP, LLC
JOSEPH J. COLLINS
PO BOX 81
WOODINVILLE, WA  98072

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $7,049.16

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Hollander Sleep Products, LLC**   Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.49**

Nonpriority creditor's name and mailing address
ASSOCIATED ENVIRONMENTAL MGMT
812 FREMONT AVE, #100
SOUTH PASADENA, CA 91030

As of the petition filing date, the claim is:                    $4,075.00
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.50**

Nonpriority creditor's name and mailing address
AT&T
7872 COLLECTION CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:                    $3,940.22
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.51**

Nonpriority creditor's name and mailing address
ATB HOUSING
1480 SW 3RD ST
POMPANO BEACH, FL 33069

As of the petition filing date, the claim is:                    $7,198.10
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.52**

Nonpriority creditor's name and mailing address
ATLAS MACHINE & SUPPLY INC
ATTN: CAMPBELL, A/R CONTACT
7000 GLOBAL DR
LOUISVILLE, KY 40258

As of the petition filing date, the claim is:                    $16,861.27
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.53**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $3,497.59
AUTOMATION DIRECT.COM
P.O. BOX 402417
ATLANTA, GA 30384-2417

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred    **Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.54**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $2,013.56
AUTOMATION PERSONNEL SERVICES INC
3663 MIDWAY DR, STE B
SAN DIEGO, CA 92110

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred    **Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.55**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $111,524.49
AUXIS
8151 PETERS RD, 3RD FL
FORT LAUDERDALE, FL 33324

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred    **Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.56**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $498,586.22
AV LOGISTICS LLC
ATTN: PALENCIA
P.O. BOX 5657
CAROL STREAM, IL 60197-5657

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred    **Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number    **Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.57**  **Nonpriority creditor's name and mailing address**

AVAYA FINANCIAL SERVICES
4655 GREAT AMERICA PKWY
SANTA CLARA, CA 95054-1233

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$852.00

---

**3.58**  **Nonpriority creditor's name and mailing address**

AVENDRA LLC
ATTN: VANDER MUELLEN, A/R CONTACT
P.O. BOX 75019
BALTIMORE, MD 21275-5019

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$56,507.65

---

**3.59**  **Nonpriority creditor's name and mailing address**

AVERY DENNISON
ATTN: AVERY DENNISON (PAXAR)
PAXAR (CHINA) LIMITED 6096
P.O. BOX 7247
PHILADELPHIA, PA 19170-6096

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$39,206.74

---

**3.60**  **Nonpriority creditor's name and mailing address**

AVERY DENNISON (POLY)
ATTN: AVERY DENNISON (POLY)
15178 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$73,781.12

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                          **Amount of claim**

**3.61**  **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       $373.00
AWB
P.O. BOX 658
OLYMPIA, WA 98507-0658

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.62**  **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       $5,788.79
BASTIAN SOLUTIONS
3191 W TEMPLE AVE, #120
POMONA, CA 91768

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       $422.16
BAY ALARM COMPANY
P.O. BOX 7137
SAN FRANCISCO, CA 94120-7137

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.64**  **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       $8,500.00
BAZAARVOICE INC
ATTN: WILSON
P.O. BOX 671654
DALLAS, TX 75267-1654

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.65** Nonpriority creditor's name and mailing address

BDU CORPORATION
ATTN: HOLZER, AR CONTACT
3443 BETHLEHEM PIKE
SOUDERTON, PA 18964

As of the petition filing date, the claim is:    $5,398.69

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.66** Nonpriority creditor's name and mailing address

BE BE JAN PAKISTAN LIMITED
ATTN: BEBE
SQUARE NO 7 CHAK NO R.B
FAISALABAD
PAKISTAN

As of the petition filing date, the claim is:    $1,462,401.29

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.67** Nonpriority creditor's name and mailing address

BEARING DISTRIBUTORS AND DRIVES INC.

As of the petition filing date, the claim is:    $3,920.16

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.68** Nonpriority creditor's name and mailing address

BENTEX COTTON INDUSTRIES INC
4520 EVERETT AVE
VERNON, CA 90058

As of the petition filing date, the claim is:    $11,128.48

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name     **Hollander Sleep Products, LLC**                     Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.69**

**Nonpriority creditor's name and mailing address**
BERWIN INC DBA JC WHITE
3501 COMMERCE PKWY
MIRAMAR, FL 33025

As of the petition filing date, the claim is:                    $4,582.81
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.70**

**Nonpriority creditor's name and mailing address**
BINGHAM GREENBAUM DOLL
3500 PNC TOWER
101 S 5TH ST
LOUISVILLE, KY 40202

As of the petition filing date, the claim is:                    $6,080.03
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.71**

**Nonpriority creditor's name and mailing address**
BLACK HILLS ENERGY
ATTN: ARKANSAS WESTERN GAS COMPANY
P.O. BOX 6006
RAPID CITY, SD 57709

As of the petition filing date, the claim is:                    $1,377.87
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.72**

**Nonpriority creditor's name and mailing address**
BLACKBURN AUTOMOTIVE & TIRE
P.O. BOX 264
WASHINGTON, GA 30673

As of the petition filing date, the claim is:                    $214.82
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.73** | **Nonpriority creditor's name and mailing address** | | $359.34
BLOOMSBURG METAL COMPANY
610 N PENNSYLVANIA AVE
WILKES BARRE, PA 18705

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | | $24,474.80
BLUEGRACE LOGISTICS LLC
ATTN: WENSLOFF
DEPT 108 P.O. BOX 4964
HOUSTON, TX 77210-4964

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | | $112,500.00
BMO HARRIS BANK NA
BMO HARRIS BANK
111 W MONROE ST
CHICAGO, IL 60603

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | | $152.39
BOSTON MUTUAL LIFE INS CO
CLIENT SERVICES DEPARTMENT
P.O. BOX 55153
BOSTON, MA 02205-5153

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.77**  **Nonpriority creditor's name and mailing address**
BOSWELL ELECTRICAL & COMMUNICATION SUPPLY
4691 MARS HILL ROAD
BOGART, GA. 30622

As of the petition filing date, the claim is:     $7,124.21
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.78**  **Nonpriority creditor's name and mailing address**
BOUNCE EXCHANGE INC
620 8TH AVE, 21ST FL
NEW YORK, NY 10018-1618

As of the petition filing date, the claim is:     $15,100.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.79**  **Nonpriority creditor's name and mailing address**
BOVA PROPERTY MAINTENANCE, LLC
ATTN: BOVA
135 LUMBER LANE
NEW RINGGOLD, PA 17960

As of the petition filing date, the claim is:     $2,595.50
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.80**  **Nonpriority creditor's name and mailing address**
BOWLING GREEN HYDRAULICS
2717 PIONEER DR
BOWLING GREEN, KY 42101

As of the petition filing date, the claim is:     $1,076.34
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.81**

Nonpriority creditor's name and mailing address
BOWLING GREEN RUBBER AND GASKET CO
2701 GRIFFIN DR
BOWLING GREEN, KY 42101

As of the petition filing date, the claim is:                    $9,192.85
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.82**

Nonpriority creditor's name and mailing address
BOWMAN HOLLIS MANUFACTURING INC
P.O. BOX 19249
CHARLOTTE, NC 28219

As of the petition filing date, the claim is:                    $5,653.77
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.83**

Nonpriority creditor's name and mailing address
BOWMAN TRAILER LEASING
10233 GOVERNOR LANE BLVD
WILLIAMSPORT, MD 21795

As of the petition filing date, the claim is:                    $2,180.00
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.84**

Nonpriority creditor's name and mailing address
BRANSON ULTRASONICS CORP
41 EAGLE RD
DANSBURY, CT 06810

As of the petition filing date, the claim is:                    $2,232.34
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.85** Nonpriority creditor's name and mailing address
BROOKS MOTOR AND ELECTRIC INC
ATTN: JAY, A/R CONTACT
2591 NEW BOWLING GREEN RD
GLASGOW, KY 42141

As of the petition filing date, the claim is:                    $8,956.46
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [X] No
- [ ] Yes

**3.86** Nonpriority creditor's name and mailing address
BUCKEYE BUSINESS PRODUCTS INC
ATTN: REID
3830 KELLEY AVE
CLEVELAND, OH 44114

As of the petition filing date, the claim is:                    $931.20
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [X] No
- [ ] Yes

**3.87** Nonpriority creditor's name and mailing address
BUREAU VERITAS CONSUMER
14624 COLLECTIONS CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:                    $1,875.00
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [X] No
- [ ] Yes

**3.88** Nonpriority creditor's name and mailing address
BURNS CONTROLS CO
13735 BETA RD
DALLAS, TX 75244-4513

As of the petition filing date, the claim is:                    $3,395.36
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [X] No
- [ ] Yes

Debtor Name     **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.89**

**Nonpriority creditor's name and mailing address**

C H ROBINSON
P.O. BOX 9121
MINNEAPOLIS, MN 55480-9121

**As of the petition filing date, the claim is:**                    $626,057.86

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**

C&E SALES INC
677 CONGRESS PARK
DAYTON, OH 45459

**As of the petition filing date, the claim is:**                    $1,349.98

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**

CALIFORNIA WATER SERVICE CO
BOX 940001
SAN JOSE, CA 95194-0001

**As of the petition filing date, the claim is:**                    $507.37

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**

CALVIN KLEIN INC
P.O. BOX 643632
PITTSBURGH, PA 15264-3632

**As of the petition filing date, the claim is:**                    $1,798.24

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.93** | **Nonpriority creditor's name and mailing address**
CAMBRIDGE CATERING
ATTN: MISSERI
P.O. BOX 1419
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $16,109.82
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**
CANNON FINANCIAL SERVICES

**As of the petition filing date, the claim is:**    $26,927.03
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**
CANNON SOLUTIONS AMERICA INC
ONE CANON PARK
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**    $1,476.72
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**
CANTEEN REFRESHMENTS
ATTN: MONCION
P.O. BOX 50196
LOS ANGELES, CA 90074-0196

**As of the petition filing date, the claim is:**    $2,167.55
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    29 of 147

Debtor Name    **Hollander Sleep Products, LLC**                Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.97**  **Nonpriority creditor's name and mailing address**

CANTEEN VENDING
ATTN: RINHEIMER, ACCOUNTS RECEIVABLE
P.O. BOX 417632
BOSTON, MA 02241-7632610

**As of the petition filing date, the claim is:**                $908.38

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.98**  **Nonpriority creditor's name and mailing address**

CAR-MEL PRODUCTS INC
P.O. BOX 5877
STATESVILLE, NC 28687

**As of the petition filing date, the claim is:**                $1,326.50

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.99**  **Nonpriority creditor's name and mailing address**

CARDINAL CARRYOR INC
1055 GRADE LN
LOUISVILLE, KY 40213

**As of the petition filing date, the claim is:**                $679.62

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.100**  **Nonpriority creditor's name and mailing address**

CARDINAL INTEGRATED SYSTEMS
ATTN: TRONZO
1055 GRADE LANE
LOUISVILLE, KY 40213

**As of the petition filing date, the claim is:**                $6,393.53

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.101** | **Nonpriority creditor's name and mailing address**
CARDINAL LAWN CARE & LANDSCAPING INC
ATTN: BALLIS
P.O. BOX 978
EVANS, GA 30809

**As of the petition filing date, the claim is:**                    $2,500.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.102** | **Nonpriority creditor's name and mailing address**
CAREER BUILDER LLC
13047 COLLECTION CENTER DR
CHICAGO, IL 60693-0130

**As of the petition filing date, the claim is:**                    $9,849.99
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.103** | **Nonpriority creditor's name and mailing address**
CAREERBUILDER EMPLOYMENT SCREENING LLC

**As of the petition filing date, the claim is:**                    $28,945.48
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.104** | **Nonpriority creditor's name and mailing address**
CAROLINA COOLING & HEATING
P.O. BOX 105
HENDERSON, NC 27536

**As of the petition filing date, the claim is:**                    $152,275.21
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**                                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.105** **Nonpriority creditor's name and mailing address**
CAROLINA HANDLING LLC
P.O. BOX 890352
CHARLOTTE, NC 28289-0352

**As of the petition filing date, the claim is:**                                  $0.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.106** **Nonpriority creditor's name and mailing address**
CAROLINA MATERIAL HANDLING, INC.
2209 PATTERSON COURT
GREENSBORO, NC 27407-2593

**As of the petition filing date, the claim is:**                                  $13,264.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.107** **Nonpriority creditor's name and mailing address**
CASTLEGATE FULFILLMENT SERVICES
4 COPLEY PL, FL 7
BOSTON, MA 02116

**As of the petition filing date, the claim is:**                                  $261.71
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.108** **Nonpriority creditor's name and mailing address**
CBIZ MHM LLC
ATTN: CBIZ MHM LLC (BOCA GL)
P.O. BOX 953152
ST LOUIS, MO 63195-3152

**As of the petition filing date, the claim is:**                                  $4,990.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.109** **Nonpriority creditor's name and mailing address**
CED, INC.
P.O. BOX 936339
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**          $14,516.96
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.110** **Nonpriority creditor's name and mailing address**
CENTER POINT ENERGY
P.O. BOX 733609
DALLAS, TX 75373-3609

**As of the petition filing date, the claim is:**          $12,820.50
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.111** **Nonpriority creditor's name and mailing address**
CENTURYLINK
P.O. BOX 4300
CAROL STREAM, IL 60197-4300

**As of the petition filing date, the claim is:**          $1,824.06
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.112** **Nonpriority creditor's name and mailing address**
CEREX ADVANCED FABRICS INC
ATTN: ACCOUNTING
610 CHEMSTRAND RD
CANTONMENT, FL 32533

**As of the petition filing date, the claim is:**          $96,862.50
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.113**  **Nonpriority creditor's name and mailing address**
CHAMPION THREAD COMPANY
ATTN: POOVEY
P.O. BOX 150
BOWLING GREEN, SC 29703-0150

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$34,965.86

---

**3.114**  **Nonpriority creditor's name and mailing address**
CHAMPION WASTE SERVICES LLC
ATTN: MAXWELL, AR
P.O. BOX 565808
DALLAS, TX 75247

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$15,475.43

---

**3.115**  **Nonpriority creditor's name and mailing address**
CHANNEL ADVISOR CORP
3025 CARRINGTON MILL BLVD, #500
MORRISVILLE, NC 27560

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$17,666.13

---

**3.116**  **Nonpriority creditor's name and mailing address**
CHEP USA
15226 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$21,137.36

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.117**

Nonpriority creditor's name and mailing address
CHIMA INC
1075 BERN RD
WYOMISSING, PA 19610

As of the petition filing date, the claim is:    $3,355.20
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.118**

Nonpriority creditor's name and mailing address
CINTAS
ATTN: CINTAS FIRST AID & SAFETY
CINTAS FIRE 636525
P.O. BOX 636525
CINCINNATI, OH 45263

As of the petition filing date, the claim is:    $18,690.25
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.119**

Nonpriority creditor's name and mailing address
CINTAS CORPORATION #426
ATTN: CHUBBS, ACCOUNTS RECEIVABLE
20100 SUSANA RD
COMPTON, CA 90221

As of the petition filing date, the claim is:    $90.67
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.120**

Nonpriority creditor's name and mailing address
CITY OF BENTONVILLE
117 W CENTRAL AVE
BENTONVILLE AR 72712

As of the petition filing date, the claim is:    $194.60
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.121**    **Nonpriority creditor's name and mailing address**
CITY OF COMPTON
205 S WILLOWBROOK AVE
COMPTON, CA 90220

**As of the petition filing date, the claim is:**                    $0.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.122**    **Nonpriority creditor's name and mailing address**
CITY OF HENDERSON
P.O. BOX 1434
HENDERSON, NC 27536-1434

**As of the petition filing date, the claim is:**                    $5,956.60
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.123**    **Nonpriority creditor's name and mailing address**
CITY OF JEFFERSONTOWN
10416 WATTERSON TRAIL
JEFFERSONTOWN, KY 40299

**As of the petition filing date, the claim is:**                    $75.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.124**    **Nonpriority creditor's name and mailing address**
CITY OF MAQUOKETA
201 E PLEASANT ST
MAQUOKETA, IA 52060

**As of the petition filing date, the claim is:**                    $332.60
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.125**   **Nonpriority creditor's name and mailing address**

CITY OF PICO RIVERA
6615 PASSONS BLVD
PICO RIVERA, CA 90660-1016

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,977.23

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.126**   **Nonpriority creditor's name and mailing address**

CITY OF SEATTLE
700 5TH AVE, STE 4250
SEATTLE, WA 98124-7085

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,161.79

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.127**   **Nonpriority creditor's name and mailing address**

CITY OF THOMSON
P.O. BOX 1017
210 RAILROAD ST
THOMSON, GA 30824

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $598.66

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.128**   **Nonpriority creditor's name and mailing address**

CIXI JIANGNAN CHEMICAL FIBER
159 LINGQIAO RD
NINGBO
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $177,087.78

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.129** Nonpriority creditor's name and mailing address
CLEAN AIR CONSULTANTS
ATTN: KEMP
2525 NATIONAL DR
GARLAND, TX 75041

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:           $54,004.49
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.130** Nonpriority creditor's name and mailing address
COMCAST
P.O. BOX 37601
PHILADELPHIA, PA 19101-0601

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:           $1,435.45
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.131** Nonpriority creditor's name and mailing address
COMMERCE TECHNOLOGIES INC
25736 NETWORK PL
CHICAGO, IL 60673-1257

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:           $6,076.24
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.132** Nonpriority creditor's name and mailing address
COMMONWEALTH HEALTH CORPORATION, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:           $786.00
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **Hollander Sleep Products, LLC**                         Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.133** | Nonpriority creditor's name and mailing address | $10,230.00

COMPETITIVE PALLET SERVICE
1502 PRODUCTION DR
JEFFERSONVILLE, IN 47130

As of the petition filing date, the claim is:

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.134** | Nonpriority creditor's name and mailing address | $4,769.39

COMPLETE FORKLIFT PARTS
7403 TELEGRAPH RD
MONTEBELLO, CA 90640

As of the petition filing date, the claim is:

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.135** | Nonpriority creditor's name and mailing address | $32,666.08

COMPLETE OFFICE
P.O. BOX 88379
SEATTLE, WA 98138

As of the petition filing date, the claim is:

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.136** | Nonpriority creditor's name and mailing address | $0.00

COMPUTER PACKAGES INC
ATTN: ESTERA
11 N WASHINGTON ST, STE 300
ROCKVILLE, MD 20850

As of the petition filing date, the claim is:

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                              Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|---------------------------------------------------------|

Amount of claim

**3.137** | Nonpriority creditor's name and mailing address

COMRES INC
424 SW 12TH AVE
DEERFIELD BEACH, FL 33442

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$10,550.95

---

**3.138** | Nonpriority creditor's name and mailing address

COMRESOURCE INC
1159 DUBLIN RD
COLUMBUS, OH 43215

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$4,335.48

---

**3.139** | Nonpriority creditor's name and mailing address

CONCUR TECHNOLOGIES INC
ATTN: WHITE
62157 COLLECTIONS CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,999.59

---

**3.140** | Nonpriority creditor's name and mailing address

CONSOLIDATED EDISON OF NY
COOPER STATION
P.O. BOX 138
NEW YORK, NY 10276-0138

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,390.00

---

Debtor Name    **Hollander Sleep Products, LLC**        Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

**3.141**  **Nonpriority creditor's name and mailing address**

CONSOLIDATED FIBERS
ATTN: GARRISON, A/R CONTACT
8103 DENMARK RD
CHARLOTTE, NC 28273

**As of the petition filing date, the claim is:**      **$109,676.65**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.142**  **Nonpriority creditor's name and mailing address**

CONSTELLATION ENERGY SERVICES INC
ATTN: INTEGRYS ENERGY SERVICES
P.O. BOX 5474
CAROL STREAM, IL 60197-5474

**As of the petition filing date, the claim is:**      **$8,240.58**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.143**  **Nonpriority creditor's name and mailing address**

CONSUMER TESTING LAB INC
ATTN: CONSUMER TESTING LAB INC
BOX 952766
ATLANTA, GA 31192-2766

**As of the petition filing date, the claim is:**      **$11,107.30**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.144**  **Nonpriority creditor's name and mailing address**

CONSUMER TESTING LABORATORIES FAR EAST LTD

**As of the petition filing date, the claim is:**      **$996.50**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.145** | **Nonpriority creditor's name and mailing address**
CONTINENTAL SECURITY INC
419 N HURON ST
TOLEDO, OH 43604

As of the petition filing date, the claim is:    **$13,320.00**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**
CONVEYOR & STORAGE SOLUTIONS
ATTN: LUNA, AR CONTACT
4010 MORENA BLVD, STE 103
SAN DIEGO, CA 92117

As of the petition filing date, the claim is:    **$4,569.87**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**
COUGLE'S RECYCLING INC

As of the petition filing date, the claim is:    **$2,137.24**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**
CRAIG WELDING SUPPLY CO
5670 SANTA FE AVE
LOS ANGELES, CA 90058

As of the petition filing date, the claim is:    **$272.58**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

|  |  | Amount of claim |
|---|---|---|

**3.149** | **Nonpriority creditor's name and mailing address** | $25,050.00

CREATIVE LOGISTICS SOLUTIONS INC
ATTN: RINDERLE
980 MERCANTILE DR, STE J
HANOVER, MD 21076

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [X] No
- [ ] Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | $1,443.05

CREW CUT LAWN & LANDSCAPE LLC
4424 BROOLHAVEN AVE
LOUISVILLE, KY 40220

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [X] No
- [ ] Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | $18,841.26

CRITEO CORP
P.O. BOX 392422
PITTSBURGH, PA 15251-9422

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [X] No
- [ ] Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | $5,294.50

CROWN PACKAGING CORP
ATTN: KASPER, CUSTOMER SERVICE
P.O. BOX 17806M
ST LOUIS, MO 63195

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [X] No
- [ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.153** **Nonpriority creditor's name and mailing address**
CRUSH BEARINGS AND DRIVES, INC.
ATTN: MELISSA J. ROYALTY
4324 BISHOP LANE
LOUISVILLE, KY 40218

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $36,354.09
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.154** **Nonpriority creditor's name and mailing address**
CUNNINGHAM DOOR & WINDOW
ATTN: CUNNINGHAM, A/R CONTACT
2133 FRANKFORT AVE
LOUISVILLE, KY 40206-2086

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $972.27
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.155** **Nonpriority creditor's name and mailing address**
CUSTOM SAFE & LOCK LLC
457 DAUPHIN ISLAND PKWY
MOBILE, AL 36606

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $218.82
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.156** **Nonpriority creditor's name and mailing address**
CYBERSOURCE CORPORATION
ATTN: CYBERSOURCE BILLING
P.O. BOX 742842
LOS ANGELES, CA 90074

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,590.00
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **Hollander Sleep Products, LLC**                         Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.157**  **Nonpriority creditor's name and mailing address**
DALMEX RECYCLING LLC
2828 NAGLE ST
DALLAS, TX 75220

As of the petition filing date, the claim is:                    $17,480.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.158**  **Nonpriority creditor's name and mailing address**
DAMCO USA INC
DE KROON TURFMARKT 107
THE HAGUE, 2511 DP
NETHERLANDS

As of the petition filing date, the claim is:                  $1,068,788.52

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.159**  **Nonpriority creditor's name and mailing address**
DANIEL HERNANDEZ

As of the petition filing date, the claim is:                    $6,147.74

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.160**  **Nonpriority creditor's name and mailing address**
DAVID W FANNICK ELECTRICAL MECHANICAL
335 SOUTH MIDDLE ST
FRACKVILLE, PA 17931

As of the petition filing date, the claim is:                   $10,965.50

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.161** **Nonpriority creditor's name and mailing address**

DAVIS GRIMM PAYNE & MARRA
701 5TH AVE, #4040
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**                    $47,242.35

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.162** **Nonpriority creditor's name and mailing address**

DEMANDPDX, LLC
1000 SW BROADWAY, STE 1140
PORTLAND, OR 97205

**As of the petition filing date, the claim is:**                    $27,144.60

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

DENNEY ELECTRIC SUPPLY
RT. 61 375 CENTER AVE
SCHUYLKILL HVN, PA 17972

**As of the petition filing date, the claim is:**                    $1,102.41

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

DEPT OF FINANCE & ADMIN - AR
1509 W 7TH ST
LITTLE ROCK, AR 72201

**As of the petition filing date, the claim is:**                    $872.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.165** Nonpriority creditor's name and mailing address
DESIGNER SIGN SYSTEMS, INC.
3540 NW 56TH STREET
SUITE 201
FORT LAUDERDALE, FL 33309

As of the petition filing date, the claim is:                    $367.40
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.166** Nonpriority creditor's name and mailing address
DIAMOND SCREW PRODUCTS INC
2564 RUSSELLVILLE RD
BOWLING GREEN, KY 42101

As of the petition filing date, the claim is:                    $5,673.71
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.167** Nonpriority creditor's name and mailing address
DISCOUNT TWO-WAY RADIO
555 W VICTORIA ST
RANCHO DOMINGUEZ, CA 90220

As of the petition filing date, the claim is:                    $921.68
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.168** Nonpriority creditor's name and mailing address
DIXIE LOCK AND SAFE OF THOMSON
521 EAST HILL ST
THOMSON, GA 30824

As of the petition filing date, the claim is:                    $296.35
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.169    Nonpriority creditor's name and mailing address**

DOMFOAM INC
ATTN: SANSALONE
8785 BOUL LANGELIER
ST LEONARD, QC H1P 2C9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $191,615.33

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.170    Nonpriority creditor's name and mailing address**

DOMINION ENERGY
120 TREDEGAR ST
RICHMOND, VA 23219

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $10,688.97

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.171    Nonpriority creditor's name and mailing address**

DOTSON'S FIRE PROTECTION
ATTN: DOTSON, AR CONTACT
228 SUNNYSIDE AVE
ELBERTON, GA 30635-1628

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $565.54

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.172    Nonpriority creditor's name and mailing address**

DOUBLE E COMPANY LLC
P.O. BOX 847457
BOSTON, MA 02284-7457

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,180.48

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          48 of 147

Debtor Name    **Hollander Sleep Products, LLC**                Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

|  | Amount of claim |
|--|-----------------|

**3.173**  Nonpriority creditor's name and mailing address

DUKE ENERGY PROGRESS
P.O. BOX 1003
CHARLOTTE, NC 28201-1003

As of the petition filing date, the claim is:    $2,983.12

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.174**  Nonpriority creditor's name and mailing address

DUSOBOX CORPORATION
2501 INVESTORS ROW, STE 500
ORLANDO, FL 32837

As of the petition filing date, the claim is:    $204,685.78

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.175**  Nonpriority creditor's name and mailing address

DYNAMIC PACKAGING INC
1567 39TH ST
BROOKLYN, NY 11218

As of the petition filing date, the claim is:    $69,563.34

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.176**  Nonpriority creditor's name and mailing address

EA INTERNATIONAL-LTD
ATTN: EA INTL
P.O. BOX 890599
CHARLOTTE, NC 28289-0599

As of the petition filing date, the claim is:    $7,767.50

[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.177**

**Nonpriority creditor's name and mailing address**
EACCOUNTABLE.COM LLC
1875 LAWRENCE ST, STE 750
DENVER, CO 80202

**As of the petition filing date, the claim is:**                    $4,170.63
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.178**

**Nonpriority creditor's name and mailing address**
EAGLE PAPER INC
1031 LEXINGTON RD
LOUISVILLE, KY 40204

**As of the petition filing date, the claim is:**                    $346.83
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.179**

**Nonpriority creditor's name and mailing address**
ECO TECH LLC
6108 SABLE MILL CT
JEFFERSONVILLE, IN 47130

**As of the petition filing date, the claim is:**                    $1,801.15
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.180**

**Nonpriority creditor's name and mailing address**
EFAX CORPORATE
6922 HOLLYWOOD BLVD, STE 500
LOS ANGELES, CA 90028

**As of the petition filing date, the claim is:**                    $449.25
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                            Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.181** | Nonpriority creditor's name and mailing address | | $14,300.00

EFP PARTNERS-I LTD
39 SLOANE ST
LONDON, SW1X 9LP
UNITED KINGDOM

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.182** | Nonpriority creditor's name and mailing address | | $483.04

EHRLICH PEST CONTROL
P.O. BOX 13848
READING, PA 19612-3848

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.183** | Nonpriority creditor's name and mailing address | | $1,901.88

ELBERTON INDUSTRIAL ELECTRIC
ATTN: SANDERS, AR CONTACT
P.O. BOX 127
ELBERTON, GA 30635

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.184** | Nonpriority creditor's name and mailing address | | $5,544.68

ELEVATE HONG KONG HOLDINGS LIMITED
ARION COMMERICAL BLDG, UNIT 1901
2-12 QUEENS RD W
SHEUNG WAN
HONG KONG
CHINA

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.185** Nonpriority creditor's name and mailing address

ELITE COMFORT SOLUTIONS  LLC
ATTN: GRIFFITH
P.O. BOX 603397
P.O. BOX 603397
CHARLOTTE, NC 28260-3397

As of the petition filing date, the claim is:    $1,065,111.37

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.186** Nonpriority creditor's name and mailing address

ELITE COMFORT SOLUTIONS, LLC
ATTN: SHERFEY, OFFICE MANAGER
REMIT TO:
P.O. BOX 603397
CHARLOTTE, NC 28260-3397

As of the petition filing date, the claim is:    $436,056.40

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.187** Nonpriority creditor's name and mailing address

EMARSYS NORTH AMERICA
70 W MARKET ST, #1350
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:    $21,350.00

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.188** Nonpriority creditor's name and mailing address

EMIRATES FIBER INDUSTRIES FZ LLC
ATTN: GARCIA, SALES MANAGER
180 181 182 183 AL GAIL
INDUSTRIAL PARK, RAS ALKHAIMAH
UNITED ARAB EMIRATES

As of the petition filing date, the claim is:    $617,841.51

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                52 of 147

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.189**  Nonpriority creditor's name and mailing address
EMPIRE VALUE ADVISORS
800 COTTAGEVIEW DR, #1040
TRAVERSE CITY, MI 49684

As of the petition filing date, the claim is:    $6,250.00
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.190**  Nonpriority creditor's name and mailing address
ENTERPRISE RIDESHARE
ATTN: CANNADY
ATTN: BOBBY FULTZ
2625 MARKET PL
HARRISBURG, PA 17110

As of the petition filing date, the claim is:    $7,141.23
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.191**  Nonpriority creditor's name and mailing address
EQUINIX INC
1 LAGOON DR
REDWOOD CITY, CA 94065

As of the petition filing date, the claim is:    $28,383.25
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.192**  Nonpriority creditor's name and mailing address
EVERGREEN SHIPPING AGENCY CORP
1 EVERTRUST PLZ, #6
JERSEY CITY, NJ 07302

As of the petition filing date, the claim is:    $18,373.00
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.193**    **Nonpriority creditor's name and mailing address**    **$2,674.52**
EXAIR CORPORATION
LOCATION 00766
CINCINNATI, OH 45264-0766

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
[✓] No
[ ] Yes

**3.194**    **Nonpriority creditor's name and mailing address**    **$1,038.93**
EXCEL SERVICES INC
2301 NELSON MILLER PKWY
LOUISVILLE, KY 40223

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
[✓] No
[ ] Yes

**3.195**    **Nonpriority creditor's name and mailing address**    **$13,236.88**
EXCEL4APPS INC
2501 SMALLMAN ST, STE 250
PITTSBURGH, PA 15222

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
[✓] No
[ ] Yes

**3.196**    **Nonpriority creditor's name and mailing address**    **$276,975.59**
EXETER 25 KEYSTONE LLC
25 KEYSTONE BLVD
POTTSVILLE, PA 17901

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.197**  **Nonpriority creditor's name and mailing address**    $9,568.68

EXIM ENGINEERING INC.
2200 E WINSTON RD
ANAHEIM, CA 92806

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
[✓] No
[ ] Yes

**3.198**  **Nonpriority creditor's name and mailing address**    $1,210.37

F N SHEPPARD & COMPANY
1261 JAMIKE AVE
P.O. BOX 18520
ERLANGER, KY 41018

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
[✓] No
[ ] Yes

**3.199**  **Nonpriority creditor's name and mailing address**    $2,202.89

F&R MACHINE AND REPAIR INC
ATTN: WESTBRODO, AR CONTACT
7217 HARRY HINES BLVD
DALLAS, TX 75235

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
[✓] No
[ ] Yes

**3.200**  **Nonpriority creditor's name and mailing address**    $1,472.98

FANELLI BROTHERS LEASING
1298 KEYSTONE BLVD
POTTSVILLE, PA 17901-1794

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

<span style="background:black;color:white">**Part 2:**</span>    **List All Creditors with NONPRIORITY Unsecured Claims**

|  | | | Amount of claim |
|---|---|---|---|

**3.201**    **Nonpriority creditor's name and mailing address**
FARMERS RURAL ELECTRIC COOPERATIVE
P.O. BOX 1298
GLASGOW, KY 42142-1298

As of the petition filing date, the claim is:    **$462.98**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.202**    **Nonpriority creditor's name and mailing address**
FASTENAL COMPANY
P.O. BOX 978
WINONA, MN 55987-0978

As of the petition filing date, the claim is:    **$9,544.70**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.203**    **Nonpriority creditor's name and mailing address**
FEDEX
ATTN: FEDEX (PA)
P.O. BOX 223125
PITTSBURGH, PA 15251-2125

As of the petition filing date, the claim is:    **$288,800.05**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.204**    **Nonpriority creditor's name and mailing address**
FEDEX FREIGHT
ATTN: FEDEX FREIGHT EAST
DEPT LA P.O. BOX 21415
PASADENA, CA 91185-1415

As of the petition filing date, the claim is:    **$76,373.69**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.205** | **Nonpriority creditor's name and mailing address**
FERRELLGAS
P.O. BOX 173940
DENVER, CO 80217-3940

**As of the petition filing date, the claim is:**    $2,530.90
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**
FESCO

**As of the petition filing date, the claim is:**    $449.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.207** | **Nonpriority creditor's name and mailing address**
FIBERCO INC
P.O. BOX 14728
FORT WORTH, TX 76117

**As of the petition filing date, the claim is:**    $23,688.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.208** | **Nonpriority creditor's name and mailing address**
FINELINE TECHNOLOGIES INC
P.O. BOX 934219
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**    $14,862.27
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.209** | **Nonpriority creditor's name and mailing address**
FOX ROTHSCHILD LLP
2000 MARKET ST, #2000
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is:    $3,641.20
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.210** | **Nonpriority creditor's name and mailing address**
FRENCH APRON & MANUFACTURING CO INC
ATTN: MANN, CONTROLLER
P.O. BOX 2324
GASTONIA, NC 28053-2324

As of the petition filing date, the claim is:    $5,542.50
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.211** | **Nonpriority creditor's name and mailing address**
FRESH START SERVICES
2010 N FINE AVE, #103A
FRESNO, CA 93727

As of the petition filing date, the claim is:    $350.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.212** | **Nonpriority creditor's name and mailing address**
FROMM ELECTRIC SUPPLY
2101 CENTRE AVE
READING, PA 19605

As of the petition filing date, the claim is:    $1,422.56
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    58 of 147

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.213** **Nonpriority creditor's name and mailing address**
FRONTIER COMMUNICATIONS
P.O. BOX 920041
DALLAS, TX 75392-0041

As of the petition filing date, the claim is:    $705.88

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.214** **Nonpriority creditor's name and mailing address**
FROST BROWN TODD LLC
301 E 4TH ST, #3300
CINCINNATI, OH 45202

As of the petition filing date, the claim is:    $51,114.26

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.215** **Nonpriority creditor's name and mailing address**
FUNING JINCHENG HOME TEXTILE CO., LTD.
DAWEI QIAN
FUNING JINCHENG HOME TEXTILE CO., LTD.
HUANGHE RD. 33#, FUNING ECONOMICAL DEVELOPMENT
ZONE, JIANGSU PROVINCE, 224400
P. R. CHINA

As of the petition filing date, the claim is:    $3,682,161.42

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.216** **Nonpriority creditor's name and mailing address**
FXI
P.O. BOX 664015
DALLAS, TX 75266

As of the petition filing date, the claim is:    $15,840.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name      **Hollander Sleep Products, LLC**                      Case number (if known): **19-11608**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

**3.217**  **Nonpriority creditor's name and mailing address**
GARVEY'S OFFICE PRODUCTS
P.O. BOX 5678
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**                                         $469.39
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**                  **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.218**  **Nonpriority creditor's name and mailing address**
GEORGIA POWER COMPANY
96 ANNEX
ATLANTA, GA 30396-0001

**As of the petition filing date, the claim is:**                                      $14,406.72
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**                  **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.219**  **Nonpriority creditor's name and mailing address**
GLADIIUM TECHNOLOGY PARTNERS

**As of the petition filing date, the claim is:**                                       $6,000.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**                  **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.220**  **Nonpriority creditor's name and mailing address**
GLOBAL EQUIPMENT COMPANY INC
29833 NETWORK PL
CHICAGO, IL 60673-1298

**As of the petition filing date, the claim is:**                                      $33,434.70
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**                  **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Hollander Sleep Products, LLC**                      Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.221**  **Nonpriority creditor's name and mailing address**

GOOGLE, INC
P.O. BOX 39000
SAN FRANCISCO, CA 94139

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                     $204,878.32

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.222**  **Nonpriority creditor's name and mailing address**

GORDON & REES SCULLY MANSUKHANI LLP
275 BATTERY ST, #200
SAN FRANCISCO, CA 94111

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                     $1,900.50

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.223**  **Nonpriority creditor's name and mailing address**

GOULSTON TECHNOLOGIES INC
ATTN: CRAIG, AR CONTACT
P.O. BOX 530029
ATLANTA, GA 30353-0029

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                     $948.15

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.224**  **Nonpriority creditor's name and mailing address**

GRAF METALLIC OF AMERICA INC
P.O. BOX 1370
SPARTANBURG, SC 29304-1370

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                     $47,190.52

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.225** Nonpriority creditor's name and mailing address
GRAINGER
DEPT 825877269
PALATINE, IL 60038-0001

As of the petition filing date, the claim is:                   $160,023.55
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.226** Nonpriority creditor's name and mailing address
GRAVES GILBERT CLINIC
201 PARK ST
BOWLING GREEN, KY 42101

As of the petition filing date, the claim is:                   $1,940.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.227** Nonpriority creditor's name and mailing address
GROZ BECKERT USA INC
ATTN: CUNNINGHAM, AR SPECIALIST
2902 GRANDVIEW DR
SIMPSONVILLE, SC 29680

As of the petition filing date, the claim is:                   $14,471.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.228** Nonpriority creditor's name and mailing address
GUARDIAN
P.O. BOX 95101
CHICAGO, IL 60694-5101

As of the petition filing date, the claim is:                   $2,892.57
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.229**    **Nonpriority creditor's name and mailing address**
GUPTON SERVICES INC
P.O. BOX 90
HENDERSON, NC 27536

**As of the petition filing date, the claim is:**        $7,396.26

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.230**    **Nonpriority creditor's name and mailing address**
GXS INC
29144 NETWORK PL
CHICAGO, IL 60673-1291

**As of the petition filing date, the claim is:**        $15,316.48

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.231**    **Nonpriority creditor's name and mailing address**
HANGZHOU CHUANGYUAN FEATHER CO LTD
ATTN: FUMINGFANG
NO 5 XINDA RD, MIAOJIA VILLAGE
HANGZHOU, SUOQIAN TOWN
CHINA

**As of the petition filing date, the claim is:**        $4,742,119.63

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.232**    **Nonpriority creditor's name and mailing address**
HANGZHOU DELAN HOME CO. LTD.
ATTN: LI
NO. 525 MINHE RD, SANHONG INTL BLDG
STE 1501, ZHEJIANG, HANGZHOU
CHINA

**As of the petition filing date, the claim is:**        $218,580.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

| **3.233** | **Nonpriority creditor's name and mailing address** | | | **$21,557.86** |

HANGZHOU HUAYING XINTANG DOWN PRODUCTS CO LTD
ATTN: VICKY
XIXU VILLAGE XINTANG ST
XIAOSHAN, HANGZHOU
CHINA

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| **3.234** | **Nonpriority creditor's name and mailing address** | | | **$377,005.04** |

HANGZHOU HUOJU DOWN PRODUCTS CO, LTD.
ATTN: WU
XINTANG RESIDENTIAL COMMUNITY
XIAOSHAN DISTR, ZHEJIANG, HANGZHOU
CHINA

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| **3.235** | **Nonpriority creditor's name and mailing address** | | | **$78,820.64** |

HANGZHOU SHINIH FIBER PRODUCTS CO, LTD
ATTN: MEYER
99 JIANSHE 3RD RD, XIAOSHAN ECONDEVT ZONE
ZHEJIANG, HANGZHOU 311215
CHINA

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| **3.236** | **Nonpriority creditor's name and mailing address** | | | **$1,298.50** |

HARDY'S CONSTRUCTION

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    64 of 147

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.237** Nonpriority creditor's name and mailing address
HART COUNTY AUTO PARTS
6 MAIN ST
MUNFORDVILLE, KY 42765

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

$501.94

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.238** Nonpriority creditor's name and mailing address
HART COUNTY FLORIST
117 S DIXIE ST
HORSE CAVE, KY 42749

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

$295.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.239** Nonpriority creditor's name and mailing address
HART COUNTY SOLID WASTE
105 MAIN ST
MUNFORDVILLE, KY 42765

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

$1,710.74

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.240** Nonpriority creditor's name and mailing address
HAYES INDUSTRIES INC
ATTN: HAYES, AR CONTACT
41 ROBINSON ST, STE A
POTTSTOWN, PA 19464

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

$132,061.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.241**  **Nonpriority creditor's name and mailing address**

HB MCCLURE COMPANY LLC
600 S 17TH ST
HARRISBURG, PA 17104

**As of the petition filing date, the claim is:**                    $5,537.62

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**            **Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.242**  **Nonpriority creditor's name and mailing address**

HEALTHCOMP INC.
P.O. BOX 45018
FRESNO, CA 93718-5018

**As of the petition filing date, the claim is:**                    $108.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**            **Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.243**  **Nonpriority creditor's name and mailing address**

HEBEI TEXTILES IMP AND EXP CO, LTD
42 XISANZHUANG ST
SHIJIAZHUANG 050071
HEBEI
CHINA

**As of the petition filing date, the claim is:**                    $51,652.75

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**            **Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.244**  **Nonpriority creditor's name and mailing address**

HELLER'S GAS & FIREPLACES
ATTN: CROOSE, AR CONTACT
500 NORTH POPLAR ST
BERWICK, PA 18603

**As of the petition filing date, the claim is:**                    $5,945.97

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**            **Is the claim subject to offset?**
[✔] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| | | |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.245**    **Nonpriority creditor's name and mailing address**

HENDERSON SEWING MACHINE CO
ATTN: WINDHAM
P.O. BOX 966
ANDALUSIA, AL 36420

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$33,088.30

---

**3.246**    **Nonpriority creditor's name and mailing address**

HENDRICK FLORIST
312 SPRING ST
WASHINGTON, GA 30673

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$213.50

---

**3.247**    **Nonpriority creditor's name and mailing address**

HI-RELI CONDITIONING CORP
333 7TH AVE
NEW YORK, NY 10001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$353.84

---

**3.248**    **Nonpriority creditor's name and mailing address**

HIRETECH
200 WESTLAKE PARK BLVD, 501
HOUSTON, TX 77079

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,353.39

---

Debtor Name    **Hollander Sleep Products, LLC**          Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.249** | **Nonpriority creditor's name and mailing address**
HOME DEPOT CREDIT SERVICES
P.O. BOX 183175
DEPT. 32-2139127975
COLUMBUS, OH 43218-3175

As of the petition filing date, the claim is:                     $783.30
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.250** | **Nonpriority creditor's name and mailing address**
HOME DEPOT/GECF (TX)
ATTN: POTTS, SERVICE REPRESENTATIVE
DEPT 32-2501634731
P.O. BOX 183176
COLUMBUS, OH 43218-3176

As of the petition filing date, the claim is:                   $4,707.06
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.251** | **Nonpriority creditor's name and mailing address**
HOME FASHIONS PRODUCTS ASSOC
355 LEXINGTON AVE, 15TH FL
NEW YORK, NY 10017

As of the petition filing date, the claim is:                      $0.00
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.252** | **Nonpriority creditor's name and mailing address**
HOT AIR SPECIALTIES INC
ATTN: LAWING
3149 KELLY RD
CHARLOTTE, NC 28216

As of the petition filing date, the claim is:                    $503.00
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.253** | **Nonpriority creditor's name and mailing address**
HUNTINGTON PARK RUBBER
ATTN: BARLAM, AR CONTACT
P.O. BOX 519
HNTINGTON PARK, CA 90255

As of the petition filing date, the claim is:                     $124.95
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.254** | **Nonpriority creditor's name and mailing address**
HVAC SERVICES INC

As of the petition filing date, the claim is:                     $235.86
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.255** | **Nonpriority creditor's name and mailing address**
HYG FINANCIAL SERVICES, INC
5000 RIVERSIDE DR, STE 300 E
IRVING, TX 75039

As of the petition filing date, the claim is:                     $28,230.64
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.256** | **Nonpriority creditor's name and mailing address**
HYLAND FILTER SERVICE OWENSBORO INC
ATTN: GOODALL
P.O. BOX 608
OWENSBORO, KY 42302

As of the petition filing date, the claim is:                     $890.40
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **Hollander Sleep Products, LLC**          Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.257**  **Nonpriority creditor's name and mailing address**          $64.40
ID ZONE

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.258**  **Nonpriority creditor's name and mailing address**          $300.00
IDFB-INTERNATIONAL DOWN & FEATHER BUREAU
SCHWALBENWEG 15
6973 HOCHST
AUSTRIA

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.259**  **Nonpriority creditor's name and mailing address**          $10,265.85
IDFL LABORATORY & INSTITUTE
ATTN: INTERNATIONAL DOWN AND FEATHER
TESTING LABORATORY
SALT LAKE CITY, UT 84105

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.260**  **Nonpriority creditor's name and mailing address**          $2,129.00
IMPERIAL REALTY COMPANY
4747 W PETERSON AVE, STE 200
CHICAGO, IL 60646

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.261** Nonpriority creditor's name and mailing address
INDEED, INC
6433 CHAMPION GRANDVIEW WAY
AUSTIN, TX 78750

As of the petition filing date, the claim is: $1,521.72
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.262** Nonpriority creditor's name and mailing address
INDO COUNT INDUSTRIES LIMITED
301 ARCADIA, 3RD FL, NARIMAN PT
MUMBAI, MAHARASHTRA
INDIA

As of the petition filing date, the claim is: $49,044.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.263** Nonpriority creditor's name and mailing address
INDUSTRIAL DRIVES & ELECTRIC
ATTN: MASON, AR CONTACT
571 ELBERT ST
ELBERTON, GA 30635

As of the petition filing date, the claim is: $1,064.94
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.264** Nonpriority creditor's name and mailing address
INDUSTRIAL HEARING & PULMONARY MGMT
ATTN: CHAMBERS, AR CONTACT
1846 WOODLAWN ST
UPLAND, CA 91786

As of the petition filing date, the claim is: $1,440.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------------|

**Amount of claim**

---

**3.265**

**Nonpriority creditor's name and mailing address**
INFOARMOR INC
7001 N SCOTTSDALE RD, STE 2020
SCOTTSDALE, AZ 85253

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,213.52

---

**3.266**

**Nonpriority creditor's name and mailing address**
INFORMATICA LLC
2100 SEAPORT BLVD
REDWOOD CITY, CA 94063

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$79,200.00

---

**3.267**

**Nonpriority creditor's name and mailing address**
INTERNATIONAL BUSINESS MACHINES COR
P.O. BOX 676673
DALLAS, TX 75267-6673

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$92,118.22

---

**3.268**

**Nonpriority creditor's name and mailing address**
INTERNATIONAL PAPER    (EDI)
ATTN: DAVIS
P.O. BOX 532629
ATLANTA, GA 30353-2629

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$382,113.41

---

Debtor Name      **Hollander Sleep Products, LLC**                              Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | **Amount of claim** |
|---|---|

**3.269** | **Nonpriority creditor's name and mailing address**
INTERTEK INDIA PVT LTD

As of the petition filing date, the claim is:                              $130.98

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.270** | **Nonpriority creditor's name and mailing address**
INTERTEK PAKISTAN (PVT) LTD

As of the petition filing date, the claim is:                              $715.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.271** | **Nonpriority creditor's name and mailing address**
INTERTEK TESTING SERVICES NA INC
ATTN: INTERTEK CONSUMER GOODS N.A.
ATTN: PATRICIA PALACIOS
2 RIVERWAY, STE 500
HOUSTON, TX 77056

As of the petition filing date, the claim is:                              $9,345.50

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.272** | **Nonpriority creditor's name and mailing address**
INVISTA INC.
ATTN: BOYKIN
BANK OF AMERICA
P.O. BOX, #742926
ATLANTA, GA 30374-2926

As of the petition filing date, the claim is:                              $5,086,423.45

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.273**

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
P.O. BOX 601002
PASADENA, CA 91189-1002

**As of the petition filing date, the claim is:**

$2,667.06

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.274**

**Nonpriority creditor's name and mailing address**

IVOXY CONSULTING LLC
P.O. BOX 101264
PASADENA, CA 91189-0005

**As of the petition filing date, the claim is:**

$10,417.65

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.275**

**Nonpriority creditor's name and mailing address**

J & M SEWING SUPPLIES CORP
3465 E FIRESTONE BLVD
SOUTH GATE, CA 90280

**As of the petition filing date, the claim is:**

$5,176.18

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.276**

**Nonpriority creditor's name and mailing address**

JACKSON COUNTY TREASURER
201 WEST PLATT ST
MAQUOKETA, IA 52060-2295

**As of the petition filing date, the claim is:**

$360.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.277**  **Nonpriority creditor's name and mailing address**

JACKSON LEWIS PC
44 S BROADWAY, 14TH FL
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**    $66.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.278**  **Nonpriority creditor's name and mailing address**

JDG TOOLING & AUTOMATION
ATTN: BOGH
230 TORYORK DR
WESTON, ON M9L 1Y1
CANADA

**As of the petition filing date, the claim is:**    $41,758.56

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.279**  **Nonpriority creditor's name and mailing address**

JEFFERSONTOWN TAM'S FLORIST INC
10125 TAYLORSVILLE RD
JEFFERSONTOWN, KY 40299

**As of the petition filing date, the claim is:**    $63.60

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.280**  **Nonpriority creditor's name and mailing address**

JENCO SALES INC
ATTN: DOLLAR
49 MILLARD FARMER INDUSTRIAL BLVD
NEWMAN, GA 30263

**As of the petition filing date, the claim is:**    $7,852.95

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.281** Nonpriority creditor's name and mailing address

JESUS ZUNIGA BALBUENA
4276 S HOOVER ST, APT 2
LOS ANGELES, CA 90037

As of the petition filing date, the claim is:    $3,130.00

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.282** Nonpriority creditor's name and mailing address

JOHN BOUCHARD & SONS CO
ATTN: SIMPSON
411 EAST DIXIE AVE
ELIZABETHTOWN, KY 42701

As of the petition filing date, the claim is:    $1,312.23

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.283** Nonpriority creditor's name and mailing address

JOHNSON CONTROLS FIRE PROTECTION LP
ATTN: SIMPLEXGRINNELL
DEPT CH 10320-GA REGION
PALATINE, IL 60055-0320

As of the petition filing date, the claim is:    $435.86

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.284** Nonpriority creditor's name and mailing address

JOHNSON CONTROLS SECURITY SOLUTIONS
ATTN: ADT SECURITY SERVICES INC
P.O. BOX 371967
PITTSBURGH, PA 15250

As of the petition filing date, the claim is:    $6,077.79

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| Debtor Name | Hollander Sleep Products, LLC | Pg 174 of 263 | Case number (if known): **19-11608** |
|---|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.285**

**Nonpriority creditor's name and mailing address**
JOHNSON EQUIPMENT
ATTN: JOHNSON EQUIPMENT
1073 AUGUSTA HWY
LINCOLNTON, GA 30817

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $515.71

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**
JOSE GERARDO BARRIENTOS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                  $19,000.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.287**

**Nonpriority creditor's name and mailing address**
JS FIBER CO
ATTN: BREWER, A/R CONTACT
290 MARBLE RD
STATESVILLE, NC 28625

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                   $1,020.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.288**

**Nonpriority creditor's name and mailing address**
JUN HE LAW OFFICES
45 ROCKEFELLER PLAZA, STE 2320
NEW YORK, NY 10111

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                  $11,829.08

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.289** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $18,412.32

JUSTMAN PACKAGING & DISPLAY
5819 TELEGRAPH RD
CITY OF COMMERCE, CA 90040

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.290** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $56,941.50

K&L GATES LLP
925 4TH AVE, STE 2900
SEATTLE, WA 98104-1158

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.291** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $7,847.30

KAESER COMPRESSORS
ATTN: LUCAS, AR CONTACT
3760 LA VERENDRYE
BOISBRIAND, QC J7H 1R5
CANADA

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.292** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $42,644.02

KAMYK DAUNEN S.R.O.
KAMYK NAD VITAVOU CP 179
PRIBRAM, S 262063

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

---

**3.293**  **Nonpriority creditor's name and mailing address**

KAPSTONE CONTAINER CORP
ATTN: BREST, STRATEGIC ACCOUNT MANAGER
2370 SULLIVAN RD
COLLEGE PARK, GA 30337

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $683,106.89

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.294**  **Nonpriority creditor's name and mailing address**

KAREN SUE NAYLOR
200 W SANTA ANA BLVD, STE 400
SANTA ANA, CA 92701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $30,233.33

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.295**  **Nonpriority creditor's name and mailing address**

KENTUCKIANA COMFORT CENTER
ATTN: THOMPSON, A/R CONTACT
2716 GRASSLAND DR
LOUISVILLE, KY 40299

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $5,901.17

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.296**  **Nonpriority creditor's name and mailing address**

KENTUCKY STATE TREASURER
P.O. BOX 1150
FRANKFORT, KY 40602-1150

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,500.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.297** | **Nonpriority creditor's name and mailing address**
KEYENCE CORPORATION OF AMERICA INC
DEPT LA 22198
PASEDENA, CA 91185-2198

As of the petition filing date, the claim is:    $1,619.15
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**
KEYSTOPS LLC DBA LOG CABIN OIL
ATTN: MOTLEY, A/R CONTACT
P.O. BOX 2809
FRANKLIN, KY 42135-2809

As of the petition filing date, the claim is:    $946.75
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**
KKP FINE LINEN PVT LTD
ATTN: R, MERCHANDISER, #88 SALEM RD
NAMAKKAL-637001
TAMILNADU, INDIA
INDIA

As of the petition filing date, the claim is:    $122,490.64
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**
KU-KENTUCKY UTILITIES COMPANY
P.O. BOX 9001954
LOUISVILLE, KY 40290-1956

As of the petition filing date, the claim is:    $33,348.30
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.301**  **Nonpriority creditor's name and mailing address**

KUEHNE & NAGEL
ATTN: KIRLEW
77 FOSTER CRESCENT
MISSISSUAGA, ON L5R 0K1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $687,576.17

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.302**  **Nonpriority creditor's name and mailing address**

LECTRONICS INC
P.O. BOX 3057
CLINTON, IA 52732

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $256.80

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.303**  **Nonpriority creditor's name and mailing address**

LEGGETT AND PLATT INC
ATTN: JINKS
L&P FINANCIAL SERVICES
P.O. BOX 952092
ST LOUIS, MO 63195-2092

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,691.43

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.304**  **Nonpriority creditor's name and mailing address**

LERNER DAVID LITTENBERG ET AL
600 SOUTH AVE W
WESTFIELD, NJ 07090-1497

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $179,536.23

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.305** | Nonpriority creditor's name and mailing address
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 WEST 5TH ST, STE 400
LOS ANGELES, CA 90071

**$32,027.01**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.306** | Nonpriority creditor's name and mailing address
LEX THOMSON LP
C/O LEXINGTON REALTY ADVISORS INC
ATTN: KELLY
LEASE ADMINISTRATOR
NEW YORK, NY 10119-4015

**$72,858.00**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.307** | Nonpriority creditor's name and mailing address
LG&E-LOUISVILLE GAS AND ELECTRIC
P.O. BOX 9001960
LOUISVILLE, KY 40290-1961

**$21,470.12**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.308** | Nonpriority creditor's name and mailing address
LIBERTY PROPERTY LIMITED PARTNERSHIP

**$139,626.51**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        82 of 147

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.309** | Nonpriority creditor's name and mailing address
LIFT INC
ATTN: MCKENNA, AR CONTACT
3745 HEMPLAND RD
MOUNTVILLE, PA 17554-1545

As of the petition filing date, the claim is:    $14,758.63
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.310** | Nonpriority creditor's name and mailing address
LOUDON SHEET METAL CO
1926, 2218 PLANTSIDE DR
JEFFERSONTOWN, KY 40299

As of the petition filing date, the claim is:    $1,468.10
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.311** | Nonpriority creditor's name and mailing address
LOUISVILLE LABEL INC
ATTN: VAUGHT, CSR
417 SOUTH 32ND ST
LOUISVILLE, KY 40212

As of the petition filing date, the claim is:    $2,304.16
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.312** | Nonpriority creditor's name and mailing address
LOUISVILLE WATER COMPANY
P.O. BOX 32460
LOUISVILLE, KY 40232-2463

As of the petition filing date, the claim is:    $5,309.28
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.313** | Nonpriority creditor's name and mailing address
LOWE'S
P.O. BOX 530954
ATLANTA, GA 30353-0954

As of the petition filing date, the claim is:    **$980.28**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.314** | Nonpriority creditor's name and mailing address
LUAN THE SEA FEATHER DOWN PRODUCTS COMPANY LTD.
ATTN: BIAN
JINGSAN RD, LUAN ECON DEVT ZONE
ANHUI, LUAN, 237161
CHINA

As of the petition filing date, the claim is:    **$144,160.15**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.315** | Nonpriority creditor's name and mailing address
MADISON SMITH MACHINE & TOOL
2601 HAPPY VALLEY RD
GLASGOW, KY 42141

As of the petition filing date, the claim is:    **$2,590.08**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.316** | Nonpriority creditor's name and mailing address
MAJESTIC/AMB PICO RIVERA ASSOC LLC
13191 CROSSROADS PKWY NORTH
CITY OF INDUSTRY, CA 91746-3497

As of the petition filing date, the claim is:    **$238,286.35**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.317**  **Nonpriority creditor's name and mailing address**                                    $340.67
MANPLOW
2660 MERCANTILE DR
RANCHO CORDOVA, CA 95742

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.318**  **Nonpriority creditor's name and mailing address**                                    $8,648.55
MAQUOKETA MUNICIPAL ELECTRIC UTILITY
201 E PLEASANT ST
MAQUOKETA, IA 52060

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.319**  **Nonpriority creditor's name and mailing address**                                    $88.00
MARATHON PRESS INCORPORATED
1500 SQUARE TURN BLVD
NORFOLK, NE 68701

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.320**  **Nonpriority creditor's name and mailing address**                                    $3,286.25
MARIO ISAIS

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.321**

Nonpriority creditor's name and mailing address
MARKCO ELECTRICAL SERVICES LLC
924 TWIGGS ST
AUGUSTA, GA 30901

As of the petition filing date, the claim is:          $19,280.00
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.322**

Nonpriority creditor's name and mailing address
MARTIN'S ELECTRICAL SERVICE
ATTN: MARTIN, AR CONTACT
1024 EVERGREEN DR
TAMAQUA, PA 18252-9705

As of the petition filing date, the claim is:          $2,065.92
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.323**

Nonpriority creditor's name and mailing address
MASTERS SUPPLY INC
13347 SHERMAN WAY
NORTH HOLLYWOOD, CA 91605

As of the petition filing date, the claim is:          $1,290.01
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.324**

Nonpriority creditor's name and mailing address
MC MASTER-CARR SUPPLY CO
ATTN: DEATON, AR CONTACT
P.O. BOX 7690
CHICAGO, IL 60680-7690

As of the petition filing date, the claim is:          $17,652.75
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.325** **Nonpriority creditor's name and mailing address**
MC2 TRANSPORTATION LLC
4047 LONG BEACH BLVD
LONG BEACH, CA 90807

As of the petition filing date, the claim is:    $56.25
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.326** **Nonpriority creditor's name and mailing address**
MCI COMM SERVICE
1801 PENNSYLVANIA AVE NW
WASHINGTON, DC 20006

As of the petition filing date, the claim is:    $138.51
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.327** **Nonpriority creditor's name and mailing address**
MCMICHAEL MILLS INC
ATTN: PRIYETT, A/R CONTACT
P.O. BOX 507
MADISON, NC 27025

As of the petition filing date, the claim is:    $75,284.08
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.328** **Nonpriority creditor's name and mailing address**
MECHANICAL DRIVES & BELTING
ATTN: MONTOYA, A/R CONTACT
P.O. BOX 39262
LOS ANGELES, CA 90039

As of the petition filing date, the claim is:    $744.39
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.329** | Nonpriority creditor's name and mailing address
MERCER HEALTH & BENEFITS LLC
633 W 5TH ST
LOS ANGELES, CA 90071

As of the petition filing date, the claim is:    $34,145.38

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.330** | Nonpriority creditor's name and mailing address
MERCHANDISE MANAGMENT CO.
17125C W BLUEMOUND RD, #276
BROOKFIELD, WI 53005

As of the petition filing date, the claim is:    $2,824.33

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.331** | Nonpriority creditor's name and mailing address
MH EQUIPMENT COMPANY
8901 N INDUSTRIAL RD
PEORIA, IL 61615

As of the petition filing date, the claim is:    $4,215.26

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.332** | Nonpriority creditor's name and mailing address
MICROSOFT ONLINE INC
P.O. BOX 847543
DALLAS, TX 75284-7543

As of the petition filing date, the claim is:    $7,843.08

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.333** | **Nonpriority creditor's name and mailing address**
MIDTOWN PLUMBING INC
8234 GARFIELD AVE
BELL GARDENS, CA 90201

As of the petition filing date, the claim is:    $1,144.56
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.334** | **Nonpriority creditor's name and mailing address**
MIKES HEATING AND COOLING LLC
8413, 329 DOGWOOD RD
CANDLER, NC 28715

As of the petition filing date, the claim is:    $318.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.335** | **Nonpriority creditor's name and mailing address**
MODEL DESIGN INC
13309 SW 135TH AVE
MIAMI, FL 33186

As of the petition filing date, the claim is:    $8,425.75
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.336** | **Nonpriority creditor's name and mailing address**
MODERN TESTING SERVICES
ATTN: GEORGE, AR CONTACT
349 LENOX ST, UNIT 1
NORWOOD, MA 02062

As of the petition filing date, the claim is:    $10,178.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

**3.337**

**Nonpriority creditor's name and mailing address**
MODERN WELDING COMPANY OF KENTUCKY, INC.
ATTN: RONNIE LANFORD
303 STEEL DRIVE
ELIZABETHTOWN, KY 42701

**As of the petition filing date, the claim is:**    **$1,796.22**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.338**

**Nonpriority creditor's name and mailing address**
MOSBYS TOWING & TRANSPORT LLC
ATTN: JUDY
P.O. BOX 19049
LOUISVILLE, KY 40259

**As of the petition filing date, the claim is:**    **$3,360.00**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.339**

**Nonpriority creditor's name and mailing address**
MOTION INDUSTRIES INC
2012 GARNER STATION BLVD
RALEIGH, NC 27603

**As of the petition filing date, the claim is:**    **$13,464.48**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.340**

**Nonpriority creditor's name and mailing address**
MUNFORDVILLE AUTO SUPPLY
51 MAIN ST
MUNFORDVILLE, KY 42765

**As of the petition filing date, the claim is:**    **$148.44**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.341**  **Nonpriority creditor's name and mailing address**
MUNFORDVILLE MUNICIPAL WATER AND SEWER
P.O. BOX 85
MUNFORDVILLE, KY 42765

As of the petition filing date, the claim is:    $1,587.61
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.342**  **Nonpriority creditor's name and mailing address**
NAN YA PLASTICS CORPORATION AMERICA
9 PEACH TREE HILL ROAD
LIVINGSTON, NJ 07039

As of the petition filing date, the claim is:    $654,005.80
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.343**  **Nonpriority creditor's name and mailing address**
NAP INDUSTRIES INC
667 KENT AVE
BROOKLYN, NY 11249

As of the petition filing date, the claim is:    $1,630,352.30
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.344**  **Nonpriority creditor's name and mailing address**
NARCOTE LLC
ATTN: MARGOTTA, SALES AND PROD CO-ORD
800 MTN, VIEW DR
P.O. BOX 830
PINEY FLATS, TN 37686

As of the petition filing date, the claim is:    $6,622.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.345** **Nonpriority creditor's name and mailing address**
NASA SERVICES INC
P.O. BOX 1755
MONTEBELLO, CA 90640

As of the petition filing date, the claim is:    $1,925.40
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.346** **Nonpriority creditor's name and mailing address**
NATIONAL PLUS PLAN
6 BLACKSTONE VALLEY PL, STE 302
LINCOLN, RI 02865

As of the petition filing date, the claim is:    $1,128.40
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.347** **Nonpriority creditor's name and mailing address**
NATIONWIDE
1 NATIONWIDE PLAZA
COLUMBUS, OH 43215

As of the petition filing date, the claim is:    $167.97
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.348** **Nonpriority creditor's name and mailing address**
NATIONWIDE LIFT TRUCKS
3900 NORTH 28TH TERRACE
HOLLYWOOD, FL 33020-1105

As of the petition filing date, the claim is:    $1,580.00
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**          Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.349**

**Nonpriority creditor's name and mailing address**
NEED IT NOW COURIER
37-18 57TH ST
FLUSHING, NY 11377

**As of the petition filing date, the claim is:**           $573.03
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.350**

**Nonpriority creditor's name and mailing address**
NESPRESSO USA INC
111 W 33RD ST, 5TH FL
NEW YORK, NY 10120

**As of the petition filing date, the claim is:**           $1,154.85
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.351**

**Nonpriority creditor's name and mailing address**
NEWSPAPER DIVISION OF JOBE PUBLISHING INC
ATTN: WRIGHT, A/R CONTACT
P.O. BOX 546
CAVE CITY, KY 42127

**As of the petition filing date, the claim is:**           $93.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.352**

**Nonpriority creditor's name and mailing address**
NICHOLS SALES, INC
14140 LIVE OAK AVE, STE A
BALDWIN PARK, CA 91706

**As of the petition filing date, the claim is:**           $3,439.07
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.353**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,576.14
NICOL SCALES & MEASUREMENT
ATTN: NICOL SCALES LP
P.O. BOX 222288
DALLAS, TX 75222

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.354**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $40,087.20
NINGBO MEGAFEAT BEDDING CO LTD
ATTN: RYAN WANG
LONGSHAN INDUSTRY ZONE
CIXI, CHINA
CHINA

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.355**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $4,336.13
NORTH AMERICAN SCALE CO.
2272 COLORADO BLVD
LOS ANGELES, CA 90041

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.356**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $154,599.00
NORTH SLOPE SOLUTIONS, LLC
ATTN: JOHN JOSEPH PEETS
23532 ROLLING FORK WAY
GAITHERSBURG, MD 20882

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.357** **Nonpriority creditor's name and mailing address**
O C TANNER
4200 FAIRVIEW ST
BURLINGTON, ON L7L 4Y8
CANADA

**As of the petition filing date, the claim is:**    $1,946.75
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.358** **Nonpriority creditor's name and mailing address**
OB SODO PROPERTIES LLC
101 116TH AVE SE
BELLEVUE, WA

**As of the petition filing date, the claim is:**    $450.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.359** **Nonpriority creditor's name and mailing address**
OFFICE DEPOT
6600 N MILITARY TRAIL, S416N
BOCA RATON, FL  33496

**As of the petition filing date, the claim is:**    $13,200.99
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.360** **Nonpriority creditor's name and mailing address**
OFFICE PRIDE OF LOUISVILLE
MATTHEW MAYS
10821 PLANTSIDE DRIVE, SUITE 102
LOUISVILLE, KY, 40299

**As of the petition filing date, the claim is:**    $2,252.50
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**        Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

|  | | Amount of claim |
| --- | --- | --- |

**3.361** | **Nonpriority creditor's name and mailing address**
ORACLE AMERICA INC
ATTN: ORACLE AMERICA INC
P.O. BOX 203448
DALLAS, TX 75320-3448

**As of the petition filing date, the claim is:**    $780,023.97
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.362** | **Nonpriority creditor's name and mailing address**
ORKIN PEST CONTROL   (GA)
ATTN: INGRAM, AR CONTACT
P.O. BOX 211969
AUGUSTA, GA 30917-1969

**As of the petition filing date, the claim is:**    $425.04
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.363** | **Nonpriority creditor's name and mailing address**
ORKIN PEST CONTROL (KY)
790 ENTERPRISE DR
LEXINGTON, KY 40510

**As of the petition filing date, the claim is:**    $514.78
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.364** | **Nonpriority creditor's name and mailing address**
OVERHEAD DOOR CO OF LOUISVILLE
ATTN: LAWSON
P.O. BOX 2347
LOUISVILLE, KY 40201-2347

**As of the petition filing date, the claim is:**    $4,128.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.365**  **Nonpriority creditor's name and mailing address**

P BJERRE INC
ATTN: POULSEN
420 OAK ST, STE 202
P.O. BOX 127
CARVER, MN 55315

**As of the petition filing date, the claim is:**    $4,232.40

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.366**  **Nonpriority creditor's name and mailing address**

PACIFIC COAST PROPANE LLC
P.O. BOX 0427
RIALTO, CA 92377-0427

**As of the petition filing date, the claim is:**    $9,744.78

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.367**  **Nonpriority creditor's name and mailing address**

PACKAGING CORP OF AMERICA
ATTN: CERASUOLO
36596 TREASURY CENTER
CHICAGO, IL 60694-6500

**As of the petition filing date, the claim is:**    $3,386,608.03

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.368**  **Nonpriority creditor's name and mailing address**

PACO MANUFACTURING
2120 ADDMORE LN
CLARKSVILLE, IN 47129

**As of the petition filing date, the claim is:**    $742.50

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **Hollander Sleep Products, LLC**          Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.369** Nonpriority creditor's name and mailing address

PALLET RECOVERY INC
17725 CHASE RD
FULTON, IL 61252

$17,320.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.370** Nonpriority creditor's name and mailing address

PAYSCALE, INC.
PAYSCALE, INC
1000 1ST AVE S
SEATTLE, WA 98134

$14,520.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.371** Nonpriority creditor's name and mailing address

PECO PALLET INC
2990 MOMENTUM PL
CHICAGO, IL 60689-5329

$113,988.42

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.372** Nonpriority creditor's name and mailing address

PENNSEW SEWING MACHINE COMPANY
4481 HENDERSON RD
HICKORY, PA 15340

$12,163.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                                Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.373** Nonpriority creditor's name and mailing address
PENNSYLVANIA AMERICAN WATER
P.O. BOX 371412
PITTSBURG, PA 15250-7412

As of the petition filing date, the claim is:                    $0.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.374** Nonpriority creditor's name and mailing address
PEOPLESHARE LLC
ATTN: HEDGEPETH
MSC#327
P.O. BOX 11984
BIRMINGHAM, AL 35202-1984

As of the petition filing date, the claim is:                    $4,064.21
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.375** Nonpriority creditor's name and mailing address
PERFECTION GROUP INC
ATTN: KAHLER
3699 SOLUTIONS CENTER
CHICAGO, IL 60677-3006

As of the petition filing date, the claim is:                    $13,391.62
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.376** Nonpriority creditor's name and mailing address
PG MAINSTREET NORTH FORTY LLC
9122 E HWY 40
P.O. BOX 148
JENSEN, UT 84035

As of the petition filing date, the claim is:                    $3,174.25
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.377**  **Nonpriority creditor's name and mailing address**
PHASE THREE ELECTRIC INC
737 S VINEWOOD ST
ESCONDIDO, CA 92029

As of the petition filing date, the claim is:    $7,643.09
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.378**  **Nonpriority creditor's name and mailing address**
PITNEY BOWES INC
P.O. BOX 371896
PITTSBURG, PA 15250-7896

As of the petition filing date, the claim is:    $36.56
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.379**  **Nonpriority creditor's name and mailing address**
PND ENGINEERS INC
19500 TX-249, STE 655
HOUSTON, TX 77070

As of the petition filing date, the claim is:    $10,555.10
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.380**  **Nonpriority creditor's name and mailing address**
POLYGE TECHNOLOGIES INC
584-A AVE ORLY
DORVAL, QC H9P 1E9
CANADA

As of the petition filing date, the claim is:    $1,230.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.381**

**Nonpriority creditor's name and mailing address**
POLYPACK CORPORATION LTD
ATTN: CATALDO, GENERAL MANAGER
7900 E JARRY ST
MONTREAL, QC H1J 1H1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$23,709.70

---

**3.382**

**Nonpriority creditor's name and mailing address**
POLYTECH FIBERS LLC
2017 US-411
CHATSWORTH, GA 30705

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$104,862.66

---

**3.383**

**Nonpriority creditor's name and mailing address**
POSDATA GROUP INC
ATTN: TALLMAN
5775 SOUNDVIEW DR, STE 101E
GIG HARBOR, WA 98335

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$47,621.50

---

**3.384**

**Nonpriority creditor's name and mailing address**
POT O GOLD, INC.
13205 SE 30TH ST, #104
BELLEVUE, WA 98005

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,109.92

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.385**  Nonpriority creditor's name and mailing address
POWER TECH ELECTRIC CO, LLC
154 K Z RATLIFF LN
SOUTH SHORE, KY 41175

As of the petition filing date, the claim is:                                    $598.00
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   TRADE PAYABLE

Last 4 digits of account number                    Is the claim subject to offset?
                                                   [✓] No
                                                   [ ] Yes

**3.386**  Nonpriority creditor's name and mailing address
POWERS BROS. MACHINE INC
8100 SLAUSON AVE
MONTEBELLO, CA 90640

As of the petition filing date, the claim is:                                  $1,550.00
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   TRADE PAYABLE

Last 4 digits of account number                    Is the claim subject to offset?
                                                   [✓] No
                                                   [ ] Yes

**3.387**  Nonpriority creditor's name and mailing address
PPL ELECTRIC UTILITIES
2 NORTH 9TH ST
CPC-GENN1
ALLENTOWN, PA 18101-1175

As of the petition filing date, the claim is:                                 $12,799.61
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   TRADE PAYABLE

Last 4 digits of account number                    Is the claim subject to offset?
                                                   [✓] No
                                                   [ ] Yes

**3.388**  Nonpriority creditor's name and mailing address
PRAXAIR DISTRIBUTION INC
ATTN: GTS-WELCO, ACCOUNTS RECEIVABLE
953-PRAXAIR DIST MIDATLANTIC
P.O. BOX 382000
PITTSBURGH, PA 15250-8000

As of the petition filing date, the claim is:                                    $407.96
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   TRADE PAYABLE

Last 4 digits of account number                    Is the claim subject to offset?
                                                   [✓] No
                                                   [ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.389** | **Nonpriority creditor's name and mailing address**
PRECISION AIR SYSTEMS INC
ATTN: BODGE
11101 SOUTH CROWN WAY, STE 2
WELLINGTON, FL 33414

**As of the petition filing date, the claim is:** $955.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.390** | **Nonpriority creditor's name and mailing address**
PRECISION DISTRIBUTION CONSULTING INC
150 FARM LANE, STE 200
YORK, PA 17402

**As of the petition filing date, the claim is:** $507.30
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.391** | **Nonpriority creditor's name and mailing address**
PREMIER TRAILERS LLC
2706 LILAC AVE
BLOOMINGTON, CA 92316

**As of the petition filing date, the claim is:** $21,200.80
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.392** | **Nonpriority creditor's name and mailing address**
PRICEWATERHOUSE COOPERS LLP
P.O. BOX 932011
ATLANTA, GA 31193-2011

**As of the petition filing date, the claim is:** $195,271.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **Hollander Sleep Products, LLC**                                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.393**

**Nonpriority creditor's name and mailing address**
PRINTCRAFT CO INC
259 CITY LAKE RD
LEXINGTON, NC 27293

**As of the petition filing date, the claim is:**                                        $159,257.16
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

**3.394**

**Nonpriority creditor's name and mailing address**
PROGISTICS DISTRIBUTION
P.O. BOX 5045
HAYWARD, CA 94540-5045

**As of the petition filing date, the claim is:**                                        $51.43
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

**3.395**

**Nonpriority creditor's name and mailing address**
PROGRESS CONTAINER & DISPLAY
ATTN: MARKHAM
635 PATRICK MILL RD SW
WINDER, GA 30680

**As of the petition filing date, the claim is:**                                        $297,160.19
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

**3.396**

**Nonpriority creditor's name and mailing address**
PROLIFT INDUSTRIAL EQUIPMENT LLC
P.O. BOX 99607
LOUISVILLE, KY 40269-0607

**As of the petition filing date, the claim is:**                                        $13,952.94
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.397** | **Nonpriority creditor's name and mailing address**
PROLOGIS L P
ATTN: LOPEZ, PROPERTY MANAGER
17777 CENTER COURT DR, STE 100
CERRITOS, CA 90703

As of the petition filing date, the claim is:    **$125,960.45**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.398** | **Nonpriority creditor's name and mailing address**
PT HASIL DAMAI TEXTILE
ATTN: KRISTIAN, EXPORT SALES MANAGER
JL CISIRUNG
KM 2.0 BANDUNG 40258
INDONESIA

As of the petition filing date, the claim is:    **$18,753.61**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.399** | **Nonpriority creditor's name and mailing address**
PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

As of the petition filing date, the claim is:    **$637.49**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.400** | **Nonpriority creditor's name and mailing address**
PURE WATER PARTNERS LLC
120 E LAKE ST, STE 207
SANDPOINT, ID 83864

As of the petition filing date, the claim is:    **$1,064.23**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.401**

**Nonpriority creditor's name and mailing address**
PURVIS INDUSTRIES LTD
ATTN: BURTON, AR CONTACT
P.O. BOX 540757
DALLAS, TX 75354-0757

As of the petition filing date, the claim is:                $12,307.71
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.402**

**Nonpriority creditor's name and mailing address**
QINGDAO FUYUAN ARTS & CRAFTS CO LTD
ATTN: CATHY
RM 419 NO 97 FUZHOU SOUTH RD
QINGDAO
CHINA

As of the petition filing date, the claim is:                $994,576.36
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.403**

**Nonpriority creditor's name and mailing address**
QUICK FUEL
2360 LINDBERGH ST
AUBURN, CA 95602

As of the petition filing date, the claim is:                $225.17
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.404**

**Nonpriority creditor's name and mailing address**
R-PAC INTERNATIONAL CORP (DOMESTIC BUYS)
ATTN: WILLIAMS, CS MGR, W COAST SALES
132 WEST 36TH ST
NEW YORK, NY 10018

As of the petition filing date, the claim is:                $35,215.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.405**

**Nonpriority creditor's name and mailing address**
RADIAL
935 1ST AVE
KING OF PRUSSIA, PA 19406

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$439.70

---

**3.406**

**Nonpriority creditor's name and mailing address**
RADISSON HOTEL GROUP
701 CARLSON PKWY
MINNETONKA, MN 55305

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$3,000.00

---

**3.407**

**Nonpriority creditor's name and mailing address**
RAGAN MECHANICAL, INC.
702 W 76TH ST
DAVENPORT, IA 52806

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,864.00

---

**3.408**

**Nonpriority creditor's name and mailing address**
RAPID PALLET
9700 S HARLEM
BRIDGEVIEW, IL 60455

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,427.17

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.409** | **Nonpriority creditor's name and mailing address**
RCI SYSTEMS, LLC
JAN-PRO OF AUGUSTA-AIKEN
105 ROSSMORE PLACE
AUGUSTA

As of the petition filing date, the claim is:    $5,850.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.410** | **Nonpriority creditor's name and mailing address**
RECYCLING EQUIPMENT CORP
831 WEST 5TH ST
LANSDALE, PA 19446

As of the petition filing date, the claim is:    $539.77
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.411** | **Nonpriority creditor's name and mailing address**
REMCO FORWARDING LIMITED
ATTN: FREEDHOFF
5101 ORBITOR DR
MISSISSAUGA, ON L4W 5R8
CANADA

As of the petition filing date, the claim is:    $17,682.33
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.412** | **Nonpriority creditor's name and mailing address**
REPUBLIC SERVICES #175
P.O. BOX 78829
PHOENIX, AZ 85062-8829

As of the petition filing date, the claim is:    $2,037.15
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.413**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $7,866.83

REPUBLIC TRUCK SALES
ATTN: GREEN, A/R CONTACT
P.O. BOX 35650
LOUISVILLE, KY 40232

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.414**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $806.45

RESNAV SOLUTIONS
ATTN: RESOURCE NAVIGATION INC
1377 MAIN ST
WALTHAM, MA 02451

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.415**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $3,368.00

RESTIVO CONTRACTING INC.
ATTN: RAYMOND RESTIVO
4120 OAK CIR
BOCA RATUN, FL 33431

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.416**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $2,245.00

RICK EDWARDS ELECTRIC
P.O. BOX 131
HENDERSON, IL 27536

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.417** **Nonpriority creditor's name and mailing address**
RMR-LOUISVILLE
5041 INDUSTRY RD
LOUISVILLE, KY 40208

As of the petition filing date, the claim is:    $1,253.88
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.418** **Nonpriority creditor's name and mailing address**
ROC TRUCKING INC.
ATTN: BARBARA GARCIA
6902 WOODWORD AVE
BELL, CA 90201

As of the petition filing date, the claim is:    $22,545.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.419** **Nonpriority creditor's name and mailing address**
ROCKWELL CLEAN-UP
5533 HURSTVILLE RD
MAQUOKETA, IA 52060

As of the petition filing date, the claim is:    $4,138.39
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.420** **Nonpriority creditor's name and mailing address**
ROIND HOMETEX CO LTD
3225 E WARM SPRINGS RD
LAS VEGAS, NV 89120

As of the petition filing date, the claim is:    $5,219,185.66
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.421** | **Nonpriority creditor's name and mailing address**
RORY ELECTRIC INC
8115 COMPTON AVE
LOS ANGELES, CA 90001

As of the petition filing date, the claim is:                    $9,509.48
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.422** | **Nonpriority creditor's name and mailing address**
RR DONNELLEY
ATTN: MOORE WALLACE DBA RR DONNELLEY
CORPORATE HEADQUARTERS
LISLE, IL 60532-3630

As of the petition filing date, the claim is:                    $371.23
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.423** | **Nonpriority creditor's name and mailing address**
RSJ INSPECTION HK LIMIITED
ATTN: SAGGI
UNIT 13 16/F ASIA TRADE CENTER
NO 79 LEI MUK RD, HK
CHINA

As of the petition filing date, the claim is:                    $500.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.424** | **Nonpriority creditor's name and mailing address**
RSJ INSPECTION SERVICE PVT LTD
ATTN: CHANDRAN
1174, FIRST FL, SECTOR 10A,
NEAR HERO HODA CHOWNK
GURGAON, 122001
INDIA

As of the petition filing date, the claim is:                    $995.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.425** | **Nonpriority creditor's name and mailing address**
RUSCO PACKAGING INC
P.O. BOX 226685
DALLAS, TX 75222-6685

**As of the petition filing date, the claim is:**    $2,209.11
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.426** | **Nonpriority creditor's name and mailing address**
RYDER TRANSPORTATION SERVICES
P.O. BOX 402366
ATLANTA, GA 30384-2366

**As of the petition filing date, the claim is:**    $9,402.73
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.427** | **Nonpriority creditor's name and mailing address**
SAFEGUARD BUSINESS SYSTEMS INC
ATTN: WHITE, OFFICE MANAGER
P.O. BOX 88043
CHICAGO, IL 60680-1043

**As of the petition filing date, the claim is:**    $70,675.33
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.428** | **Nonpriority creditor's name and mailing address**
SAFEGUARD, DBA INSPIRED RESULTS
15353 SW SEQUOIA PKWY, STE 100
PORTLAND, OR 97224

**As of the petition filing date, the claim is:**    $13,994.64
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.429**  **Nonpriority creditor's name and mailing address**

SAFETY-KLEEN SYSTEMS INC
P.O. BOX 650509
DALLAS, TX 75265-0509

**As of the petition filing date, the claim is:**    $546.67

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

**3.430**  **Nonpriority creditor's name and mailing address**

SAIA MOTOR FREIGHT LINE LLC
ATTN: SAIGE
P.O. BOX 730532
DALLAS, TX 75373-0532

**As of the petition filing date, the claim is:**    $1,536.35

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

**3.431**  **Nonpriority creditor's name and mailing address**

SAL'S PROPANE INC
638 E GAGE AVE
LOS ANGELES, CA 90001-1512

**As of the petition filing date, the claim is:**    $1,846.41

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

**3.432**  **Nonpriority creditor's name and mailing address**

SALESFORCE.COM INC
P.O. BOX 203141
DALLAS, TX 75320-3141

**As of the petition filing date, the claim is:**    $98,667.00

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.433** | **Nonpriority creditor's name and mailing address** | $3,719.50

SANDLER TRAVIS & ROSENBERG P A
P.O. BOX 935173
ATLANTA, GA 31193-5173

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | $2,323.88

SCALE SOUTH INC
ATTN: FRANKLIN, ACCOUNTS RECEIVABLE
P.O. BOX 211480
AUGUSTA, GA 30917-1480

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | $489.25

SCHUYLKILL MEDICAL CENTER
700 E NORWEGIAN ST
POTTSVILLE, PA 17901-2798

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.436** | **Nonpriority creditor's name and mailing address** | $7,450.10

SECURITAS SECURITY SERVICES USA INC
ATTN: YBARRA, CONTACT
FILE 57220
LOS ANGELES, CA 90074-7220

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.437** **Nonpriority creditor's name and mailing address**
SENTINEL CAPITAL PARTNERS LLC
330 MADISON AVE, 27TH FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**    $32,798.87
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.438** **Nonpriority creditor's name and mailing address**
SERFCO TERMITE & PEST CONTROL
1701 S WALTON BLVD
BENTONVILLE, AR 72712

**As of the petition filing date, the claim is:**    $54.75
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.439** **Nonpriority creditor's name and mailing address**
SGS NORTH AMERICA INC
B-15/F NO.900
YISHAN RD XUHUI DISTRICT
SHANGHAI, 200233
CHINA

**As of the petition filing date, the claim is:**    $34,788.79
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.440** **Nonpriority creditor's name and mailing address**
SH&S LTD PARTNERSHIP II LLLP
210 NORTH WALTON BLVD
BENTONVILLE, AR 72712

**As of the petition filing date, the claim is:**    $4,375.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    115 of 147

Debtor Name    **Hollander Sleep Products, LLC**                                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.441**   **Nonpriority creditor's name and mailing address**                                                                                            $0.00
SHANGHAI MAYFT COMPANY LIMITED
ATTN: TONY, STE 2903, 729 PUJIAN RD,
PUDONG
SHANGHAI, 200127
CHINA

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.442**   **Nonpriority creditor's name and mailing address**                                                                                            $0.00
SHANGHAI XINLIAN INDUSTRIAL LIMITED COMPANY
ATTN: LIU
1101, RM B, BLDG 988, DATONG RD
ZHABEI DISTRICT, SHANGHAI CITY
CHINA

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.443**   **Nonpriority creditor's name and mailing address**                                                                                       $1,175.00
SHEMWELL MACHINE WELDING & FABRICATION
ATTN: SHEMWELL, CUSTOMER SERVICE
4322 S DIXIE
HORSE CAVE, KY

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.444**   **Nonpriority creditor's name and mailing address**                                                                                     $410,744.40
SHI INTERNATIONAL
P.O. BOX 952121
DALLAS, TX 75395-2121

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

Debtor Name   **Hollander Sleep Products, LLC**                      Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                          **Amount of claim**

**3.445**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:        $15,801.34
SHOPPA'S MATERIAL HANDLING LTD
ATTN: FLEMING, AR CONTACT                                      [X] Contingent
P.O. BOX 6120274                                              [X] Unliquidated
DALLAS, TX 75261-2027                                         [x] Disputed

                                                              **Basis for the claim:**
**Date or dates debt was incurred**                           TRADE PAYABLE

**Last 4 digits of account number**                           **Is the claim subject to offset?**
                                                              [✓] No
                                                              [ ] Yes

**3.446**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:        $146.85
SHRED-IT USA INC
28883 NETWORK PL                                              [X] Contingent
CHICAGO, IL 60673-1288                                        [X] Unliquidated
                                                              [x] Disputed

                                                              **Basis for the claim:**
**Date or dates debt was incurred**                           TRADE PAYABLE

**Last 4 digits of account number**                           **Is the claim subject to offset?**
                                                              [✓] No
                                                              [ ] Yes

**3.447**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:        $1,829.10
SIGNATURE CLEANING SERVICES, INC.
231 WEST 29TH ST, STE 607                                     [X] Contingent
NEW YORK, NY 10001                                            [X] Unliquidated
                                                              [x] Disputed

                                                              **Basis for the claim:**
**Date or dates debt was incurred**                           TRADE PAYABLE

**Last 4 digits of account number**                           **Is the claim subject to offset?**
                                                              [✓] No
                                                              [ ] Yes

**3.448**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:        $869.82
SJ GRAPHICS CORPORATION
P.O. BOX 2449                                                 [X] Contingent
TOLUCA LAKE, CA 91610-0449                                    [X] Unliquidated
                                                              [x] Disputed

                                                              **Basis for the claim:**
**Date or dates debt was incurred**                           TRADE PAYABLE

**Last 4 digits of account number**                           **Is the claim subject to offset?**
                                                              [✓] No
                                                              [ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.449**  **Nonpriority creditor's name and mailing address**
SKILLSET GROUP
ATTN: LUNA
P.O. BOX 75343
CHICAGO, IL 60675-5343

**As of the petition filing date, the claim is:**    $9,306.81
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.450**  **Nonpriority creditor's name and mailing address**
SKY PARK MAIL LLC
P.O. BOX 308
RENTON, WA 98057

**As of the petition filing date, the claim is:**    $1,464.77
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.451**  **Nonpriority creditor's name and mailing address**
SMITH LEASING CORP
ATTN: GRISWELL, AR CONTACT
P.O. BOX 352
WARRENTON, GA 30828

**As of the petition filing date, the claim is:**    $6,065.16
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.452**  **Nonpriority creditor's name and mailing address**
SOUTH CENTRAL RURAL TELEPHONE INC
P.O. BOX 159
GLASGOW, KY 42142-0159

**As of the petition filing date, the claim is:**    $851.72
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|----|

Amount of claim

**3.453**  **Nonpriority creditor's name and mailing address**

SOUTHEASTERN FREIGHT LINES, INC.
P.O. BOX 100104
COLUMBIA, SC 29202-3104

**As of the petition filing date, the claim is:**                $861.87

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.454**  **Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON
ATTN: BILLING QUESTIONS
P.O. BOX 600
ROSEMEAD, CA 91771-0001

**As of the petition filing date, the claim is:**                $30,436.21

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.455**  **Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA GAS COMPANY
ATTN: ALDO ROJAS
P.O. BOX 30337
LOS ANGELES, CA 90030

**As of the petition filing date, the claim is:**                $269.37

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.456**  **Nonpriority creditor's name and mailing address**

SOUTHERN GRAPHIC SYSTEM LLC
626 WEST MAIN ST, STE 500
LOUISVILLE, KY 40202

**As of the petition filing date, the claim is:**                $1,430.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                119 of 147

Debtor Name     **Hollander Sleep Products, LLC**            Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.457** **Nonpriority creditor's name and mailing address**
SOUTHERN REGIONAL JOINT BOARD
ATTN: UNITE SOUTHERN REG JOINT BOARD
ATTN: LOVONNE CHAPMAN
UNION CITY, GA 30291

**As of the petition filing date, the claim is:**        $1,151.31
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.458** **Nonpriority creditor's name and mailing address**
SOUTHWEST IDEALEASE
ATTN: BURTON, AR CONTACT
3722 IRVING BLVD
DALLAS, TX 75247

**As of the petition filing date, the claim is:**        $4,637.31
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.459** **Nonpriority creditor's name and mailing address**
SOUTHWEST MOBILE STORAGE
ATTN: PEEBLES, AR CONTACT
9551 LUCAS RANCH RD
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**        $8,221.50
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.460** **Nonpriority creditor's name and mailing address**
SOUTHWEST REGION
P.O. BOX 541748
DALLAS, TX 75354-1748

**As of the petition filing date, the claim is:**        $7,448.10
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.461**    **Nonpriority creditor's name and mailing address**
SPACIOS A DESIGN GROUP
7370 NW 36TH AVE
MIAMI, FL 33147

As of the petition filing date, the claim is:                    $6,300.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.462**    **Nonpriority creditor's name and mailing address**
SPAN AMERICA
ATTN: JACKSON
70 COMMERCE CENTER
GREENVILLE, SC 29615

As of the petition filing date, the claim is:                    $1,020,266.87
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.463**    **Nonpriority creditor's name and mailing address**
SPARKLETTS AND SIERRA SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

As of the petition filing date, the claim is:                    $302.30
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.464**    **Nonpriority creditor's name and mailing address**
SPECTAPE
CONCOTE CORPORATION
P.O. BOX 679038
DALLAS, TX 75267

As of the petition filing date, the claim is:                    $20,535.80
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.465** Nonpriority creditor's name and mailing address

SPIEGEL FAMILY REALTY CO IOWA LLC
P.O. BOX 50
PEOSTA, IA 52068

As of the petition filing date, the claim is:                                   $21,615.16

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.466** Nonpriority creditor's name and mailing address

SPRING AIR INTERNATIONAL LLC
70 EVERETT AVE, STE 507
CHELSEA, MA 02150

As of the petition filing date, the claim is:                                   $42.93

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.467** Nonpriority creditor's name and mailing address

SRYGLER TRUCKING INC
6050 S DIXIE HWY
HORSE CAVE, KY 42749

As of the petition filing date, the claim is:                                   $10,466.64

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.468** Nonpriority creditor's name and mailing address

STAFFORD NUT & BOLT
ATTN: SEABORN
1370 REYNOLDS ST
AUGUSTA, GA 30901-1027

As of the petition filing date, the claim is:                                   $514.25

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.469**  **Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
DEPT ATL
P.O. BOX 405386
ATLANTA, GA 30384-5386

**As of the petition filing date, the claim is:**    $3,624.32

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.470**  **Nonpriority creditor's name and mailing address**

STAPLES CREDIT PLAN
DEPT 51 - 7862411708
P.O. BOX 78004
PHOENIX, AZ 85062-8004

**As of the petition filing date, the claim is:**    $420.32

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.471**  **Nonpriority creditor's name and mailing address**

STATE GRAPHICS
468 DIENS DR
WHEELING, IL 60090

**As of the petition filing date, the claim is:**    $63,299.80

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.472**  **Nonpriority creditor's name and mailing address**

STEIN FIBERS (IMPORT)
4 COMPUTER DR W
ALBANY, NY 12205

**As of the petition filing date, the claim is:**    ($16,460.22)

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.473**   **Nonpriority creditor's name and mailing address**
STEIN FIBERS LTD
ATTN: SPRAGUE, SALES
P.O. BOX 714522
CINCINNATI, OH 45271-4522

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $876,670.76
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.474**   **Nonpriority creditor's name and mailing address**
STEPHEN DECUBELLIS (1099)

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $8,000.00
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.475**   **Nonpriority creditor's name and mailing address**
STEVIE D LAMPP

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $645.00
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.476**   **Nonpriority creditor's name and mailing address**
STRANDS TEXTILE MILLS PVT LTD
ATTN: SHARMA
PLOT 3 270-271 SECTOR 4
GANDHIDHAM GUJA, 370230
INDIA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $252,915.75
[X] Contingent
[X] Unliquidated
[x] Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.477**   **Nonpriority creditor's name and mailing address**

SUCCESSFACTORS INC
P.O. BOX 89 4642
LOS ANGELES, CA 90189-4642

**As of the petition filing date, the claim is:**                    $26,350.31

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.478**   **Nonpriority creditor's name and mailing address**

SUMMER ENERGY
P.O. BOX 660938
DALLAS, TX 75266-0938

**As of the petition filing date, the claim is:**                    $7,870.97

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.479**   **Nonpriority creditor's name and mailing address**

SUN FIBER SALES LLC
ATTN: CLINTON, AR CONTACT
ROSENTHAL & ROSENTHAL INC
P.O. BOX 88926
CHICAGO, IL 60695-1926

**As of the petition filing date, the claim is:**                    $2,205,997.81

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.480**   **Nonpriority creditor's name and mailing address**

SUNBELT RENTALS INC
P.O. BOX 409211
ATLANTA, GA 30384-9211

**As of the petition filing date, the claim is:**                    $1,626.65

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.481**  **Nonpriority creditor's name and mailing address**
SUNNY SEWING MACHINE INC
ATTN: HALLUM
1119 QUAKER ST
DALLAS, TX 75207

**As of the petition filing date, the claim is:**    $4,098.41
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**3.482**  **Nonpriority creditor's name and mailing address**
SUPERIOR BEARING CO INC
P.O. BOX 911035
LOS ANGELES, CA 90091-1035

**As of the petition filing date, the claim is:**    $27,251.39
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**3.483**  **Nonpriority creditor's name and mailing address**
SUPERIOR BROKERAGE SERVICES
ATTN: GUSTINE
SBS INTERNATIONAL, INC
1700 WYNNE AVE
ST PAUL, MN 55108

**As of the petition filing date, the claim is:**    $2,208.45
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**3.484**  **Nonpriority creditor's name and mailing address**
SUPERIOR LEASING INC
589 EAST 56TH ST
BROOKLYN, NY 11203

**As of the petition filing date, the claim is:**    $742.00
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.485** | **Nonpriority creditor's name and mailing address**
SUPERIOR ONSITE HEALTH SOLUTIONS
P.O. BOX 1156
VERNON, NJ 07462

**As of the petition filing date, the claim is:**    $2,118.36
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.486** | **Nonpriority creditor's name and mailing address**
TERMINIX PROCESSING CENTER
P.O. BOX 742592
CINCINNATI, OH 45274-2592

**As of the petition filing date, the claim is:**    $1,830.10
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.487** | **Nonpriority creditor's name and mailing address**
TERRA POLYESTER S A DE C V
ATTN: HANDAL, OWNER
IMC-SAP DEPT 107
7801 NW 37TH ST
DORAL, FL 33166

**As of the petition filing date, the claim is:**    $26,537.24
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.488** | **Nonpriority creditor's name and mailing address**
TERREMARK NORTH AMERICA
2 BISCAYNE BLVD, STE 2800
MIAMI, FL 33131

**As of the petition filing date, the claim is:**    $2,466.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.489** Nonpriority creditor's name and mailing address
TEXTILES MACHINE
ATTN: POWERS
P.O. BOX 1694
THOMSON, GA 30824

As of the petition filing date, the claim is: $1,345.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.490** Nonpriority creditor's name and mailing address
TGF MANAGEMENT
111 CONGRESS AVE, STE 2900
AUSTIN, TX 78701

As of the petition filing date, the claim is: $70,166.27

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.491** Nonpriority creditor's name and mailing address
THE FOX COMPANY
ATTN: PARKER, AR CONTACT
JOHN E FOX INC
CHARLOTTE, NC 28208

As of the petition filing date, the claim is: $19,488.75

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.492** Nonpriority creditor's name and mailing address
THE M A PATTERSON CO
530 S NOLEN DR
SOUTHLAKE, TX 76092

As of the petition filing date, the claim is: $8,842.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                  Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

|  | **Amount of claim** |

**3.493** Nonpriority creditor's name and mailing address
THE MIRAZON GROUP
ATTN: BOREN
1640 LYNDON FARM COURT, STE 102
LOUISVILLE, KY 40223

As of the petition filing date, the claim is:        $1,613.35
[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.494** Nonpriority creditor's name and mailing address
THE SALES EXCHANGE
145 BLACKBURN ST
P.O. BOX 887
YORK, SC 29745

As of the petition filing date, the claim is:        $7,500.00
[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.495** Nonpriority creditor's name and mailing address
THE SEA FEATHER LIMITED COMPANY OF LUAN
ATTN: BIAN
EAST GAOCHENG RD
ECON TECHDEVT AREA, ANHUI, LUAN 237161
CHINA

As of the petition filing date, the claim is:        $1,148,892.55
[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.496** Nonpriority creditor's name and mailing address
THORNTON BROTHERS INC
ATTN: THORNTON BROTHERS PAPER CO INC
150 OLYMPIC PL
ATHENS, GA 30601

As of the petition filing date, the claim is:        $761.56
[X] Contingent
[X] Unliquidated
[x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

---

**3.497**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,034.04
TICKET TO RIDE
ATTN: BURTON
11520 COMMONWEALTH DR
LOUISVILLE, KY 40299

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        [✓] No
                                                        [ ] Yes

---

**3.498**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $6,808.75
TIER POINT LLC
12444 POWERSCOURT DR, STE 450
ST LOUIS, MO 63131

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        [✓] No
                                                        [ ] Yes

---

**3.499**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $116.29
TIME WARNER CABLE
ATTN: TIME WARNER CABLE OF NYC
P.O. BOX 70872
CHARLOTTE, NC 28272-0872

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        [✓] No
                                                        [ ] Yes

---

**3.500**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,400.00
TITAN TRANSFER INC
ATTN: FLETCHER
PTI LOGISTICS
2237 KOETTER DR
CLARKSVILLE, IN 47129

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        [✓] No
                                                        [ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.501**  **Nonpriority creditor's name and mailing address**

TL COOK ELECTRIC, LLC
3209 CENTURY DR
ROWLETT, TX 75088

**As of the petition filing date, the claim is:**    $29,035.72

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.502**  **Nonpriority creditor's name and mailing address**

TOCOR INC
ATTN: KEITH, A/R CONTACT
2425 MELVER LANE, STE 120
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**    $833.58

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.503**  **Nonpriority creditor's name and mailing address**

TOPOCEAN CONSOLIDATION SERVICES
ATTN: WONG
99 W HAWTHORNE AVE, STE 604
VALLEY STREAM, NY 11580

**As of the petition filing date, the claim is:**    $1,924,219.39

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.504**  **Nonpriority creditor's name and mailing address**

TORRANCE LOCK & SECURITY
ATTN: MORRIS, CONTACT
2421 TORRANCE BLVD
TORRANCE, CA 90501

**As of the petition filing date, the claim is:**    $652.15

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

|  | | **Amount of claim** |
|--|--|--|

**3.505**

**Nonpriority creditor's name and mailing address**
TOTAL EXTERMINATING
13941 RAMONA AVE, STE J
CHINO, CA 91710

As of the petition filing date, the claim is:                    $165.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.506**

**Nonpriority creditor's name and mailing address**
TOYOTA FORKLIFTS OF ATLANTA
P.O. BOX 934134
ATLANTA, GA 31193-4134

As of the petition filing date, the claim is:                    $6,698.35

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.507**

**Nonpriority creditor's name and mailing address**
TOYOTA INDUSTRIES COMMERCIAL FINANCE INC
ATTN: TOYOTA FINANCIAL SERVICES
P.O. BOX 660926
DALLAS, TX 75266-0926

As of the petition filing date, the claim is:                    $160,270.69

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.508**

**Nonpriority creditor's name and mailing address**
TOYOTA-LIFT OF LOS ANGELES
12907 IMPERIAL HWY
SANTA FE SPRING, CA 90670

As of the petition filing date, the claim is:                    $4,713.47

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.509** | **Nonpriority creditor's name and mailing address**
TRANSPLY INC
ATTN: CRONE, AR CONTACT
P.O. BOX 7727
YORK, PA 17404-7727

**As of the petition filing date, the claim is:**                      $89.97
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.510** | **Nonpriority creditor's name and mailing address**
TRAVELERS   (INSURANCE HHF)
C/O BANK OF AMERICA
CHICAGO, IL 60693-1287

**As of the petition filing date, the claim is:**                      $581.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.511** | **Nonpriority creditor's name and mailing address**
TREXLER COMPRESSOR SALES & SERVICE INC
ATTN: BOWERS, AR CONTACT
12643 E EMMENS WAY
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**                      $6,353.47
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.512** | **Nonpriority creditor's name and mailing address**
TRIFECTA RESEARCH GROUP LLC
ATTN: ROBERTS
33 COXE AVE, #1016
ASHVILLE, NC 28802

**As of the petition filing date, the claim is:**                      $26,995.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.513** Nonpriority creditor's name and mailing address
UGI CENTRAL PENN GAS INC
P.O. BOX 15426
WILMINGTON, DE 19886-5426

As of the petition filing date, the claim is:                     $10,889.71
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.514** Nonpriority creditor's name and mailing address
UGI ENERGY SERVICES INC
P.O. BOX 827032
PHILADELPHIA, PA 19182

As of the petition filing date, the claim is:                     $33.49
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.515** Nonpriority creditor's name and mailing address
UL VERIFICATION SERVICES INC
62045 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0620

As of the petition filing date, the claim is:                     $915.00
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.516** Nonpriority creditor's name and mailing address
ULINE
BOX 3500
RPO STSVILLE
MISSISSAUGA, ON L5M 0S8
CANADA

As of the petition filing date, the claim is:                     $13,344.85
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.517** Nonpriority creditor's name and mailing address

UNIFIRST CORPORATION
1409 PERSON ST
DURHAM, NC 27703

As of the petition filing date, the claim is:    $4,992.81

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.518** Nonpriority creditor's name and mailing address

UNITED MID ATLANTIC REGION
ATTN: PATRICK FORTH
5735 INDUSTRY LANE
FREDERICK, MD 21704

As of the petition filing date, the claim is:    $5,617.96

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.519** Nonpriority creditor's name and mailing address

UNIVERSAL SEWING SUPPLY
ATTN: ROJAS, AR CONTACT
1011 EAST PARK INDUST DR
ST LOUIS, MO 63130

As of the petition filing date, the claim is:    $16,236.74

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.520** Nonpriority creditor's name and mailing address

UNWRAPPED INC
95 ROCK ST
LOWELL, MA 01854

As of the petition filing date, the claim is:    $15,103.80

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.521**  **Nonpriority creditor's name and mailing address**
US CBP
1300 PENNSYLVANIA AVE NW
WASHINGTON, DC 20229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$519,269.73

**3.522**  **Nonpriority creditor's name and mailing address**
US HEALTHWORKS MEDICAL GROUP PC
P.O. BOX 50042
LOS ANGELES, CA 90074

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$91.00

**3.523**  **Nonpriority creditor's name and mailing address**
US TELECENTERS
10 GRANITE ST
QUINCY, MA 02169

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$69,524.75

**3.524**  **Nonpriority creditor's name and mailing address**
UV XPRESS FREIGHT LLC
ATTN: URBINA, ACCOUNTS RECEIVABLE
9505 MINES RD, STE 116 PMB 195
LAREDO, TX 78045

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$18,900.00

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    136 of 147

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.525** | **Nonpriority creditor's name and mailing address**
VALDESE PACKAGING & LABEL INC
ATTN: RAYNOR, SR. ACCOUNT EXECUTIVE
P.O. BOX 1215
302 ST GERMAINE ST
VALDESE, NC 28690

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $135.29
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.526** | **Nonpriority creditor's name and mailing address**
VANGUARD ENVIRONMENTAL INC
4800 W QUINCY, STE 101
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $5,523.91
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.527** | **Nonpriority creditor's name and mailing address**
VERIZON    (HHF ALBANY NY)
P.O. BOX 15124
ALBANY, NY 12212-5124

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $241.94
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.528** | **Nonpriority creditor's name and mailing address**
VERIZON    (PA)
ATTN: VERIZON
P.O. BOX 28000
LEHIGH VLY, PA 18002-8000

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $35,630.29
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.529** | **Nonpriority creditor's name and mailing address**
VERIZON WIRELESS   (EFT)
P.O. BOX 660108
DALLAS, TX 75266-0108

**As of the petition filing date, the claim is:**    $9,132.05
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.530** | **Nonpriority creditor's name and mailing address**
W STUDIO USA LLC
ATTN: WONG
5 BOWLING GREEN PKWY, STE A160
LAKE HOPATCONG, NJ 07849

**As of the petition filing date, the claim is:**    $1,281.00
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.531** | **Nonpriority creditor's name and mailing address**
WAGNER INDUSTRIES INC
2 STARTER DR
FRACKVILLE, PA 17931

**As of the petition filing date, the claim is:**    $1,283.40
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.532** | **Nonpriority creditor's name and mailing address**
WASTE CONNECTIONS
3 WATERWAY SQUARE PL, STE 110
THE WOODLANDS, TX 77380

**As of the petition filing date, the claim is:**    $665.69
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name     **Hollander Sleep Products, LLC**                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

|  | **Amount of claim** |

**3.533** **Nonpriority creditor's name and mailing address**
WASTE INDUSTRIES, INC.
P.O. BOX 791519
BALTIMORE, MD 21279-1519

**As of the petition filing date, the claim is:**                    **$3,411.79**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.534** **Nonpriority creditor's name and mailing address**
WASTE MANAGEMENT OF CENTRAL PA
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

**As of the petition filing date, the claim is:**                    **$21,609.80**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.535** **Nonpriority creditor's name and mailing address**
WATERLOGIC USA INC
77 MCCULLOUGH DR, STE 9
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:**                    **$1,484.00**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.536** **Nonpriority creditor's name and mailing address**
WAXIE SANITARY SUPPLY
P.O. BOX 748802
LOS ANGELES, CA 90074-8002

**As of the petition filing date, the claim is:**                    **$539.87**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          139 of 147

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.537** | **Nonpriority creditor's name and mailing address**
WEBTRANS LOGISTICS, INC.
2760 E EL PRESIDIO ST
CARSON, CA 90810

As of the petition filing date, the claim is:    $905.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.538** | **Nonpriority creditor's name and mailing address**
WEST END PRECISION INC
196 SOUTH TREMONT ST
TREMONT, PA 17981

As of the petition filing date, the claim is:    $1,254.00

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.539** | **Nonpriority creditor's name and mailing address**
WEST-PAK EQUIPMENT CO INC
254 WEST 36TH ST
BOISE, ID 83714

As of the petition filing date, the claim is:    $1,737.05

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.540** | **Nonpriority creditor's name and mailing address**
WESTERN FIRST AID & SAFETY
5360 COLLEGE BLVD
OVERLAND PARK, KS 66211

As of the petition filing date, the claim is:    $2,328.19

[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.541** | Nonpriority creditor's name and mailing address
WESTERN STATES REGIONAL JOINT BOARD
ATTN: UNITE - WESTERN STATES
920 SOUTH ALVARADO ST
LOS ANGELES, CA 90006-3008

As of the petition filing date, the claim is:    $4,046.57
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.542** | Nonpriority creditor's name and mailing address
WESTROCK COMPANY
ATTN: MORONTA, AR CONTACT
P.O. BOX 409813
ATLANTA, GA 30384-9813

As of the petition filing date, the claim is:    $38,144.00
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.543** | Nonpriority creditor's name and mailing address
WGSN, INC
25 WEST 39TH ST - 14TH FL
NEW YORK, NY 10018

As of the petition filing date, the claim is:    $19,696.42
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.544** | Nonpriority creditor's name and mailing address
WILEY LANDSCAPING INC
5690 RIGGINS CT
RENO, NV 89502

As of the petition filing date, the claim is:    $600.00
[X] Contingent
[X] Unliquidated
[x] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.545** Nonpriority creditor's name and mailing address

WILLIAM PEARSON JENKS

**As of the petition filing date, the claim is:**     $27,300.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.546** Nonpriority creditor's name and mailing address

WILLIAMS SEWER & DRAIN INC
887 STAGECOACH RD NE
THOMSON, GA 30824

**As of the petition filing date, the claim is:**     $388.93

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.547** Nonpriority creditor's name and mailing address

WOODCREEK HOLDINGS LLC
ATTN: THOMAS
20109 WILDCAT RUN DR
ESTERO, FL 33928

**As of the petition filing date, the claim is:**     $7,000.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.548** Nonpriority creditor's name and mailing address

WORKWELL LLC
164 PRIMROSE CT
LONGMONT, CO 80501

**As of the petition filing date, the claim is:**     $170.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.549** Nonpriority creditor's name and mailing address
WUHU FINE TEXTILE INTERNATIONAL TRADING CO, LTD.
ATTN: WAN
321 JINGXI RD
WANZHI TOWN
CHINA

As of the petition filing date, the claim is:                $2,440,138.03
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.550** Nonpriority creditor's name and mailing address
WUJIANG CITY XINYI TEXTILE CO LTD
ATTN: CHEN
DAXIE VILLAGE BALI SHENGZE
(SOUTH RING RD 3), JIANGSU
CHINA

As of the petition filing date, the claim is:                $1,686,936.53
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.551** Nonpriority creditor's name and mailing address
WUXI BEST LINK APPAREL LIMITED COMPANY
ATTN: ZHOU
ROOM 301, BLDG 15
WUXI, JING KE GUANG TIAN XIA
CHINA

As of the petition filing date, the claim is:                $1,040.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.552** Nonpriority creditor's name and mailing address
WUXI JIELONG TEXTILE CO LTD
ATTN: XIE
SHUANG MIAO ECONOMIC & DEVELOPMENT ZONE
WUXI, JIANGSU
CHINA

As of the petition filing date, the claim is:                $1,951,716.30
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name      Hollander Sleep Products, LLC                          Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.553** Nonpriority creditor's name and mailing address
WUXI LUOSHE PRINTING & DYEING CO LTD
ATTN: JANE NIU
90E ZHONGXING RD
LUOSHE TOWN, WUXI
CHINA

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

$46,340.65

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

**3.554** Nonpriority creditor's name and mailing address
WUXI YINXIN PRINTING CO LTD
ATTN: MA
QIAN LANE, LUOSHE TOWN
WUXI CITY, JIANGSU PROVINCE
CHINA

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

$633,341.88

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

**3.555** Nonpriority creditor's name and mailing address
XRITE INC
4300 44TH ST SE
GRAND RAPIDS, MI 49512

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

$1,144.90

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

**3.556** Nonpriority creditor's name and mailing address
XTRA LEASE LLC
ATTN: XTRA LEASE
P.O. BOX 219562
KANSAS CITY, MO 64121-9562

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

$820.00

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Debtor Name    **Hollander Sleep Products, LLC**    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.557**  **Nonpriority creditor's name and mailing address**
YRC FREIGHT (RDWY)
ATTN: YELLOW TRANSPORTATION INC
P.O. BOX 93151
CHICAGO, IL 60673-3151

As of the petition filing date, the claim is:                          $3,649.93
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.558**  **Nonpriority creditor's name and mailing address**
ZHEJIANG HENGDI BEDDING CO LTD
ATTN: TERRY WANG
NO 168 HEBEILOU FULOU VILLAGE
XINTANG ST, HANGZHOU
CHINA

As of the petition filing date, the claim is:                          $503,852.26
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.559**  **Nonpriority creditor's name and mailing address**
ZHEJIANG LIUQIAO HOME TEXTILE
ATTN: ZHU
XINFENG VILLAGE-XINGTANG ST
ZHEJIANG, HANGZHOU, 311201
CHINA

As of the petition filing date, the claim is:                          $2,727,628.06
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.560**  **Nonpriority creditor's name and mailing address**
ZHEJIANG LIUQIAO INDUSTRIAL CO. LTD
ATTN: SHENG
288 DONGKANG RD, XIAOSHAN DISTR
ZHEJIANG, HANGZHOU 311201
ZHEJIANG, HANGZHOU 311201

As of the petition filing date, the claim is:                          $324,720.00
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name     **Hollander Sleep Products, LLC**                                    Case number (if known): **19-11608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.561** | **Nonpriority creditor's name and mailing address**
ZHEJIANG SAIFANG TEXTILE TECHNOLOGY CO LTD
ATTN: TANG
SANTOU CUN INDUSTRIAL PARK
ZHEJIANG, DAICUN TOWN, HANGZHOU
CHINA

As of the petition filing date, the claim is: $319,687.72
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.562** | **Nonpriority creditor's name and mailing address**
ZHEJIANG WANXIANG BEDDING CO LTD
ATTN: XU
WULIAN XINTANG XIAOSGAN HANGZHOU
ZHEJIANG
CHINA

As of the petition filing date, the claim is: $178,076.50
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.563** | **Nonpriority creditor's name and mailing address**
ZIMS BAGGING COMPANY
ATTN: NOLAN, A/R CONTACT
P.O. BOX 455
KENOVA, WV 25530

As of the petition filing date, the claim is: $49,050.75
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name      **Hollander Sleep Products, LLC**                          Case number (if known): **19-11608**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**

| $297,136.81 |
|---|
| + Undetermined Amounts |

**5b. Total claims from Part 2**

| $62,879,611.36 |
|---|

**5c. Total claims of Parts 1 and 2**
Lines 5a + 5b = 5c

| $63,176,748.17 |
|---|
| + Undetermined Amounts |

| Debtor Name | **Hollander Sleep Products, LLC** |
| --- | --- |
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **19-11608** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
| --- | --- | --- | --- |
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | LEASE<br>LOUISVILLE PLANT | 10401 BUNSEN WAY, LLC<br>C/O COLUMBUS NOVA<br>200 SOUTH TRYON ST, STE 1700<br>CHARLOTTE, NC 28202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | LEASE<br>LOUISVILLE PLANT | 10401 BUNSEN WAY, LLC<br>C/O COLUMBUS NOVA<br>200 SOUTH TRYON ST, STE 1700<br>CHARLOTTE, NC 28202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | LEASE<br>NY SHOWROOM | 440 REALTY ASSOCIATES<br>116 EAST 27TH ST<br>NEW YORK, NY 10016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | LEASE<br>MUNFORDVILLE PLANT | 660 NATIONAL TURNPIKE, LLC<br>C/O COLUMBUS NOVA<br>200 SOUTH TRYON ST, STE 1700<br>CHARLOTTE, NC 28202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS PROCESS AND<br>IT OUTSOURCING SERVICES | AUXIS MANAGED SOLUTIONS, LLC<br>ATTN: RAUL A. VEGA<br>7901 SW 6TH CT<br>PLANTATION, FL 33324 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    Hollander Sleep Products, LLC                    Case number (if known): **19-11608**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest — CHANGE ORDER | AUXIS MANAGED SOLUTIONS, LLC<br>ATTN: RAUL A. VEGA<br>7901 SW 6TH CT<br>PLANTATION, FL 33324 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest — SOW #1 | AUXIS MANAGED SOLUTIONS, LLC<br>ATTN: RAUL A. VEGA<br>7901 SW 6TH CT<br>PLANTATION, FL 33324 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest — CHANGE ORDER #50 | AUXIS MANAGED SOLUTIONS, LLC<br>ATTN: RAUL A. VEGA<br>7901 SW 6TH CT<br>PLANTATION, FL 33324 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest — SERVICES | AVALARA<br>100 RAVINE LN NE, STE 220<br>BAINBRIDGE ISLAND, WA 98110 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest — SUPPLY | AVENDRA, LLC<br>ATTN: DEEPAK MURALEEDHARAN<br>540 GAITHER RD, STE 200<br>ROCKVILLE, MD 20850 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT AMENDMENT #5 | CALVIN KLEIN, INC.<br>205 WEST 39TH ST<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor Name     Hollander Sleep Products, LLC                    Case number (if known): **19-11608**

<table>
<tr><td colspan="2">■  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.12** State what the contract or lease is for and the nature of the debtor's interest | **OFFICE EQUIPMENT LEASE SCHEDULE 5** | **CANON SOLUTIONS AMERICA ONE CANON PARK MELVILLE, NY 11747** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | **OFFICE EQUIPMENT LEASE SCHEDULE 6** | **CANON SOLUTIONS AMERICA ONE CANON PARK MELVILLE, NY 11747** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest | **OFFICE EQUIPMENT LEASE SCHEDULE 7** | **CANON SOLUTIONS AMERICA ONE CANON PARK MELVILLE, NY 11747** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest | **PAYROLL SERVICES AGREEMENT** | **CERTIPAY AMERICA, LLC 130 BATES AVE SW WINTER HAVEN, FL 33880** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest | **PAYROLL SERVICES AGREEMENT ADDENDUM** | **CERTIPAY AMERICA, LLC 130 BATES AVE SW WINTER HAVEN, FL 33880** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest | **LEASE MITEL PHONE SYSTEM** | **CIT BANK 10201 CENTURION PKWY N, STE 100 JACKSONVILLE, FL 32256** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor Name    Hollander Sleep Products, LLC                                    Case number (if known): **19-11608**

███████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLY AND LICENSE AGREEMENT** | COCONA INC.<br>ATTN: SERINE STEINNES<br>5480 VALMONT RD, STE 300<br>BOULDER, CO 80301 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE** | CONCUR TECHNOLOGIES, INC.<br>18400 NE UNION HILL RD<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE** | CTMI<br>12720 HILLCREST RD, STE 1010<br>DALLAS, TX 75230 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **PAYMENT SOLUTIONS AGREEMENT** | CYBERSOURCE CORPORATION<br>P.O. BOX 8999<br>SAN FRANCISCO, CA 94128 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE AGREEMENT** | DAVID P. SIDES<br>1700 INDIGO ISLAND DR<br>HANAHAN, SC 29410 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **DEFERRED COMPENSATION AGREEMENT** | DAVID P. SIDES<br>1700 INDIGO ISLAND DR<br>HANAHAN, SC 29410 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Hollander Sleep Products, LLC**                      Case number (if known): **19-11608**

<hr>

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES | DISCOVERY BENEFITS, INC. |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE<br>TRADEMARK | DREAMWELL, LTD.<br>2215-B RENAISSANCE DR, STE 12<br>LAS VEGAS, NV 89119 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE<br>TRADEMARK – AMENDMENT #4 | DREAMWELL, LTD.<br>2215-B RENAISSANCE DR, STE 12<br>LAS VEGAS, NV 89119 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE<br>TRADEMARK – AMENDMENT #3 | DREAMWELL, LTD.<br>2215-B RENAISSANCE DR, STE 12<br>LAS VEGAS, NV 89119 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | LEASE<br>LOUISVILLE WHSE | EARLEY LP<br>D/B/A EFP PARTNERS-1, LTD<br>P.O. BOX 1492<br>LOUISVILLE, KY 40201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING | EFP PARTNERS-1, LTD<br>P.O. BOX 1492<br>LOUISVILLE, KY 40201 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name      Hollander Sleep Products, LLC                                    Case number (if known): **19-11608**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | LEASE POTTSVILLE PLANT | EXETER 25 KEYSTONE, LLC 101 WEST ELM ST, STE 600 CONSHOHOCKEN, PA 19428 |
| | State the term remaining List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE | HYG FINANCIAL SERVICES, INC. 5000 RIVERSIDE DR, STE 300 E IRVING, TX  75039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE | HYG FINANCIAL SERVICES, INC. 5000 RIVERSIDE DR, STE 300 E IRVING, TX  75039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | CAPITAL LEASE | IBM CREDIT LLC 7100 HIGHLANDS PKWY SMYRNA, GA 30082 |
| | State the term remaining List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | LEASE SKOKIE SALES OFFICE | IMPERIAL REALTY COMPANY AS AGENT FOR THE KLAIRMONT FAMILY LLC 4747 WEST PETERSEN AVE, STE 200 CHICAGO, IL 60646 |
| | State the term remaining List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES | INFOARMOR, INC. 7001 N. SCOTTSDALE RD SCOTTSDALE, AZ 85253 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    Hollander Sleep Products, LLC                                   Case number (if known): **19-11608**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AND SERVICE AGREEMENT** | **INFORMATICA LLC**<br>**2100 SEAPORT BLVD**<br>**REDWOOD CITY, CA 94063** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLY AGREEMENT** | **KAPSTONE CONTAINER CORP**<br>**1101 SKOKIE BLVD, STE 300**<br>**NORTHBROOK, IL 60062** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**THOMSON** | **LEX THOMSON LP**<br>**C/O LEXINGTON REALTY TRUST**<br>**ATTN: GENERAL COUNSEL**<br>**ONE PENN PLZ, STE 4015**<br>**NEW YORK, NY 10119** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**GRAND PRAIRIE** | **LIBERTY PROPERTY LP**<br>**650 EAST SWEDESFORD RD, STE 400**<br>**WAYNE, PA 19087** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | **CREDIT AGREEMENT** | **MAERSK AGENCY U.S.A., INC.** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**BOCA CORP HQ** | **MAINSTREET CV NORTH 40, LLC**<br>**C/O MAINSTREET REAL ESTATE SERVICES INC.**<br>**2101 WEST COMMERCIAL BLVD, STE 1200**<br>**FORT LAUDERDALE, FL 33309** |
|  | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    Hollander Sleep Products, LLC    Case number (if known): **19-11608**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | LEASE<br>PICO BEDDING | MAJESTIC/AMB PICO RIVERA ASSOCIATES, LLC<br>13191 CROSSROADS PKWY N, 6TH FL<br>CITY OF INDUSTRY, CA 91746 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | INVESTMENT AND ADMINISTRATIVE SERVICES | MERCER INVESTMENT MANAGEMENT, INC.<br>90 HIGH ST<br>BOSTON, MA 02110 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | COLLECTIVE BARGAINING AGREEMENT | MID-ATLANTIC JOINT BOARD OF WORKERS UNITED<br>5735 INDUSTRY LN, BLDG C, STE 101<br>FREDERICK, MD 21704 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE | NATIONWIDE LIFT TRUCKS, INC.<br>3900 NORTH 28TH TERRACE<br>HOLLYWOOD, FL 33020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT<br>AMENDMENT #2 | NAUTICA APPAREL, INC.<br>ATTN: LICENSING PRESIDENT/GENERAL COUNSEL<br>40 WEST 57TH ST<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | NAUTICA APPAREL, INC.<br>ATTN: LICENSING PRESIDENT/GENERAL COUNSEL<br>40 WEST 57TH ST<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name        Hollander Sleep Products, LLC                    Case number (if known): **19-11608**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AND SERVICE AGREEMENT DATABASE ULA** | **ORACLE AMERICA, INC.**<br>**500 ORACLE PKWY**<br>**REDWOOD SHORES, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AND SERVICE AGREEMENT DATABASE RAC** | **ORACLE AMERICA, INC.**<br>**500 ORACLE PKWY**<br>**REDWOOD SHORES, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | **SOFTWARE UPDATE LICENSE AND SUPPORT ULA** | **ORACLE AMERICA, INC.**<br>**500 ORACLE PKWY**<br>**REDWOOD SHORES, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | **SOFTWARE UPDATE LICENSE AND SUPPORT RAC** | **ORACLE AMERICA, INC.**<br>**500 ORACLE PKWY**<br>**REDWOOD SHORES, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | **SOFTWARE UPDATE LICENSE AND SUPPORT BUSINESS APPS** | **ORACLE AMERICA, INC.**<br>**500 ORACLE PKWY**<br>**REDWOOD SHORES, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AND SERVICE AGREEMENT BUSINESS APPLICATIONS** | **ORACLE AMERICA, INC.**<br>**500 ORACLE PKWY**<br>**REDWOOD SHORES, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name        Hollander Sleep Products, LLC                                Case number (if known): **19-11608**

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND SERVICE AGREEMENT DATABASE ULA AMENDMENT #1 | ORACLE AMERICA, INC. 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | STOCK PURCHASE AGREEMENT | PACIFIC COAST FEATHER COMPANY EACH OF THE SHAREHOLDERS OF PACIFIC COAST FEATHER COMPANY AS SELLERS JOSEPH T. CRAWFORD AS SELLERS REPRESENTATIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | LEASE COMPTON | PROLOGIS LP 17777 CENTER COURT DR N, STE 100 CERRITOS, CA 90703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | SEPARATION AGREEMENT | RAFAEL RODRIQUEZ 10876 KING BAY DR BOCA RATON, FL 33498 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT | RAFAEL RODRIQUEZ 10876 KING BAY DR BOCA RATON, FL 33498 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | LEASE MAQUOKETA PLANT | ROYAL OAK ACQUISITIONS LLC 600 EAST AVE, STE 200 ROCHESTER, NY 14607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    Hollander Sleep Products, LLC                        Case number (if known): **19-11608**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**HENDERSON PLANT** | **ROYAL OAK ACQUISITIONS LLC**<br>**600 EAST AVE, STE 200**<br>**ROCHESTER, NY 14607** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES** | **SAP AMERICA, INC.**<br>**3999 WEST CHESTER PIKE**<br>**NEWTOWN SQUARE, PA 19073** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**ARKANSAS SALES OFFICE**<br>**6TH AMENDMENT** | **SH&S LIMITED PARTNERSHIP II LLLP**<br>**C/O CAPSTONE MANAGEMENT GROUP**<br>**210 NORTH WALTON BLVD, STE 30**<br>**BENTONVILLE, AR 72712** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE**<br>**TRADEMARK – AMENDMENT #3** | **SIMMONS BEDDING COMPANY**<br>**ATTN:  LEGAL DEPT**<br>**ONE CONCOURSE PKWY, STE 800**<br>**ATLANTA, GA 30328** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE**<br>**TRADEMARK – AMENDMENT #2** | **SIMMONS BEDDING COMPANY**<br>**ATTN:  LEGAL DEPT**<br>**ONE CONCOURSE PKWY, STE 800**<br>**ATLANTA, GA 30328** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AGREEMENT** | **SIMMONS CANADA, INC.**<br>**2550 MEADOWVALE BLVD, UNIT 1**<br>**MISSISSAUGA, ON  L5N 8C2**<br>**CANADA** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    Hollander Sleep Products, LLC    Case number (if known): **19-11608**

---

<table>
<tr><th colspan="2">■ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases</th></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.66** State what the contract or lease is for and the nature of the debtor's interest | COLLECTIVE BARGAINING AGREEMENT | SOUTHERN REGIONAL JOINT BOARD OF WORKERS UNITED SEIU ON BEHALF OF LOCAL 2420 4405 MALL BLVD, 600 UNION CITY, GA 30291 |
| State the term remaining List the contract number of any government contract | | |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF AGREEMENT | SOUTHERN REGIONAL JOINT BOARD OF WORKERS UNITED SEIU ON BEHALF OF LOCAL 2420 4405 MALL BLVD, 600 UNION CITY, GA 30291 |
| State the term remaining List the contract number of any government contract | | |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest | COLLECTIVE BARGAINING AGREEMENT | SOUTHWEST REGIONAL JOINT BOARD WORKERS UNITED 2639 WALNUT HILL, STE 203 DALLAS, TX 75229 |
| State the term remaining List the contract number of any government contract | | |
| **2.69** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AMENDMENT #1 | SSH BEDDING CANADA CO. 2550 MEADOWVALE BLVD, UNIT 1 MISSISSAUGA, ON  L5N 8C2 CANADA |
| State the term remaining List the contract number of any government contract | | |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest | SERVICES | SUCCESSFACTORS, INC. 1 TOWER PL, STE 1100 SOUTH SAN FRANCISCO, CA 94080 |
| State the term remaining List the contract number of any government contract | | |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT CHAPS | THE POLO/LAUREN COMPANY, LP RALPH LAUREN HOME COLLECTION, INC. ATTN: PRESIDENT HOME COLLECTION 625 MADISON AVE, 9TH FL NEW YORK, NY 10022 |
| State the term remaining List the contract number of any government contract | | |

Debtor Name        Hollander Sleep Products, LLC

Case number (if known): **19-11608**

| ■ | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED LICENSE AGREEMENT LAUREN/RALPH LAUREN | THE POLO/LAUREN COMPANY, LP RALPH LAUREN HOME COLLECTION, INC. ATTN: PRESIDENT HOME COLLECTION 625 MADISON AVE, 9TH FL NEW YORK, NY 10022 |
| | State the term remaining List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | IP LICENSE 3RD AMENDMENT | THER A PEDIC ASSOCIATES, INC. T/A THERAPEDIC INTERNATIONAL 103 COLLEGE RD E, 2ND FL PRINCETON, NJ  08540 |
| | State the term remaining List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | IP LICENSE AGREEMENT | THER A PEDIC ASSOCIATES, INC. T/A THERAPEDIC INTERNATIONAL 103 COLLEGE RD E, 2ND FL PRINCETON, NJ  08540 |
| | State the term remaining List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | IP LICENSE 1ST AMENDMENT | THER A PEDIC ASSOCIATES, INC. T/A THERAPEDIC INTERNATIONAL 103 COLLEGE RD E, 2ND FL PRINCETON, NJ  08540 |
| | State the term remaining List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | IP LICENSE 2ND AMENDMENT | THER A PEDIC ASSOCIATES, INC. T/A THERAPEDIC INTERNATIONAL 103 COLLEGE RD E, 2ND FL PRINCETON, NJ  08540 |
| | State the term remaining List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | NVOCC SERVICE AGREEMENT | TOPOCEAN CONSOLIDATION, INC 2727 WORKMAN MILL RD CITY OF INDUSTRY, CA 90601 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name     Hollander Sleep Products, LLC                    Case number (if known): **19-11608**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**KY SALES OFFICE** | **VARS**<br>**2309 WATTERSON TRAIL, 200**<br>**LOUISVILLE, KY 40299** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**KY SALES OFFICE** | **VARS**<br>**2309 WATTERSON TRAIL, 200**<br>**LOUISVILLE, KY 40299** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | **CORP CREDIT CARD** | **WELLS FARGO BANK, NA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | **ESCROW AGREEMENT** | **WELLS FARGO BANK, NA**<br>**ATTN: MICHAEL W. MCGUIRE**<br>**CORPORATE, MUNICIPAL AND ESCROW SOLUTIONS**<br>**1700 LINCOLN ST, 10TH FL**<br>**DENVER, CO 80203** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**MUNFORDVILLE WHSE** | **WOODCREEK HOLDINGS, LLC**<br>**20109 WILDCAT RUN DR**<br>**ESTERO, FL 33928** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**MUNFORDVILLE WHSE** | **WOODCREEK HOLDINGS, LLC**<br>**20109 WILDCAT RUN DR**<br>**ESTERO, FL 33928** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Hollander Sleep Products, LLC**                                    Case number (if known): **19-11608**

██  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE**<br>**MUNFORDVILLE WHSE** | **WOODCREEK HOLDINGS, LLC**<br>**20109 WILDCAT RUN DR**<br>**ESTERO, FL 33928** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | **COLLECTIVE BARGAINING AGREEMENT** | **WORKERS UNITED, WESTERN STATES REGIONAL JOINT BOARD**<br>**920 SOUTH ALVARADO ST**<br>**LOS ANGELES, CA 90057** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        Page 15 of 15

| Debtor Name | **Hollander Sleep Products, LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

| Case number (if known): | **19-11608** |
|---|---|

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 **DREAM II HOLDINGS, LLC.** | **330 MADISON AVE, 27TH FL NEW YORK, NY 10017** | Barings Finance LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 **DREAM II HOLDINGS, LLC.** | **330 MADISON AVE, 27TH FL NEW YORK, NY 10017** | Wells Fargo Bank, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 **HOLLANDER HOME FASHIONS HOLDINGS, LLC.** | **901 YAMATO RD, STE 250 BOCA RATON, FL 33431** | Barings Finance LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 **HOLLANDER HOME FASHIONS HOLDINGS, LLC.** | **901 YAMATO RD, STE 250 BOCA RATON, FL 33431** | Wells Fargo Bank, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 **HOLLANDER SLEEP PRODUCTS CANADA LIMITED** | **724 CALEDONIA RD TORONTO, ON M6B 3X7 CANADA** | The Polo/Lauren Company, LP | ☐ D<br>☐ E/F<br>☒ G |

| Debtor Name | **Hollander Sleep Products, LLC** | Case number (if known): **19-11608** |
|---|---|---|

███  **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.6 | HOLLANDER SLEEP PRODUCTS CANADA LIMITED | 724 CALEDONIA RD TORONTO, ON M6B 3X7 CANADA | Ther A Pedic Associates, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.7 | HOLLANDER SLEEP PRODUCTS CANADA LIMITED | 724 CALEDONIA RD TORONTO, ON M6B 3X7 CANADA | Wells Fargo Bank, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | HOLLANDER SLEEP PRODUCTS KENTUCKY, LLC. | 901 YAMATO RD, STE 250 BOCA RATON, FL 33431 | Barings Finance LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | HOLLANDER SLEEP PRODUCTS KENTUCKY, LLC. | 901 YAMATO RD, STE 250 BOCA RATON, FL 33431 | Wells Fargo Bank, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | PACIFIC COAST FEATHER CUSHION, LLC | 7600 INDUSTRY AVE PICO RIVERA, CA 90660 | Barings Finance LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | PACIFIC COAST FEATHER CUSHION, LLC | 7600 INDUSTRY AVE PICO RIVERA, CA 90660 | Wells Fargo Bank, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | PACIFIC COAST FEATHER, LLC | 1964 FOURTH AVE S SEATTLE, WA 98134 | Barings Finance LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | PACIFIC COAST FEATHER, LLC | 1964 FOURTH AVE S SEATTLE, WA 98134 | Calvin Klein, Inc. | ☐ D<br>☐ E/F<br>☑ G |

Debtor Name    **Hollander Sleep Products, LLC**                                    Case number (if known): **19-11608**

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**                                    **Column 2: Creditor**

| Name | Mailing Address | Name | Check all schedules that apply |
|------|-----------------|------|--------------------------------|
| 2.14 **PACIFIC COAST FEATHER, LLC** | **1964 FOURTH AVE S SEATTLE, WA 98134** | HYG Financial Services, Inc | ☑ D ☐ E/F ☐ G |
| 2.15 **PACIFIC COAST FEATHER, LLC** | **1964 FOURTH AVE S SEATTLE, WA 98134** | Wells Fargo Bank, NA | ☑ D ☐ E/F ☐ G |

Official Form 206H                        **Schedule H: Codebtors**                        Page 3 of 3

| Debtor Name | Hollander Sleep Products, LLC |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

| Case Number: | 19-11608 |
|---|---|

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Executive Officer of the Hollander Sleep Products, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 263 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| Executed on: | 6/21/2019 | Signature | /s/ Marc Pfefferle |
|---|---|---|---|
| | MM / DD / YYYY | | |
| | | Printed Name | Marc Pfefferle |
| | | Title | Chief Executive Officer |