Joshua A. Sussberg, P.C.
Christopher T. Greco, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Joseph M. Graham (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLANDER SLEEP PRODUCTS, LLC, *et al.*,[1] | Case No. 19-11608 (MEW) |
| Debtors. | (Jointly Administered) |

# AGENDA FOR HEARING TO BE HELD JULY 17, 2019, AT 2:00 P.M., PREVAILING EASTERN TIME

Time and Date of Hearing: July 17, 2019, at 2:00 p.m., prevailing Eastern Time

Location of Hearing: The Honorable Judge Michael E. Wiles
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Courtroom 617
New York, New York 10004

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Omni Management Group, at www.omnimgt.com/hollander. Further information may be obtained via email at hollander@omnimgt.com, or by calling (844) 212-9942 (for domestic or Canadian callers), or internationally at (818) 906-8300.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Dream II Holdings, LLC (7915); Hollander Home Fashions Holdings, LLC (2063); Hollander Sleep Products, LLC (2143); Pacific Coast Feather, LLC (1445); Hollander Sleep Products Kentucky, LLC (4119); Pacific Coast Feather Cushion, LLC (3119); and Hollander Sleep Products Canada Limited (3477). The location of the Debtors' service address is: 901 Yamato Road, Suite 250, Boca Raton, Florida 33431.

## I. Matters to be Heard

1. ***DIP Motion***. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Lenders, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 13].

   Objection Deadline: July 12, 2019, at 4:00 p.m., prevailing Eastern Time.

   Related Documents:

   A. Declaration of Saul Burian in Support of the Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Lenders, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 19].

   B. Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Lenders, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 53].

   C. Notice of Second Day Hearing [Docket No. 80].

   D. Notice of Filing Redacted Exit Backstop Commitment Letter and Fee Letters [Docket No. 138].

   E. Disclosure of Financing Fees and Notice of Hearings to (A) Consider Approval of the Debtors' DIP Term Loan Facility on a Final Basis and the Debtors' Entry Into Exit Financing Term Loan Commitment and Fee Letters and (B) Consider Approval of the Debtors' DIP ABL Facility on a Final Basis [Docket No. 150].

   F. Second Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Term Loan Lenders, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 176].

G. Certificate of No Objection and Notice of Filing Proposed Final DIP Term Loan Order [Docket No. 219].

H. Statement in Support of Proposed Final DIP Term Loan Order [Docket No. 220].

Responses Received:

I. Response of Wells Fargo Bank, National Association, as Prepetition ABL Agent and DIP ABL Agent, in Support of the Debtors' Motion for Entry of Final Financing Orders Inclusive of the Debtors' Section 506(c) Waiver [Docket No. 217].

**Status**: This matter is going forward.

## II. Continued Matter

2. ***Exit Financing Motion***. Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Enter into Exit Backstop Commitment Letter and Fee Letters and (B) Granting Related Relief [Docket No. 18].

Objection Deadline: June 6, 2019, at 4:00 p.m. (prevailing Eastern Time).

Related Documents:

A. Notice of Second Day Hearing [Docket No. 80].

B. Notice of Filing Redacted Exit Backstop Commitment Letter and Fee Letters [Docket No. 138].

C. Certificate of No Objection Regarding Order (A) Authorizing the Debtors to Enter into Exit Backstop Commitment Letter and Fee Letters and (B) Granting Related Relief [Docket No. 140].

D. Disclosure of Financing Fees and Notice of Hearings to (A) Consider Approval of the Debtors' DIP Term Loan Facility on a Final Basis and the Debtors' Entry Into Exit Financing Term Loan Commitment and Fee Letters and (B) Consider Approval of the Debtors' DIP ABL Facility on a Final Basis [Docket No. 150].

Responses Received: .

E. Statement of the Official Committee of Unsecured Creditors Re: Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Enter Into Exit Backstop Commitment Letter and Fee Letter and (B) Granting Related Relief [Docket No. 110].

**Status**: This matter is continued to the hearing on plan confirmation or such other date that will be duly noticed.

New York, New York
Dated: July 16, 2019

*/s/ Joshua A. Sussberg, P.C.*

Joshua A. Sussberg, P.C.
Christopher T. Greco, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Joseph M. Graham (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*