Joshua A. Sussberg, P.C.  
Christopher T. Greco, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

Joseph M. Graham (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HOLLANDER SLEEP PRODUCTS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-11608 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 1, 2019, AT 11:00 A.M., PREVAILING EASTERN TIME**

| | |
|---|---|
| Time and Date of Hearing: | August 1, 2019, at 11:00 a.m., prevailing Eastern Time |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Omni Management Group, at www.omnimgt.com/hollander. Further information may be obtained via email at hollander@omnimgt.com, or by calling (844) 212-9942 (for domestic or Canadian callers), or internationally at (818) 906-8300. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Dream II Holdings, LLC (7915); Hollander Home Fashions Holdings, LLC (2063); Hollander Sleep Products, LLC (2143); Pacific Coast Feather, LLC (1445); Hollander Sleep Products Kentucky, LLC (4119); Pacific Coast Feather Cushion, LLC (3119); and Hollander Sleep Products Canada Limited (3477).  The location of the Debtors' service address is:  901 Yamato Road, Suite 250, Boca Raton, Florida 33431.

1

**I.   Matters to be Heard**

1. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume the Restructuring Support and Settlement Agreement, (II) Approving the Settlements and Compromises Contained Therein, and (III) Granting Related Relief [Docket No. 235].

   Objection Deadline: July 31, 2019, at 12:00 p.m., prevailing Eastern Time.

   Related Documents:

   A. Debtors' Ex Parte Motion to Shorten the Notice Period With Respect to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume the Restructuring Support and Settlement Agreement, (II) Approving the Settlements and Compromises Contained Therein, and (III) Granting Related Relief [Docket No. 236].

   B. Order Shortening the Notice Period with Respect to the Debtors' Motion Authorizing the Debtors to Assume the Restructuring Support and Settlement Agreement, Approving the Settlements and Compromises Contained Therein, and Granting Related Relief [Docket No. 237].

   C. Declaration of Matthew R. Kahn in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume the Restructuring Support and Settlement Agreement, (II) Approving the Settlements and Compromises Contained Therein, and (III) Granting Related Relief [Docket No. 261].

   Responses Received:  None.

   **Status**:   This matter is going forward.

2. Debtors' Motion for Entry of an Order (I) Approving the Plant Closure Agreement Between the Debtors and the Southern Regional Joint Board of Workers United, SEIU on Behalf of Local 2420 and (II) Granting Related Relief [Docket No. 185].

   Objection Deadline: July 25, 2019, at 4:00 p.m., prevailing Eastern Time.

   Related Documents:

   A. Certificate of No Objection Regarding Order (I) Approving the Plant Closure Agreement Between the Debtors and the Southern Regional Joint Board of Workers United, SEIU on Behalf Local 2420 and (II) Granting Related Relief [Docket No. 259].

Responses Received: None.

**Status**: This matter is going forward.

3. Debtors' Motion for Entry of an Order (A) Approving the Debtors' Key Employee Retention Plans and (B) Granting Related Relief [Docket No. 186].

   Objection Deadline: July 25, 2019, at 4:00 p.m., prevailing Eastern Time.

   Related Documents:

   A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (A) Approving the Debtors' Key Employee Retention Plans and (B) Granting Related Relief [Docket No. 258].

   Responses Received: None.

   **Status**: This matter is going forward.

| | |
|---|---|
| New York, New York<br>Dated: July 30, 2019 | */s/ Joshua A. Sussberg, P.C.*<br>Joshua A. Sussberg, P.C.<br>Christopher T. Greco, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>- and -<br><br>Joseph M. Graham (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |