Joshua A. Sussberg, P.C.
Christopher T. Greco, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

Joseph M. Graham (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLANDER SLEEP PRODUCTS, LLC, *et al.*,[1] | Case No. 19-11608 (MEW) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**SEPTEMBER 4, 2019, AT 11:00 A.M., PREVAILING EASTERN TIME**

Time and Date of Hearing:    September 4, 2019, at 11:00 a.m., prevailing Eastern Time

Location of Hearing:    The Honorable Judge Michael E. Wiles
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Courtroom 617
New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Omni Management Group, at www.omnimgt.com/hollander. Further information may be obtained via email at hollander@omnimgt.com, or by calling (844) 212-9942 (for domestic or Canadian callers), or internationally at (818) 906-8300.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Dream II Holdings, LLC (7915); Hollander Home Fashions Holdings, LLC (2063); Hollander Sleep Products, LLC (2143); Pacific Coast Feather, LLC (1445); Hollander Sleep Products Kentucky, LLC (4119); Pacific Coast Feather Cushion, LLC (3119); and Hollander Sleep Products Canada Limited (3477). The location of the Debtors' service address is: 901 Yamato Road, Suite 250, Boca Raton, Florida 33431.

1

**I.    Matters to be Heard**

1. Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into an Amendment to the DIP Term Loan Credit Facility [Docket No. 338].

   Objection Deadline: September 4, 2019, at 11:00 a.m., prevailing Eastern Time.

   Related Documents:

   A. Debtors' *Ex Parte* Motion to Shorten the Notice Period with respect to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into an Amendment to the DIP Term Loan Credit Facility [Docket No. 339].

2. Debtors' Modified First Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 326].

   Objection Deadline: August 28, 2019, at 4:00 p.m., prevailing Eastern Time.

   Related Documents:

   A. Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 21].

   B. Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Disclosure Statement and Plan Confirmation, and (III) Granting Related Relief [Docket No. 180].

   C. Notice of Filing of the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 233].

   D. Debtors' Motion for Entry of an Order (1) Authorizing the Debtors to Assume the Restructuring Support and Settlement Agreement, (II) Approving the Settlements and Compromises Contained Therein, and (III) Granting Related Relief [Docket No. 235].

   E. Order (I) Approving the Adequacy of Information in the Disclosure Statement, (B) Solicitation and Notice Procedures, and (C) Certain dates with Respect to Plan Confirmation, and (II) Granting Related Relief [Docket No. 247].

   F. Solicitation Version of the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 248].

KE 63800500

G. Solicitation Version of the Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 249].

H. Declaration of Matthew R. Kahn in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume the Restructuring Support and Settlement Agreement, (II) Approving the Settlements and Compromises Contained Therein, and (III) Granting Related Relief [Docket No. 261].

I. Notice of Presentment for Amendment to Restructuring Support and Settlement Agreement and Presentment Date for Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume the Restructuring Support and Settlement Agreement, (II) Approving the Settlements and Compromises Contained Therein, and (III) Granting Related Relief [Docket No. 279].

J. Order (I) Authorizing the Debtors to Assume the Restructuring Support and Settlement Agreement, (II) Approving the Settlements and Compromises Contained Therein, and (III) Granting Related Relief [298].

K. Notice of Winning Bidder and Cancellation of Auction [Docket No. 301].

L. Plan Supplement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 308].

M. First Amended Plan Supplement for the Debtors' Modified First Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 328].

N. Declaration of Paul Deutch Regarding Analysis of Ballots for Accepting or Rejecting the Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 329].

O. Memorandum of Law in Support of Confirmation of the Debtors' Modified First Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 330].

P. Declaration of Marc Pfefferle in Support of Confirmation of the Debtors' Modified First Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 331].

KE 63800500

Q. Declaration of David Salemi in Support of Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets to the Winning Bidder [Docket No. 332].

R. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors 'Modified First Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 337].

Responses Received:

S. Objection of HYG Financial Services, Inc. to Cure Amounts Set Forth in Exhibit "A" to Plan Supplement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 314].

T. Limited Objection and Reservation of Rights of Google LLC to Proposed Assumption of Executory Contracts in Connection With Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 317].

U. Oracle's Limited Objection to and Reservation of Rights Regarding: (1) Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code; and (2) Plan Supplement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 318].

V. Objection to TopOcean Consolidated Service, Inc. to Cure Amount Set Forth in Exhibit "A" to Plan Supplement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 319].

W. Objection of Carolina Cooling & Heating, Inc. to Confirmation of Debtors' Amended Chapter 11 Plan of Reorganization [Docket No. 320].

X. Limited Objection of Salesforce.com, Inc. to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs in Connection with Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code, and Reservation of Rights [Docket No. 323].

Y. Limited Objection and Reservation of Rights of Prologis, L.P., to Proposed Assumption and Assignment of Unexpired Lease in Connection with Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 324].

**Status**: This matter is going forward.

3. Debtors' Motion Seeking Entry of an Order (A) Extending the Time to File Notices of Removal of Civil Actions and (B) Granting Related Relief [Docket No. 303].

   Objection Deadline:  August 30, 2019, at 4:00 p.m., prevailing Eastern Time.

   Related Documents:

   A. Certificate of No Objection Regarding Order (A) Extending the Time to File Notices of Removal of Civil Actions and (B) Granting Related Relief [Docket No. 334].

   Responses Received:  None.

   **Status**:  This matter is going forward.

4. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Tax Consultants to the Debtors *Nunc Pro Tunc* to June 20, 2019 [Docket No. 263].

   Objection Deadline:  August 28, 2019, at 4:00 p.m., prevailing Eastern Time.

   Related Documents:

   A. Certificate of No Objection Regarding Order Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Tax Consultants to the Debtors *Nunc Pro Tunc* to June 20, 2019 [Docket No. 333].

   Responses Received:  None.

   **Status**:  This matter is going forward.

5. Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of Keen-Summit Capital Partners LLC as Real Estate Advisor *Nunc Pro Tunc* to August 8, 2019, (B) Approving the Terms of the Retention Agreement, (C) Waiving Certain Time-Keeping Requirements, and (D) Granting Related Relief [Docket No. 294].

   Objection Deadline:  August 29, 2019, at 4:00 p.m., prevailing Eastern Time.

   Related Documents:

   A. Certificate of No Objection Regarding Order (A) Authorizing the Retention and Employment of Keen-Summit Capital Partners LLC

as Real Estate Advisor *Nunc Pro Tunc* to August 8, 2019, (B) Approving the Terms of the Retention Agreement, (C) Waiving Certain Time-Keeping Requirements, and (D) Granting Related Relief [Docket No. 335].

<u>Responses Received</u>:  None.

<u>**Status**</u>:   This matter is going forward.

|  |  |
|---|---|
| New York, New York<br>Dated:  September 3, 2019 | */s/ Joshua A. Sussberg, P.C.*<br>Joshua A. Sussberg, P.C.<br>Christopher T. Greco, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>Joseph M. Graham (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |