UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLANDER SLEEP PRODUCTS, LLC, et al.,[1] | Case No. 19-11608 (MEW) |
| Debtors. | Jointly Administered |
| | Objection Deadline: September 24, 2019 |

**THIRD MONTHLY FEE STATEMENT OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | July 11, 2019, *nunc pro tunc* to May 30, 2019 |
| Period for which compensation and reimbursement is sought: | August 1, 2019 through August 31, 2019 |
| Amount of Compensation sought as actual, reasonable and necessary: | $159,932.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $568.44 |
| This is a(n): | __x__ Monthly _____ Interim _____ Final Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Dream II Holdings, LLC (7915); Hollander Home Fashions Holdings, LLC (2063); Hollander Sleep Products, LLC (2143); Pacific Coast Feather, LLC (1445); Hollander Sleep Products Kentucky, LLC (4119); Pacific Coast Feather Cushion, LLC (3119); and Hollander Sleep Products Canada Limited (3477). The location of the Debtors' service address is: 901 Yamato Road, Suite 250, Boca Raton, Florida 33431.

**Requested Payment Amount:**

| | |
|---|---|
| Fees at 80% | $ 127,946.00 |
| Expenses at 100% | 568.44 |
| Total: | $ 128,514.44 |

| Prior Applications | | | | | | |
|---|---|---|---|---|---|---|
| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Holdback |
| 266 | May / June 2019 | $424,725.00 | $262.32 | $339,780.00 | $262.32 | $84,945.00 |
| 310 | July 2019 | 401,072.50 | 4,477.95 | 320,858.00 | 4,477.95 | 80,214.50 |
| **TOTALS** | | **$825,797.50** | **$4,740.27** | **$660,638.00** | **$4,740.27** | **$165,159.50** |

**COMPENSATION BY PROFESSIONAL**

| Professional | Position | Group | Billing Rate | Hours | Fees |
|---|---|---|---|---|---|
| Richard Newman | Managing Director | Restructuring | $925 | 12.2 | $11,285.00 |
| Mark Greenberg | Managing Director | Restructuring | $925 | 49.8 | 46,065.00 |
| Cliff Hall | Managing Director | Retail | $750 | 9.0 | 6,750.00 |
| Seth Waschitz | Director | Restructuring | $725 | 21.6 | 15,660.00 |
| Sean Skinner | Associate | Restructuring | $550 | 31.8 | 17,490.00 |
| Spencer Levy | Associate | Restructuring | $525 | 82.9 | 43,522.50 |
| Michael Sullivan | Analyst | Restructuring | $400 | 7.3 | 2,920.00 |
| Kevin Sohr | Analyst | Restructuring | $400 | 40.6 | 16,240.00 |
| | | | Total | **255.2** | **$159,932.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Hours | Fees |
|---|---|---|
| Asset Sales | 29.6 | $22,750.00 |
| Business Plan | 95.4 | 57,025.00 |
| Case Administration | 0.3 | 225.00 |
| Cash Budget | 29.6 | 19,797.50 |
| Claims / Liabilities Subject to Compromise | 37.8 | 17,677.50 |
| Court Attendance / Participation | 0.5 | 362.50 |
| Fee Application | 18.0 | 10,890.00 |
| Financial & Operational Matters | 13.1 | 7,542.50 |
| Financial Matters (DIP, Exit, Other) | 3.6 | 2,412.50 |
| General Correspondence with Debtors & Debtors' Professionals | 3.3 | 2,665.00 |
| General Correspondence with UCC & UCC Counsel | 14.4 | 11,825.00 |
| Intercompany Claims | 1.7 | 915.00 |
| Miscellaneous Motions | 0.4 | 370.00 |
| Plan of Reorganization / Disclosure Statement | 6.9 | 5,040.00 |
| Travel | 0.6 | 435.00 |
| Total | **255.2** | **$159,932.50** |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Lodging | $253.12 |
| Meals | 183.69 |
| Miscellaneous | 119.88 |
| Transportation | 11.75 |
| **Total** | **$568.44** |

Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the cases of the above-captioned debtor and debtors in possession (collectively, the "Debtors"), hereby submits its third monthly statement (the "Statement") in accordance with the Order Granting Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 331, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated July 3, 2019 [Docket No. 179] (the "Interim Compensation Order"), seeking interim compensation and reimbursement of expenses for the period from August 1, 2019 through August 31, 2019. In support hereof, A&M respectfully represents as follows:

## I. BACKGROUND

1. On May 19, 2019 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of their businesses and operation of their properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. In accordance with the provisions of section 1102(b) of the Bankruptcy Code, on May 30, 2019, the United States Trustee appointed the Committee in the Debtors' cases.

3. On July 11, 2019, this Court entered an order approving the retention of A&M as financial advisor to the Committee effective May 30, 2019 [Docket No. 209].

4. A&M has rendered services on behalf of the Committee for the period from August 1, 2019 through August 31, 2019 (the "Compensation Period"), totaling 255.2 hours of professional time.

5. The following exhibits are attached hereto for the Compensation Period: (i) Exhibit "A" is a summary of time detail by professional; (ii) Exhibit "B" is a summary of time by project category; (iii) Exhibit "C" is the itemized daily time records by project category; (iv) Exhibit "D" is a summary of expenses by category; and (v) Exhibit "E" is the itemized expense detail by professional.

6. The following paragraphs describe the primary professional services rendered by A&M during the Compensation Period, organized in accordance with A&M's internal system of project categories.

| Business Plan (95.4 hours) |
| --- |
| A&M performed an extensive analysis of the Debtors' business plan and the underlying supporting documentation to assess the plan's viability. A&M conducted numerous due diligence sessions, both in-person and telephonically, with key members of management and the Debtors' advisors. A&M analyzed and evaluated the following: (i) construction, mechanics and functionality of the business plan model; (ii) key customer relationships and corresponding contractual bids; (iii) industry trends; (iv) turnaround initiatives; (v) the management team; (vi) human capital needs of the business at the corporate and facility levels; and (vii) historical operating performance relative to the model projections. Additionally, A&M sensitized the business plan to present the Committee with a risk assessment of the potential EBITDA and cash flow generation of the go-forward business. |

7. The total sum due to A&M for professional services rendered on behalf of the Committee for the Compensation Period is $159,932.50. A&M submits that the professional services it rendered on behalf of the Committee during this time were reasonable and necessary.

8. A&M also expended costs on behalf of the Committee in the sum of $568.44 during the Compensation Period.

9. A&M accordingly seeks allowance of the sum of $127,946.00 in fees and $568.44 in expenses, for a total of $128,514.44.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Statement conforms to such requirements.

11. No trustee has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, notice of the Monthly Statement has been served upon:

(i) Hollander Sleep Products, LLC, 901 Yamato Road, Ste. 250, Boca Raton, Florida 33431, Attn: Marc Prefferle;

(ii) Counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York City, New York 10022, Attn: Joshua A. Sussberg, P.C. and Christopher T. Greco, P.C. and 300 North LaSalle, Chicago, Illinois 60654, Attn: Joseph M. Graham;

(iii) The United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Shannon A. Scott and Paul K. Schwartzberg;

(iv) Counsel to the administrative agent for the Debtors' prepetition and debtor-inpossession term loan facilities, King & Spalding LLP, 1185 6th Ave., New York City, New York 10036, Attn: Austin Jowers and Stephen M. Blank;

(v) Counsel to the administrative agent for the Debtors' prepetition and debtor-inpossession asset-based lending credit facility, Goldberg Kohn Ltd., 55 East Monroe Street, Suite 3300, Chicago, IL 60603, Attn: Randall Klein; and

(vi) any additional parties requesting notice pursuant to Bankruptcy Rule 2002.

A&M submits that, in light of the foregoing, no other or further notice need be provided.

WHEREFORE, A&M hereby requests: (i) interim allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $159,932.50 and reimbursement of actual and necessary expenses incurred in the sum of $568.44 for the period from August 1, 2019 through August 31, 2019; and (ii) payment in the amount of $128,514.44 representing 80% of total fees billed and 100% of the expenses incurred during the Compensation Period, as provided under the Interim Compensation Order.

Dated: September 10, 2019
       New York, NY

Respectfully submitted,

ALVAREZ & MARSAL NORTH AMERICA, LLC

By: _____

Mark Greenberg
600 Madison Avenue, 7th Floor
New York, NY 10022
Telephone: 212.328.8562
mgreenberg@alvarezandmarsal.com

Financial Advisor to the *Official Committee of Unsecured Creditors*

*Exhibit A*

*HOLLANDER SLEEP PRODUCTS, LLC, et al.*
*Summary of Time Detail by Professional*
*August 1, 2019 through August 31, 2019*

| Professional | Position | Group | Billing Rate | Hours | Fees |
|---|---|---|---|---|---|
| Richard Newman | Managing Director | Restructuring | $925 | 12.2 | $11,285.00 |
| Mark Greenberg | Managing Director | Restructuring | $925 | 49.8 | 46,065.00 |
| Cliff Hall | Managing Director | Retail | $750 | 9.0 | 6,750.00 |
| Seth Waschitz | Director | Restructuring | $725 | 21.6 | 15,660.00 |
| Sean Skinner | Associate | Restructuring | $550 | 31.8 | 17,490.00 |
| Spencer Levy | Associate | Restructuring | $525 | 82.9 | 43,522.50 |
| Michael Sullivan | Analyst | Restructuring | $400 | 7.3 | 2,920.00 |
| Kevin Sohr | Analyst | Restructuring | $400 | 40.6 | 16,240.00 |
| **Total** | | | | **255.2** | **$159,932.50** |

*Exhibit B*

*HOLLANDER SLEEP PRODUCTS, LLC, et al.*
*Summary of Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Project Category | Hours | Fees |
|---|---:|---:|
| Asset Sales | 29.6 | $22,750.00 |
| Business Plan | 95.4 | 57,025.00 |
| Case Administration | 0.3 | 225.00 |
| Cash Budget | 29.6 | 19,797.50 |
| Claims / Liabilities Subject to Compromise | 37.8 | 17,677.50 |
| Court Attendance / Participation | 0.5 | 362.50 |
| Fee Application | 18.0 | 10,890.00 |
| Financial & Operational Matters | 13.1 | 7,542.50 |
| Financial Matters (DIP, Exit, Other) | 3.6 | 2,412.50 |
| General Correspondence with Debtors & Debtors' Professionals | 3.3 | 2,665.00 |
| General Correspondence with UCC & UCC Counsel | 14.4 | 11,825.00 |
| Intercompany Claims | 1.7 | 915.00 |
| Miscellaneous Motions | 0.4 | 370.00 |
| Plan of Reorganization / Disclosure Statement | 6.9 | 5,040.00 |
| Travel | 0.6 | 435.00 |
| **Total** | **255.2** | **$159,932.50** |

*Exhibit C*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Asset Sales** | | | |
| Greenberg, Mark | Aug-5 | 0.3 | Participate on call with Houlihan to discuss asset sale process |
| Newman, Richard | Aug-5 | 0.3 | Participate on call with Houlihan re: sale bids |
| Skinner, Sean | Aug-5 | 0.3 | Participate on call with Houlihan re: sale process update |
| Waschitz, Seth | Aug-5 | 0.3 | Participate on call with Houlihan re: sale process update |
| Waschitz, Seth | Aug-7 | 0.3 | Correspond with Houlihan re: sale process timeline update |
| Greenberg, Mark | Aug-12 | 0.4 | Participate on call with Houlihan re: asset sale process |
| Skinner, Sean | Aug-12 | 0.4 | Participate on call with Houlihan re: sale process update |
| Greenberg, Mark | Aug-12 | 0.3 | Call with UCC counsel re: asset sale process |
| Newman, Richard | Aug-12 | 0.3 | Review status of bidders and potential impediments to stalking horse execution |
| Greenberg, Mark | Aug-13 | 0.9 | Review and summarize draft asset purchase agreement |
| Greenberg, Mark | Aug-13 | 0.4 | Correspond with UCC member re: prospective asset buyers |
| Skinner, Sean | Aug-13 | 2.6 | Review stalking horse asset purchase agreement |
| Greenberg, Mark | Aug-14 | 3.0 | Review and summarize draft asset purchase agreement |
| Greenberg, Mark | Aug-14 | 0.4 | Review letter of intent for cushion business assets |
| Greenberg, Mark | Aug-14 | 0.3 | Review bidding procedures |
| Newman, Richard | Aug-14 | 1.1 | Review asset purchase agreements of potential buyers |
| Skinner, Sean | Aug-14 | 1.9 | Review stalking horse asset purchase agreement |
| Waschitz, Seth | Aug-14 | 0.8 | Review updated draft of stalking horse asset purchase agreement and compare to redline |
| Greenberg, Mark | Aug-15 | 0.7 | Supervise development of asset purchase agreement summary for UCC |
| Skinner, Sean | Aug-15 | 0.7 | Engage in internal discussion re: stalking horse asset purchase agreement |
| Skinner, Sean | Aug-15 | 0.6 | Review stalking horse asset purchase agreement |
| Skinner, Sean | Aug-15 | 1.9 | Prepare asset purchase agreement summary |
| Waschitz, Seth | Aug-15 | 0.4 | Review asset purchase agreement summary presentation with A&M team member |
| Greenberg, Mark | Aug-16 | 1.9 | Review and edit asset purchase agreement summary report for UCC |
| Greenberg, Mark | Aug-16 | 0.4 | Correspond with UCC counsel re: asset sale process |
| Greenberg, Mark | Aug-16 | 0.8 | Review latest version of asset purchase agreement |
| Newman, Richard | Aug-16 | 0.9 | Review final turn of asset purchase agreement and outline missing documents and financials |
| Skinner, Sean | Aug-16 | 0.2 | Review and edit asset purchase agreement summary |

*Exhibit C*

*HOLLANDER SLEEP PRODUCTS, LLC, et al.*
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Skinner, Sean | Aug-16 | 0.3 | Review stalking horse bidder asset purchase agreement |
| Waschitz, Seth | Aug-16 | 0.5 | Review asset purchase agreement redline |
| Greenberg, Mark | Aug-17 | 0.3 | Correspond with Houlihan re: asset purchase agreement and related debt financing arrangement |
| Greenberg, Mark | Aug-17 | 2.8 | Review and summarize final asset purchase agreement and corresponding schedules |
| Skinner, Sean | Aug-17 | 1.2 | Review stalking horse bidder asset purchase agreement |
| Waschitz, Seth | Aug-17 | 0.4 | Correspond with Houlihan re: sale process status |
| Greenberg, Mark | Aug-18 | 0.4 | Correspond with UCC counsel re: asset purchase agreement summary report for UCC |
| Skinner, Sean | Aug-18 | 0.7 | Review stalking horse bidder asset purchase agreement |
| Waschitz, Seth | Aug-19 | 0.2 | Correspond with Committee re: asset purchase agreement summary |
| **Subtotal** | | **29.6** | |

| **Business Plan** | | | |
|---|---|---|---|
| Levy, Spencer | Aug-1 | 0.7 | Participate on call with A&M team to discuss assumptions for 3-statement model |
| Skinner, Sean | Aug-1 | 0.7 | Engage in internal discussion re: sales risk for 3-statement model |
| Hall, Clifford | Aug-1 | 1.5 | Analyze business plan by operational initiative |
| Levy, Spencer | Aug-1 | 2.1 | Update executive summary of business plan presentation for Committee |
| Levy, Spencer | Aug-1 | 2.4 | Prepare Committee business plan presentation slides re: initiative 1 and initiative 2 |
| Levy, Spencer | Aug-1 | 2.3 | Update initiative overview of Committee business plan presentation |
| Levy, Spencer | Aug-1 | 0.8 | Prepare executive summary Committee business plan presentation |
| Skinner, Sean | Aug-1 | 0.4 | Analyze initiative 1 impact on revenue |
| Waschitz, Seth | Aug-1 | 0.6 | Review additional diligence received from the Debtors' advisors re: projected cost savings |
| Waschitz, Seth | Aug-1 | 1.7 | Review and edit updated draft business plan presentation per A&M team comments |
| Levy, Spencer | Aug-2 | 0.6 | Engage in internal discussion re: Committee business plan presentation with A&M team member |
| Waschitz, Seth | Aug-2 | 0.6 | Walk through key changes to draft business plan with A&M team member |
| Hall, Clifford | Aug-2 | 1.2 | Analyze business plan by operational initiative |
| Levy, Spencer | Aug-2 | 1.7 | Update Committee business plan presentation per commentary from A&M team member |
| Levy, Spencer | Aug-2 | 3.0 | Update initiative 1 and 2 summaries in Committee business plan presentation for feedback from A&M team |
| Levy, Spencer | Aug-2 | 2.4 | Update initiative 3 in Committee business plan presentation per feedback from A&M team member |
| Skinner, Sean | Aug-2 | 1.3 | Supervise development of revenue segmentation analysis |
| Skinner, Sean | Aug-2 | 1.1 | Analyze initiative 1 adjustments |

*Exhibit C*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
| --- | --- | --- | --- |
| Sohr, Kevin | Aug-2 | 1.1 | Analyze business plan financial model |
| Sohr, Kevin | Aug-2 | 1.2 | Research and analyze key cost drivers from business plan |
| Sohr, Kevin | Aug-2 | 1.3 | Prepare summary slides re: key cost drivers for business plan presentation |
| Sohr, Kevin | Aug-2 | 1.7 | Analyze margin analysis of sales data and identify anomalies |
| Sohr, Kevin | Aug-2 | 1.8 | Prepare MOR summary for inclusion in business plan presentation |
| Sohr, Kevin | Aug-2 | 0.5 | Summarize historical and projected financials for inclusion in business plan presentation |
| Sullivan, Michael | Aug-2 | 1.8 | Analyze monthly sales and margins by customer |
| Sullivan, Michael | Aug-2 | 0.8 | Analyze monthly sales and margins by product license |
| Waschitz, Seth | Aug-2 | 0.4 | Review and edit draft business plan presentation |
| Levy, Spencer | Aug-3 | 0.3 | Correspond with A&M team member re: revisions to Committee business plan presentation |
| Waschitz, Seth | Aug-3 | 0.3 | Correspond with A&M team member re: edits to draft business plan presentation |
| Greenberg, Mark | Aug-3 | 0.3 | Correspond with UCC counsel re: business plan report for Committee |
| Levy, Spencer | Aug-3 | 2.3 | Review and prepare updates to commentary for initiatives 1 and 2 |
| Levy, Spencer | Aug-3 | 2.8 | Revise Committee business plan presentation per commentary from A&M team member |
| Waschitz, Seth | Aug-3 | 1.3 | Review and edit updated draft business plan presentation per A&M team comments |
| Levy, Spencer | Aug-4 | 1.8 | Research foreign exchange and commodity price indexes |
| Levy, Spencer | Aug-4 | 2.0 | Prepare updates to business plan presentation re: sales and customer overview |
| Levy, Spencer | Aug-4 | 2.2 | Update Committee business plan presentation per commentary from A&M team member |
| Levy, Spencer | Aug-4 | 2.6 | Prepare updates to business plan presentation re: initiative 2 and initiative 3 |
| Levy, Spencer | Aug-4 | 1.8 | Prepare updates to business plan presentation re: initiative 1 |
| Levy, Spencer | Aug-4 | 1.4 | Prepare updates to business plan presentation re: initiative 4 |
| Newman, Richard | Aug-4 | 0.4 | Prepare summary to illustrate lender risk in business plan presentation |
| Newman, Richard | Aug-4 | 0.3 | Review and comment upon initiative 1 summary |
| Skinner, Sean | Aug-4 | 0.4 | Review and edit risk-adjusted financial projections |
| Sohr, Kevin | Aug-4 | 2.2 | Research foreign exchange rates and commodity prices |
| Waschitz, Seth | Aug-4 | 0.5 | Edit business plan presentation per A&M team comments |
| Greenberg, Mark | Aug-5 | 1.1 | Review and edit business plan assessment report |
| Greenberg, Mark | Aug-5 | 2.3 | Prepare business plan presentation for UCC |
| Greenberg, Mark | Aug-5 | 0.4 | Discussion with UCC member re: business plan results |

*Exhibit C*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Hall, Clifford | Aug-5 | 1.5 | Analyze business plan by operational initiative |
| Levy, Spencer | Aug-5 | 2.8 | Review Committee business plan presentation and prepare updates re: initiatives 1, 2, and 3 |
| Levy, Spencer | Aug-5 | 1.4 | Review commodity and currency index research |
| Levy, Spencer | Aug-5 | 2.8 | Prepare executive summary of business plan report |
| Levy, Spencer | Aug-5 | 2.7 | Prepare customer performance and appendix of business plan report |
| Levy, Spencer | Aug-5 | 2.6 | Prepare operational initiatives of business plan report |
| Newman, Richard | Aug-5 | 0.7 | Review initiative 3 analysis for Committee |
| Newman, Richard | Aug-5 | 1.2 | Review and comment upon final business plan presentation for Committee call |
| Newman, Richard | Aug-5 | 0.2 | Review final commodity pricing slides for business plan report |
| Skinner, Sean | Aug-5 | 0.8 | Review expenses associated with initiative 2 |
| Sohr, Kevin | Aug-5 | 0.7 | Analyze foreign exchange rates and commodity prices |
| Sohr, Kevin | Aug-5 | 1.6 | Analyze and summarize foreign exchange and commodity price data for business plan presentation |
| Sohr, Kevin | Aug-5 | 1.7 | Prepare analysis of key cost drivers for business plan presentation |
| Waschitz, Seth | Aug-5 | 0.9 | Incorporate business plan sensitivities into presentation |
| Waschitz, Seth | Aug-5 | 0.9 | Review final draft of business plan presentation and provide comments before distribution to Committee |
| Greenberg, Mark | Aug-6 | 0.8 | Review business plan presentation prior to UCC call |
| Greenberg, Mark | Aug-6 | 0.6 | Correspond with UCC member re: business plan |
| Hall, Clifford | Aug-6 | 2.7 | Analyze business plan by customer and delivery performance |
| Greenberg, Mark | Aug-7 | 1.5 | Participate on calls with UCC members re: additional business plan report questions |
| Greenberg, Mark | Aug-8 | 0.9 | Correspond with UCC members re: business plan and related questions |
| Greenberg, Mark | Aug-8 | 0.4 | Correspond with UCC counsel re: business plan questions |
| Greenberg, Mark | Aug-9 | 1.8 | Participate on call with UCC member to discuss business plan |
| Newman, Richard | Aug-9 | 1.8 | Participate on call with Committee member to answer questions re: business plan presentation |
| **Subtotal** | | **95.4** | |

| **Case Administration** | | | |
|---|---|---|---|
| Hall, Clifford | Aug-2 | 0.3 | Update A&M work plan |
| **Subtotal** | | **0.3** | |

*Exhibit C*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Cash Budget** | | | |
| Greenberg, Mark | Aug-1 | 0.2 | Review forecasted DIP interest calculations |
| Waschitz, Seth | Aug-1 | 0.3 | Review DIP interest worksheet re: Committee member question |
| Waschitz, Seth | Aug-2 | 0.3 | Review bi-weekly cash flow report and prepare questions in advance of call with the Debtors' advisors |
| Greenberg, Mark | Aug-4 | 1.4 | Analyze latest weekly cash budget |
| Greenberg, Mark | Aug-5 | 0.2 | Correspond with Debtors' advisors re: updated weekly cash budget assumptions |
| Levy, Spencer | Aug-5 | 2.2 | Prepare for budget reporting call with Debtors' advisors |
| Sullivan, Michael | Aug-5 | 0.3 | Prepare weekly professional fee estimate |
| Sullivan, Michael | Aug-6 | 0.4 | Prepare weekly professional fee estimate |
| Greenberg, Mark | Aug-7 | 0.2 | Correspond with Debtors' advisors re: professional fee estimate |
| Sullivan, Michael | Aug-12 | 0.3 | Prepare weekly professional fee estimate |
| Levy, Spencer | Aug-16 | 2.3 | Prepare variance summary of bi-weekly cash flow forecast provided by the Debtors' advisors |
| Levy, Spencer | Aug-16 | 2.7 | Create summary presentation of budget through post-sale period |
| Waschitz, Seth | Aug-16 | 0.9 | Review bi-weekly cash budget report from Debtors' advisors |
| Levy, Spencer | Aug-18 | 2.5 | Prepare summary presentation materials re: budget through post-sale period |
| Greenberg, Mark | Aug-19 | 1.0 | Participate on call with Debtors' advisors to discuss cash forecast, winddown budget and creditor recoveries |
| Levy, Spencer | Aug-19 | 1.0 | Participate on call with Debtors' advisors re: cash budget results and winddown budget |
| Skinner, Sean | Aug-19 | 1.0 | Participate in discussion with Debtors' advisors re: cash budget and winddown budget |
| Greenberg, Mark | Aug-19 | 2.8 | Analyze latest weekly cash forecast and prepare questions for Debtors' advisors |
| Greenberg, Mark | Aug-19 | 1.6 | Review and edit cash budget summary report for UCC distribution |
| Greenberg, Mark | Aug-19 | 0.5 | Correspond with UCC members and UCC counsel re: cash budget update report for UCC |
| Levy, Spencer | Aug-19 | 0.8 | Engage in internal discussion re: UCC presentation materials for remaining budget period |
| Levy, Spencer | Aug-19 | 3.0 | Prepare budget summary presentation |
| Newman, Richard | Aug-19 | 0.3 | Review cash flow forecast and payments outside of the forecast period |
| Skinner, Sean | Aug-19 | 0.5 | Review cash budget update |
| Sullivan, Michael | Aug-19 | 0.3 | Prepare weekly professional fee estimate |
| Newman, Richard | Aug-20 | 0.6 | Review and comment upon risks in the winddown budget |
| Greenberg, Mark | Aug-26 | 0.6 | Correspond with UCC counsel re: post-closing funds flow |
| Sullivan, Michael | Aug-27 | 0.3 | Prepare weekly professional fee estimate |

*Exhibit C*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
| --- | --- | --- | --- |
| Waschitz, Seth | Aug-27 | 0.2 | Analyze sources and uses analysis from Debtors' advisors |
| Greenberg, Mark | Aug-30 | 0.2 | Analyze actual cash flow results |
| Greenberg, Mark | Aug-30 | 0.2 | Correspond with Debtors re: winddown budget |
| Waschitz, Seth | Aug-30 | 0.2 | Review bi-weekly budget-to-actual cash report |
| Greenberg, Mark | Aug-31 | 0.3 | Correspond with UCC counsel and Debtors re: estimated closing cash sources and uses |
| **Subtotal** | | **29.6** | |

**Claims / Liabilities Subject to Compromise**

| Professional | Date | Hours | Time Description |
| --- | --- | --- | --- |
| Greenberg, Mark | Aug-2 | 0.2 | Review critical vendor schedule |
| Sohr, Kevin | Aug-5 | 2.8 | Review claims register |
| Skinner, Sean | Aug-6 | 2.1 | Supervise development of claims summary |
| Sohr, Kevin | Aug-6 | 1.9 | Review claims register and prepare claim summary analysis |
| Sohr, Kevin | Aug-7 | 1.8 | Analyze outstanding claims and prepare claim summary analysis |
| Sohr, Kevin | Aug-7 | 2.5 | Examine claims summary for duplicates |
| Sohr, Kevin | Aug-7 | 2.9 | Prepare claim summary analysis |
| Skinner, Sean | Aug-8 | 0.3 | Review and edit claims summary |
| Sohr, Kevin | Aug-8 | 1.5 | Revise claim summary analysis for feedback from A&M team member |
| Skinner, Sean | Aug-9 | 1.3 | Review and edit claims summary |
| Skinner, Sean | Aug-12 | 2.3 | Review and edit claims summary |
| Greenberg, Mark | Aug-13 | 0.4 | Review critical vendor payments |
| Skinner, Sean | Aug-13 | 0.6 | Supervise development of claims summary |
| Sohr, Kevin | Aug-13 | 1.6 | Examine largest unsecured claims |
| Sohr, Kevin | Aug-13 | 2.0 | Prepare claim summary analysis |
| Greenberg, Mark | Aug-14 | 0.4 | Supervise development of claims summary report for UCC |
| Greenberg, Mark | Aug-14 | 1.1 | Analyze filed claims |
| Sohr, Kevin | Aug-14 | 2.2 | Prepare claim summary analysis |
| Sohr, Kevin | Aug-14 | 1.9 | Analyze 503(b)(9) claims |
| Sohr, Kevin | Aug-14 | 0.6 | Review claims summary |
| Greenberg, Mark | Aug-15 | 0.2 | Correspond with Debtors' advisors re: cure costs |
| Greenberg, Mark | Aug-15 | 0.2 | Correspond with UCC counsel re: cure costs |

*Exhibit C*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Skinner, Sean | Aug-15 | 1.7 | Supervise development of claims reconciliation |
| Sohr, Kevin | Aug-15 | 1.1 | Prepare diligence list re: claims register |
| Sohr, Kevin | Aug-15 | 2.7 | Review claims register |
| Sohr, Kevin | Aug-15 | 1.3 | Identify potential duplicate records in claims register |
| Sullivan, Michael | Aug-21 | 0.2 | Analyze executory contracts and unexpired leases re: cure amounts |
| **Subtotal** | | **37.8** | |

| **Court Attendance / Participation** | | | |
|---|---|---|---|
| Waschitz, Seth | Aug-1 | 0.5 | Attend restructuring support agreement hearing |
| **Subtotal** | | **0.5** | |

| **Fee Application** | | | |
|---|---|---|---|
| Levy, Spencer | Aug-5 | 3.0 | Prepare fee application for July 2019 |
| Levy, Spencer | Aug-9 | 1.9 | Prepare fee application for July 2019 |
| Levy, Spencer | Aug-14 | 2.8 | Prepare fee application for July 2019 |
| Waschitz, Seth | Aug-14 | 1.4 | Review second monthly fee application |
| Greenberg, Mark | Aug-21 | 1.5 | Review July 2019 fee application |
| Greenberg, Mark | Aug-22 | 0.8 | Review July fee application |
| Levy, Spencer | Aug-22 | 1.7 | Finalize fee application for July 2019 |
| Levy, Spencer | Aug-28 | 2.4 | Prepare August 2019 fee application |
| Levy, Spencer | Aug-29 | 1.9 | Prepare August 2019 fee application |
| Greenberg, Mark | Aug-30 | 0.6 | Review August 2019 fee application |
| **Subtotal** | | **18.0** | |

| **Financial & Operational Matters** | | | |
|---|---|---|---|
| Greenberg, Mark | Aug-1 | 0.8 | Review June MOR |
| Greenberg, Mark | Aug-1 | 0.6 | Correspond with the Debtors' advisors re: outstanding due diligence items |
| Levy, Spencer | Aug-1 | 2.8 | Review diligence items provided by the Debtors' advisors |
| Skinner, Sean | Aug-1 | 0.9 | Analyze historical data on sales and marketing expenses |
| Waschitz, Seth | Aug-1 | 0.3 | Analyze May and June consolidating financial statements |
| Levy, Spencer | Aug-2 | 2.2 | Prepare summary of June MORs |

*Exhibit C*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Levy, Spencer | Aug-2 | 2.8 | Prepare summary of historical financial statements |
| Sullivan, Michael | Aug-5 | 1.8 | Analyze order fill rates by customer |
| Skinner, Sean | Aug-9 | 0.3 | Review accounts receivable roll-forward |
| Greenberg, Mark | Aug-21 | 0.6 | Analyze Debtors' sources and uses schedule |
| **Subtotal** | | **13.1** | |

| **Financing Matters (DIP, Exit, Other)** | | | |
|---|---|---|---|
| Levy, Spencer | Aug-4 | 0.2 | Participate on call with A&M team member re: DIP exit fees and model updates |
| Waschitz, Seth | Aug-4 | 0.2 | Participate on call with A&M team member re: DIP exit fees for model update |
| Waschitz, Seth | Aug-4 | 0.6 | Analyze diligence support re: exit fees |
| Greenberg, Mark | Aug-19 | 0.5 | Engage in internal discussion re: exit facility fee letters |
| Skinner, Sean | Aug-19 | 0.5 | Engage in internal discussion re: backstop fee and cash budget update |
| Skinner, Sean | Aug-19 | 0.4 | Review final DIP order |
| Skinner, Sean | Aug-19 | 0.5 | Review exit commitment fee letter |
| Greenberg, Mark | Aug-22 | 0.2 | Engage in discussion with UCC counsel re: DIP fees |
| Skinner, Sean | Aug-22 | 0.3 | Review and summarize financing related fees |
| Waschitz, Seth | Aug-22 | 0.2 | Review DIP fee language in response to question from UCC member |
| **Subtotal** | | **3.6** | |

| **General Correspondence with Debtor & Debtors' Professionals** | | | |
|---|---|---|---|
| Greenberg, Mark | Aug-5 | 0.5 | Participate on call with the Debtors' advisors to discuss financial and operating results |
| Levy, Spencer | Aug-5 | 0.5 | Participate on call with Debtors' advisors re: DIP, reporting and business plan |
| Newman, Richard | Aug-5 | 0.5 | Participate on call with the Debtors' advisors re: DIP and service levels |
| Skinner, Sean | Aug-5 | 0.5 | Participate on call with the Debtors' advisors re: reporting and business plan |
| Greenberg, Mark | Aug-15 | 0.4 | Call with Debtors' advisors re: cash budget, cure costs and 503(b)(9) claims |
| Greenberg, Mark | Aug-26 | 0.4 | Correspond with Debtors' advisors re: post-closing funds flow, buyer projections and estimated professional fees |
| Greenberg, Mark | Aug-27 | 0.5 | Correspond with Debtors re: buyer projections and estimated professional fees |
| **Subtotal** | | **3.3** | |

| **General Correspondence with UCC & UCC Counsel** | | | |
|---|---|---|---|
| Greenberg, Mark | Aug-4 | 0.6 | Correspond with UCC members re: liquidity and business plan |

*Exhibit C*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Greenberg, Mark | Aug-6 | 1.8 | Participate on UCC call to discuss sale process status and business plan |
| Hall, Clifford | Aug-6 | 1.8 | Participate on call with UCC and PSZJ to discuss business plan |
| Newman, Richard | Aug-6 | 1.8 | Participate on Committee call to discuss business plan and sale status |
| Waschitz, Seth | Aug-6 | 1.8 | Participate on UCC call re: sale process update and business plan review |
| Greenberg, Mark | Aug-6 | 0.3 | Participate on call with UCC counsel re: agenda for upcoming UCC call |
| Waschitz, Seth | Aug-6 | 0.3 | Participate on call with PSZJ re: sale process update and business plan update |
| Newman, Richard | Aug-6 | 0.5 | Review business plan presentation and prepare for Committee call |
| Waschitz, Seth | Aug-9 | 1.8 | Participate on call with Committee member re: business plan presentation review |
| Greenberg, Mark | Aug-13 | 0.7 | Participate on UCC call to discuss sale process update |
| Levy, Spencer | Aug-13 | 0.7 | Participate on UCC call re: sale process update |
| Greenberg, Mark | Aug-21 | 0.2 | Correspond with UCC members re: restructuring support agreement and preference claim treatment |
| Greenberg, Mark | Aug-22 | 0.3 | Correspond with UCC counsel re: fee applications |
| Greenberg, Mark | Aug-27 | 0.4 | Participate on call with UCC counsel re: estimated closing funds flow and buyer projections |
| Newman, Richard | Aug-27 | 0.4 | Participate on call with PSZJ to discuss plan exit funding |
| Waschitz, Seth | Aug-27 | 0.4 | Participate on call with PSZJ re: sources and uses analysis |
| Greenberg, Mark | Aug-27 | 0.2 | Participate on Committee call to discuss sale status and plan administrator options |
| Newman, Richard | Aug-27 | 0.2 | Participate on Committee call re: sale process and plan administrator selection |
| Waschitz, Seth | Aug-27 | 0.2 | Participate on Committee call re: sale process update and plan administrator selection |
| **Subtotal** | | **14.4** | |

| **Intercompany Claims** | | | |
|---|---|---|---|
| Greenberg, Mark | Aug-2 | 0.2 | Review monthly intercompany reporting |
| Sullivan, Michael | Aug-2 | 1.1 | Analyze intercompany transfers and bank account balances |
| Waschitz, Seth | Aug-2 | 0.4 | Review findings of June intercompany transactions with A&M team member |
| **Subtotal** | | **1.7** | |

| **Miscellaneous Motions** | | | |
|---|---|---|---|
| Greenberg, Mark | Aug-14 | 0.4 | Review interim compensation procedures order |
| **Subtotal** | | **0.4** | |

*Exhibit C*

*HOLLANDER SLEEP PRODUCTS, LLC, et al.*
*Time Detail by Project Category*
*August 1, 2019 through August 31, 2019*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Plan of Reorganization / Disclosure Statement** | | | |
| Newman, Richard | Aug-4 | 0.7 | Reconcile and bridge changes between disclosure statement and Debtors' business plan model |
| Greenberg, Mark | Aug-14 | 0.4 | Engage in discussion with UCC counsel re: plan and disclosure statement |
| Greenberg, Mark | Aug-15 | 0.3 | Analyze creditor recoveries based on purchase price consideration |
| Greenberg, Mark | Aug-16 | 0.6 | Supervise development of creditor recovery analysis |
| Greenberg, Mark | Aug-16 | 0.3 | Review terms of restructuring support agreement |
| Skinner, Sean | Aug-16 | 0.3 | Review final restructuring support and settlement agreement |
| Skinner, Sean | Aug-16 | 2.5 | Prepare waterfall analysis re: creditor recoveries |
| Skinner, Sean | Aug-18 | 0.3 | Prepare waterfall analysis re: creditor recoveries |
| Waschitz, Seth | Aug-20 | 0.4 | Review waterfall analysis from Debtors' advisors |
| Waschitz, Seth | Aug-20 | 0.3 | Review plan supplement |
| Greenberg, Mark | Aug-21 | 0.6 | Review plan supplement |
| Waschitz, Seth | Aug-29 | 0.2 | Review objections filed to plan of reorganization |
| **Subtotal** | | **6.9** | |
| **Travel** | | | |
| Waschitz, Seth | Aug-1 | 0.3 | Travel to court to attend restructuring support agreement hearing (Billed at 50%) |
| Waschitz, Seth | Aug-1 | 0.3 | Travel back to office from court after restructuring support agreement hearing (Billed at 50%) |
| **Subtotal** | | **0.6** | |
| | | | |
| **Grand Total** | | **255.2** | |

*Exhibit D*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Expense Summary by Category*
*August 1, 2019 through August 31, 2019*

| Expense Category | Total ($) |
|---|---|
| Lodging | $253.12 |
| Meals | 183.69 |
| Miscellaneous | 119.88 |
| Transportation | 11.75 |
| **Total** | **$568.44** |

*Exhibit E*

**HOLLANDER SLEEP PRODUCTS, LLC, et al.**
*Expense Detail by Category*
*August 1, 2019 through August 31, 2019*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Lodging** | | | |
| Newman, Richard | Jul-15 | $253.12 | Hotel (1 night) to attend business plan meeting with Debtors |
| | | **$253.12** | |
| **Meals** | | | |
| Newman, Richard | Jul-15 | $89.13 | Dinner prior to attending business plan meeting with Debtors (Attendees: R. Newman, M. Greenberg) |
| Newman, Richard | Jul-16 | 94.56 | Breakfast prior to attending business plan meeting with Debtors (Attendees: R. Newman, M. Greenberg, S. Levy) |
| | | **$183.69** | |
| **Miscellaneous** | | | |
| Newman, Richard | Aug-1 | $19.00 | Internet fee from business plan meeting travel |
| Greenberg, Mark | Aug-1 | 32.34 | Wireless usage charges |
| Newman, Richard | Aug-12 | 51.82 | Wireless usage charges |
| Sullivan, Michael | Aug-12 | 2.76 | Wireless usage charges |
| Hall, Clifford | Aug-12 | 13.96 | Wireless usage charges |
| | | **$119.88** | |
| **Transportation** | | | |
| Levy, Spencer | Aug-1 | $11.75 | Taxi from office to home after working late on business plan presentation |
| | | **$11.75** | |
| **Grand Total** | | **$568.44** | |