**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HOLLANDER SLEEP PRODUCTS, LLC, *et al.*,[1] | ) | Case No. 19-11608 (MEW) |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING INTERIM AND FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Upon consideration of each application (each an "Application" and collectively the "Fee Applications") [Docket Nos. 401, 409, 410, 411, 414, 415, 416, 417, 418, 419, and 420] of the professionals (the "Professionals") listed on **Schedule A** hereto, pursuant to sections 327, 328, 330, 331, 363, and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking allowance of interim and final compensation for professional services rendered and reimbursement of actual and necessary expenses incurred during the period from May 19, 2019 through September 5, 2019 (the "Fee Period"); and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated July 3, 2019 [Docket No. 179], and it appearing that no other or further notice need be provided; and consideration of the Fee Applications and the relief requested therein being a core proceeding

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Dream II Holdings, LLC (7915); Hollander Home Fashions Holdings, LLC (2063); Hollander Sleep Products, LLC (2143); Pacific Coast Feather, LLC (1445); Hollander Sleep Products Kentucky, LLC (4119); Pacific Coast Feather Cushion, LLC (3119); and Hollander Sleep Products Canada Limited (3477). The location of the Debtors' service address is: 901 Yamato Road, Suite 250, Boca Raton, Florida 33431.

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and there being no objections to the relief requested; and the Court having reviewed the Fee Applications and it appearing that the services rendered and expenses incurred by each of the Professionals for which compensation and reimbursement are allowed hereby were actual, reasonable, and necessary; and the Court having determined that the relief requested in the Fee Applications is in the best interests of the Debtors, the Debtors' estates, and their creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby:

**ORDERED** that the Fee Applications are granted on an interim and final basis to the extent set forth in **Schedule A** hereto.

**ORDERED** that upon entry of this Order, the Plan Administrator is directed and authorized to remit payment from the Professional Fee Escrow Account (as defined in the Debtors' confirmed chapter 11 plan [Docket No. 346] or the Wind Down Trust Assets (to the extent not covered by the Professional Fee Escrow Account) to each of the Professionals in the amounts set forth on **Schedule A** hereto less all amounts previously paid on account of such fees and expenses.

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: November 18, 2019
New York, New York

**s/Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

**Schedule A**

# FINAL FEE APPLICATIONS

**Case No: 19-11608 (MEW)** **Schedule A**

**Case Name: In re Hollander Sleep Products, LLC, *et al.***

| Applicant | Date and Docket Number of Application | Fee Period | Fees Requested | Fees Allowed | Expenses Requested | Expenses Allowed |
|---|---|---|---|---|---|---|
| | **Debtor Professionals** | | | | | |
| **Proskauer Rose, LLP** | October 11, 2019 Docket No. 401 | May 19, 2019 - September 5, 2019 | $363,928.00 | $363,928.00 | $14,888.21 | $14,888.21 |
| **Kirkland & Ellis LLP** | April 30, 2019 Docket No. 414 | May 19, 2019 - September 5, 2019 | $3,291,244.00 | $3,291,244.00 | $223,511.25 | $223,511.25 |
| **Houlihan Lokey Capital, Inc.** | October 15, 2019 Docket Nos. 419 & 420 | May 19, 2019 - September 5, 2019 | $1,600,000.00 | $1,600,000.00 | $27,278.86 | $27,278.86 |
| **Omni Management Group** | October 15, 2019 Docket No. 418 | May 19, 2019 - September 5, 2019 | $17,271.00 | $17,271.00 | $77.20 | $77.20 |
| **PricewaterhouseCoopers, LLP** | October 15, 2019 Docket No. 415 | June 20, 2019 - September 5, 2019 | $285,000.00 | $285,000.00 | $0.00 | $0.00 |
| **Carl Marks Advisory Group, LLC** | October 15, 2019 Docket No. 416 | May 19, 2019 - September 5, 2019 | 1,990,192.31 | 1,990,192.31 | $120,188.58 | $120,188.58 |
| **Keen-Summit Capital Partners LLC** | October 15, 2019 Docket No. 417 | August 8, 2019 - September 5, 2019 | $218,247.00 | $218,247.00 | $0.00 | $0.00 |
| | **Official Committee of Unsecured Creditors Professionals** | | | | | |
| **Pachulski Stang Ziehl & Jones LLP** | October 15, 2019 Docket No. 409 | May 30, 2019 - September 5, 2019 | $1,086,069.50 | $1,086,069.50 | $14,340.55 | $14,340.55 |
| **Alvarez & Marsal North America, LLC** | October 15, 2019 Docket No. 410 | May 30, 2019 - September 5, 2019 | $1,017,357.50 | $1,017,357.50 | $5,335.69 | $5,335.69 |
| **Gowling WLG** | October 15, 2019 Docket No. 411 | June 13, 2019 - September 5, 2019 | $7,731.68 | $7,731.68 | $0.00 | $0.00 |

Date: 11/18/2019 Initials: **MEW** USBJ