Bradford J. Sandler, Esq.
Shirley S. Cho, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:    bsandler@pszjlaw.com
          scho@pszjlaw.com
          blevine@pszjlaw.com

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **HSP LIQUIDATION, LLC, et al.,**[1] | : | Case No. 19-11608 (MEW) |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**FEBRUARY 6, 2020, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED OR ADJOURNED.**
**THE COURT HAS CANCELLED THE HEARING.**

I.  **MATTERS FOR WHICH CERTIFICATIONS OF COUNSEL HAVE BEEN FILED**

   1.  ***Plan Administrator's First Omnibus Objection to Claims.*** Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain Claims (Amended, Duplicate) [Docket No. 447] (the "First Omnibus Objection").

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number are:  Dream II Holdings, LLC (7915); HHFH Liquidation, LLC (2063); HSP Liquidation, LLC (2143); PCF Liquidation, LLC (1445); HSPK Liquidation, LLC (4119); PCFC Liquidation, LLC (3119); and HSPC Liquidation Limited (3477).

[2] Amended items appear in bold.

<blockquote>

Objection Deadline:  December 30, 2019, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

 A. The Plan Administrator received an informal response from counsel for Dallas County, who has no opposition to the treatment of its claim in the First Omnibus Objection.

Related Documents:

 A. Certificate of No Objection Regarding Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain Claims (Amended, Duplicate) [Filed 02.03.20] [Docket No. 458].

 B. **[Signed] Order Granting Plan Administrator's First Omnibus (Non-Substantive) Objection to Certain Claims (Amended, Duplicate) [Filed 02.03.20] [Docket No. 462].**

**Status**:  **The order has been entered.  No hearing is necessary.**

</blockquote>

2. ***Plan Administrator's Motion to Extend Time to File Objections to Claims.***  Plan Administrator's Motion for Entry of an Order Extending the Period to File Objections to Claims [Docket No. 453].

<blockquote>

Objection Deadline:  January 30, 2020, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

 A. None received.

Related Documents:

 A. Certificate of No Objection Regarding *Plan Administrator's Motion for Entry of an Order Extending the Period to File Objections to Claims* [Filed -2.03.20] [Docket No. 459].

 B. **[Signed] Order Extending the Period to File Objections to Claims [Filed 02.03.20] [Docket No. 461].**

**Status**:  **The order has been entered.  No hearing is necessary.**

</blockquote>

|  |  |
|---|---|
| Dated: February 4, 2020<br>New York, New York | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Beth E. Levine*<br>Bradford J. Sandler, Esq.<br>Shirley S. Cho, Esq.<br>Beth E. Levine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br><br>*Counsel to the Plan Administrator* |

DOCS_SF:102698.1 36869/003