# SCHEDULE 1

# (Amended Claims)

## Schedule 1

*Amended Claims*
*The Basis for Disallowance is Further Discussed in Paragraph 13 of the Objection*

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | Basis for Disallowance | Surviving Claim Number | Surviving Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin. | 503(b)(9) | Unsecured | Total | | | Secured | Admin. | 503(b)(9) | Unsecured | Total |
| FuNing JinCheng Home Textile Co., Ltd. Attn: Dawei Qian Huanghe Rd, 33 Funing, Jiangsu 224400 China | Hollander Sleep Products Canada Limited | 6/6/2019 | 7 | | | $93,041.50 | $5,087,205.41 | $5,180,246.91 | Claim has been amended and superseded by the Surviving Claim. | 9 | | | | $963,378.95 | $963,378.95 |
| FuNing JinCheng Home Textile Co., Ltd. Attn: Dawei Qian Huanghe Rd, 33 Funing, Jiangsu 224400 China | Hollander Sleep Products Canada Limited | 6/6/2019 | 7 | | | $93,041.50 | $5,087,205.41 | $5,180,246.91 | Claim has been amended and superseded by the Surviving Claim. | 10 | | | $157,206.15 | | $157,206.15 |
| Vietnam New Century Polyester Fibre Co.,Ltd Attn: Cailan Industrial Zone Cailan Industrial Zone Halong City, Quangninh Vietnam | Hollander Sleep Products, LLC | 6/17/2019 | 89 | | | $141,573.75 | | $141,573.75 | Claim has been amended and superseded by the Surviving Claim. | 90 | | | $1,780.00 | $686,159.99 | $687,939.99 |
| Zhejiang Saifang Textile Technology Co., Ltd. Attn: Jason Tang Santou Cun Industrial Park Daicun Town Xiaoshan District Hangzhou, Zhejiang, China 311260 | Hollander Sleep Products Canada Limited | 6/6/2019 | 4 | | | | $136,714.13 | $136,714.13 | Claim has been amended and superseded by the Surviving Claim. | 56[1] | | | $214,971.38 | $380,201.92 | $595,173.30 |
| Zhejiang Saifang Textile Technology Co., Ltd. Attn: Jason Tang Santou Cun Industrial Park Daicun Town, Xiaoshan District Hangzhou City, Zhejiang 311260 China | Hollander Sleep Products, LLC | 6/6/2019 | 42 | | | | $380,201.90 | $380,201.90 | Claim has been amended and superseded by the Surviving Claim. | 291[2] | | $380,201.92 | $214,971.38 | $0.00 | $595,173.30 |

1 - This claim can also be found on Schedule 4 to the Order.

2 - This claim can also be found on Schedule 4 to the Order.

# SCHEDULE 2

**(Late-Filed Claims)**

## Schedule 2

*Claims Filed After the Bar Date*
*The Basis for Disallowance is Further Discussed in Paragraph 14 of the Objection*

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Basis for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | Total | |
| Diamond Screw Products, Inc.<br>Attn: Amy Baldwin<br>P.O. Box 1530<br>2564 Russellville Road<br>Bowling Green, KY 42101 | Hollander Sleep Products, LLC | 7/31/2019 | 373 | | | $1,464.60 | | $4,209.11 | $5,673.71 | Claim filed after the Bar Date. Claim disallowed pursuant to Article VII.G of the Plan. |
| Industry Pallet Service, Inc.<br>Attn: Erika Cortez<br>14739 Proctor Ave.<br>City of Industry, CA 91746 | Pacific Coast Feather Cushion, LLC | 8/12/2019 | 32 | | | $450.00 | | | $450.00 | Claim filed after the Bar Date. Claim disallowed pursuant to Article VII.G of the Plan. |
| JZ Cloud Services, LLC<br>D/B/A Efax Corporate<br>Attn: Kelly Marie Simmons<br>6922 Hollywood Blvd, #500<br>Los Angeles, CA 90028 | Hollander Home Fashions Holdings, LLC | 8/28/2019 | 26 | | | $726.10 | | | $726.10 | Claim filed after the Bar Date. Claim disallowed pursuant to Article VII.G of the Plan. |
| Laliberte Produits Industriels Inc.<br>Attn: Patrick Haliberte<br>2445 St-Pierre<br>Drummondville, QC J2C 5A7<br>Canada | Hollander Sleep Products, LLC | 8/9/2019 | 386 | | | $2,140.92 | | $106.55 | $2,247.47 | Claim filed after the Bar Date. Claim disallowed pursuant to Article VII.G of the Plan. |
| MCF Equipment<br>Attn: Achkhen Haroutounian<br>9244 Chemin Cote-De-Liesse<br>Lachine, QC H8T 1A1<br>Canada | Hollander Sleep Products Canada Limited | 8/7/2019 | 67 | | | $1,043.98 | | | $1,043.98 | Claim filed after the Bar Date. Claim disallowed pursuant to Article VII.G of the Plan. |
| Mohan Spintex India Limited<br>48-12-17, Near ESI Bus stop, Eluru Road<br>Gunadala, Vijaywada<br>Andhrapradesh State<br>Pin 520 004<br>India | Hollander Sleep Products, LLC | 9/13/2019 | 403 | $36,456.65 | | $36,456.65 | | | $72,913.30 | Amended Claim filed after the Bar Date. Claim disallowed pursuant to Article VII.G of the Plan. |
| TMS South, Inc.<br>Attn: Tammy Lynn Phillips<br>3540 Rutherford Rd<br>P.O. Box 68<br>Taylors, SC 29687 | Pacific Coast Feather, LLC | 11/4/2019 | 102 | | | $1,687.18 | | | $1,687.18 | Claim filed after the Bar Date. Claim disallowed pursuant to Article VII.G of the Plan. |

# SCHEDULE 3

# (Duplicate Claims)

## Schedule 3

*Duplicate Claims*
*The Basis for Disallowance is Further Discussed in Paragraph 16 of the Objection*

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Admin. | 503(b)(9) | Unsecured | Total | Basis for Disallowance | Duplicate Surviving Claim Number | Admin. | 503(b)(9) | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FuNing JinCheng Home Textile Co., Ltd. DaWei Qian Huanghe Rd 3#, Funing Economical Development Zone, Jiangsu Province, 224400 P. R. China | Hollander Sleep Products, LLC | 6/8/2019 | 52 | | $336,824.04 | $3,103,981.23 | $3,440,805.27 | Claim is a duplicate of the Surviving Claim. | 54 | | $336,824.04 | $3,103,981.23 | $3,440,805.27 |
| FuNing JinCheng Home Textile Co., Ltd. DaWei Qian Huanghe Rd 3#, Funing Economical Development Zone, Jiangsu Province, 224400 P. R. China | Hollander Sleep Products, LLC | 6/8/2019 | 53 | | $336,824.04 | $3,103,981.23 | $3,440,805.27 | Claim is a duplicate of the Surviving Claim. | 54 | | $336,824.04 | $3,103,981.23 | $3,440,805.27 |
| FuNing JinCheng Home Textile Co., Ltd. DaWei Qian uning Jincheng Home Textile Co, Ltd. Huanghe Rd 33, Funing Economical Development Zone, Jiangsu Province, 224400 P. R. China | Pacific Coast Feather, LLC | 6/8/2019 | 11 | | $125,654.20 | $650,408.90 | $776,063.10 | Claim is a duplicate of the Surviving Claim. | 12 | | $125,654.20 | $650,408.90 | $776,063.10 |

## Schedule 3

*Duplicate Claims*
*The Basis for Disallowance is Further Discussed in Paragraph 16 of the Objection*

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | Basis for Disallowance | Duplicate Surviving Claim Number | Surviving Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Admin. | 503(b)(9) | Unsecured | Total | | | Admin. | 503(b)(9) | Unsecured | Total |
| Wuhu Fine Textile International Trading Co. Etd<br>Wuhn Fine Textile International Trading Co LTD<br>Attn: Zong Shun Gao<br>321 Jingxi Rd, Machinery Industry Developing Zone<br>Wanzhi Town, Wuhu Anhui 241100<br>China | Hollander Sleep Products, LLC | 6/14/2019 | 41 | | $83,040.99 | | $83,040.99 | Claim is a duplicate of the Surviving Claim. | 88 | | $83,040.99 | | $83,040.99 |
| WUHU FINE TEXTILE INTERNATIONAL TRADING CO.,LTD.<br>Attn: Gang Chen<br>No 2888 South Sanhuan Rd, Shengze<br>Suzhou, Jiangsu<br>China | Hollander Sleep Products Canada Limited | 6/14/2019 | 3 | | $167,157.81 | $233,130.58 | $400,288.39 | Claim is a duplicate of the Surviving Claim. | 18 | | $167,157.81 | $233,130.58 | $400,288.39 |
| WUHU FINE TEXTILE INTERNATIONAL TRADING CO.,LTD.<br>Attn: Zongshun Gao<br>321 Jingxi Rd<br>Machinery Industrial Developing Zone<br>Wanzhi Town, Wuhu City, Anhui, China .241100<br>China | Pacific Coast Feather, LLC | 6/14/2019 | 7 | | $1,840.50 | | $1,840.50 | Claim is a duplicate of the Surviving Claim. | 20 | | $1,840.50 | | $1,840.50 |

# SCHEDULE 4

# (Modified Claims)

**Schedule 4**

*Modified Claims*
*The Basis for Modification is Further Discussed in Paragraph 17 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | Basis for Modification | Modified Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Admin | 503(b)(9) | Unsecured | Total | | Admin | 503(b)(9) | Unsecured | Total |
| Anhui Rongdi Down-Products Co., Ltd<br>Attn: Penglin Wei<br>Fudu Industrial Park<br>Wuwei, Anhui<br>China | Hollander Sleep Products, LLC | 6/5/2019 | 33 | | $283,484.40 | $15,497,205.25 | $15,780,689.65 | Modify Class and Amount because either (a) certain invoices included in the claim falls outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | $148,685.00 | $15,632,004.65 | $15,780,689.65 |
| Bastian Solutions<br>Attn: John Kevin Smith<br>3191 W Temple Ave, Ste 120<br>Pomona, CA 91768 | Hollander Sleep Products, LLC | 7/18/2019 | 232 | | $5,788.79 | | $5,788.79 | Modify Class and Amount because either (a) certain invoices included in the claim falls outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | $0.00 | $5,879.00 | $5,879.00 |
| CRG Financial LLC<br>(as Assignee of Coblestone Packaging)<br>Attn: Shannon Kalb<br>100 Union Ave<br>Cresskill, NJ 07626 | Hollander Sleep Products Canada Limit | 7/29/2019 | 63 | | $3,859.23 | | $3,859.23 | Modify Class and Amount because either (a) certain invoices included in the claim falls outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | $3,020.00 | $839.00 | $3,859.00 |
| ENTREPRISE COLE<br>Attn: Randall Cole<br>593 Donegani Ave<br>Pointe Claire, QC H9R 5S1<br>Canada | Hollander Sleep products Canada Limited | 6/10/2019 | 13 | | $1,319.91 | $6,501.50 | $7,821.41 | Modify Class and Amount because either (a) certain invoices included in the claim falls outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | $0.00 | $7,821.41 | $7,821.41 |
| General Bearing Service<br>Attn: Shelly Chamberlain<br>490 Kent St<br>Ottawa, ON K2P 2B7<br>Canada | Hollander Sleep products Canada Limited | 7/16/2019 | 29 | | $2,613.36 | | $2,613.36 | Modify Class and Amount because either (a) certain invoices included in the claim falls outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | $1,460.00 | $1,153.00 | $2,613.00 |
| P Bjerre Inc<br>Attn: Peter Poulsen<br>420 Oak St, Ste 202<br>P.O. Box 127<br>Carver, MN 55315 | Hollander Sleep Products, LLC | 7/22/2019 | 255 | | $3,294.00 | $2,389.20 | $5,683.20 | Modify Class and Amount because either (a) certain invoices included in the claim falls outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | $3,279.00 | $15.00 | $3,294.00 |
| Printcraft Company, Inc.<br>c/o Robinson, Bradshaw & Hinson, P.A.<br>Attn: David M. Schilli<br>101 N Tryon St, Ste 1900<br>Charlotte, NC 28246 | Hollander Sleep products Canada Limited | 7/17/2019 | 35 | $3,226.25 | $3,226.25 | $10,993.65 | $17,446.15 | Modify Class and Amount because either (a) certain invoices included in the claim falls outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | $0.00 | $998.00 | $2,228.00 | $3,226.00 |
| R-Pac International Corp (Domestic Buys)<br>Attn: Williams, Cs Mgr, W Coast Sales<br>132 W 36th St, 7th Fl<br>New York, NY 10018 | Hollander Sleep products Canada Limited | 7/10/2019 | 28 | | $9,271.00 | | $9,271.00 | Modify Class and Amount because either (a) certain invoices included in the claim falls outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | $2,131.00 | $7,140.00 | $9,271.00 |
| Vietnam New Century Polyester Fibre Co.,Ltd<br>Attn: Thomas Lu<br>Cailan Industrial Zone<br>Halong City, Quangninh | Hollander Sleep Products, LLC | 6/17/2019 | 90 | | $141,573.75 | | $141,573.75 | Modify Class and Amount because either (a) certain invoices included in the claim fall outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | | $141,574.00 | $141,574.00 |
| WUXI YINXIN PRINTING CO.,LTD<br>Attn: Evan Ma<br>Qian Lane, Luoshe Town, Wuxi City<br>Wuxi City, Jiangsu Province 214187<br>China | Hollander Sleep Products, LLC | 6/7/2019 | 47 | | $9,437.84 | $501,479.20 | $510,917.04 | Modify Class and Amount because either (a) certain invoices included in the claim fall outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | $378.00 | $510,539.20 | $510,917.20 |
| Zhejiang Saifang Textile Technology Co., Ltd.<br>Attn: Jason Tang<br>Santou Cun Industrial Park<br>Daicun Town, Xiaoshan District<br>Hangzhou City, Zhejiang 311260 | Hollander Sleep products Canada Limited | 7/26/2019 | 56[1] | $68,297.49 | $57,676.16 | $10,740.51 | $136,714.16 | Modify Class and Amount because either (a) certain invoices included in the claim fall outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | $68,297.49 | $0.00 | $67,416.51 | $135,714.00 |

**Schedule 4**

*Modified Claims*
*The Basis for Modification is Further Discussed in Paragraph 17 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | Basis for Modification | Modified Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Admin | 503(b)(9) | Unsecured | Total | | Admin | 503(b)(9) | Unsecured | Total |
| Zhejiang Saifang Textile Technology Co., Ltd.<br>Attn: Jason Tang<br>Santou Cun Industrial Park<br>Daicun Town, Xiaoshan District<br>Hangzhou City, Zhejiang 311260 | Hollander Sleep Products, LLC | 7/26/2018 | 291[2] | | $214,971.38 | $380,201.92 | $595,173.30 | Modify Class and Amount because either (a) certain invoices included in the claim fall outside the 20-day period required by 11 U.S.C. § 503(b)(9), or (b) certain invoices included in the claim were paid post-petition. | | $0.00 | $595,173.30 | $595,173.30 |

1 - This claim can also be found on Schedule 1 to the Order.

2 - This claim can also be found on Schedule 1 to the Order.

# SCHEDULE 5

# (Reduced Claims)

**Schedule 5**

*Reduced Claims*

*The Basis for Modification is Further Discussed in Paragraph 18 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | Basis for Modification | Modified Total | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 503(b)(9) | Unsecured | Total | | 503(b)(9) | Unsecured | Total |
| Jasztex Fibres Inc.<br>Attn: Joanne Plamondon<br>4 Robert Speck Parkway Suite 1000<br>Mississauga, Ontario L4Z 1S1<br>Canada | Hollander Sleep Products Canada Limited | 8/2/2019 | 66 | $60,115.42 | $218,596.00 | $278,711.42 | Disallow asserted 503(b)(9) amount of $60,115.42 as amount was paid by the Debtors. | $0.00 | $218,596.00 | $218,596.00 |
| WUXI YINXIN PRINTING CO, LTD<br>Qian Ln ,Luoshe Town,Wuxi City,Jiangsu Province<br>Wuxi City, Jiangsu Province, 214187<br>China | Hollander Sleep Products Canada Limited | 6/7/2019 | 8 | $6,360.00 | $186,899.05 | $193,259.05 | Disallow asserted 503(b)(9) amount of $6,360.00 as amount was paid. | $0.00 | $186,899.05 | $186,899.05 |

1 of 1

# SCHEDULE 6

**(No Liability Claims)**

## Schedule 6

*No Liability Claims*

*The Basis for Disallowance is Further Discussed in Paragraph 19 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount ||||| Basis for Disallowance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Secured | Admin | 503(b)(9) | Unsecured | Total | |
| Atlantic Corporation of Wilmington, Inc.<br>Attn: Kimberly A Sholar<br>806 N 23rd St<br>Wilmington, NC 28405 | Pacific Coast Feather Cushion, LLC | 6/25/2019 | 2 | | | $ 1,029.82 | $ 573.18 | $ 1,603.00 | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| Crown Packaging Corporation<br>Attn: Beth Kasper<br>17854 Chesterfield Airport Rd<br>Chesterfield, MO 63005 | Hollander Sleep Products, LLC | 6/25/2010 | 125 | | | $ 5,480.28 | | $ 5,480.28 | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| Gregory Poole Equipment Company<br>Attn: Paul Gregory Smith<br>4807 Beryl Rd<br>Raleigh, NC 27606 | Pacific Coast Feather, LLC | 7/26/2019 | 76 | | | $ 456.26 | $ 1,260.43 | $ 1,716.69 | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| Gregory Poole Equipment Company<br>ttn: Greg Smith<br>4807 Beryl Rd<br>Raleigh NC 27606 | Hollander Sleep Products, LLC | 7/26/2019 | 303 | | | $ 8,809.27 | $ 7,570.19 | $ 16,379.46 | No liability pursuant to the Debtors' books and records. No supporting documentation. |

1 of 1

# SCHEDULE 7

**(Reclassified Claims)**

## Schedule 7

*Reclassified Claims*

*The Basis for Modification is Further Discussed in Paragraph 21 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim | Asserted Claim Amount | | | | | Basis for Modification | Modified Class | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Admin | 503(b)(9) | Unsecured | Total | | Priority | Admin | 503(b)(9) | Unsecured | Total |
| Advanced Compressor Service<br>Attn: Randy Minney<br>10711 Ruoff Ave<br>Whittier, CA 90604 | Hollander Sleep Products, LLC | 6/17/2019 | 101 | | | $6,975.45 | | $6,975.45 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $361.00 | $6,614.00 | $6,975.00 |
| Airbrake & Power Equipment Co.<br>Edward James Taylor<br>1048 Nbakery Road<br>Pottsville, PA 17901 | Hollander Sleep Products, LLC | 7/22/2019 | 266 | | | $1,426.84 | | $1,426.84 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $1,426.84 | $1,426.84 |
| Allstream<br>Attn: Marilyn Pogreba<br>14221 Golf Course Dr, Ste 100<br>Baxter, MN 56425 | Pacific Coast Feather, LLC | 7/12/2019 | 47 | | | $40.03 | | $40.03 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $40.03 | $40.03 |
| Applied Industrial Technologies, LP<br>Attn: Jordan Moore/ Fred. Bauer<br>1 Applied Plaza<br>Cleveland, OH 44115 | Hollander Sleep Products, LLC | 7/23/2019 | 258 | | | $433.63 | $5,332.18 | $5,765.81 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $306.00 | $5,459.81 | $5,765.81 |
| Arch Sewing Machine Company<br>Attn: Joseph Orlando<br>659 Callowhill St<br>Philadelphia, PA 19123 | Hollander Sleep Products, LLC | 6/6/2019 | 46 | | | $4,098.81 | | $4,098.81 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $839.00 | $3,259.81 | $4,098.81 |
| ARGUS TRANSPORT CANADA INC.<br>Attn: Bill Banks<br>1115 St Amour St<br>Saint-Laurent, QC H4S1T4<br>Canada | Hollander Sleep Products Canada Limited | 7/4/2019 | 21 | | | $2,318.00 | $16,009.64 | $18,327.64 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | | $0.00 | $18,327.64 | $18,327.64 |
| ASI Health Services<br>Attn: Carolyn Tolley<br>4950 Keller Springs Rd, Ste 190<br>Addison, TX 75001 | Hollander Sleep Products, LLC | 7/18/2019 | 233 | | | $2,885.00 | | $2,885.00 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $2,885.00 | $2,885.00 |
| ATB Furnished Housing, SF Inc.<br>Attn: Ann Moore<br>1480 SW 3Ed St, C6<br>Pompano Beach, FL 33069 | Hollander Sleep Products, LLC | 7/1/2019 | 141 | | | $8,960.09 | Unknown | $8,960.09 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $8,960.09 | $8,960.09 |
| Baker Tilly Vaughan LLP<br>Attn: Irina Odnoletkova<br>3300 Hwy 7 W, Ste 600<br>Vaughan, ON L4K 4<br>Canada | Hollander Sleep Products Canada Limited | 7/22/2019 | 40 | | | $15,527.25 | $10,684.46 | $26,211.71 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $26,211.71 | $26,211.71 |

## Schedule 7

*Reclassified Claims*
*The Basis for Modification is Further Discussed in Paragraph 21 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim | Asserted Claim Amount | | | | | Basis for Modification | Modified Class | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Admin | 503(b)(9) | Unsecured | Total | | Priority | Admin | 503(b)(9) | Unsecured | Total |
| Business Linguistics<br>Attn: Monica Redondo<br>2694 Brook Park Way<br>Atlanta, GA 30340 | Hollander Sleep Products, LLC | 10/2/2019 | 406 | | | $3,820.65 | | $3,820.65 | Claim is not for goods and/or falls outsite the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $3,820.65 | $3,820.65 |
| Butler Operation Inc.<br>Attn: Bill Butler<br>4778 Bloomington Rd<br>Stouffville, ON L4A 7X5<br>Canada | Hollander Sleep Products Canada Limited | 7/11/2019 | 24 | | | $3,042.54 | | $3,042.54 | Claim is not for goods and/or falls outsite the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $3,042.54 | $3,042.54 |
| Cansew Inc.<br>Attn: Chantal Toulouse<br>111 Chabanel St W, Ste 101<br>Montreal, QC H2N 1<br>Canada | Hollander Sleep Products Canada Limited | 7/23/2019 | 44 | | | $11,921.20 | | $11,921.20 | Claim is not for goods and/or falls outsite the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $11,921.20 | $11,921.20 |
| Canteen Vending<br>Attn: Nicholas Royer<br>17 Starter Dr<br>Frackville, PA 17931 | Hollander Sleep Products, LLC | 6/19/2019 | 107 | | | $870.63 | $549.75 | $1,420.38 | Claim is not for goods and/or falls outsite the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $1,420.38 | $1,420.38 |
| CenterPoint Energy Services, Inc.<br>Attn: Maria Solano<br>1111 Louisiana St<br>Houston, TX 77002 | Hollander Sleep Products, LLC | 7/26/2019 | 317 | | | $935.49 | $7,403.13 | $8,338.62 | Claim is not for goods and/or falls outsite the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $8,338.62 | $8,338.62 |
| Cerex Advanced Fabrics, Inc.<br>Attn: Accounting/ Teresa Mullins Wynn<br>610 Chemstrand Rd<br>Cantonment, FL 32533 | Hollander Sleep Products, LLC | 7/1/2019 | 139 | | | $96,862.50 | | $96,862.50 | Claim is not for goods and/or falls outsite the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $94,363.00 | $2,499.50 | $96,862.50 |
| Hawkeye Electric Dubuque Inc.<br>Attn: Leeann S Moore<br>P.O. Box 236<br>Hiawatha, IA 52233 | Pacific Coast Feather, LLC | 7/11/2019 | 43 | | | $229.74 | $921.56 | $1,151.30 | Claim is not for goods and/or falls outsite the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $15.00 | $1,136.30 | $1,151.30 |
| Industrial Hearing & Pulmonary Mgmt<br>Attn: Angelina Chambers, Ar Contact<br>1846 Woodlawn St<br>Upland, CA 91786 | Hollander Sleep Products, LLC | 608 | 265 | | | $850.00 | | $850.00 | Claim is not for goods and/or falls outsite the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $850.00 | $850.00 |
| IVOXY Consulting LLC<br>Attn: Eric M. Watson<br>5400 Carillon Point<br>Kirkland, WA 98033 | Hollander Sleep Products, LLC | 6/11/2019 | 77 | | | $10,417.65 | | $10,417.65 | Claim is not for goods and/or falls outsite the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $10,417.65 | $10,417.65 |

## Schedule 7

*Reclassified Claims*

*The Basis for Modification is Further Discussed in Paragraph 21 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim | Asserted Claim Amount | | | | | Basis for Modification | Modified Class | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Priority | Admin | 503(b)(9) | Unsecured | Total | | Priority | Admin | 503(b)(9) | Unsecured | Total |
| Leading Packaging (Shanghai), Inc. c/o Brown & Joseph Attn: Don Leviton P.O. Box 59838 Schaumburg, IL 60159 | Hollander Sleep Products, LLC | 6/12/2019 | 82 | | | $5,166.00 | $2,788.00 | $7,954.00 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $7,954.00 | $7,954.00 |
| Machine Repair & Design ttn: Erik M. Vossman 1710 Fryar Ave, Ste 101 Sumner, WA 98390 | Hollander Sleep Products, LLC | 7/29/2019 | 381 | | | $1,205.50 | | $1,205.50 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $1,205.50 | $1,205.50 |
| Public Service Company of NC DBA Dominion Energy NC Attn: Janet C. Reyes 220 Operation Way Mail Code C222 Cayce, SC 29033 | Pacific Coast Feather, LLC | 7/2/2019 | 30 | | | $1,369.64 | $10,468.60 | $11,838.24 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $11,838.24 | $11,838.24 |
| RCI Systems, LLC Jan-Pro of Augusta-Aiken Attn: Erika Waldron 105 Rossmore Pl Augusta, GA 30909 | Hollander Sleep Products, LLC | 6/11/2019 | 74 | | | $4,578.30 | | $4,578.30 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $4,578.30 | $4,578.30 |
| Smith Leasing Corp Attn: Suzanne Griswell, AR Contact P.O. Box 352 Warrenton, GA 30828 | Hollander Sleep Products, LLC | 7/29/2019 | 365 | | | $6,065.16 | | $6,065.16 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9). | | | $0.00 | $6,065.16 | $6,065.16 |
| TL Cook Electric LLC Attn: Thomas COOk 3209 Century Dr Rowlett, TX 75088 | Hollander Sleep Products, LLC | 7/5/2019 | 168 | | | $12,015.75 | $37,142.95 | $49,158.70 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9) | | | $0.00 | $49,158.70 | $49,158.70 |
| Transport S Lachaine 2573 Blvd, Ste Sophie Sainte-Sophie, QC J5J 2V3 Canada | Hollander Sleep Products Canada Limited | 7/24/2019 | 46 | | | $10,225.39 | | $10,225.39 | Claim is not for goods and/or falls outside the required time period and therefore does not meet the statutory definition of 11 U.S.C. § 503(b)(9) | | | $0.00 | $10,225.39 | $10,225.39 |