Bradford J. Sandler, Esq.
Shirley S. Cho, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:    bsandler@pszjlaw.com
          scho@pszjlaw.com
          blevine@pszjlaw.com

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HSP LIQUIDATION, LLC, et al.,[1] | : | Case No. 19-11608 (MEW) |
| | : | Jointly Administered |
| Debtors. | : | |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing scheduled before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "Court"), in Room 617, One Bowling Green, New York, New York 10004-1408 on **April 13, 2021 at 10:00 a.m. (prevailing Eastern Time)** is continued to **April 29, 2021 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") with respect to the following matters:

- *Plan Administrator's Second Omnibus (Non-Substantive) Objection to Certain Claims (Amended, Late Filed, Duplicate, Modify, Reduce, No Liability and*

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number are:  Dream II Holdings, LLC (7915); HHFH Liquidation, LLC (2063); HSP Liquidation, LLC (2143); PCF Liquidation, LLC (1445); HSPK Liquidation, LLC (4119); PCFC Liquidation, LLC (3119); and HSPC Liquidation Limited (3477).

DOCS_LA:334251.4

*Reclassify)* [Docket No. 469] (the "Second Omnibus Objection"), solely with respect to the Claimant and Claim listed on **Exhibit A** hereto.

Dated:   April 5, 2021

/s/ Beth E. Levine
Bradford J. Sandler, Esq.
Shirley S. Cho, Esq.
Beth E. Levine, Esq.
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

1

# EXHIBIT A

| CLAIMANT | CLAIM NO. | OMNIBUS OBJECTION SCHEDULE |
|---|---|---|
| Roind Hometex Co., Ltd. | 14 | 2nd Omni - Schedule 8 - Reclass |

DOCS_LA:334251.4