# UNITED STATES BANKRUPTCY COURT

_____Southern_____ DISTRICT OF _____New York_____

In re: HSP Liquidation, LLC § Case No. 19-11608
§
§ Lead Case No. 19-11608
§
Debtor(s) § ☒ Jointly Administered

## Post-confirmation Report                                              Chapter 11

Quarter Ending Date: 09/30/2021                            Petition Date: 05/19/2019

Plan Confirmed Date: 09/05/2019                            Plan Effective Date: 09/13/2019

This Post-confirmation Report relates to:  ○ Reorganized Debtor
                                            ● Other Authorized Party or Entity: Wind Down Trust
                                                                                 Name of Authorized Party or Entity

/s/ Shirley S. Cho                                         Shirley S. Cho
Signature of Responsible Party                             Printed Name of Responsible Party

10/20/2021                                                 Pachulski Stang Ziehl & Jones LLP
Date                                                       10100 Santa Monica Blvd., 13th Floor
                                                           Los Angeles, CA 90067
                                                           Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)                    1

Debtor's Name HSP Liquidation, LLC                                                           Case No. 19-11608

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $291,845 | $8,409,861 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $291,845 | $8,409,861 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name / Role | | | | |
| | i | | | | |
| | ii | | | | |

| | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name / Role | | | | |
| | i | | | | |
| | ii | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $5,921,255 | $149,052 | $5,921,255 | $5,921,255 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $151,216 | $0 | $151,216 | $151,216 | 100% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                                                      Yes ○   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:    09/30/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?       Yes ⦿   No ○

| Debtor's Name HSP Liquidation, LLC | Case No. 19-11608 |
|---|---|

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Timothy Daileader | Timothy Daileader |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Authorized Signatory | 10/20/2021 |
| Title | Date |