**In re HSP Liquidation Holdings, LLC 19-11608 (MEW)**

*Attachment to Post Confirmation Report Q4 2021*

The Plan Administrator anticipates a distribution to allowed holders of general unsecured claims. The amount of allowed general unsecured claims is unknown along with the percentage of distribution is unknown at this juncture pending ongoing reconciliation and resolution of disputed claims.

The priority and administrative claim amounts noted in the report are the amounts allowed to date. The amount could increase as further contested claims are resolved.