# SCHEDULE 1

# (Amended Claims)

## Schedule 1

*Amended & Superseded Claims*
*The Basis for Proposed Disallowance is Further Discussed in Paragraph 13 of the Objection*

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | Basis for Proposed Disallowance | Surviving Claim Number | Date Surviving Claim Filed | Surviving Claim Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Administrative | Unsecured | Total | | | | Administrative | Unsecured | Total |
| 660 National Turnpike, LLC<br>c/o Nelson Mullins Riley & Scarborough LLP<br>Attn: Lee B. Hart<br>201 17th St. NW, Suite 1700<br>Atlanta, GA 30363 | Hollander Sleep Products, LLC | 07/26/2019 | 307 | | $48,409.02 | $48,409.02 | Claim has been amended and superseded by Claim No. 417. | 417[1] | 12/7/2019 | | $3,929,987.75 | $3,929,987.75 |
| 660 National Turnpike, LLC<br>c/o Nelson Mullins Riley & Scarborough LLP<br>Attn: Lee B. Hart<br>201 17th St. NW, Suite 1700<br>Atlanta, GA 30363 | Dream II Holdings, LLC | 7/26/2019 | 20 | | $48,409.02 | $48,409.02 | Claim has been amended and superseded by Claim No. 417. | 28[1] | 12/27/2019 | | $3,929,987.75 | $3,929,987.75 |
| Be Be Jan Colours Limited<br>Attn: Muhammad Rashid<br>Square No. 07, Chak No. 204 Rb<br>City: Faisalabad<br>Pakistan | Hollander Sleep Products, LLC | 06/01/2019 | 21 | | $1,153,102.13 | $1,153,102.13 | Claim has been amended and superseded by Claim No. 22. | 224 | 7/18/2019 | | $171,752.30 | $171,752.30 |
| Be Be Jan Colours Limited<br>Attn: Usman Ehsan Ellahi<br>Square No. 07, Chak No. 204 Rb,<br>City: Faisalabad<br>Pakistan | Hollander Sleep Products, LLC | 06/03/2019 | 22 | | $1,153,102.13 | $1,153,102.13 | Claim has been amended and superseded by Claim No. 224 | 224 | 7/18/2019 | | $171,752.30 | $171,752.30 |
| USTeleCenters<br>Attn: James Mullins<br>140 Wood Rd, Ste 200<br>Braintree, MA 02184 | Hollander Sleep Products, LLC | 07/16/2019 | 213 | | $205,043.50 | $205,043.50 | Claim has been amended and superseded by Claim No. 217. | 217 | 7/17/2019 | $24,252.70 | $180,790.80 | $205,043.50 |
| Waste Management of Pennsylvania, Inc.<br>Attn: Bankruptcy Dept / Jacquolyn Hatfield-Mills<br>1001 Fannin St<br>Houston, TX 77002 | Hollander Home Fashions Holdings, LLC | 07/24/2019 | 8 | | $24,371.17 | $24,371.17 | Claim has been amended and superseded by Claim No. 16. | 16 | 7/25/2019 | | $25,926.75 | $25,926.75 |

[1] This claim is also included on Schedule 3 - Multiple Debtor Claims

# SCHEDULE 2

# (Duplicate Claims)

## Schedule 2

*Duplicate Claims*

*The Basis for Proposed Disallowance is Further Discussed in Paragraph 15 of the Objection*

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | Basis for Proposed Disallowance | Duplicate Surviving Claim Number | Surviving Claim Amount | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Unsecured | Total | | | Unsecured | Total |
| ABM International, Inc.<br>Attn: Amber Riley<br>P.O. Box 1820<br>Montgomery, TX 77356 | Hollander Sleep Products, LLC | 06/03/2019 | 27 | $6,141.40 | **$6,141.40** | Claim is duplicative of Surviving Claim. | 157 | $6,141.40 | **$6,141.40** |
| DemandPDX, LLC<br>Attn: Chris Bergemann<br>10335 SE Quail Ridge Dr<br>Happy Valley, OR 97086 | Hollander Sleep Products, LLC | 06/05/2019 | 35 | $27,144.60 | **$27,144.60** | Claim is duplicative of Surviving Claim. | 39 | $27,144.60 | **$27,144.60** |
| Discount Two Way Radio Corporation<br>Attn: Rosangela Rocha<br>555 W Victoria St<br>Rancho Dominguez, CA 90220 | Hollander Sleep Products, LLC | 06/19/2019 | 108 | $283.47 | **$283.47** | Claim is duplicative of Surviving Claim. | 110 | $283.47 | **$283.47** |
| Dusobox Corporation<br>Attn: Rebecca Irish<br>2501 Investors Row Ste. 500<br>Orlando, FL 32837 | Hollander Sleep Products, LLC | 08/20/2019 | 391 | $207,381.94 | **$207,381.94** | Claim is duplicative of Surviving Claim. | 392 | $207,381.94 | **$207,381.94** |
| Exim Engineering, Inc.<br>c/o Coface North America Insurance Company<br>Attn: Amy Schmidt<br>650 College Rd E, Ste 2005<br>Princeton, NJ 08540 | Hollander Sleep Products, LLC | 07/01/2019 | 152 | $13,904.40 | **$13,904.40** | Claim is duplicative of Surviving Claim. | 154 | $13,904.40 | **$13,904.40** |
| Graf Metallic of America, LLC<br>Attn: David Erickson<br>104 Belton Dr<br>Spartanburg, SC 29301 | Hollander Sleep Products, LLC | 06/07/2019 | 69 | $47,190.52 | **$47,190.52** | Claim is duplicative of Surviving Claim. | 378 | $47,190.52 | **$47,190.52** |
| Gupton Services Inc<br>Attn: Thomas A. Gupton<br>134 Horner St<br>Henderson, NC 27536 | Hollander Sleep Products, LLC | 06/13/2019 | 97 | $7,396.26 | **$7,396.26** | Claim is duplicative of Surviving Claim. | 179 | $7,396.26 | **$7,396.26** |
| OPOL, LLC<br>Attn: Matthew Mays<br>10821 Plantside Dr, Ste 102<br>Louisville, KY 40299 | Hollander Sleep Products, LLC | 06/07/2019 | 48 | $4,505.00 | **$4,505.00** | Claim is duplicative of Surviving Claim. | 215 | $4,505.00 | **$4,505.00** |

## Schedule 2

*Duplicate Claims*
*The Basis for Proposed Disallowance is Further Discussed in Paragraph 15 of the Objection*

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | Basis for Proposed Disallowance | Duplicate Surviving Claim Number | Surviving Claim Amount | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Unsecured | Total | | | Unsecured | Total |
| ROSENTHAL & ROSENTHAL<br>Attn: Anthony Ditirro<br>1370 Broadway<br>New York, NY 10018 | Pacific Coast Feather Cushion, LLC | 07/22/2019 | 20 | $81,714.76 | **$81,714.76** | Claim is duplicative of Surviving Claim. | 64 | $81,714.76 | **$81,714.76** |
| Stewardship Ontario<br>c/o Canadian Stewardship Services Alliance<br>1 St Clair Ave W 7th Fl<br>Toronto, ON  M4V Ik6<br>Canada | Hollander Sleep Products, LLC | 07/12/2019 | 197 | $18,930.12 | **$18,930.12** | Claim is duplicative of Surviving Claim. | 237 | $18,930.12 | **$18,930.12** |
| Waste Management<br>Attn: Jacqudyn Mills<br>1001 Jannin<br>Houston, TX 77002 | Hollander Home Fashions Holdings, L | 07/25/2019 | 16 | $25,976.75 | **$25,976.75** | Claim is duplicative of Surviving Claim. | 17 | $25,976.75 | **$25,976.75** |

# SCHEDULE 3

# (Multi-Debtor Claims)

## Schedule 3

*Multiple Debtor Claims*
*The Basis for Proposed Disallowance is Further Discussed in Paragraphs 16 and 17 of the Objection*

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | Basis for Proposed Disallowance | Surviving Debtor Claim Number | Surviving Debtor | Surviving Claim Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Unsecured | Total | | | | Unsecured | Total |
| 660 National Turnpike, LLC c/o Nelson Mullins Riley & Scarborough LLP Attn: Lee B. Hart 201 17th St. NW, Suite 1700 Atlanta, GA 30363 | Dream II Holdings, LLC | 07/26/2019 | 28[1] | $3,929,987.75 | **$3,929,987.75** | Pursuant to Article VI B. of the Plan, ". . . all guarantees by any Debtor of the obligations of any other Debtor, as well as any joint and several liability of any Debtor with respect to any other Debtor, shall be deemed eliminated so that any obligation that could otherwise be asserted against more than one Debtor shall result in a single distribution under the Plan . . ". | 417 | Hollander Sleep Products, LLC | $3,929,987.75 | **$3,929,987.75** |

[1] This claim is also included on Schedule 1 - Amended Claims

# SCHEDULE 4

# (No Liability Claims)

**Schedule 4**

*No Liability Claims*
*The Basis for Proposed Disallowance is Further Discussed in Paragraph 19 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Basis for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | 503(b)(9) | Unsecured | Total | |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>Attn: Anthony Franklin<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Pacific Coast Feather, LLC | 9/20/2019 | 92 | | | | | Unliquidated | Unliquidated | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| Franchise Tax Board<br>c/o Bankruptcy Section MS A340<br>Attn: Rebecca Estonilo<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Hollander Home Fashions Holdings, LLC | 10/23/2019 | 27 | | | | | Unliquidated | Unliquidated | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| Franchise Tax Board<br>c/o Bankruptcy Section MS A340<br>Attn: Rebecca Estonilo<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Pacific Coast Feather Cushion, LLC | 10/23/2019 | 33 | | | | | Unliquidated | Unliquidated | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| Google LLC<br>c/o White and Williams LLP<br>Attn: Amy E Vulpio<br>1650 Market St, Fl 18<br>Philadelphia, PA 19103 | Hollander Sleep Products, LLC | 01/13/2020 | 418 | | | | | $59,885.01 | $59,885.01 | Claimant was to have withdrawn Claim 211 - instead filed identical claim amending Claim 211. No liability pursuant to the Debtors' books and records. |
| Google LLC<br>c/o White and Williams LLP<br>Attn: Amy E Vulpio<br>1650 Market St, Fl 18<br>Philadelphia, PA 19103 | Hollander Sleep Products, LLC | 07/16/2019 | 211 | | | | | $59,885.01 | $59,885.01 | Claim has been satisfied. All cure objections and administrative payment requests have been withdrawn [Docket No. 446] |
| Google LLC<br>c/o White and Williams LLP<br>Attn: Amy E Vulpio, Esq.<br>1650 Market St, Fl 18<br>Philadelphia, PA 19103 | Pacific Coast Feather, LLC | 07/16/2019 | 52 | | | | | $142,947.86 | $142,947.86 | Contract assumed and cure of $0 paid. No liability pursuant to the Debtors' books and records. |
| Joseph T. Crawford as representative of Selling Shareholders<br>c/o Perkins Coie LLP<br>Attn: John S. Kaplan<br>1201 Third Ave, Ste 4900<br>Seattle, WA 98007 | Hollander Sleep Products, LLC | 07/26/2019 | 310 | | | | | Unliquidated | Unliquidated | Claim is for equity. No liability pursuant to the Debtors' books and records. No supporting documentation. |

**Schedule 4**

*No Liability Claims*
*The Basis for Proposed Disallowance is Further Discussed in Paragraph 19 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Basis for Disallowance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Secured | Admin | Priority | 503(b)(9) | Unsecured | Total | |
| RAFAEL RODRIGUEZ<br>10876 King Bay Dr<br>Boca Raton, FL 33498 | Dream II Holdings, LLC | 7/19/2019 | 10 | | | | | $ 100,000.00 | $100,000.00 | Claim is for equity. No liability pursuant to the Debtors' books and records. No supporting documentation. |
| Safety First Insurance Co.<br>c/o Husch Blackwell<br>Attn: Marshall C. Turner<br>190 Carondelet Plaza, Ste 600<br>St Louis, MO 63105 | Dream II Holdings, LLC | 07/18/2019 | 8 | | | | | Unliquidated | Unliquidated | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| Safety National Casualty Corporation<br>c/o Husch Blackwell<br>Attn: Marshall C. Turner<br>190 Carondelet Plaza, Ste 600<br>St Louis, MO 63105 | Dream II Holdings, LLC | 07/18/2019 | 9 | | | | | Unliquidated | **Unliquidated** | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| Safety National Casualty Corporation<br>c/o Husch Blackwell<br>Attn: Marshall C. Turner<br>190 Carondelet Plaza, Ste 600<br>St Louis, MO 63105 | Dream II Holdings, LLC | 7/18/2019 | 9 | | | | | Unliquidated | Unliquidated | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| State of Connecticut Unclaimed Property Division<br>c/o Pullman & Comley LLC<br>Attn: Elizabeth Austin<br>850 Main St<br>Bridgeport, CT 06604 | Pacific Coast Feather Cushion, LLC | 07/22/2019 | 16 | | | | | Unliquidated | **Unliquidated** | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| State of Connecticut Unclaimed Property Division<br>c/o Pullman & Comley LLC<br>Attn: Elizabeth Austin<br>850 Main St<br>Bridgeport, CT 06604 | Hollander Sleep Products Kentucky, LLC | 07/22/2019 | 3 | | | | | Unliquidated | **Unliquidated** | No liability pursuant to the Debtors' books and records. No supporting documentation. |

## Schedule 4

*No Liability Claims*
*The Basis for Proposed Disallowance is Further Discussed in Paragraph 19 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Basis for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | 503(b)(9) | Unsecured | Total | |
| State of Connecticut Unclaimed Property Division c/o Pullman & Comley LLC Attn: Elizabeth Austin 850 Main St Bridgeport, CT 06604 | Pacific Coast Feather, LLC | 07/22/2019 | 60 | | | | | Unliquidated | **Unliquidated** | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| State of Connecticut Unclaimed Property Division c/o Pullman & Comley LLC Attn: Elizabeth J. Austin, Esq. 850 Main St Bridgeport, CT 06604 | Hollander Sleep Products, LLC | 07/22/2019 | 246 | | | | | Unliquidated | **Unliquidated** | No liability pursuant to the Debtors' books and records. No supporting documentation. |
| State of Connecticut Unclaimed Property Division State of Connecticut Unclaimed Property Division c/o Pullman & Comley LLC /Attn: Elizabeth Austin 850 Main St Bridgeport, CT 06604 | Hollander Sleep Products Canada Limited | 07/22/2019 | 39 | | | | | Unliquidated | **Unliquidated** | No liability pursuant to the Debtors' books and records. No supporting documentation. |

# SCHEDULE 5

# (Modified Claims)

## Schedule 5

*Modified Claims*
*The Basis for Proposed Disallowance is Further Discussed in Paragraph 21 of the Objection*

| Name of Claimant | Asserted Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | Basis for Modification | Modified Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Admin | 503(b)(9) | Unsecured | Total | | Admin | 503(b)(9) | Unsecured | Total |
| POLYPACK PACKAGING INC.<br>c/o Locke Lord LLP<br>Attn: Shalom Jacob<br>200 Vesey St 20th Fl<br>New York, NY 10281 | Hollander Sleep Products Canada Limited | 07/25/2019 | 48 | $2,449.42 | $2,449.42 | $120,063.35 | **$122,512.77** | Admin portion of claim is disallowed as duplicative of 503(b)(9) portion. | $0.00 | $2,449.42 | $120,063.35 | **$122,512.77** |
| POLYPACK PACKAGING INC.<br>Shalom Jacob/Locke Lord LLP<br>200 Vesey St<br>New York, NY 10281 | Hollander Sleep Products, LLC | 07/25/2019 | 273 | $4,675.00 | $4,675.00 | $30,941.62 | **$35,616.62** | Admin portion of claim is disallowed as duplicative of 503(b)(9) portion. | $0.00 | $4,675.00 | $30,941.62 | **$35,616.62** |
| Printcraft Company, Inc.<br>c/o Robinson, Bradshaw & Hinson, P.A.<br>Attn: David M. Schilli<br>101 N Tryon St, Ste 1900<br>Charlotte, NC 28246 | Pacific Coast Feather, LLC | 07/17/2019 | 54 | $16,084.88 | $16,084.88 | $40,585.91 | **$56,670.79** | Admin portion of claim is disallowed as duplicative of 503(b)(9) portion. | $0.00 | $16,084.88 | $40,585.91 | **$56,670.79** |
| Printcraft Company, Inc.<br>c/o Robinson, Bradshaw & Hinson, P.A.<br>Attn: David M. Schilli<br>101 N Tryon St, Ste 1900<br>Charlotte, NC 28246 | Hollander Sleep Products, LLC | 07/17/2019 | 218 | $44,800.13 | $44,800.13 | $22,103.05 | **$66,903.18** | Admin portion of claim is disallowed as duplicative of 503(b)(9) portion. | $0.00 | $44,800.13 | $22,103.05 | **$66,903.18** |