Bradford J. Sandler, Esq.
Shirley S. Cho, Esq.
Beth E. Levine, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:   bsandler@pszjlaw.com
         scho@pszjlaw.com
         blevine@pszjlaw.com

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **HSP LIQUIDATION, LLC, et al.,**[1] | : | Case No. 19-11608 (MEW) |
| | : | Jointly Administered |
| Debtors. | : | |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing scheduled before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "Court"), in Room 617, One Bowling Green, New York, New York 10004-1408 on **May 11, 2022 at 10:00 a.m. (prevailing Eastern Time)** is continued to **June 8, 2022 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") with respect to the following matters:

> *Plan Administrator's Fourth Omnibus Objection to Certain Claims (Amended, Duplicate, Multi-Debtor, No Liability and Modify) [Docket No. 557]* (the "Fourth

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number are: Dream II Holdings, LLC (7915); HHFH Liquidation, LLC (2063); HSP Liquidation, LLC (2143); PCF Liquidation, LLC (1445); HSPK Liquidation, LLC (4119); PCFC Liquidation, LLC (3119); and HSPC Liquidation Limited (3477).

DOCS_LA:334251.5

Omnibus Objection"), solely with respect to the Claimants and Claims listed on **Exhibit A** hereto.

Dated:    May 10, 2022

>  */s/ Beth E. Levine*
>  Bradford J. Sandler, Esq.
>  Shirley S. Cho, Esq.
>  Beth E. Levine, Esq.
>  780 Third Avenue, 34th Floor
>  New York, New York 10017
>  Telephone: (212) 561-7700
>  Facsimile: (212) 561-7777
>
>  *Counsel to the Plan Administrator*

# EXHIBIT A

| CLAIMANT | CLAIM NO. | OMNIBUS OBJECTION SCHEDULE |
|---|---|---|
| Franchise Tax Board | 27 | Schedule 4 – No Liability Claims |
| Franchise Tax Board | 33 | Schedule 4 – No Liability Claims |
| Franchise Tax Board | 92 | Schedule 4 – No Liability Claims |
| State of Connecticut Unclaimed Property Division | 3 | Schedule 4 – No Liability Claims |
| State of Connecticut Unclaimed Property Division | 16 | Schedule 4 – No Liability Claims |
| State of Connecticut Unclaimed Property Division | 39 | Schedule 4 – No Liability Claims |
| State of Connecticut Unclaimed Property Division | 60 | Schedule 4 – No Liability Claims |
| State of Connecticut Unclaimed Property Division | 246 | Schedule 4 – No Liability Claims |