Bradford J. Sandler, Esq.
Shirley S. Cho, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    bsandler@pszjlaw.com
          scho@pszjlaw.com
          blevine@pszjlaw.com

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HSP LIQUIDATION, LLC, et al.,[1] | : | Case No. 19-11608 (MEW) |
| | : | Jointly Administered |
| Debtors. | : | |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that, that a general case status conference (the "Status Conference") shall be held before Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "Court"), on **June 11, 2024 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted telephonically through CourtSolutions.  Any party wishing to participate must do so telephonically

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number are:  Dream II Holdings, LLC (7915); HHFH Liquidation, LLC (2063); HSP Liquidation, LLC (2143); PCF Liquidation, LLC (1445); HSPK Liquidation, LLC (4119); PCFC Liquidation, LLC (3119); and HSPC Liquidation Limited (3477).

by making arrangements through CourtSolutions LLC (www.court-solutions.com) no later than **June 10, 2024, at 12:00 p.m. (prevailing Eastern Time)**. Instructions to register for CourtSolutions LLC are attached to General Order M-543.

Dated: February 29, 2024

*/s/ Beth E. Levine*
Bradford J. Sandler, Esq.
Shirley S. Cho, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*