**In re HSP Liquidation Holdings, LLC 19-11608 (MEW)**

*Attachment to Post Confirmation Report Q1 2024*

The Plan Administrator anticipates a distribution to holders of allowed general unsecured claims. The amount of allowed general unsecured claims is unknown and the percentage of distribution is unknown at this juncture pending ongoing reconciliation and resolution of disputed claims.

The priority and administrative claim amounts noted in the report are the amounts allowed to date. The amount could increase as further contested claims are resolved.